AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__    DISTRICT OF    __New York__

LUV N' CARE, LTD, and
ADMAR INTERNATIONAL, INC.

       Plaintiffs,

   v.

WALGREEN Co. and
KMART CORP.

       Defendants.

**APPEARANCE**

Case Number: 08 CIV 4457 (DC/HP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant KMART CORP.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/14/2008 | *(signature)* Ralph Wood |
| Date | Signature |
| | Ralph Wood  (RW1898) |
| | Print Name / Bar Number |
| | 399 Knollwood Rd., Suite 310 |
| | Address |
| | White Plains / NY / 10603 |
| | City / State / Zip Code |
| | (914) 761-8503 / (914) 682-9128 |
| | Phone Number / Fax Number |