UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and ADMAR INTERNATIONAL, INC.  Plaintiff,<br><br>-v-<br><br>WALGREEN CO. and KMART CORP.  Defendant. | Case No. 08 CIV 4457 (DC/HF)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

KMART CORP. (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

SEARS HOLDINGS CORP.

Date: 7/15/08

Signature of Attorney

Attorney Bar Code: RW1898