SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD and
ADMAR INTERNATIONAL, INC
Plaintiff,

- against -

WALGREEN CO. and    Defendant.
KMART CORP.

08 cv 4457 (DC/HP)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Ralph Wood a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Scott A. Daniels
Firm Name:          Davis Bujold & Daniels, P.L.L.C.
Address:            112 Pleasant Street
City/State/Zip:     Concord, New Hampshire  03301
Phone Number:       (603) 226-7490
Fax Number:         (603) 226-7499

Scott A. Daniels    is a member in good standing of the Bar of the States of
New Hampshire

There are no pending disciplinary proceeding against   Scott A. Daniels
in any State or Federal court.

Dated:     7/14/2008
City, State: White Plains, NY

Respectfully submitted,

Ralph Wood
SDNY Bar  (RW 1898)
Firm Name: Law Office of Ralph Wood
Address: 399 Knollwood Road, Suite 310
City/State/Zip: White Plains, New York 10603
Phone Number: (914) 761-8503
Fax Number: (914) 682-9128

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD, and
ADMAR INTERNATIONAL, INC.

                    Plaintiffs,

-against-

WALGREEN CO. and
KMART CORP.

                    Defendants.

08 CIV 4457 (DC/HP)

AFFIDAVIT OF
RALPH WOOD
IN SUPPORT OF
MOTION TO ADMIT
COUNSEL PRO HAC
VICE

State of New York    )
                           ) ss:
County of Westchester )

Ralph Wood, being duly sworn deposes and says as follows:

1. I have appeared as counsel for defendant, KMART CORP., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein in support of Plaintiff's motion to admit Scott A. Daniels as counsel pro hac vice to represent KMART CORP. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 24, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Scott Daniels for over one year and know him to be a partner of Davis Bujold & Daniels, P.L.L.C. of Concord, NH and Brookline, MA experienced in intellectual property litigation in the Federal Courts and, upon information and belief, already engaged in defending a related case in another jurisdiction.

4. Accordingly, I am pleased to move the admission of Scott A. Daniels, pro hac vice. I have spoken to plaintiff's counsel, who consented to this motion.

5. I respectfully submit a proposed order granting the admission of Scott A. Daniels, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Scott A. Daniels, pro hac vice, to represent defendant, KMART CORP., in the above captioned matter, be granted.

Dated: July 16, 2008

White Plains, NY

Respectfully submitted,

*[signature]*
Ralph Wood (RW 1898)

Sworn to before me
this 16th Day of July, 2008

*[signature]*
Notary Public
# 02HU6184872
Commission expires 5/12/02

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD. and
ADMAR INTERNATIONAL, INC.

Plaintiff,

- against -

WALGREEN CO. and
KMART CORP.

Defendant.

08 cv 4457 (DCHP)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Ralph Wood attorney for KMART CORP.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Scott A. Daniels |
| Firm Name: | Davis Bujold & Daniels, P.L.L.C. |
| Address: | 112 Pleasant Street |
| City/State/Zip: | Concord, New Hampshire 03301 |
| Telephone/Fax: | (603) 226-7490/7499 |
| Email Address: | sdaniels@davisbujold.com |

is admitted to practice pro hac vice as counsel for KMART CORP. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006



# New Hampshire
## BAR ASSOCIATION
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300 ❧ Concord, New Hampshire 03301-3502
T 603-224-6942 ❧ F 603-224-2910 ❧ www.nhbar.org

**Board of Governors**

**Officers**
ELLEN L. ARNOLD
*President*
Hanover, New Hampshire

JAMES J. TENN, Jr.
*President-Elect*
Manchester, New Hampshire

MARILYN B. McNAMARA
*Vice-President*
Concord, New Hampshire

PETER E. HUTCHINS
*Secretary*
Manchester, New Hampshire

ROBERT R. HOWARD, III
*Treasurer*
Henniker, New Hampshire

ELEANOR Wm. DAHAR
*Immediate Past-President*
Manchester, New Hampshire

**Governors-at-Large**
Susan Hassan
*Concord*
Lisa Wellman-Ally
*Newport*
Lawrence A. Vogelman
*Manchester*
Jaye Rancourt
*Manchester*
Alexander J. Walker, Jr.
*Manchester*

**County Governors**
Dorcas J. Gordon
*Belknap County*
Christopher T. Meier
*Carroll County*
Maria P. Gavin
*Cheshire County*
David P. Carlson
*Coos County*
Quentin J. Blaine
*Grafton County*
Victor W. Dahar, Jr.
*Hillsborough County - North*
Robert M. Shepard
*Hillsborough County - South*
Kenneth J. Barnes
*Merrimack County*
Robert T. Mittelholzer
*Rockingham County*
Christopher T. Regan
*Strafford County*
David N. Foley
*Sullivan County*

**Association ABA Delegate**
Russell F. Hilliard
*Portsmouth*

**Executive Staff**
Jeannine L. McCoy
*Executive Director*
Denice M. DeStefano
*Assistant Executive Director*
Virginia A. Martin
*Associate Executive Director for Legal Services*
Daniel R. Wise
*Director of Communications/Bar News Editor*
Thomas W. Manter
*Director of Finance*
Joanne M. Hinnendael
*Director, Continuing Legal Education*

July 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that:

    Attorney Scott A. Daniels
    Concord, New Hampshire
    BAR #: 14001
    CURRENT STATUS: Active
    DATE OF ADMISSION: 05/28/1999

is a member in good standing of the New Hampshire Bar Association.

*Anna O'Neill*

Anna O'Neill
Member Records

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 11th day of July 2008 by Anna O'Neill.

*Kathleen St Louis*

KATHLEEN P. ST. LOUIS, Notary Public
My Commission Expires April 21, 2009

. . . Supporting Members of the Legal Profession and Their Service to the Public and Justice System

**CERTIFICATE OF SERVICE**

I, Ralph Wood, an attorney duly admitted to practice in this Court, being over the age of 18, do hereby certify that on this 16th day of July, 2008, I caused the attached Motion to Admit Counsel Pro Hac Vice to be served on counsel for all parties who have appeared, i..e. Plaintiffs' counsel as follows:

Morris Cohen & Rochell Weisburg
Law Office of Morris E. Cohen, P.C.
One Penn Plaza, Suite 2527
New York, NY 10119

by depositing a copy, postage paid, in the first class mail.

_____
Ralph Wood