*Fee paid*
$25
E 651496

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD and
ADMAR INTERNATIONAL, INC.
                    Plaintiff,

- against -

WALGREEN CO. and     Defendant.
KMART CORP.

0 8  cv  4457  (DC)(HP)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Ralph Wood     a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Applicant's Name:   Neal E. Friedman
  Firm Name:          Davis Bujold & Daniels, P.L.L.C.
  Address:            112 Pleasant Street
  City/State/Zip:     Concord, New Hampshire  03301
  Phone Number:       (603) 226-7490
  Fax Number:         (603) 226-7499

Neal E. Friedman                        is a member in good standing of the Bar of the States of

Massachusetts

There are no pending disciplinary proceeding against   Neal E. Friedman
in any State or Federal court.

Dated:      7/14/2008
City, State: White Plains, NY

        Respectfully submitted,

        [signature]
        ~~XXXXXXX~~ Ralph Wood
        SDNY Bar  (RW 1898)
        Firm Name: Law Office of Ralph Wood
        Address:   399 Knollwood Road, Suite 310
        City/State/Zip: White Plains, New York 10603
        Phone Number: (914) 761-8503
        Fax Number:   (914) 682-9128

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD, and<br>ADMAR INTERNATIONAL, INC.<br>           Plaintiffs,<br><br>-against-<br><br>WALGREEN CO. and<br>KMART CORP.<br>           Defendants. | 08 CIV 4457 (DC/HP)<br><br>AFFIDAVIT OF<br>RALPH WOOD<br>IN SUPPORT OF<br>MOTION TO ADMIT<br>COUNSEL PRO HAC<br>VICE |

State of New York     )
                      )  ss:
County of Westchester )

Ralph Wood, being duly sworn deposes and says as follows:

1. I have appeared as counsel for defendant, KMART CORP., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein in support of Plaintiff's motion to admit Neal E. Friedman as counsel pro hac vice to represent KMART CORP. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 24, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Neal E. Friedman for approximately three years and know him to be affiliated with Davis Bujold & Daniels, P.L.L.C. of Concord, NH, working out of his Brookline, MA office, experienced in intellectual property litigation in the Federal Courts and, upon information and belief, already engaged in defending a related case in another jurisdiction.

4. Accordingly, I am pleased to move the admission of Neal E. Friedman, pro hac vice. I have spoken to plaintiff's counsel, who consented to this motion.

5. I respectfully submit a proposed order granting the admission of Neal E. Friedman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Neal E. Friedman, pro hac vice, to represent defendant, KMART CORP., in the above captioned matter, be granted.

Dated: July 22, 2008
White Plains, NY

Respectfully submitted,

_____
Ralph Wood (RW 1898)

Sworn to before me
this 22th Day of July, 2008

_____
Notary Public

**Scott R. Abraham**, Esq.
**Notary Public**
**Nassau County NY**
Commission Expires 5/24/20/2
Reg. No. 01AB6110358

2

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD. and    Plaintiff,
ADMAR INTERNATIONAL, INC.

0 8  cv  4457  (DC/HP)

- against -

WALGREEN CO. and    Defendant.
KMART CORP.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Ralph Wood    attorney for KMART CORP.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Neal E. Friedman |
| Firm Name: | Davis Bujold & Daniels, P.L.L.C. |
| Address: | 112 Pleasant Street |
| City/State/Zip: | Concord, New Hampshire 03301 |
| Telephone/Fax: | (603) 226-7490 / 7499 |
| Email Address: | nfriedman@davisbujold.com |

is admitted to practice pro hac vice as counsel for KMART CORP. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1981**, said Court being the highest Court of Record in said Commonwealth:

**Neal Elliot Friedman**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of **July** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**CERTIFICATE OF SERVICE**

I, Ralph Wood, an attorney duly admitted to practice in this Court, being over the age of 18, do hereby certify that on this 22nd day of July, 2008, I caused the attached Motion to Admit Counsel Pro Hac Vice to be served on counsel for all parties who have appeared, i..e. Plaintiffs' counsel as follows:

Morris Cohen & Rochell Weisburg
Law Office of Morris E. Cohen, P.C.
One Penn Plaza, Suite 2527
New York, NY 10119

by depositing a copy, postage paid, in the first class mail.

_____
Ralph Wood