Jul 17 08 03:53p   Cohen                    7188533044              p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD, and
ADMAR INTERNATIONAL, INC.

                Plaintiffs,        08 CIV 4457 (DC/HP)

-against-

                                   STIPULATION

WALGREEN CO. and
KMART CORP.

                Defendants.

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

      1. The defendant, KMART CORP.'s time to answer, move or otherwise respond to the complaint is extended until August 5, 2008.

Law Office of Ralph Wood            Law Office of Morris E. Cohen P.C.
Counsel for Defendant KMART CORP.    Counsel for Plaintiffs

By _____        By _____
Ralph Wood (RW1698)                Morris E. Cohen (MC4620)

SO ORDERED

USDJ
7/28/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08