SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD. and         Plaintiff,
ADMAR INTERNATIONAL, INC.

                              08   cv   4457    (DC  P)

        - against -
                              Defendant.        ORDER FOR ADMISSION
WALGREEN CO. and                                PRO HAC VICE
KMART CORP.                                     ON WRITTEN MOTION

Upon the motion of Ralph Wood         attorney for KMART CORP.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Neal E. Friedman |
| Firm Name: | Davis Bujold & Daniels, P.L.L.C. |
| Address: | 112 Pleasant Street |
| City/State/Zip: | Concord, New Hampshire 03301 |
| Telephone/Fax: | (603) 226-7490 / 7499 |
| Email Address: | nfriedman@davisbujold.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

is admitted to practice pro hac vice as counsel for KMART CORP. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/30/08
City, State: New York, New York

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006