UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and<br>ADMAR INTERNATIONAL, Inc.<br><br>        Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. and<br>KMART CORP.<br><br>        Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/HP) |

**RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF
DEFENDANT WALGREEN CO.**

Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned representative of Walgreen Co. certifies that there is no parent corporation and/or publicly held corporation that owns 10% or more of its stock.

_____
Allán Resnick
Divisional VP-Law

118506