UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd. et al. Plaintiff,

- against -

Walgreen Co., et al. Defendant.

8 cv 04457 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

AUG 1 5 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alan M. Weisberg a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Jeffrey Kamenetsky
Firm Name: Christopher & Weisberg, P.A.
Address: 200 E. Las Olas Blvd., Suite 2040
City/State/Zip: Fort Lauderdale, Florida 33301
Phone Number: (954) 828-1488
Fax Number: (954) 828-9122

Jeffrey Kamenetsky is a member in good standing of the Bar of the States of Florida.

There are no pending disciplinary proceeding against Jeffrey Kamenetsky in any State or Federal court.

Dated:
City, State: Fort Lauderdale, Florida

Respectfully submitted,

Alan M. Weisberg

Sponsor's Alan M. Weisberg
SDNY Bar AW9062
Firm Name: Christopher & Weisberg, P.A.
Address: 200 E. Las Olas Blvd., #2040
City/State/Zip: Fort Lauderdale, FL 33301
Phone Number: 954-828-1488
Fax Number: 954-828-9122

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUV N' CARE, LTD. and<br>ADMAR INTERNATIONAL, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. and<br>KMART CORP.<br><br>Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/HP) |

**AFFIDAVIT OF ALAN M. WEISBERG IN SUPPORT OF**
**<u>MOTION TO ADMIT COUNSEL PRO HAC VICE</u>**

State of Florida )
) ss:
County of Broward )

Alan M. Weisberg, being duly sworn, hereby deposes and says as follows:

1. I am a Partner of Christopher & Weisberg, P.A., counsel for Defendant, Walgreen Co. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jeffrey Kamenetsky as counsel pro hac vice to represent the Defendant, Walgreen Co. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 18, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey Kamenetsky since 2000.

4. Mr. Kamenetsky is a Partner at Christopher & Weisberg, P.A., in Fort Lauderdale, Florida.

5. I have found Mr. Kamenetsky to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Jeffrey Kamenetsky, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeffrey Kamenetsky, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jeffrey Kamenetsky, pro hac vice, to represent Defendant, Walgreen Co. in the above captioned matter, be granted.

Dated: August 12, 2008

Respectfully Submitted,

Alan M. Weisberg (No. AW9062)
*Of Counsel*
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
aweisberg@cwiplaw.com

***Attorneys for Defendant Walgreen Co.***

**CERTIFICATE OF SERVICE**

I CERTIFY a true and correct copy of the foregoing document is being deposited with the United States Postal Service in First Class postage-paid envelopes on August 12, 2008 to:

Morris E. Cohen, Esq.
Rochelle R. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza
Suite 2527
New York, NY 10119
(212) 244-4111

Alan M. Weisberg

118369



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida )

County of Leon )

In Re: 114571
Jeffrey Kamenetsky
Christopher & Weisberg, P.A.
200 E. Las Olas Blvd., Ste. 2040
Fort Lauderdale, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 1997.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 7th day of August, 2008.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssTH1:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd. et al Plaintiff,

8 cv 04457 (DC )

- against -

Walgreen Co., et al. Defendant.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Alan M. Weisberg attorney for Defendant, Walgreen Co.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeffrey Kamenetsky |
| Firm Name: | Christopher & Weisberg, P.A. |
| Address: | 200 E. Las Olas Blvd., Suite 2040 |
| City/State/Zip: | Fort Lauderdale, Florida 33301 |
| Telephone/Fax: | (954) 828-1488 |
| Email Address: | jkamenetsky@cwiplaw.com |

is admitted to practice pro hac vice as counsel for Defendant, Walgreen Co. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: Fort Lauderdale, Florida

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ SDNY RECEIPT#