(Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Luv N' Care, Ltd. et al        Plaintiff,

            8   cv   04457   (DC)

- against -

Walgreen Co., et al.        Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Alan M. Weisberg  attorney for Defendant, Walgreen Co.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeffrey Kamenetsky |
| Firm Name: | Christopher & Weisberg, P.A. |
| Address: | 200 E. Las Olas Blvd., Suite 2040 |
| City/State/Zip: | Fort Lauderdale, Florida 33301 |
| Telephone/Fax: | (954) 828-1488 |
| Email Address: | jkamenetsky@cwiplaw.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

is admitted to practice pro hac vice as counsel for  Defendant, Walgreen Co.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/25/08
City, State: Fort Lauderdale, Florida

_____
United States District/Magistrate Judge