UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET NEW YORK, N.Y. 10007

**J. Michael McMahon**
**Clerk of the Court**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/08

------------------------- x
Luv N'Care, LTD., et al.,

        Plaintiff(s),                08 Civ. 4457 (DC)

   - against -

Walgreen Co., et al.,

        Defendant(s).
------------------------- x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on October 24, 2008 at 2:30 P.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

Dated:        New York, New York
                October 1, 2008

                                                          Sincerely,

                                                          David Tam
                                                          Courtroom Deputy Clerk
                                                          U.S.D.C. - S.D.N.Y.
                                                          500 Pearl Street, Rm. 1020
                                                          New York, New York 10007
                                                          (212) 805-0096