UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LUV N' CARE, LTD. and
ADMAR INTERNATIONAL, INC.
Plaintiffs,

v.

CIVIL ACTION NO.
08 CIV 4457 (DC/HP)

WALGREEN CO. and KMART CORP.
Defendants.

-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Scott A. Daniels_

☐ *Attorney*

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☒ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _Davis Bujold & Daniels, P.L.L.C._

    To: _Daniels Patent Law PLLC_

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: _43 Centre Street Concord NH 03301_

☒ Telephone Number: _603 226 8610_

☒ Fax Number: _603 226 8611_

☒ E-Mail Address: _scott@danielspatentlaw.com_

Dated: _12/11/08_       _/s/ Scott A. Daniels_