Alan M. Weisberg (No. AW9062)
Jeffrey H. Kamenetsky (*Pro Hac Vice*)
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
aweisberg@cwiplaw.com

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and ADMAR INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. and KMART CORP.<br><br>Defendants. | CIVIL ACTION NO.:<br><br>08-CIV 4457 (DC/HP) |

### NOTICE OF SERVICE

Defendant WALGREEN CO. (WALGREENS) hereby gives notice that on January 20, 2009 it served (1) Defendant Walgreen Co.'s Interrogatories (Nos. 1-2) to Plaintiffs Luv N' Care, Ltd. and Admar International, Inc. and (2) Defendant Walgreen Co.'s Rule 34 Requests for Documents and Things Nos. 1-47 on the following:

Morris E. Cohen, Esq.
Rochelle R. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza
Suite 2527
New York, NY 10119

Joe D. Guerriero, Esq.
Luv n' care, Ltd.
3030 Aurora Avenue
Monroe, LA 71201

Scott A. Daniels, Esq.
Daniels Patent Law PLLC
43 Centre Street
Concord, NH 03301

Neal E. Friedman, Esq.
Davis Bujold & Daniels
112 Pleasant St.
Concord, NH 03301

Ralph K. Wood, Esq.
Law Office of Ralph Wood
399 Knollwood Rd., Suite 310
White Plains, NY 10603

Dated: January 20, 2009

Respectfully submitted,

Alan M. Weisberg, Esq. (No. AW9062)
Jeffrey H. Kamenetsky (Pro Hac Vice)
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
aweisberg@cwiplaw.com

*Attorneys for Defendant WALGREEN CO.*

## CERTIFICATE OF SERVICE

I CERTIFY true and correct copies of the foregoing document are being deposited with the United States Postal Service in First Class postage-paid envelopes on January 20, 2009 to:

Morris E. Cohen, Esq.
Rochelle R. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza
Suite 2527
New York, NY 10119

Joe D. Guerriero, Esq.
Luv n' care, Ltd.

3030 Aurora Avenue
Monroe, LA 71201

Scott A. Daniels, Esq.
Daniels Patent Law PLLC
43 Centre Street
Concord, NH 03301

Neal E. Friedman, Esq.
Davis Bujold & Daniels
112 Pleasant St.
Concord, NH 03301

Ralph K. Wood, Esq.
Law Office of Ralph Wood
399 Knollwood Rd., Suite 310
White Plains, NY 10603

                                              Jeffrey H. Kamenetsky

138658