SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N'Care, Ltd. et.al.    Plaintiff,

- against -

Walgreen Co., et.al.    Defendant.



8 cv 04457 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Alan M. Weisberg    a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Jason R. Buratti
Firm Name:   Christopher & Weisberg, P.A.
Address:   200 East Las Olas Boulevard, Suite 2040
City/State/Zip:   Fort Lauderdale, FL 33301
Phone Number:   (954) 828-1488
Fax Number:   (954) 828-9122

Jason R. Buratti    is a member in good standing of the Bar of the States of District of Columbia and Commonwealth of Virginia

There are no pending disciplinary proceeding against Jason R. Buratti in any State or Federal court.

Dated:   March 16, 2009
City, State:   Fort Lauderdale, FL

Respectfully submitted,

Sponsor's
SDNY Bar   AW9062
Firm Name:   Christopher & Weisberg, P.A.
Address:   200 East Las Olas Boulevard, Suite 2040
City/State/Zip:   Fort Lauderdale, FL 33301
Phone Number:   (954) 828-1488
Fax Number:   (954) 828-9122

SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I CERTIFY a true and correct copy of the foregoing document is being deposited with the United States Postal Service in First Class postage-paid envelopes on March 16, 2009 to:

| | |
|---|---|
| Morris E. Cohen, Esq.<br>Rochelle R. Weisburg, Esq.<br>Law Office of Morris E. Cohen, P.C.<br>One Penn Plaza, Suite 2527<br>New York, NY  10119<br>(212) 244-4111 | Joe D. Guerriero, Esq.<br>Luv n' care, Ltd.<br>3030 Aurora Avenue<br>Monroe, LA 71201 |
| Scott A. Daniels, Esq.<br>Daniels Patent Law PLLC<br>43 Centre Street<br>Concord, NH 03301 | Neal E. Friedman, Esq.<br>Davis Bujold & Daniels<br>112 Pleasant St.<br>Concord, NH 03301 |
| Ralph K. Wood, Esq.<br>Law Office of Ralph Wood<br>399 Knollwood Rd., Suite 310<br>White Plains, NY 10603 | |

                                        /s/ Alan M. Weisberg
                                        Alan M. Weisberg

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and<br>ADMAR INTERNATIONAL, Inc.<br><br>    Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. and<br>KMART CORP.<br><br>    Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/HP) |

### AFFIDAVIT OF ALAN M. WEISBERG IN SUPPORT OF
### MOTION TO ADMIT COUNSEL PRO HAC VICE

State of Florida    )
                    )   ss:
County of Broward   )

Alan M. Weisberg, being duly sworn, hereby deposes and says as follows:

1. I am a Partner of Christopher & Weisberg, P.A., counsel for Defendant Walgreen Co. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jason R. Buratti as counsel pro hac vice to represent the Defendant Walgreen Co. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 18, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jason R. Buratti since 2005.

4. Mr. Buratti is an attorney at Christopher & Weisberg, P.A., in Fort Lauderdale, Florida.

5. I have found Mr. Buratti to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

2

6. Accordingly, I am pleased to move for the admission of Jason R. Buratti, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jason R. Buratti, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jason R. Buratti, pro hac vice, to represent Defendant Walgreen Co. in the above captioned matter, be granted.

Dated: March 16, 2009

Respectfully Submitted,

_____
Alan M. Weisberg (No. AW9062)
*Of Counsel*
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
aweisberg@cwiplaw.com

*Attorneys for Defendant Walgreen Co.*

2

## CERTIFICATE OF SERVICE

I CERTIFY a true and correct copy of the foregoing document is being deposited with the United States Postal Service in First Class postage-paid envelopes on March 16, 2009 to:

Morris E. Cohen, Esq.
Rochelle R. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza
Suite 2527
New York, NY 10119
(212) 244-4111

_____
Alan M. Weisberg

118369

3



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JASON RICHARD BURATTI IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. BURATTI WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 6, 2000, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

*Issued March 6, 2009*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JASON R. BURATTI

was on the  6TH  day of  AUGUST, 2001  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 10, 2009.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
   Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and<br>ADMAR INTERNATIONAL, Inc.<br><br>          Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. and<br>KMART CORP.<br><br>          Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/HP) |

### ORDER FORM ADMISSION PRO HAC VICE
### ON WRITTEN MOTION

Upon the motion of Alan M. Weisberg, attorney for Walgreen Co. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDREED** that

    Jason R. Buratti
    Christopher & Weisberg, P.A.
    200 East Las Olas Boulevard
    Suite 2040
    Fort Lauderdale, FL  33301
    (954) 828-1488
    Facsimile:  (954) 828-9122
    jburatti@cwiplaw.com

is admitted to practice pro hac vice as counsel for Walgreen Co., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing disciple of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts@gov. Counsel shall forward the proc hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                              United States District / Magistrate Judge

118369