UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and<br>ADMAR INTERNATIONAL, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. and<br>KMART CORP.<br><br>Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/H)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/27/09 |

### ORDER FORM ADMISSION PRO HAC VICE
### ON WRITTEN MOTION

Upon the motion of Alan M. Weisberg, attorney for Walgreen Co. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDREED** that

    Jason R. Buratti
    Christopher & Weisberg, P.A.
    200 East Las Olas Boulevard
    Suite 2040
    Fort Lauderdale, FL 33301
    (954) 828-1488
    Facsimile: (954) 828-9122
    jburatti@cwiplaw.com

is admitted to practice pro hac vice as counsel for Walgreen Co., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing disciple of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts@gov. Counsel shall forward the proc hac vice fee to the Clerk of Court.

Dated: 3/27/09
City, State: NY NY

                                            United States District / Magistrate Judge

118369