```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

LUV N'CARE LTD. and ADMAR
INTERNATIONAL, INC.,

              Plaintiffs,

     - against -

WALGREEN CO. and KMART CORP.,

             Defendants.

- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 4457 (DC)

**CHIN, District Judge**

       Discovery, fact and expert, shall close on May 1, 2009 as previously ordered. The parties may move for summary judgment by June 1, 2009. Opposition papers shall be filed by June 29, 2009. Reply papers shall be filed by July 13, 2009.

       SO ORDERED.

Dated:   New York, New York
         April 2, 2009

                                   _____
                                   DENNY CHIN
                                   United States District Judge