```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
LUV N'CARE LTD. and ADMAR            :
INTERNATIONAL, INC.,
                                     :
              Plaintiffs,
                                     :      ORDER
         - against -
                                     :      08 Civ. 4457 (DC)
WALGREEN CO. and KMART CORP.,        :

              Defendants.            :
                                     :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

      Plaintiffs' request for a pre-motion conference is denied. This Court's April 2, 2009 order stands. If plaintiffs wish to move to transfer, they shall do so on the summary judgment schedule: motion papers shall be submitted by June 1, 2009; opposition papers shall be filed by June 29, 2009; and, reply papers shall be filed by July 13, 2009.

      SO ORDERED.

Dated:    New York, New York
           April 28, 2009

                                      DENNY CHIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/09