SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd., et al.   Plaintiff,

- against -

Walgreen Co., et al.   Defendant.

_8_ cv _4457_ (DC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rochelle R. Weisburg   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  James A. Gale
Firm Name:         Feldman Gale, P.A.
Address:           2 South Biscayne Boulevard., 30th floor
City/State/Zip:    Miami, FL 33131
Phone Number:      (305) 358-5001
Fax Number:        (305) 358-3309

James A. Gale   is a member in good standing of the Bar of the States of Florida

There are no pending disciplinary proceeding against   James A. Gale
in any State or Federal court.

Dated:        5/5/2009
City, State:  New York, NY

Respectfully submitted,

[signature]

Sponsor's         Rochelle R. Weisburg
SDNY Bar          RW 6848
Firm Name:        Law Office of Morris E. Cohen, P.C.
Address:          One Penn Plaza, Suite 2527
City/State/Zip:   New York, New York, 10119
Phone Number:     (212) 244-4111, ext. 205
Fax Number:       (212) 563-7108

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD., and
ADMAR INTERNATIONAL, INC.,

    Plaintiffs,

vs.

CIVIL ACTION NO.
08 CIV 4457 (DC/HP)

WALGREEN CO., and
KMART CORP.,

    Defendants.

_____/

## AFFIDAVIT OF ROCHELLE R. WEISBURG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Rochelle R. Weisburg, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at the Law Office of Morris E. Cohen, P.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit James A. Gale as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James A. Gale since 2009.

4. Mr. Gale is a partner at Feldman Gale, P.A., in Miami, Florida.

5. I have found Mr. Gale to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James A. Gale, pro hac vice.

7. I respectfully submit a proposed order granting the admission of James A. Gale, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit James A. Gale, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:          May 5, 2009

City/State:     New York, NY

Notarized:

Respectfully submitted,

By: _____
Rochelle R. Weisburg
SDNY Bar Code: RW6848
RWeisburg@IPcases.com
Law Office of Morris E. Cohen, P.C.
One Penn Plaza, Suite 2527
New York, New York 10119
Telephone: 212-244-4111, ext. 205
Facsimile: 212-563-7108
***Attorney for Luv N' Care, Ltd.
and Admar International, Inc.***

2

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing document is being deposited with the United States Postal Service in First Class postage-paid envelopes and emailed on this date, May 5, 2009, to:

Alan Weisberg, Esq.
aweisberg@cwiplaw.com
Jeffrey H. Kamenetsky, Esq.
jkamenetsky@cwiplaw.com

Jason Buratti, Esq.
jburatti@cwiplaw.com
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122

Scott A. Daniels, Esq.
Daniels Patent Law PLLC
43 Centre Street
Concord, NH 03301
Scott@danielspatentlaw.com

Ralph K. Wood, Esq.
Law Office of Ralph Wood
399 Knollwood Rd., Suite 310
White Plains, NY 10603
RWoodesq@aol.com

_____
Rochelle R. Weisburg

3

≈SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd., et al.    Plaintiff,

                                                                                                                                 8   cv  4457     (DC)

- against -

Walgreen Co., et al.    Defendant.    **ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Rochelle R. Weisburg attorney for Luv N' Care, Ltd. and Admar Int'l, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    James A. Gale

        Firm Name:    Feldman Gale, P.A.

        Address:    2 South Biscayne Boulevard., 30th floor

        City/State/Zip:    Miami, FL 33131

        Telephone/Fax:    (305) 358-5001

        Email Address:    JGale@FeldmanGale.com

is admitted to practice pro hac vice as counsel for Luv N' Care, Ltd. and Admar Int'l, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                         United States District/Magistrate Judge



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re: 371726
James A. Gale
Feldman Gale P.A.
2 S. Biscayne Blvd., Fl 30
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 28, 1983.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 23rd day of April, 2009.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ecTH5/R10