SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd., et al.         Plaintiff,

- against -

Walgreen Co., et al.              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

08 CV 4457 (DC)

Upon the motion of Rochelle R. Weisburg attorney for Luv N' Care, Ltd. and Admar Int'l, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | James A. Gale |
| Firm Name: | Feldman Gale, P.A. |
| Address: | 2 South Biscayne Boulevard., 30th floor |
| City/State/Zip: | Miami, FL 33131 |
| Telephone/Fax: | (305) 358-5001 |
| Email Address: | JGale@FeldmanGale.com |

is admitted to practice pro hac vice as counsel for Luv N' Care, Ltd. and Admar Int'l, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 5/14/09
City, State: NY, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006