SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd., et al.    Plaintiff,

- against -

Walgreen Co., et al.    Defendant.

8 cv 4457 (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Rochelle R. Weisburg a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Todd M. Malynn
Firm Name: Feldman Gale, P.A.
Address: 880 W. First Street, Suite 315
City/State/Zip: Los Angeles, CA 90012
Phone Number: (213) 625-5005
Fax Number: (213) 625-5993

Todd M. Malynn is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Todd M. Malynn in any State or Federal court.

Dated: May 18, 2009
City, State: New York, NY

Respectfully submitted,

Sponsor's [signature] Rochelle R. Weisburg
SDNY Bar RW-6848
Firm Name: Law offices of Morris E. Cohen, P.C.
Address: 1 Penn Plaza
City/State/Zip: NY NY 10019
Phone Number: (212) 244-2441 x 205
Fax Number: 212-563-7108

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD., and
ADMAR INTERNATIONAL, INC.,

      Plaintiffs,

vs.

CIVIL ACTION NO.
08 CIV 4457 (DC/HP)

WALGREEN CO., and
KMART CORP.,

      Defendants.
_____/

## AFFIDAVIT OF ROCHELLE R. WEISBURG IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Rochelle R. Weisburg, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at the Law Office of Morris E. Cohen, P.C., counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Todd M. Malynn as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Todd Malynn since 2009.

4. Mr. Malynn is an associate at Feldman Gale, P.A., in Los Angeles, California.

5. I have found Mr. Malynn to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Todd M. Malynn, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Todd M. Malynn, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Todd M. Malynn pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: May 18, 2009

City/State: New York, NY

Notarized:

Respectfully submitted,

By: _____
Rochelle R. Weisburg
SDNY Bar Code: RW6848
RWeisburg@IPcases.com
Law Office of Morris E. Cohen, P.C.
One Penn Plaza, Suite 2527
New York, New York 10119
Telephone: 212-244-4111, ext. 205
Facsimile: 212-563-7108
***Attorney for Luv N' Care, Ltd.
and Admar International, Inc.***

2

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing document is being deposited with the United States Postal Service in First Class postage-paid envelopes on this date, May 18, 2009, to:

Alan Weisberg
aweisberg@cwiplaw.com
Jeffrey H. Kamenetsky
jkamenetsky@cwiplaw.com
Jason Buratti
jburatti@cwiplaw.com
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122

Scott A. Daniels, Esq.
Daniels Patent Law PLLC
43 Centre Street
Concord, NH 03301

Ralph K. Wood, Esq.
Law Office of Ralph Wood
399 Knollwood Rd., Suite 310
White Plains, NY 10603

Joe D. Guerriero, Esq.
Luv n' Care, Ltd.
3030 Aurora Avenue
Monroe, LA 71201

_____
Rochelle R. Weisburg

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd., et al.          Plaintiff,

                                                          8   cv  4457   (DC)

         - against -
Walgreen Co., et al.               Defendant.       **ORDER FOR ADMISSION**
                                                    **PRO HAC VICE**
                                                    **ON ORAL MOTION**

Upon the oral motion of    Rochelle R. Weisburg        attorney for
Plaintiff, Luv N. Care, Ltd.,                          and said sponsor attorney's affidavit
declaration that applicant    Todd M. Malynn    is a member in good standing of
the bar(s) of the state(s) of   California   ;
and that applicant's contact information is as follows (please print):

   Applicant's Name:   Todd M. Malynn
   Firm Name:          Feldman Gale, P.A.
   Address:            880 W. First Street, Suite 315
   City/State/Zip:     Los Angeles, CA 90012
   Telephone/Fax:      (213) 625-5005
   Email Address:      TMalynn@feldmangale.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for
Plaintiff, Luv N. Care, Ltd.,                          in the above entitled action;

**IT IS HEREBY ORDERED** that   Todd M. Malynn    , is admitted to
practice pro hac vice as counsel for in the above captioned case in the United States District Court for the
Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules
of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the
Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov.
Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

                                           United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 11, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TODD MATTHEW MALYNN, #181595 was admitted to the practice of law in this state by the Supreme Court of California on January 25, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records