## Law Office of Morris E. Cohen, P.C.

1 Penn Plaza, Suite 2527 • New York, New York 10119 • 212-244-4111 x226 (phone) • 212-563-7108 (fax)

May 20, 2009

Via Facsimile 212-805-7906
The Honorable Denny Chin
United States District Judge
United States District Court,
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

Re: *Luv n' care, Ltd. et al. v. Walgreen Co. et al.*; Civil Action No. 08 CIV 4457;
Request for a conference regarding the parties' anticipated agreed motion to extend the dispositive motion deadline

Dear Judge Chin:

A conference is respectfully requested regarding the parties' anticipated motion to extend the deadline for dispositive motions in this case. The current deadline for dispositive motions is June 1, 2009. D.E.# 25. However, the parties have engaged in good faith discussions and have agreed that all parties' interests would be served by extending the deadline to June 8, 2009.

Therefore, the parties respectfully request that the Court conduct a pre-motion conference or, at the Court's discretion without a conference, enter an order extending the dispositive motion deadline to June 8, 2009. No other deadlines in the current schedule are affected by this agreement between the parties.

Respectfully submitted,

Morris E. Cohen

cc: James A. Gale, Esq. (via fax)
Alan Weisberg, Esq. (via fax)
Jason Buratti, Esq. (via fax)
Jeffrey Kaminetsky, Esq. (via fax)

Approved.
SO ORDERED
[signature]
USDJ
5/29/09