USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd., et al.        Plaintiff,

         8   cv   4457   (DC)

- against -

Walgreen Co., et al.        Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __Rochelle R. Weisburg__ attorney for __Plaintiff, Luv N. Care, Ltd.,__ and said sponsor attorney's affidavit declaration that applicant __Todd M. Malynn__ is a member in good standing of the bar(s) of the state(s) of __California__;

and that applicant's contact information is as follows (please print):

Applicant's Name: Todd M. Malynn
Firm Name: Feldman Gale, P.A.
Address: 880 W. First Street, Suite 315
City/State/Zip: Los Angeles, CA 90012
Telephone/Fax: (213) 625-5005
Email Address: TMalynn@feldmangale.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Plaintiff, Luv N. Care, Ltd.,__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Todd M. Malynn__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated: 5/29/09
City, State: New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006