James A. Gale / 371726
**FELDMAN GALE, P.A.**
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: 305-358-5001
jgale@feldmangale.com

Morris E. Cohen (MC4620)
**LAW OFFICE OF MORRIS E. COHEN, P.C.**
1 Penn Plaza, Suite 2527
New York, New York 10119
Telephone: 212-244-4111 x226
mcohen@ipcases.com

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

LUV N' CARE, LTD. and
ADMAR INTERNATIONAL, INC.

CIVIL ACTION NO.:
08-CIV 4457 (DC/HP)

          Plaintiffs

vs.

WALGREEN CO. and
KMART CORP.
          Defendants.

---

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that FELDMAN GALE, P.A., through James A. Gale, Esq., enters this Notice of Appearance as Counsel of Record for Plaintiffs Luv n' Care, Ltd. ("Luv n' care") and Admar International, Inc. ("Admar") in the above-captioned matter. Accordingly, Feldman Gale, P.A. requests that all further motions, notices, pleadings, discovery and correspondence pertaining to, entered, filed and/or served in this action be directed to the undersigned.

Dated:  June 2, 2009

Respectfully submitted,

**FELDMAN GALE, P.A.**
*Counsel for Plaintiffs*
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: 305-358-5001
Facsimile: 305-358-3309
By:  /s *James A. Gale*
James A. Gale / 371726
jgale@feldmangale.com
*Attorneys for Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2009, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record and pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by this Court's CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s *James A. Gale*
JAMES A. GALE

## SERVICE LIST

*Luv n' care, Ltd., et al. v. Walgreen Co., et al*
Case No. 08-CIV 4457 (DC/HP)
United States District Court, Southern District of New York

Alan Weisberg
aweisberg@cwiplaw.com
Jeffrey H. Kamenetsky
jkamenetsky@cwiplaw.com
Jason Buratti
jburatti@cwiplaw.com
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122

Scott A. Daniels, Esq.
Daniels Patent Law PLLC
43 Centre Street
Concord, NH 03301

Ralph K. Wood, Esq.
Law Office of Ralph Wood
399 Knollwood Rd., Suite 310
White Plains, NY 10603

Joe D. Guerriero, Esq.
Luv n' care, Ltd.
3030 Aurora Avenue
Monroe, LA 71201