SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Luv N' Care, Ltd. et al.    Plaintiff,

- against -

Walgreen Co. et al.    Defendant.

8  cv  04457   (DC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Alan M. Weisberg   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:   Garrett Ari Barten
    Firm Name:   Christopher & Weisberg, P.A.
    Address:   200 East Las Olas Boulevard, Suite 2040
    City/State/Zip:   Fort Lauderdale, Florida 33301
    Phone Number:   (954) 828-1488
    Fax Number:   (954) 828-9122

Garrett Ari Barten    is a member in good standing of the Bar of the States of

Florida and Pennsylvania.

There are no pending disciplinary proceeding against Garrett Ari Barten
in any State or Federal court.

Dated:   6/2/2009
City, State:   Fort Lauderdale, Florida

Respectfully submitted,

*/s/ Alan M. Weisberg*

Sponsor's   Alan M. Weisberg
SDNY Bar AW9062
Firm Name: Christopher & Weisberg, P.A.
Address: 200 E. Las Olas Boulevard, Suite 2040
City/State/Zip: Fort Lauderdale, Florida 33301
Phone Number: 954-828-1488
Fax Number: 954-828-9122

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and<br>ADMAR INTERNATIONAL, Inc.<br><br>        Plaintiffs,<br>vs.<br><br>WALGREEN CO. and<br>KMART CORP.<br><br>        Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/HP) |

### AFFIDAVIT OF ALAN M. WEISBERG IN SUPPORT OF
### MOTION TO ADMIT COUNSEL PRO HAC VICE

State of Florida      )
                      )      ss:
County of Broward     )

Alan M. Weisberg, being duly sworn, hereby deposes and says as follows:

1. I am a Partner of Christopher & Weisberg, P.A., counsel for Defendant, Walgreen Co. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Garrett Ari Barten as counsel pro hac vice to represent the Defendant, Walgreen Co. in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 18, 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Garrett Ari Barten since 2006.

4. Mr. Barten is an Associate at Christopher & Weisberg, P.A., in Fort Lauderdale, Florida.

5. I have found Mr. Barten to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move for the admission of Garrett Ari Barten, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Garrett Ari Barten, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Garrett Ari Barten, pro hac vice, to represent Defendant, Walgreen Co. in the above captioned matter, be granted.

Dated: June 02, 2009

Respectfully Submitted,

_____
Alan M. Weisberg (No. AW9062)
*Of Counsel*
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
aweisberg@cwiplaw.com

***Attorneys for Defendant Walgreen Co.***

## CERTIFICATE OF SERVICE

I CERTIFY a true and correct copy of the foregoing document is being deposited with the United States Postal Service in First Class postage-paid envelopes on June 02, 2009 to:

| | |
|---|---|
| Morris E. Cohen, Esq.<br>Rochelle R. Weisburg, Esq.<br>Law Office of Morris E. Cohen, P.C.<br>One Penn Plaza, Suite 2527<br>New York, NY 10119 | Joe D. Guerriero, Esq.<br>Luv n' care, Ltd.<br>3030 Aurora Avenue<br>Monroe, LA 71201 |
| Scott A. Daniels, Esq.<br>Daniels Patent Law PLLC<br>43 Centre Street<br>Concord, NH 03301 | Neal E. Friedman, Esq.<br>Davis Bujold & Daniels<br>112 Pleasant St.<br>Concord, NH 03301 |
| Ralph K. Wood, Esq.<br>Law Office of Ralph Wood<br>399 Knollwood Rd., Suite 310<br>White Plains, NY 10603 | Todd M. Malynn, Esq.<br>Feldman, Gale<br>880 West First Street<br>Suite 315<br>Los Angeles, CA 90012 |
| James A. Gale, Esq.<br>Feldman Gale, P.A.<br>2 South Biscayne Blvd.<br>30th Floor<br>Miami, FL 33131 | |

_____
Alan M. Weisberg

155557

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luv N' Care, Ltd. et al.           Plaintiff,

                                                          8    cv   04457    (DC)

          - against -
Walgreen Co. et al.                Defendant.       **ORDER FOR ADMISSION**
                                                     **PRO HAC VICE**
                                                     **ON WRITTEN MOTION**

Upon the motion of Alan M. Weisberg   attorney for  Walgreen Co. et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Garrett Ari Barten |
| Firm Name: | Christopher & Weisberg, P.A. |
| Address: | 200 East Las Olas Boulevard, Suite 2040 |
| City/State/Zip: | Fort Lauderdale, Florida 33301 |
| Telephone/Fax: | (954) 828-1488 |
| Email Address: | 954-828-9122 |

is admitted to practice pro hac vice as counsel for  Walgreen Co. et al.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                 _____
                                                 United States District/Magistrate Judge

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**GARRETT ARI BARTEN**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 25, 2008**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 26, 2009.*

_____
*Clerk of the Supreme Court of Florida*



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Garrett Ari Barten, Esq.*

#### DATE OF ADMISSION

*April 13, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  May 26, 2009

_____
Patricia A. Nicola
Chief Clerk