```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

LUV N'CARE LTD. and ADMAR          :
INTERNATIONAL, INC.,
                                   :
              Plaintiffs,
                                   :        ORDER
      - against -
                                   :        08 Civ. 4457 (DC)

WALGREEN CO.,                      :

              Defendant.           :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 5/04

**CHIN, District Judge**

     By letter dated May 27, 2009, defendant Walgreen Co. requests a pre-motion conference to discuss its filing of a motion to strike an expert report submitted by plaintiffs a week before the close of discovery.  By letter dated June 1, 2009, plaintiffs assert that they submitted their expert report "in response and rebuttal to Walgreen's own eleventh-hour disclosure of an expert, Mr. Walter McCullough."  By letter dated June 2, 2009, Walgreen reports that it "does not now and never has intended [sic] to call Mr. McCullough as a fact or an expert witness."

     Under the circumstances, plaintiffs' "rebuttal" expert report is stricken.  There is no need for a report responding to McCullough as an expert if McCullough will not be testifying in this case.  It appears that much of this dispute arises from reports generated in a Texas litigation.  Those reports are not before this Court and will not be allowed.

     SO ORDERED.

Dated:    New York, New York
          June 5, 2009

                                        DENNY CHIN
                                        United States District Judge