UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUV N' CARE, LTD. and ADMAR INTERNATIONAL, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO. and KMART CORP.<br><br>Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/HP)<br><br>NOTICE OF APPEARANCE |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan, LLP, is appearing in this action as co-counsel for Defendant Walgreen Co. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated:  New York, New York
        June 8, 2009

SCHLAM STONE & DOLAN LLP

By: _____
Bennette D. Kramer (BDK-1269)
bdk@schlamstone.com
26 Broadway
New York, New York 10004
(212) 344-5400

Attorneys for Defendant Walgreen Co.