1

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

---------------------------x

LUV N'CARE, LTD AND              )

ADMAR INTERNATIONAL, INC.    )

VERSUS                          )    NO. 08-CIV 4457

WALGREEN CO., AND KMART CORP)

---------------------------x

VOL. I

30(b)(6) DEPOSITION OF LUV N' CARE, LTD THOURGH
ITS DESIGNEE EDWARD HAKIM, commencing at 4:08 p.m. on
May 20, 2009, at the Atrium, Bonaparte Room, 2001
Louisville Ave, Monroe, Louisiana.  Reported by Paige
Davenport, Certified Court Reporter Certificate Number
28004, State of Louisiana.

2

1    APPEARANCES:

2        FOR PLAINTIFF ADMAR:

3            Law office of Mr. Joe D. Guerriero

4            3030 Aurora Avenue

5            Monroe, Louisiana 71201

6                Appearing herein by and through:

7                Mr. Joe D. Guerriero

8

9        FOR DEFENDANT WALGREEN CO.:

10           Christopher & Weisberg, P.A.

11           200 E. Las Olas Blvd, Suite 2040

12           Fort Lauderdale, FL 33301

13               Appearing herein by and through:

14               Mr. Jason R. Buratti

15

16       FOR DEFENDANT KMART CORP:

17           Wiley Rein

18           1776 K Street NW

19           Washington, DC 20006

20               Appearing herein by and through:

21               Mr. Robert J. Scheffel

22

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I                    May 20, 2009
Monroe, LA

3

1    ALSO PRESENT:

2            Mr. Garrett Berten

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I                May 20, 2009
Monroe, LA

4

1                    STIPULATIONS

2        This deposition is being taken for the

3   discovery/trial in accordance with Article 1421,

4   et seq., of the Louisiana Code of Civil

5   Procedure.  All formalities in connection with

6   the taking of the deposition are waived with the

7   exception of the swearing of the witness and

8   reduction of questions and answers to

9   typewriting.

10        The witnesses and parties have reserved the

11   reading and signing of the deposition.

12

13

14

15

16

17

18

19

20

21

22

This page intentionally left blank.

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I

Monroe, LA

May 20, 2009

10

1    **A.    That's correct.**

2    Q.    What is the product in exhibit A

3    called?

4    **A.    Sports sipper.**

5    Q.    What is the product in exhibit D

6    called?

7    **A.    Flip it cup, and some people call it a**

8    **straw cup, but it's a flip it straw cup.**

9    Q.    Mr. Hakim, I'm going to hand you

10   exhibits 35 and 39. First, is there any

11   difference in the physical product of exhibits –

12   what were the exhibit numbers?

13   **A.    Yes.**

14   Q.    There is a physical difference?   What's

15   the physical difference in the products of

16   exhibits 35 and 39?

17   **A.    Thirty-nine, exhibit 39, was our old**

18   **version, and exhibit 35 is a newer version with a**

19   **much stronger, clarified PP, and a more**

20   **clarified, different brand of silicone. Exhibit**

21   **35 will take much more impact than exhibit 39.**

22   Q.    When did the physical product change?

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I                    May 20, 2009
Monroe, LA

11

1       A.    I think the product changed sometime –

2    we made the change sometime – December/January.

3    January of '09 –

4       Q.    '09?

5       A.    December '08.  Additionally, the screw

6    cap on exhibit 39 is opaque and the screw cap on

7    35 is transparent.

8       Q.    Translucent?  Is that a more

9    appropriate term for it? It lets light through,

10   but it's not transparent?  You can see through

11   it?

12      A.    Translucent, but you can also see

13   through it as well, when's it taken off, so I

14   would call it transparent.

15      Q.    Why did Luv 'N Care change from the

16   translucent, older design to the opaque, newer

17   design for the cap?

18      A.    To get a – to get what we call a

19   fluorescent look. A brighter – so you could get

20   the colors brighter in the screw caps.  Hold it

21   up to the light.  I think that will help you.

22      Q.    So, the newer cup has the translucent

12

1    screw cap?

2        A.    That's correct.

3        Q.    And the older cup has the opaque cap?

4        A.    Opaque.

5        Q.    Now, are there any other changes to the

6    physical product, from exhibit 39 to exhibit 35?

7        A.    With regards to the cup itself, no.

8        Q.    Now, what are the differences between

9    the packaging from exhibit 39 to exhibit 35?

