Spout Cup 2 Pack, made by Playtex. Ex. C22A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C22.

28. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Mates-Thomas-Friends-Spout-Sippy/dp/B0018DMS94/ref=pd_sim_ba_28. Ex. C23 is a true and correct copy of the web page I found at that website at that domain. Ex. C23 shows the First Years Meal Mates Thomas & Friends 10 oz. Soft Spout Sippy Cup, made by The First Years. Ex. C23A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C23.

29. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/RC2-BRAND-Disney-Princess-Insulated/dp/B0012ROLNW/ref=pd_sbs_ba_51. Ex. C24 is a true and correct copy of the web page I found at that website at that domain. Ex. C24 shows the RC2 Brand 9 oz. Disney Princess Insulated Sippy Cups, made by RC2. Ex. C24A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C24.

30. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Playtex-Lil-Gripper-Straw-Pack/dp/B001OAKMEO/ref=pd_sbs_ba_43. Ex. C25 is a true and correct copy of the web page I found at that website at that domain. Ex. C25 shows the Playtex Lil' Gripper Straw Cup, made by Playtex. Ex. C25A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C25.

31. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Munchkin-Re-usable-Twist-Tight-

8

Spill-Proof/dp/B001JT34IQ/ref=pd_sim_sg_46. Ex. C26 is a true and correct copy of the web page I found at that website at that domain. Ex. C26 shows the Munchkin 10 Oz. Re-usable Twist Tight Spill-Proof Cups, made by Munchkin. Ex. C26A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C26.

32. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Munchkin-Mighty-Spill-Proof-Straw/dp/B001D7JOCY/ref=pd_sbs_ba_10. Ex. C27 is a true and correct copy of the web page I found at that website at that domain. Ex. C27 shows the Munchkin Mighty Grip 10 oz. Spill Proof Straw Cup, made by Munchkin. Ex. C27A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C27.

33. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Soothie-Training-Cup-Free-Sippy/dp/B001P64ZZO/ref=sr_1_11/189-8187978-2755362?ie=UTF8&s=baby-products&qid=1238029997&sr=8-11?ie=UTF8&tag=bestlcdtvreviews-20. Ex. C28 is a true and correct copy of the web page I found at that website at that domain. Ex. C28 shows the First Years Soothie Training Cup, made by The First Years. Ex. C28A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C28.

34. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Gerber-Grips-Color-Change-Spill-Proof/dp/B000GCL5NI/ref=sr_1_1?ie=UTF8&s=babyproducts&qid=1242599504&sr=1-1. Ex. C29 is a true and correct copy of the web page I found at that website at that

domain. Ex. C29 shows the Gerber Fun Grips Color Change Spill-Proof Cup, made by Gerber. Ex. C29A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C29.

35. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Safe-Sippy-BPA-Free-Green/dp/B001CX6XEQ/ref=sr_1_2?ie=UTF8&s=babyproducts&qid=1243450879&sr=1-2. Ex. C30 is a true and correct copy of the web page I found at that website at that domain. Ex. C30 shows The Safe Sippy, made by The Safe Sippy. Ex. C30A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C30.

36. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Sassy-Babys-Girl-pack-Bottle/dp/B000C4U4GY/ref=pd_sim_ba_25. Ex. C31 is a true and correct copy of the web page I found at that website at that domain. Ex. C31 shows Sassy Baby's Mam 9 oz. Bottle, made by Sassy. Ex. C31A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C31.

37. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Sassy-BabysBottleGirl-3Pack/dp/B001BKXV5E/ref=pd_cp_ba_3_img?pf_rd_p=413863701&pf_rd_s=center-41&pf_rd_t=201&pf_rd_i=B000C4U4GY&pf_rd_m=ATVPDKIKX0DER&pf_rd_r=0W5ZEC9GPXBEG7T71H2N. Ex. C32 is a true and correct copy of the web page I found at that website at that domain. Ex. C32 shows Sassy Baby's Mam 5 oz. Bottle

made by Sassy. Ex. C32A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C32.

38. On May 29, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Born-Free-Trainer-Colors-Vary/dp/B000MRLYHE/ref=pd_sim_sg_32. Ex. C33 is a true and correct copy of the web page I found at that website at that domain. Ex. C33 shows the Born Free Trainer Cup, made by Born Free. Ex. C33A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C33.

