# Exhibit C-1

.aytex Baby: About Cups and Mealtime - Sipster and Insulator Cups http://www.playtexbaby.com/Products/CupsAndMealtime/SipsterAndI...

Playtex Baby
About Us | Products | New Moms | Solutions for Moms | What's New

# Sipster® And Insulator® Cups

## Our Sippy Cups were created for all of baby's life stages.

At six months, your baby still depends on breast milk or formula for most of her nutrition. To begin the transition from breast or bottle to cup, start introducing water or juice mixed with water. From The First Sipster® Spill-Proof Cup to the larger sized Sipster® and Insulator® Cups, it's easy to discover the right cup for your child.

Our Spill-Proof Cups feature:

- Dishwasher-safe cups and valves– the SipEase® valve fits perfectly in a hole in the lid – it won't get lost
- High-quality cups that are break-proof and spill-proof
- Interchangeable lids, so if a lid is misplaced, just grab another one
- Fun colors and designs to entertain baby and you

### The First Sipster® Spill-Proof Cup

Easy-to-grip handles make this the perfect first cup for your baby.

Learn More

### Sipster® Spill-Proof 6-oz Cup

Ideal for babies who no longer need handles.

Learn More

### Sipster® Spill-Proof 9-oz Cup

These larger cups satisfy your baby's growing appetite.

Learn More

### Insulator® Spill-Proof 6-oz Cup

Easy to hold and insulated to keep drinks cool.

Learn More

### Insulator® Spill-Proof 9-oz Cup

Larger ounce capacity is great for bigger thirsts, and is insulated too.

Learn More

### How Our Cups and Mealtime Products Work:

Our team of engineers and feeding specialists developed our line of Playtex® Spill-Proof Cups to meet your child's needs as he grows.

Learn More

### News & Offers

Sign up for Playtex® Baby News and Offers.

Learn More

Online Store | News & Offers | Contact Us | Corporate Site | Privacy Policy | Terms of Use
© Playtex Products, Inc.

1 of 1 5/27/2009 2:22 PM

# Competitors Cups

## The First Sipster® Spill-Proof Cup



http://www.playtexbaby.com/Products/CupsAndMealtime/SipsterAndInsulatorCups.aspx

# Exhibit C-2



About Us | Products | New Moms | Solutions for Moms | What's New

 

# Sipster® Spill-Proof 6-oz Cup

This spill-proof cup comes in two sizes and a variety of colors and designs to engage your baby. There's also the added benefit of having less spills around the house.

6-oz (9 months+): Ideal for babies who no longer need handles. These smaller cups are easier to hold and features a smaller, more tapered spout.

Add to Wish List

*What Moms are Saying*

**"#1 sippy cup out there!"**
*Melissa J., (Ontario, Canada)*
"My son loves this cup. In fact, it's the only sippy cup he'll drink out of. (And believe me, I bought every single sippy cup on the market)..."
Read More

How Our Cups and Mealtime Products Work:

Learn More

*Related Products and Accessories*

Insulator® Spill-Proof 6-oz Cup
Easy to hold and insulated to keep drinks cool.
Learn More

Create-My-Own™ Cup
Showcase your child's creativity with this personalized cup.
Learn More

Baby Einstein® sip & discover™ Spill-Proof Trainer Cup – 6-oz.
Thin, tapered soft spout is ideal for little mouths.
Learn More

Online Store | News & Offers | Contact Us | Corporate Site | Privacy Policy | Terms of Use

© Playtex Products, Inc.

