Exhibit C-21



**amazon.com**

Hello. Sign in to get **personalized recommendations**. New customer? **Start here.**          Buy Any CD, Get $1 Off MP3s

Your Amazon.com ⌄ | Today's Deals ⌄ | Gifts & Wish Lists ⌄ | Gift Cards ⌄          Your Account | Help

Shop All Departments ⌄ | Search | Baby | [          ] GO | Cart | Your Lists ⌄

Baby | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Baby Specials | Sales & Specials

## Spill Proof Cup - 9 Oz

Other products by **The First Years**
★★½☆☆ ⌄ (**3 customer reviews**)

Price: **$7.75** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Sold by **My Hobby Place** and **Fulfilled by Amazon**.

**Want it delivered Thursday, May 28?** Order it in the next **2 hours and 36 minutes**, and choose **One-Day Shipping** at checkout. Details

**Enter to Win a Dream Baby Registry**
NO PURCHASE NECESSARY. Ends 12/31/09. See **Official Rules** for details. **Learn how to participate.**

Share your own customer images

**Quantity:** [ 1 ]

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

or

Add to Cart with FREE Two-Day Shipping

**Amazon Prime Free Trial** required. Sign up when you check out. **Learn More**

**More Buying Choices**

Get it for less! | Order it used

Have one to sell? | Sell yours here

Add to Wish List ⌄
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
✉ Share with Friends

### Frequently Bought Together



**Price For All Three: $28.23**

Add all three to Cart | Add all three to Wish List

☑ **This item:** Spill Proof Cup - 9 Oz by THE FIRST YEARS
☑ Mickey Mouse Clubhouse Insulated 9 oz Spill-Proof Sippy Cup 2 Pack by Learning Curve
☑ Disney Pooh 9 oz Insulated Spill Proof Sippy Cup, 2-Pack by The First Years

### What Do Customers Ultimately Buy After Viewing This Item?

 **41%** buy
Mickey Mouse Clubhouse Insulated 9 oz Spill-Proof Sippy Cup 2 Pack ★★★★☆ (48)
$10.49

 **27%** buy the item featured on this page:
Spill Proof Cup - 9 Oz ★★½☆☆ (3)
$7.75

 **19%** buy
Disney Pooh 9 oz Insulated Spill Proof Sippy Cup, 2-Pack ★★★★☆ (5)
$9.99

 **14%** buy
The First Years John Deere Insulated 9oz Sippy Cup, 2-Pack ★★★★½ (3)
$9.99

Compare these items | **Explore similar items**

### Customers Who Bought This Item Also Bought

Page 1 of 3

◀ 

Disney Pooh 9 oz Insulated Spill Proof Sippy Cup, 2-Pack
★★★★☆ (5) $9.99

The First Years John Deere Insulated 9oz Sippy Cup, 2-Pack
★★★★½ (3) $9.99

Pampers Cruisers, Size 4 (22-37 Lbs), Economy Plus Pack, 140 Cru...
★★★★★ (416) $40.99

 Hasbro Playskool Busy Ball Popper
★★★★☆ (652) $28.49

 ▶

## Competitors Cups

**First Years Spill Proof Cup - 9 Oz**



http://www.amazon.com/Spill-Proof-Cup-9-Oz/dp/B001BOLRY2/ref=pd_sim_ba_9

Exhibit C-22



Buy Any CD, Get $1 Off MP3s

## Playtex Lil' Gripper Spout Cup 2 Pack

Other products by Playtex

★★★☆☆ (2 customer reviews)

Price: $6.59 & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, May 28?** Order it in the next 2 hours and 36 minutes, and choose **One-Day Shipping** at checkout. Details

2 new from $6.59

See larger image

Share your own customer images

Enter to Win a Dream Baby Registry
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details. Learn how to participate.

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. This item ships separately from other items in your order.

**Quantity:** 1

Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.
or
Add to Cart with FREE Two-Day Shipping
**Amazon Prime Free Trial required. Sign up when you check out.** Learn More

### More Buying Choices

**911DRUGSTORE**    Add to Cart
**$9.95** + $6.58 shipping
In Stock

**2 new** from $6.59

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
✉ Share with Friends

## Frequently Bought Together

Total List Price: $24.57
**Price For All Three: $23.99**

Add all three to Cart    Add all three to Wish List

☑ **This item:** Playtex Lil' Gripper Spout Cup 2 Pack by Playtex
☑ Disney Pooh 9 oz Insulated Spill Proof Sippy Cup, 2-Pack by The First Years
☑ Munchkin Two Snack Catchers by Munchkin

## What Do Customers Ultimately Buy After Viewing This Item?



**76%** buy the item featured on this page:
Playtex Lil' Gripper Spout Cup 2 Pack ★★★☆☆ (2)
$6.59

**7%** buy
Born Free Trainer Cup Colors Vary ★★★★☆ (44)
$10.99

**6%** buy
Munchkin Two Snack Catchers ★★★★☆ (69)
$7.41

**6%** buy
Playtex Lil' Gripper Straw Cup 9 oz -2 Pack
$19.99

Compare these items    **Explore similar items**

## Competitors Cups

**Playtex Lil' Gripper Spout Cup 2 Pack**



http://www.amazon.com/Playtex-Lil-Gripper-Spout-Pack/dp/B001ULCJFM/ref=pd_sim_ba_6

Exhibit C-23



## Competitors Cups

## First Years Meal Mates Thomas & Friends 10 oz. Soft Spout Sippy Cup



http://www.amazon.com/Mates-Thomas-Friends-Spout-Sippy/dp/B0018DMS94/ref=pd_sim_ba_28

Exhibit C-24



## Competitors Cups

### RC2 BRAND 9 Oz Disney Princess Insulated Sippy Cups



http://www.amazon.com/RC2-BRAND-Disney-Princess-Insulated/dp/B0012ROLNW/ref=pd_sbs_ba_51

Exhibit C-25



## Competitors Cups

**Playtex Lil' Gripper Straw Cup 9 oz**



http://www.amazon.com/Playtex-Lil-Gripper-Straw-Pack/dp/B001OAKMEO/ref=pd_sbs_ba_43

Exhibit C-26

Amazon.com: Munchkin 10 Oz. Re-usable Twist Tight Spill-Proof Cups... http://www.amazon.com/Munchkin-Re-usable-Twist-Tight-Spill-Proof...



## Competitors Cups

## Munchkin 10 Oz. Re-usable Twist Tight Spill-Proof Cups



http://www.amazon.com/Munchkin-Re-usable-Twist-Tight-Spill-Proof/dp/B001JT34IQ/ref=pd_sim_sg_46

Exhibit C-27



## Competitors Cups

**Munchkin Mighty Grip 10 oz Spill Proof Straw Cup**



http://www.amazon.com/Munchkin-Mighty-Spill-Proof-
Straw/dp/B001D7JOCY/ref=pd_sbs_ba_10