Exhibit C-28



## Competitors Cups

**First Years Soothie Training Cup**



http://www.amazon.com/Soothie-Training-Cup-Free-Sippy/dp/B001P64ZZO/ref=sr_1_11/189-8187978-2755362?ie=UTF8&s=baby-products&qid=1238029997&sr=8-11?ie=UTF8&tag=bestlcdtvreviews-20

Exhibit C-29



Buy Any CD, Get $1 Off MP3s

**amazon.com**

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

Shop All Departments    Search Baby    GO    Cart    Your Lists

Baby

Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

This item is not eligible for Amazon Prime when purchased from OTCRX4U. See more buying choices

## Gerber Fun Grips Color Change Spill-Proof Cup - 2 , 7 Oz

Other products by Gerber

★★★★☆ (4 customer reviews)

Price: **$5.79**

**In Stock.**
Ships from and sold by **OTCRX4U**.

4 new from $5.69

Share your own customer images

Enter to Win a Dream Baby Registry
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details. Learn how to participate.

$5.79 + $4.99 shipping
In Stock. Ships from and sold by
**OTCRX4U**

Quantity: 1

Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.

**More Buying Choices**

**AmericaRx**    Add to Cart
$6.59 + $4.40 shipping
In Stock

**just otc**    Add to Cart
$5.69 + $4.98 shipping
In Stock

**HBA ZONE INC.**    Add to Cart
$5.84 + $5.50 shipping
In Stock

4 new from $5.69

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry

Share with Friends

## Product Features

- Gerber offers a variety of spill proof cups that help your little one gain essential skills without spills.
- They are easy to pick up and set down - and the special valve makes for easy sipping.
- Easy to sip and easy to grip.
- Spill-proof cups for every stage of your baby's development.
- The cool cup will delight your child by changing color when you add cold liquid, then changing back as it warms with the touch of your child's hand.

## Frequently Bought Together



Price For All Three: **$14.62**

Add all three to Cart    Add all three to Wish List

☑ **This item:** Gerber Fun Grips Color Change Spill-Proof Cup - 2 , 7 Oz by Gerber
☑ Fun Grips 7-oz Color Change Cups - Pink / Green by Gerber
☑ Gerber Replacement Valves by Gerber

## Customers Who Bought This Item Also Bought

Page 1 of 24




Gerber Replacement Valves
★★★☆☆ (2) $2.95



Munchkin Two Snack Catchers
★★★★☆ (69) $7.41



Pampers Cruisers, Size 4 (22-37 Lbs), Economy Plus Pack, 140 Cru...
★★★★☆ (416) $40.99



2 6 Oz Spill Proof Baby Cups
★★★☆☆ (14) $6.51



## Product Description

**Product Description**
INDICATIONS: Gerber offers a variety of spill proof cups that help your little one gain essential skills without spills. They are easy to pick up and set down - and the special valve makes for easy sipping. Gerber Fun Grips Color Change Spill-Proof Cup Easy to sip and easy to grip. Spill-proof cups for every stage of your baby's development. The cool cup will delight your child by changing color

## Competitors Cups

**Gerber Fun Grips Color Change Spill-Proof Cup**



http://www.amazon.com/Gerber-Grips-Color-Change-Spill-Proof/dp/B000GCL5NI/ref=sr_1_1?ie=UTF8&s=baby-products&qid=1242599504&sr=1-1

Exhibit C-30



# Competitors Cups

## The Safe Sippy



http://www.amazon.com/Safe-Sippy-BPA-Free-
Green/dp/B001CX6XEQ/ref=sr_1_2?ie=UTF8&s=baby-products&qid=1243450879&sr=1-2

Exhibit C-31



## Competitors Cups

**Sassy Baby's Mam 9 oz. Girl**



http://www.amazon.com/Sassy-Babys-Girl-pack-Bottle/dp/B000C4U4GY/ref=pd_sim_ba_25

Exhibit C-32



Hello. Sign in to get personalized recommendations. New customer? Start here.

Buy Any CD, Get $1 Off MP3s

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

Shop All Departments | Search | Baby | GO | Cart | Your Lists

Baby

Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

## Sassy MAM BPA Free 5 oz Bottle for Girl, 3-Pack

Other products by Sassy

★★★★☆ (10 customer reviews)



Price: **$12.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Thursday, May 28?** Order it in the next 0 hours and 16 minutes, and choose **One-Day Shipping** at checkout. Details

**3 new** from $12.99

ZOOM
See larger image (with zoom)
Share your own customer images



Enter to Win a Dream Baby Registry
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details. Learn how to participate.

