Exhibit C-35



**amazon.com**

Hello. Sign in to get personalized recommendations. New customer? Start here.    Buy Any CD, Get $1 Off MP3s

Your Amazon.com ▾ | Today's Deals ▾ | Gifts & Wish Lists ▾ | Gift Cards ▾     Your Account | Help

Shop All Departments ▾ | Search Baby [                    ] GO | 🛒 Cart | Your Lists ▾

Baby | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

This item is not eligible for Amazon Prime when purchased from OzBo. See more buying choices

## Playtex Sipster Cup - 2 Pack
Other products by Playtex
★★★★☆ (4 customer reviews)

Price: $7.80

**Size Name: 9 ounce**
[ 9 ounce ] [ 6 ounce ]

### In stock.
Processing takes an additional 2 to 3 days for orders from this seller. Ships from and sold by OzBo.

**1 more buying choice** at $7.80

Enter to Win a Dream Baby Registry
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details. Learn how to participate.

ⓩ ZOOM
See larger image and other views (with zoom)

Share your own customer images

**Ready to buy?**
Price: $7.80 + $5.99 shipping
Your Selection: 9 ounce
In stock. Processing takes an additional 2 to 3 days. Ships from and sold by OzBo.

**Quantity:** 1

[ Add to Shopping Cart ]
or
Sign in to turn on 1-Click ordering.

**More Buying Choices**
Size Name: 9 ounce

**911DRUGSTORE** [ Add to Cart ]
$10.99 + $6.66 shipping
In Stock

**2 new** from $7.80

Get it for less! [ Order it used ]

Have one to sell? [ Sell yours here ]

[ Add to Wish List ▾ ]
[ Add to Shopping List ]
[ Add to Wedding Registry ]
[ Add to Baby Registry ]

✉ Share with Friends

## Frequently Bought Together
Size Name: 9 ounce
Customers buy this item with Booginhead SippiGrip - Black by Sippi Grip



**Price For Both: $14.79**
[ Add both to Cart ]  [ Add both to Wish List ]

## What Do Customers Ultimately Buy After Viewing This Item?

No image available | **59%** buy the item featured on this page:
Playtex Sipster Cup - 2 Pack ★★★★☆ (4)

**15%** buy
Munchkin Two Snack Catchers ★★★★☆ (70)
$7.04

**10%** buy
Playtex Baby The Insulator Spill-Proof 9 OZ Cup 4/Pk
$16.99

**8%** buy
2-Pack The Gripper Cup, Boy Colors ★★★★★ (4)
$6.99

[ Compare these items ]    **Explore similar items**

## Customers Who Bought This Item Also Bought

Page 1 of 3

◀


Boon Frog Pod
★★★★☆ (156) $32.17


Munchkin Two Snack Catchers
★★★★☆ (70) $7.04


Playtex Baby Spill-Proof Replacement Valves: 2 Pack
★★★★★ (3) $2.59


BabyBjörn Potty Chair - Blue
★★★★☆ (321) $25.49

 

▶

# Competitors Cups

**Playtex Sipster Cup**



http://www.amazon.com/Playtex-05441-Sipster-Cup-Pack/dp/B000056JAK/ref=pd_sbs_ba_3

Exhibit C-36





### Dr Brown's
### Drinking Cup Trainer BPA Free Pink 10oz

**In Stock    Free** Shipping

Drinking Cup Trainer Dual Function Pink 10oz

- BPA Free
- The same benefits of our baby bottle, now in a training cup. Spill-proof, dual-function valve allows easy flow of liquids, simulating drinking from an open cup. All Dr. Brown's 10 oz Training Cups include the dual-function valve, soft-spout cap and removable handles.
- Dual-Function Valve
- No excessive vacuum or hard suction
- Spill-proof
- 1. Dual-function valve allows exchange of air and liquid without generating excessive vacuum.
- 2. Child drinks naturally without hard suction because the valve allows easy flow of liquids, simulating drinking from an open cup.

