

Home    Products    Where to Buy    Learning Center    About Us    Contact Us

Home > Products > Cups > Silicone Spouts > No-Spill™ Easy Grip Cup Stage

# Cups

Featured
**Silicone Spouts**
Silicone Sport Straws
Flip-It™ Tops
dual-flo™ Valve
Prints
Show All



## No-Spill™ Easy Grip Cup Stage 3

Easy to hold, Easy to use, Easy to Clean

**Stage 3**    10oz/295ml

The Nûby™ easy grip cups feature the No-Spill™ easy to use, easy to clean soft silicone spout that prevents spills and reduces leaks. The unique 1 piece valve promotes natural healthy drinking because it needs very little suction, allowing your child's palate and teeth to grow naturally. The easy grip shape is perfect for little hands to hold and toddlers on the go. * Colors may vary






Email this page to a friend



| Home | Products | Where to Buy | Learning Center | About Us | Contact Us |

Home > Products > Cups > dual-flo™ Valve > No-Spill™ Printed Cu

# Cups

- Featured
- Silicone Spouts
- Silicone Sport Straws
- Flip-It™ Tops
- **dual-flo™ Valve**
- Prints
- Show All



### No-Spill™ Printed Cup

Dual-flo™ No-Spill™ Cups. Fast or Slow so you control the flow!

*9oz/270ml*

The Nuby No-Spill™ Cup features the Dual-floTM valve that can be adjusted to control the flow of liquid. The easy to use spout is hard and robust perfect for toddlers with newly formed sharp teeth. Available with a screw or snap on lid and a various designs to make cup drinking more fun. *Colors and designs may vary.





✉ Email this page to a friend



Home        Products        Where to Buy        Learning Center        About Us        Contact Us

Home > Products > Health & Safety > Grooming > Grooming S

# Health & Safety

Featured
Medical
**Grooming**
Show All



## Grooming Set

Soft textured handle insures easy, comfortable grip

The colorful Comb and Brush Set with soft grip handles by Nûby™ was designed especially for your baby. The nylon bristles of the brush are soft and gentle to baby's tender scalp. Both the brush and comb are sized just right for baby's needs and comfortable enough for mom to hold! * Prints and/or colors may vary

✉ Email this page to a friend



| Home | Products | Where to Buy | Learning Center | About Us | Contact Us |

Home > Products > Cups > dual-flo™ Valve > No-Spill™ Printed Cup

## Cups

Featured
Silicone Spouts
Silicone Sport Straws
Flip-It™ Tops
**dual-flo™ Valve**
Prints
Show All



### No-Spill™ Printed Cup

Dual-flo™ No-Spill™ Cups. Fast or Slow so you control the flow!

*9oz / 270ml*

The Nuby No-Spill™ Cup features the Dual-floTM valve that can be adjusted to control the flow of liquid. The easy to use spout is hard and robust perfect for toddlers with newly formed sharp teeth. Available with a screw or snap on lid and a various designs to make cup drinking more fun. *Colors and designs may vary.













 Email this page to a friend



©2008 Luv n' care®. Ltd. All rights reserved.



### Send This Page To A Friend!

Do you have a friend or family member that might be interested? Send them a link.

*Your Name*

*Your Email*

*Friend's Name*



DEFENDANT'S EXHIBIT
#8  WCD
5/17/09



| Home | Products | Where to Buy | Learning Center | About Us | Contact Us |

Home > Products > Cups > Silicone Spouts > No-Spill™ Easy Grip Cup Stage 3

## Cups

Featured
**Silicone Spouts**
Silicone Sport Straws
Flip-It™ Tops
dual-flo™ Valve
Prints
Show All



### No-Spill™ Easy Grip Cup Stage 3
Easy to hold, Easy to use, Easy to Clean

Stage 3    10oz / 295ml

The Nûby™ easy grip cups feature the No-Spill™ easy to use, easy to clean soft silicone spout that prevents spills and reduces leaks. The unique 1 piece valve promotes natural healthy drinking because it needs very little suction, allowing your child's palate and teeth to grow naturally. The easy grip shape is perfect for little hands to hold and toddlers on the go. * Colors may vary













Email this page to a friend



©2008 Luv n' care®. Ltd. All rights reserved.



### Send This Page To A Friend!
Do you have a friend or family member that might be interested? Send them a



Your Name

Your Email

Friend's Name


DEFENDANT'S EXHIBIT #13 WCD 5/7/09