10       A.    There's been a slight packaging update,

11   or packaging change, with regards to the shrink

12   film.

13       Q.    With regards to the what?

14       A.    The shrink film, the printed shrink

15   film, which is shrunk around both cups.

16       Q.    What are the changes?

17       A.    Each one?

18       Q.    Yes.

19       A.    All right, the arrow –

20       Q.    Arrow?

21       A.    The arrow –

22       Q.    Okay.

13

```
1        A.    - on exhibit 39 is red, with a dark
2    blue outline.  The arrow on exhibit 35 is a
3    graded blue, with a darker blue outline.  The
4    word soft is in red on exhibit 39, with a dark
5    blue outline.  The word soft is also larger in
6    type, and also a different style type than that
7    of the word soft on exhibit 35.  Exhibit 35, the
8    word soft is a smaller type than that on exhibit
9    39.  It's also in blue, which is not on 39
10   exhibit. It's also outlined with a white, double
11   stroke.  The word spout on exhibit 39 is in blue.
12   It's in a darker blue than that on exhibit 35.
13   It's in a different style type.  It also has a
14   light background, with a stroke.  However, the
15   inside of the letters on the P and the O inside
16   the center of the word you have a white
17   background.  The word spout, also on exhibit 39,
18   has an exclamation mark in blue, which is
19   outlined in white, which does not appear on the
20   word spout in exhibit 39.  The word soft spout is
21   not surrounded by another color, nor is it
22   overlaid onto another color, as the word soft
```

May 20, 2009
Monroe, LA

14

1      silicone spout is on exhibit 35, which has a

2      background of red, which is also in a sunburst,

3      and the sunburst is surrounded on the top and the

4      left and right side by an orange and yellow

5      outline.   The wording above the sunburst on

6      exhibit 35 has wording that reads, I believe that

7      must be — it's a foreign language.   I'm not sure

8      what foreign language it is.    It could be —

9            Q.    There's four words.

10           A.    — one of a hundred, one of about 50

11     different foreign countries that we sell in.

12     It's in one of those languages. I don't recognize

13     it.  Moving down to the center of the cup, the

14     verbiage no spill cup on the exhibit 39 is all in

15     white. It's in one straight line, and has a

16     different font that the verbiage no spill cup on

17     exhibit 35.   The no spill cup on exhibit 35 is in

18     blue type, with a white stroke.   The O on exhibit

19     35 is that of a trademark symbol that's got,

20     looks like a drop of water with a line through

21     it, and a circle around it, with a white

22     background.   The entire wording, no spill cup,

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I                    May 20, 2009
Monroe, LA

15

1   has a yellow background with a lot of yellow

2   dots. That's on exhibit 35.  On exhibit 39, the

3   no spill cup is in white with a blue background.

4   To the right of no spill cup, we have a half of a

5   rectangle, which is in a light blue, and a light

6   green, and a darker green outline that reads six

7   months plus, and a white with a green stroke

8   around the wording six months plus.  That is not

9   contained on exhibit 39.  On exhibit 35, in the

10   yellow bank, which is the background of the

11   verbiage, no spill cup, there's a verbiage that

12   reads 10oz. 295mL., and then it shows a recycle

13   symbol, and a wash symbol.  That is a different

14   style and font than that on exhibit 39, which is

15   in white that says 10oz.295mL. Looking back at

16   the verbiage of Nuby on exhibit 35, that is to

17   the center of the cup.  It's marked in red, with

18   a white background, and a red outline, which is

19   around the verbiage Nuby.  On exhibit 39, the

20   Nuby is the same, but it's smaller, and it is to

21   the left hand side of the cup.  On exhibit 35,

22   there's a symbol on the right side of the package

16

1    which reads easy to use, with a check in the

2    middle, natural drinking action.  That has a

3    white background, with red words, and a red

4    outline.  That is not contained on exhibit 39.

5    On exhibit 35, directly up under the word Nuby,

6    there's a symbol that symbolizes Veri-Flo.