39. On May 28, 2009, I visited the domain www.drugstore.com on the internet. At that domain I found a website at http://www.drugstore.com/products/prod.asp?pid=149938&catid=26965&aid=338077&aparam=gerber_color_change_fun_&CAID=ea1e2e1a-b590-4cda-9931-10599b3574d2. Ex. C34 is a true and correct copy of the web page I found at that website at that domain. Ex. C34 shows the Gerber Color Change Fun Grips, 7 oz Cup, made by Gerber. Ex. C34A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C34.

40. On May 29, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Playtex-05441-Sipster-Cup-Pack/dp/B000056JAK/ref=pd_sbs_ba_3. Ex. C35 is a true and correct copy of the web page I found at that website at that domain. Ex. C35 shows the Playtex Sipster Cup, made by Playtex. Ex. C35A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C35.

41. On May 27, 2009, I visited the domain www.outpatientmd.com on the internet. At that domain, I found a website at http://www.outpatientmd.com/prodDetails.cfm?

11

itemID=1228 on the Internet. Ex. C36 is a true and correct copy of the web page I found at that website at that domain. Ex. C36 shows Dr. Brown's Drinking Cup Trainer, made by Dr. Brown. Ex. C36A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C36.

42. On May 27, 2009, I visited the domain www.greenbabybliss.com on the internet. At that domain I found a website at http://www.greenbabybliss.com/Green_to_Grow_BPA_Free_10oz_Wide_Neck_Bottle_p/green4000.htm. Ex. C37 is a true and correct copy of the web page I found at that website at that domain. Ex. C37 shows the Green to Grow 10oz Wide Neck Bottle, made by Green to Grow. Ex. C37A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C37.

43. On May 27, 2009, I visited the domain www.drugstore.com.com on the internet. At that domain I found a website at http://www.drugstore.com/products/prod.asp?pid=165750&catid=26965&aid=335944&aparam=gerber_nuk_learner_cup_&CAID=ea1e2e1a-b590-4cda-9931-10599b3574d2. Ex. C38 is a true and correct copy of the web page I found at that website at that domain. Ex. C38 shows the Gerber NUK Learner Cup, made by Gerber. Ex. C38A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C38.

44. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/dp/B000BK8QS2/ref=asc_df_B000BK8QS2799881?smid=AWQ7X4ZBQF6K8&tag=shopzilla_rev_1404-20&linkCode=asn. Ex. C39 is a true and correct copy of the web page I found at that website at that domain. Ex. C39 shows the First Years 10 Oz Take & Toss Baby Cup,

made by First Years. Ex. C39A is a true and correct enlargement of the picture located at the top left of the web page of Ex. C39.

45. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/dp/B001BN56MC/ref=asc_df_B001BN56MC799881?smid=AWQ7X4ZBQF6K8&tag=shopzilla_rev_1404-20&linkCode=asn. Ex. C40 is a true and correct copy of the web page I found at that website at that domain. Ex. C40 shows the First Years 10 Oz Spill Proof Baby Cup, made by First Years. Ex. C40A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C40.

46. On May 27, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/gp/product/B000JIK9VI/ref=olp_product_details?ie=UTF8&me=&seller. Ex. C41 is a true and correct copy of the web page I found at that website at that domain. Ex. C41 shows the Baby King Twin Handle Spill Proof Cup, made by Baby King. Ex. C41A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C41.

47. On May 27, 2009, I visited the domain www.kaboodle.com on the internet. At that domain I found a website at http://www.kaboodle.com/reviews/the-first-years-meal-mates-training-sippy-cup-winnie-the-pooh-7-ounce-soft-spout-with-handles-bpa-free. Ex. C42 is a true and correct copy of the web page I found at that website at that domain. Ex. C42 shows the First Years Meal Mates Training Sippy Cup Winnie the Pooh 7 Ounce Soft Spout with Handles Cup, made by First Years. Ex. C42A is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. C42.

48. The webpage components (not the enlargement component) of each Exhibit to this Declaration were previously marked as Defendant's Deposition Exhibit 53 during the May 29, 2009 deposition of Plaintiff Luv n' Care's CEO (who also is Plaintiff Admar International's President). Tabs 1-42 of Deposition Exhibit 53, therefore, correspond directly to the webpages of Exhibits C1-C42 to this Declaration.

49. I swear the statements here are true and correct to the best of my knowledge.

Dated: June 4, 2009.

_____
Karin Kennedy

158203