# Competitors Cups

## Sipster® Spill-Proof 6-oz Cup

http://www.playtexbaby.com/Products/ProductDetails.aspx?id=1032

# Exhibit C-3

amazon.com
Hello. Sign in to get personalized recommendations. New customer? Start here.
Buy Any CD, Get $1 Off MP3s
Your Amazon.com
Today's Deals
Gifts & Wish Lists
Gift Cards
Your Account | Help
Shop All Departments
Search
Baby
GO
Cart
Your Lists
Baby
Browse Categories & Brands
Top Sellers
Strollers
Apparel
Car Seats
Feeding
Gear
Health & Safety
Nursery
Toys
Baby Registry
Sales & Specials
Munchkin Mighty Grip BPA-Free Glass Bottles 3-Pack
Other products by Munchkin
(4 customer reviews)
Price: $12.99 & eligible for FREE Super Saver Shipping on orders over $25. Details
Size Name: 4 oz
4 oz
8 oz
In Stock.
Ships from and sold by Amazon.com. Gift-wrap available.
Want it delivered Thursday, May 28? Order it in the next 3 hours and 8 minutes, and choose One-Day Shipping at checkout. Details
2 more buying choices from $12.00
ZOOM
See larger image and other views (with zoom)
Share your own customer images
Shop Kids' Apparel & Accessories
Check out our Kids' & Babies' Clothing store for clothing and accessories for kids of all ages.
Ready to buy?
Price: $12.99 & eligible for FREE Super Saver Shipping on orders over $25.
Your Selection: 4 oz
In Stock. Ships from and sold by Amazon.com
Quantity: 1
Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.
or
Add to Cart with FREE Two-Day Shipping
Amazon Prime Free Trial required. Sign up when you check out. Learn More
More Buying Choices
Size Name: 4 oz
911DRUGSTORE
Add to Cart
$12.00 + $7.90 shipping
In Stock
SET 4 BABY
Add to Cart
$13.99 + $6.58 shipping
In Stock
3 new from $12.00
Get it for less! Order it used
Have one to sell? Sell yours here
Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Share with Friends
Frequently Bought Together
Size Name: 4 oz
Customers buy this item with Munchkin Deluxe Bottle Brush - Colors May Vary by Munchkin
Price For Both: $17.98
Add both to Cart
Add both to Wish List
What Do Customers Ultimately Buy After Viewing This Item?
No image available
70% buy the item featured on this page:
Munchkin Mighty Grip BPA-Free Glass Bottles 3-Pack (4)
13% buy
Evenflo 8-Ounce Classic Glass Nurser 3 Pack (167)
$5.99
7% buy
Evenflo Cozy 8 oz Glass Bottle with Sleeve, 3-Pack Colors Vary (2)
$9.99
5% buy
Dr. Brown's 2-pack 7-ounce Standard Feeding System Glass Baby Bottles (31)
$13.86
Compare these items
Explore similar items

## Competitors Cups

### Munchkin Mighty Grip Glass Bottles 3-Pack

http://www.amazon.com/Munchkin-Mighty-Glass-Bottles-3-Pack/dp/B001O9KIX0/ref=sr_1_8?ie=UTF8&s=baby-products&qid=1241554633&sr=8-8

# Exhibit C-4



amazon.com
Hello. Sign in to get personalized recommendations. New customer? Start here.
Buy Any CD, Get $1 Off MP3s
Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help
Shop All Departments | Search Baby | GO | Cart | Your Lists
Baby | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

# Munchkin BPA Free Mighty Grip Sports Bottle 2 Pack, 10 oz

Other products by Munchkin
(4 customer reviews)

List Price: ~~$7.99~~
Price: $7.92 & eligible for **FREE Super Saver Shipping** on orders over $25. Details
You Save: $0.07 (1%)

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, May 28?** Order it in the next 3 hours and 7 minutes, and choose **One-Day Shipping** at checkout. Details

**Shop Kids' Apparel & Accessories**
Check out our Kids' & Babies' Clothing store for clothing and accessories for kids of all ages.

ZOOM
See larger image (with zoom)
Share your own customer images

**Quantity:** 1
Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.
or
Add to Cart with FREE Two-Day Shipping
**Amazon Prime Free Trial required. Sign up when you check out.** Learn More

**More Buying Choices**
Get it for less! Order it used
Have one to sell? Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Share with Friends

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. This item ships separately from other items in your order.

## Frequently Bought Together

Customers buy this item with Munchkin Mighty Grip Trainer Cup 2-Pack, 8 oz by Munchkin

**Price For Both: $15.91**
Add both to Cart | Add both to Wish List

## What Do Customers Ultimately Buy After Viewing This Item?

**87%** buy the item featured on this page:
Munchkin BPA Free Mighty Grip Sports Bottle 2 Pack, 10 oz (4)
$7.92

**13%** buy
Munchkin Two Snack Catchers (69)
$7.41

Compare these items | **Explore similar items**

## Customers Who Bought This Item Also Bought

Page 1 of 5

Sassy Baby Mealtime On the Go Feeding Set
(28) $5.65

Munchkin Mighty Grip BPA Free Variety Pack - 2 10 Oz Flip Straw...
$13.99

Replacement Spill-Proof Straws - 2pk
(6) $2.97

Munchkin Three Stay Put Suction Bowl 3-Pack
(34) $9.43

## Product Features

- Soft silicone spout
- Contoured design makes cups easy to hold
- Top rack dishwasher safe