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please contact the manufacturer regarding warranty and support issues. This item ships separately from other items in your order.

### Frequently Bought Together



Price For All Three: **$29.97**

Add all three to Cart | Add all three to Wish List

☑ **This item:** Sassy MAM BPA Free 5 oz Bottle for Girl, 3-Pack by Sassy
☑ Sassy MAM BPA Free 5 oz Bottle for Girl, 3-Pack by Sassy
☑ Sassy MAM BPA Free Silicone Nipples Medium Flow, 2-Pack by Sassy

### What Do Customers Ultimately Buy After Viewing This Item?

**70%** buy the item featured on this page:
Sassy MAM BPA Free 5 oz Bottle for Girl, 3-Pack ★★★★☆ (10)
$12.99

**13%** buy
Sassy MAM BPA Free 8 oz Bottle for Girl, 3-Pack ★★★★★ (12)
$12.99

**8%** buy
Sassy MAM BPA Free Silicone Nipples Medium Flow, 2-Pack ★★★★★ (2)
$3.99

**5%** buy
Sassy MAM BPA Free Silicone Nipples Slow Flow, 2-Pack ★★★★★ (2)
$3.99

Compare these items | **Explore similar items**

---

**Quantity:** 1

Add to Shopping Cart

or

Sign in to turn on 1-Click ordering.

Add to Cart with FREE Two-Day Shipping

Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**

**Parents Favorite** Add to Cart
$12.99 + $4.80 shipping
In Stock

**911DRUGSTORE** Add to Cart
$19.95 + $6.99 shipping
In Stock

**3 new** from $12.99

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry

✉ Share with Friends

## Competitors Cups

**Sassy Baby's Mam 5 oz Bottle for Girl**



http://www.amazon.com/Sassy-Babys-Bottle-Girl-3-Pack/dp/B001BKXV5E/ref=pd_cp_ba_3_img?pf_rd_p=413863701&pf_rd_s=center-41&pf_rd_t=201&pf_rd_i=B000C4U4GY&pf_rd_m=ATVPDKIKX0DER&pf_rd_r=0W5ZEC9GPXBEG7T71H2N

Exhibit C-33



## Competitors Cups

## Born Free Trainer Cup



http://www.amazon.com/Born-Free-Trainer-Colors-Vary/dp/B000MRLYHE/ref=pd_sim_sg_32

Exhibit C-34

Buy Gerber Color Change Fun Grips, 7 oz Spill-Proof Cups Online at...    http://www.drugstore.com/products/prod.asp?pid=149938&catid=26...

# Gerber Color Change Fun Grips, 7 oz Spill-Proof Cups 2 ea



★★★★½ (7)

read reviews
write review

**our price: $7.99**
in stock

quantity: [ ]    Add to bag

› save to your list™



🚚 everyday free shipping

Ⓢ drugstore.com dollars™™

**visit:** Gerber Store

**share:** K Kaboodle ⬛ SHARE 🔳 ⛶ 🔳 ...

✉ email

PayPal™ **check out with PayPal & save!**
Get instant coupons with over $140 in savings. **save now ▶**

🔍 larger image



▾ **product details**    ▸ reviews



**other customer favorites**

**Gerber**
Color Change Fun Grips, 7 oz Spill-Proof Cups - 2 ea
in stock
our price: $7.99
quantity [ ]    ☑

**Belli Baby**
Calm Me Comfort Cleansing Hair and Body Wash - 1 ea
in stock
our price: $13.00
save 28% ($5.00)
quantity [ ]    ☐

**BornFree**
Bottles, Wide Neck, 9 oz - 2 ea
in stock
our price: $17.99
save 10% ($2.00)
quantity [ ]    ☐

Add to bag

**payment and shipping options**

☑ BillMe Later

Buy Fast. Feel Secure. Pay Later® Subject to credit approval.
Details

**related products**

› dishes
› bibs
› high chairs & boosters
› More in baby & mom

prescriptions | medicine cabinet | home medical | oral care | hair care | skin care | makeup & accessories | gnc store | diet & fitness | clearance | coupons & rebates | top offers | green & natural | men's | personal care | summer | household | baby & mom | food | vitamins | sexual well-being | discount contact lenses from vision direct | beauty.com

  

5/28/2009 9:52 AM

## Competitors Cups

**Gerber Color Change Fun Grips, 7 oz**



http://www.drugstore.com/products/prod.asp?pid=149938&catid=26965&aid=338077&aparam=gerber_color_change_fun_&CAID=ea1e2e1a-b590-4cda-9931-10599b3574d2