Quantity  1

**Now  $ 5.99**



**Buy Now**

 Enlarge Image

**Related Items**



**Drinking Cup Trainer Dual Function Blue 10oz**
**$5.50**



**Drinking Cup Children 9oz**
**$10.98**



**Nebulizer Margo Moo Compressor Kit**
**$48.95**

## Competitors Cups

**Dr Brown's Drinking Cup Trainer**



http://www.outpatientmd.com/prodDetails.cfm?itemID=1228

Exhibit C-37



## Competitors Cups

**Green to Grow 10oz Wide Neck Bottle**



http://www.greenbabybliss.com/Green_to_Grow_BPA_Free_10oz_Wide_Neck_Bottle_p/green
4000.htm

# Exhibit C-38



**free shipping** on any order* of $25 or more >
*First, nonprescription orders only. Standard shipping.

## drugstore.com
the uncommon drugstore

**welcome** (sign in) | international | help
your account | your list™ | your prescriptions
view shopping bag (0) items $.00  **Checkout**

| pharmacy | medicine cabinet | home medical | oral care | hair care | skin care | makeup & accessories | GNC | diet & fitness | clearance | coupons | SALE |
| green & natural | men's | personal care | summer | household & pets | baby & mom | food & gourmet | vitamins | sexual well-being | contact lenses | BEAUTY.COM |

SEARCH:

get a **free sample-filled mommy bag** by fashion designer **Jenni Kayne** with any $75 purchase >

browse: <u>baby & mom</u> | <u>feeding dishes & chairs</u> | <u>sippy cups</u> | <u>Gerber store</u>

# Gerber NUK Learner Cup 1 ea

★★★★½ (46)    <u>read reviews</u>
<u>write review</u>





**our price: $6.49**
in stock

quantity: 1    **Add to bag**

› save to your list™



<u>everyday free shipping</u>

<u>drugstore.com dollars™</u>

visit: <u>Gerber Store</u>
share: K <u>Kaboodle</u>  SHARE

  email



**PayPal** check out with PayPal & save!
Get instant coupons with over $140 in savings.  **save now ›**

🔍 <u>larger image</u>

| ▾ **product details** | ▸ **reviews** |

**New! Soft Latex Spout. Spill Proof. Soft Easy Grip Handle.**

The NUK® Learner Cup helps make tye transition from breast or bottle to cup easier.

Spill proof soft spout designed to be gentle on gums, and get baby used to drinking from spout.

Extra wide neck for easier filling and cleaning.

Snap on cap snaps on to protect spout.

Easy grip handles ergonomically shaped with anti-slip soft grips make it easy for baby to hold. Handles are removeable for easy cleaning, and to ensure they always line up with the spout.

All NUK® products are dishwasher safe, top rack only. Instructions for use and care are enclosed.

Interchangeable with all NUK® parts to make it easier to mix and match.

Color may vary.

Satisfaction guaranteed.If you are not completely satisfied with this product, please return it to the address below and we will replace it free of charge.

**payment and shipping options**

BillMe Later

Buy Fast. Feel Secure. Pay Later® Subject to credit approval.
<u>Details</u>

**related products**

› <u>dishes</u>
› <u>bibs</u>
› <u>high chairs & boosters</u>
› <u>More in baby & mom</u>

**Can't remember where you saw something?**  Try these recently viewed areas:



## Competitors Cups

**Gerber NUK Learner Cup**



http://www.drugstore.com/products/prod.asp?pid=165750&catid=26965&aid=335944&aparam=gerber_nuk_learner_cup_&CAID=ea1e2e1a-b590-4cda-9931-10599b3574d2

Exhibit C-39



## amazon.com

Hello. Sign in to get personalized recommendations. New customer? Start here.     Buy Any CD, Get $1 Off MP3s

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards     Your Account | Help

Shop All Departments | Search Baby | GO | Cart | Your Lists

Baby     Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

### 3 10 Oz Take & Toss Baby Cups

Other products by The First Years
No customer reviews yet. Be the first.