7    That's a symbol that we made up. To the right

8    side of that symbol reads, Veri-Flo Valve/and

9    then it's in that same foreign language.  On the

10   exhibit 39, that symbol is not on that cup.  On

11   exhibit 35, there's a symbol to the left of the

12   words no spill cup, which says BPA free.  The BPA

13   free symbol is in green, with white lettering,

14   and a stroke of darker green around the verbiage

15   BPA free. There's no BPA free symbol on exhibit

16   39.  On exhibit 35, under the name Nuby, it just

17   has the trademark.  However, on exhibit 39, under

18   the name Nuby, it has by Luv 'N Care, and a dark

19   purplish blue.  On exhibit 39, -

20              (PHONE RINGING)

21        MR. GUERRIERO:  Sorry.

22        A.   - right in front of the word, no spill

Monroe, LA

17

1    cup, which is in the dark blue band, you have a

2    symbol that says - well, it's a big dot with a

3    line through it.  It's a white background, with a

4    dark blue outline.  To the left of that is

5    verbiage that says, no valve.  To the right side

6    of that is says, no mess.  Neither of those, in

7    that format, are on exhibit 35.  Directly up

8    under that, you have verbiage that says, no more

9    leaky valves!, with a big red dot to the left of

10   that.  All that verbiage, exclamation mark, and

11   dot is in red with a dark blue outline.  If you

12   go to the back of the cup, they both have UPC's

13   with a white background, and a dark blue outline.

14   Up under exhibit 35, the UPC code, it has the

15   name Nuby in red with a white background.  On

16   exhibit 39, up under the UPC code, the labeling

17   reads Luv 'N Care, Limited, and a white

18   lettering, with a dark blue background, and then

19   they both have an address up under each one of

20   them.  On exhibit 39, it reads P.O. Box 6050,

21   Monroe, Louisiana, 71211, U.S.A., and then it

22   gives a           and a 1-800 number,

18

1   **1-800-Luv-N-Care.  On exhibit 35, that verbiage**

2   **reads Luv 'N Care, Limited, 3030 Aurora Avenue,**

3   **Monroe, Louisiana, 71201, U.S.A.,**

4   **http:/www.nuby.com, 1-800-Luv-N-Care.**

5       Q.   And also the color the stripe?

6       **A.   I went over all that.**

7       Q.   Did you get the color of the stripe?

8       **A.   The color of these stripes?**

9       Q.   Yeah, the stripe across the middle.

10      **A.   I did that twice.**

11      Q.   That's why I said – that was a lot of

12  changes.   The packaging is not – the packaging is

13  not shown in the exhibit B to the complaint, is

14  it?

15      **A.   I don't think so, but we'll look and**

16  **see.   No, there's no packaging shown.**

17      Q.   Is packaging part of the trade dress

18  that's asserted against Walgreens in this case?

19      **A.   Yes.**

20      Q.   What packaging?

21      **A.   It would be the packaging in exhibit**

22  **39.**

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I                    May 20, 2009
Monroe, LA

19

1       Q.    But not the packaging in exhibit 35?

2       A.    It would be both.

3       Q.    Would you categorize the number of

4    changes that you just identified in the packaging

5    between exhibits 39 and 35 as a lot?

6       A.    A lot of changes with regards to the

7    location, and the different words in the

8    verbiage, but we made this change, as I said, in

9    December, December 2008, January 2009, and this

10   product won't land here in the U.S.A. for

11   probably another 60 days.

12      Q.    So, there's no public use yet in the

13   United States of the packaging in exhibit 35?

14      A.    No.

15      Q.    Are you aware of whether or not

16   Walgreens has ever been provided notice that it's

17   - that there's packaging trade dress asserted

18   against it?

19      A.    I can tell you that Walgreens was sent

20   a letter by our attorneys, and I think that

21   letter speaks for itself, whatever it addresses

22   is self explanatory.

May 20, 2009
Monroe, LA

20

1      Q.    Is that the July, 2006, letter?

2   Exhibit 29?

3      **A.    This is one letter.  There may be more.**

4   **I'm not sure about that.  We would just have to**

5   **talk to the attorneys and find out.**

6      Q.    I'm just going to ask Joe D., since

7   he's here.

8           MR. BURATTI:  That's the only letter

9   that we're aware of. Is that –

10          MR. GUERRIERO:  Let's go off the

11  record for a minute.

12          MR. BURATTI:  All right.

13             (OFF RECORD)

14     Q.    All right, to Luv 'N Care's knowledge,

15  is this, exhibit 29, the only letter that has

16  been dispatched to Walgreens that would have

17  asserted trade dress?

18     **A.    I believe so, but I'm not sure.**

19     Q.    And that trade dress is referred to in

20  the letter? Look at the bottom of the second

21  paragraph.