# Competitors Cups

## Munchkin Mighty Grip Sports Bottle 2 Pack, 10 oz

http://www.amazon.com/Munchkin-Mighty-Grip-Sports-Bottle/dp/B001QXCF1C

# Exhibit C-5






Munchkin: Mighty Grip™ 10 oz. Spill-Proof Cup http://www.munchkin.com/products/detail.html?section=prodCategori...

munchkin
It's the little things.

My Munchkin | Login SEARCH: GO
BABY REGISTRY GUIDE what's this?

PRODUCTS
WHERE TO BUY
INFORMATION STATION
CUSTOMER SERVICE
ONLINE STORE
ABOUT MUNCHKIN
Select Product Category
Baby's Development Phases
Must-Have Lists
Award Winning Products

# MIGHTY GRIP™ 10 OZ. SPILL-PROOF CUP

FORWARD TO A FRIEND

## Feeding: Cups & Accessories

BPA
free

PREVIOUS PRODUCT NEXT PRODUCT

**Tell your kids to get a grip when they sip.**

This fun-to-grip contoured cup makes it easy for little hands to hold and to sip a favorite drink. Tipping won't spill this leak-proof cup with its built-in valve. The valve is made of soft silicone so it's very comfortable for your growing child. This is one unique cup with a mighty big advantage.

- Holds 10 oz. of liquid
- Top rack dishwasher safe
- Perfect for kids 12+ months

## Where to Buy

Find out where to buy this product: Your Zip Code GO

## TESTIMONIALS

Do you have a testimonial for this product? Click the link below to submit your testimonial.

SUBMIT YOUR OWN TESTIMONIAL

Send this Page to a Friend | Sign Up For Promotions

Home | Site Map | Contact Us | Privacy Policy | International Distributors

© 2008 Munchkin

Pets are kids too!
Munchkin's pet division
bamboopet.com

Connect to us

1 of 1 5/27/2009 2:24 PM

## Competitors Cups

### Muchkin Mighty Grip™ 10 oz. Spill-Proof Cup

http://www.munchkin.com/products/detail.html?section=prodCategories&ID=10021&pID=1096

# Exhibit C-6








Munchkin: Mighty Grip™ 8 oz. Trainer Cup http://www.munchkin.com/products/detail.html?section=prodCategori...

munchkin
It's the little things.

My Munchkin | Login
SEARCH:
GO
BABY REGISTRY GUIDE
what's this?
PRODUCTS
WHERE TO BUY
INFORMATION STATION
CUSTOMER SERVICE
ONLINE STORE
ABOUT MUNCHKIN
Select Product Category
Baby's Development Phases
Must-Have Lists
Award Winning Products

MIGHTY GRIP™ 8 OZ. TRAINER CUP
FORWARD TO A FRIEND
Feeding: Cups & Accessories
BPA free
PREVIOUS PRODUCT
NEXT PRODUCT

**Our trainer cup idea is taking hold.**

Your baby can grasp the handle or grip the contoured cup to hold on tight. It's perfect for little hands. The soft silicone spout lets your baby drink comfortably. Plus, the built-in valve prevents any spills or leaks, so when it falls to the floor, fret no more. At Munchkin, we're always a step ahead in designing the products that add safety and decrease your stress and mess.

- Holds 8 oz. of liquid
- Top rack dishwasher safe
- Ideal for babies 6+ months

Where to Buy
Find out where to buy this product:
Your Zip Code
GO

TESTIMONIALS
Do you have a testimonial for this product? Click the link below to submit your testimonial.
SUBMIT YOUR OWN TESTIMONIAL

Send this Page to a Friend | Sign Up For Promotions

Home | Site Map | Contact Us | Privacy Policy | International Distributors

© 2008 Munchkin

Pets are kids too!
Munchkin's pet division
bamboopet.com

Connect to us

1 of 1

5/27/2009 2:24 PM

## Competitors Cups

### Munchkin Mighty Grip™ 8 oz. Trainer Cup

http://www.munchkin.com/products/detail.html?section=prodCategories&ID=10021&pID=110
2