Price: **$7.75** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**

Sold by **My Hobby Place** and **Fulfilled by Amazon**.

**Want it delivered Thursday, May 28?** Order it in the next 1 hour and 38 minutes, and choose **One-Day Shipping** at checkout. Details

**Enter to Win a Dream Baby Registry**
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details. Learn how to participate.

See larger image
Share your own customer images

Quantity: 1

Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.
or
Add to Cart with FREE Two-Day Shipping

Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**

Get it for less! Order it used

Have one to sell? Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry

Share with Friends

### Frequently Bought Together

Customers buy this item with The First Years Toddler Disney's Cars Cups 3-pk. - 10 oz. by The First Years



**Price For Both: $13.72**

Add both to Cart     Add both to Wish List

### What Do Customers Ultimately Buy After Viewing This Item?

 **73%** buy the item featured on this page:
3 10 Oz Take & Toss Baby Cups
$7.75

 **21%** buy
The First Years Take & Toss Feeding Variety Pack 28 pc. ★★★★☆ (17)
$11.99

 **6%** buy
Mickey Mouse Clubhouse Insulated 9 oz Spill-Proof Sippy Cup 2 Pack ★★★★☆ (48)
$10.49

Compare these items     Explore similar items

### Customers Who Bought This Item Also Bought

Page 1 of 2



**Munchkin Two Snack Catchers**
★★★★☆ (69) $7.22

**Pampers Swipers Baby Wipes Refills, 60-Count Packages (Pack of 6...**
★★★★★ (10) $15.99



**Head, Shoulders, Knees and Toes (Baby Board Books)** by Annie Kubler
★★★★☆ (29) $4.99



**Pampers Swaddlers, Size 2-3 (14-22 Lbs), Economy Plus Pack, 152...**
★★★★★ (299) $40.99

### Product Details

**Shipping Weight:** 5.8 ounces (View shipping rates and policies)
**Note:** Gift-wrapping is not available for this item.

## Competitors Cups

**First Years 10 Oz Take & Toss Baby Cups**



http://www.amazon.com/dp/B000BK8QS2/ref=asc_df_B000BK8QS2799881?smid=AWQ7X4ZB
QF6K8&tag=shopzilla_rev_1404-20&linkCode=asn

Exhibit C-40



# Frequently Bought Together

Customers buy this item with **Mickey Mouse Clubhouse Insulated 9 oz Spill-Proof Sippy Cup 2 Pack** by Learning Curve



**Price For Both: $19.24**

Add both to Cart    Add both to Wish List

# What Do Customers Ultimately Buy After Viewing This Item?

**39%** buy the item featured on this page:
10 Oz Spill Proof Baby Cup
$8.75

**21%** buy
Playtex Lil' Gripper Spout Cup 2 Pack ★★★☆☆ (2)
$6.59

**16%** buy
Disney Pooh 9 oz Insulated Spill Proof Sippy Cup, 2-Pack ★★★★☆ (5)
$9.99

**15%** buy
Mickey Mouse Clubhouse Insulated 9 oz Spill-Proof Sippy Cup 2 Pack ★★★★☆ (48)
$10.49

Compare these items    **Explore similar items**

# Customers Who Bought This Item Also Bought



Healthy Sleep Habits, Happy Child by Marc Weissbluth
★★★★☆ (1,204)
$10.88

Mickey Mouse Clubhouse Insulated 9 oz Spill-Proof Sippy Cup 2 Pack
★★★★☆ (48) $10.49

# Product Details

## Competitors Cups

**First Years 10 Oz Spill Proof Baby Cup**



http://www.amazon.com/dp/B001BN56MC/ref=asc_df_B001BN56MC799881?smid=AWQ7X4Z
BQF6K8&tag=shopzilla_rev_1404-20&linkCode=asn

Exhibit C-41



## Competitors Cups

**Baby King Twin Handle Spill Proof Cup**



http://www.amazon.com/gp/product/B000JIK9VI/ref=olp_product_details?ie=UTF8&me=&sell
er