22     **A.    What specifically are you asking about**

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I

Monroe, LA

May 20, 2009

21

1    **this letter? The second page or the first page?**

2        Q.    There's a reference to trade dress in

3    the second paragraph.    You see that?

4        **A.    Yes, second paragraph, page one, of the**

5    **July 18, 2006 letter.**

6        Q.    And is there any packaging referred to

7    in that letter?

8        **A.    Yes.**

9        Q.    Where?

10        **A.    Under trade dress.**

11        Q.    How could Walgreens have known that?

12        **A.    How could Walgreens have known what?**

13        Q.    Have known that the trade dress meant

14    packaging, as opposed to product design?

15        **A.    Well, it's talking about the product.**

16    **It doesn't say the cup or the package.**

17        Q.    And do you see in the second to last

18    paragraph, Mr. Cohen, that's Luv 'N Care's

19    lawyer, right?

20        **A.    That's correct.**

21        Q.    Mr. Cohen says, in the second to last

22    paragraph in that letter, –

Henderson Legal Services, Inc.

22

1      **A.     On the first page?**

2      Q.    I'm sorry, the second to last paragraph

3   on the second page.  Do you see there, it says, I

4   am not accusing you of infringement at the

5   present time?

6      **A.     Yeah, let's put the whole paragraph in.**

7   **Let's not take one little excerpt out of the**

8   **sentence.  It is my understanding that you have**

9   **not sold, offered for sale, or imported any**

10  **unauthorized products to date.  Accordingly, I am**

11  **not accusing you of infringement at this time.**

12     Q.    Okay, but there's no accusation of

13  infringement associated with the July, 2006,

14  letter.  Is that right?

15     **A.     That's incorrect.  What Mr. Cohen is**

16  **trying to say, and I think it's self-explanatory**

17  **if anybody can read it, that since you — we don't**

18  **believe you imported it or sold it, there's no**

19  **infringement.  Obviously, once you import it and**

20  **sell it, there's infringement.**

21     Q.    Had Mr. Cohen seen, prior to sending

22  this letter for Luv 'N Care, packaging that would

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I                     May 20, 2009
Monroe, LA

23

1    have been associated with any other Walgreen's

2    product, that would compete with Luv 'N Care

3    products?

4         A.    Has he seen our packaging?

5         Q.    Has he seen any other packaging that

6    Walgreens was considering using?

7         A.    I don't know, you would have to ask Mr.

8    Cohen.  There would have been more than one way

9    to have gotten a sample of it, and purchased it.

10        Q.    How?

11        A.    Well, they could have seen it in the

12   Walgreen's offices. They could have been given a

13   sample.  They could have taken a sample out of

14   the sample room.  From my understanding, anybody

15   could go in that sample room, unescorted.

16        Q.    Where did you get that understanding?

17        A.    From Jack Hakim and Nathan.

18        Q.    Their understanding was that anyone

19   could walk into –

20        A.    Sample room.

21        Q.    And that understanding – when did you

22   receive that understanding from them?

24

1      A.     A week or two ago.

2      Q.     Was it after Mr. Kruckman's deposition?

3      A.     I believe so.

4             MR. BURATTI:  Counsel –

5      A.     The sample room is basically open to

6      anyone.   That's what I was told.

7             MR. BURATTI:  And Mr. Guerriero, this

8      question is for you. I just want to know who the

9      representatives will be that will be under the

10     protective order, because it sounds as though

11     there may have been discussions about the subject

12     matter of that deposition?

13            MR. GUERRIERO:  Not with me.

14            MR. BURATTI:  Do you know who the

15     representatives are? I assume it's going to be

16     Ed, and Jack, and Joe.

17            MR. GUERRIERO:  Yes.

18            MR. BURATTI:  But not Mr. Samosh?

19            MR. GUERRIERO:  No.  Are you talking

20     about as it relates to the protective order?

21            MR. BURATTI:  Right, when it's

22     entered.

Monroe, LA

25

1          MR. GUERRIERO:  I'm sure we can reach

2    an agreement who all is going to be in it.  We

3    can certainly have discussions, and it shouldn't

4    be a problem as to designate whose going to be in

5    it.

6          Q.    Did you discuss the Kruckman deposition

7    with Mr. Samosh at all?

8          **A.    No.  Who is Mr. Kruckman?**

9          Q.    Mr. Kruckman was Walgreen's rule 30(b)6

10   designee.

11         **A.    No, I don't know him.  Never seen him,**

12   **never talked to him.**

13         Q.    I'm going to hand you what's previously

14   been marked as exhibit 10, and just get you to

15   confirm for me that the packaging in exhibit 10

16   is that that's on exhibit 39.

17         **A.    No, it's not the same packaging.**

18         Q.    So, the packaging from exhibit 10 to

19   exhibit 39 is -

20         **A.    Different as well.  It is closer to**

21   **that of exhibit 35.**

22         Q.    Which is?  Which is closer?

30(b)(6) Luv N' Care (Edward Hakim) - Vol. I                    May 20, 2009
Monroe, LA

26

1          A.      Thirty-five.

2          Q.      But which is closer, exhibit 10 or

3     exhibit 39?

4          A.      What you gave me —

5          Q.      Exhibit 10 looks more like —

6          A.      Yeah, it looks more like 35, not 39.

7          Q.      I'm going to hand you what's previously

8     been marked as exhibit four.  Do you recognize

9     the product depicted in exhibit four?

10         A.      That's correct.

11         Q.      And is that newer packaging or older

12    packaging?

13         A.      This is the only packaging that we ever

14    made for Walgreens.

15         Q.      Is the packaging in exhibit four closer

16    to exhibit 35 or exhibit 39?

17         A.      It's closer to exhibit — neither.

18    Neither, really. This is two pack.  These are

19    single packs.

20         Q.      Exhibit four is the two pack gripper

21    cup?

22         A.      It's the two pack gripper cup.

27

1    Q.    And the –

2    **A.    Exhibit four.**

3    Q.    The one sold by Walgreens previously?

4    **A.    That's correct.**

5    Q.    Is that packaging trade dress asserted

6    against Walgreens?

7    **A.    Yes.**

8    Q.    When was that assertion inserted into

9    this case?

10    **A.    The packaging?  It's always been.  It's**

11    **a trade dress. It's spelled out in Morris Cohen's**

12    **letter.**

13    Q.    Can you show me where in the complaint

14    a trade dress that includes packaging as to the

15    gripper cup, as asserted against –

16    **A.    I can read the complaint.  I'm not an**

17    **attorney, but we can go through – if you have the**

18    **time, we can go through it.**

19    Q.    I think it's actually broken down into

20    sections that refer to exhibits, if that helps,

21    but you take your time.

22    MR. GUERRIERO:  For purposes of

28

1   convenience, since I wasn't at the last

2   deposition, is that exhibit four to what?

3          MR. BURATTI:   That's defendant's

4   exhibit four.

5          MR. GUERRIERO:   Okay.

6      **A.    Well, I mean, I'm right here on the**

7   **very first page that I turned to, on 13, where it**

8   **says facts, significant times, funds, and effort**

9   **for also expanding, designing, and developing**

10  **essentially appealing and attractive product**

11  **designs and packaging for plaintiff's goods.**

12     Q.   I'm trying to target just exhibit B.   I

13  mean, there's no – we already established that

14  there's no packaging in exhibit B to the

15  complaint, which I'll show you has been  – well,

16  you have the black and white there in front of

17  you. Right?   There's no packaging in exhibit B to

18  the complaint.

19     **A.    Okay, we'll say there's no packaging in**

20  **the exhibit.**

21     Q.   And there's no packaging in exhibit C?

22     **A.    That's correct.**

29

1     Q.    And there's no packaging in exhibit E?

2     **A.    No, you're correct.**

3     Q.    If you turn back to exhibit A to the

4  complaint, though, there is packaging, right?

5     **A.    Yes.**

6     Q.    So, it stands to reason that you could

7  have included packaging in the exhibits to the

8  complaint for the other exhibits?

9     **A.    I guess the attorney could have.**

10  **There's packaging in C.**

11     Q.    There –

12     **A.    See?  There is packaging.**

13     Q.    Okay, and where is the packaging in

14  exhibit C?

15     **A.    It's inside the cup.  That's the only**

16  **packaging that's ever been, and it is just like**

17  **their package.  Well, their packaging is**

18  **obviously just like our packaging.  Identical.**

19  **Same color leaflet, verbiage, folded, put inside**

20  **the cup.**

21     Q.    Prior to May 1, 2009, how would

22  Walgreens have known about the packaging on

30

1    exhibit 35?

2         A.    Prior to May1, 2009?

3         Q.    Yeah.

4         A.    They wouldn't have.

5         Q.    And would any U.S. consumer have known

6    about the packaging on exhibit 35?

7         A.    It depends on whether we've used that

8    package before.

9         Q.    You don't know?

10        A.    We've had about a dozen different style

11   packagings for this cup, depending on the

12   country, and who they go to.

13        Q.    But what we're talking about, which

14   we've noted repeatedly, products in the United

15   States, for United State trade dress protection,

16   right?

17        A.    Well, I would say that we try to keep

18   our packaging looking somewhat similar, so I

19   would say that this package on exhibit 35, since

20   it's a single pack, and obviously not a two pack,

21   and doesn't have all the verbiage on the other

22   exhibit four that you gave me, but it is somewhat

Monroe, LA

31

1    similar to that of exhibit four, with regards to

2    the big yellow stripe with the dots, behind the

3    word no spill cup.  And of course, it doesn't

4    have the "Wow! $3.00" because that's what we used

5    for Walgreens.  All we did was take the packaging

6    on exhibit four and simply make it for a single

7    pack, and we could figure the verbiage so it

8    would fit a single pack, and not a two pack.

9        Q.    Now, the packaging on exhibit four was

10   just for Walgreens?

11       A.    No, for other people as well.

12       Q.    How many times does the word Nuby

13   appear on the packaging for exhibit 35?

14       A.    Once on the front, and once on the

15   back, that may be a lot of small verbiage up

16   above there.  You can read it better than me.

17       Q.    Once in the web site domain, right?

18       A.    Right.

19       Q.          -

20       A.    Yes, but other than that, its got Nuby

21   in red on the back.

22       Q.    Right.  No spill, Veri-Flo, and Nuby

Henderson Legal Services, Inc.

32

1      are registered trademark in the small print.

2      That's four on the packaging, right?

3          A.    Right.

4          Q.    And then it also appears on the product

5      itself?

6          A.    Yes, on the very face of the product.

7          Q.    How many times?

8          A.    To the fact of the product, which is

9      engraved, that's on the – it's embedded and

10     engraved in the silicone spout. Not good lighting

11     in here.  It may be on the bottom.  Let's see.

12     It's on the bottom.

13         Q.    So, seven times the word Nuby appears

14     on the exhibit 39 product?

15         A.    That's correct.

16         Q.    I'm sorry, I said 39, I meant 35.

17         A.    Thirty-five.

18         Q.    And does it also appear that many times

19     on the exhibit 39 product?

20         A.    On 39?  It appears on the bottom of the

21     cup.  That's one.  Engraved on the face of the

22     cup, is two, and then the spout, that's three.

33

1    **The face of the cup, four, five.  Five times on**

2    **the product, and this is not counting the**

3    **leaflets on the inside.**

4         Q.    Does the packaging on exhibit 39 what

5    Nuby used for its one pack gripper cup prior to

6    2009?

7         **A.    At least this one, maybe more.**

8         Q.    Does Walgreens sell any one pack

9    accused products that are the soft spouted type?

10        **A.    I don't know if they took promotions on**

11   **the onset of this program.**

12        Q.    I'm talking about accused products, not

13   Luv 'N Care.

14        **A.    You're talking about ours?**

15        Q.    I'm talking about accused.

16        **A.    Oh, theirs?**

17        Q.    The Walgreen product.

18        **A.    I don't know.**

19        Q.    Assume for a moment, if I represented

20   to you that Walgreens doesn't sell, and never has

21   sold a one pack - a one piece soft spout cup,

22   would you be asserting -

34

1      A.     I would take your word for it.

2      Q.     Well, would you be asserting then, one

3   pack gripper cup packaging against Walgreens, or

4   just the two pack packaging?

5      **A.     I would only assert against Walgreens**

6   **what I, personally, feel looks like our package.**

7   **If we have a two pack package, and they had a one**

8   **pack package, and the packages still look alike?**

9   **Yes, and vice versa.  If we sold them a one pack,**

10  **and they made their two pack look like the two**

11  **pack of our one pack, I would still say yes, they**

12  **would infringe.**

13     Q.     To Luv 'N Care's knowledge, is

14  Walgreens doing that?

15     **A.     Doing what?**

16     Q.     Making a two pack packaging that looks

17  like one pack Luv 'N Care packaging?

18     **A.     I think their packaging looks just like**

19  **our packaging.**

20     Q.     But which packaging?  The exhibit four

21  packaging?  The exhibit 35 packaging, or the

22  exhibit 39 packaging?