and correct enlargement of the picture located at the left top corner of the web page of Ex. E13.

19. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website http://www.amazon.com/Summer-Infant-BabyS-Health-Grooming/dp/B000FOTA9S/ref=pd_sbs_hpc_4. Ex. E14 is a true and correct copy of the web page I found at that website at that domain. Ex. E14 shows the Baby'S Health And Grooming Kit by Summer Infant. The second page of Ex. E14 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E14.

20. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Spray-Brush-Comb-Set-04360/dp/B000GNV47Y/ref=pd_sbs_hpc_8. Ex. E15 is a true and correct copy of the web page I found at that website at that domain. Ex. E15 shows the Spray Brush & Comb Set by Baby Earth. The second page of Ex. E15 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E15.

21. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website http://www.amazon.com/Summer-Infant-Brush-CombSet/dp/B000PIZV9M/ref=pd_sbs_hpc_28. Ex. E16 is a true and correct copy of the web page I found at that website at that domain. Ex. E16 shows the Brush and Comb Set by Summer Infant. The second page of Ex. E16 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E16.

22. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Safety-1st-Detach-Grooming-Kit/dp/B001K69MFM/ref=pd_sbs_ba_4. Ex. E17 is a true and correct copy of the web

page I found at that website at that domain. Ex. E17 shows the Detach and Go Grooming Kit by Safety 1st. The second page of Ex. E17 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E17.

23. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/WOODEN-lambs-wool-Child-BRUSH/dp/B000V1S3CK/ref=pd_sbs_hpc_24. Ex. E18 is a true and correct copy of the web page I found at that website at that domain. Ex. E18 shows the WOODEN lambs wool Baby Child HAIR BRUSH Comb set, by Pendergrass. The second page of Ex. E18 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E18.

24. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Sesame-Street-Yellow-Hooded-Blanket/dp/B00154QFCW/ref=sr_1_16?ie=UTF8&s=apparel&qid=1243013535&sr=8-16. Ex. E19 is a true and correct copy of the web page I found at that website at that domain. Ex. E19 shows the Sesame Street Yellow Hooded Blanket With Brush & Comb Set by Sesame Street. The second page of Ex. E19 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E19.

25. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Lee-Middleton-Brush-Barrett-Purse/dp/B000XV98V8/ref=sr_1_21?ie=UTF8&s=toys-and-games&qid=1243016167&sr=8-21. Ex. E20 is a true and correct copy of the web page I found at that website at that domain. Ex. E20 shows the Comb, Brush & Barrett Set in

Purse, made by Lee Middleton. The second page of Ex. E20 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E20.

26. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Elegant-Baby-Rocking-Horse-Brush/dp/B001C9TS24/ref=sr_1_27?ie=UTF8&s=baby-products&qid=1243016167&sr=8-27. Ex. E21 is a true and correct copy of the web page I found at that website at that domain. Ex. E21 shows the Elegant Baby Rocking Horse Comb and Brush Set – Silver Plated by Elegant Baby. Ex. E21 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E21.

27. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Heirloom-Baby-Keepsake-Silver-Plated/dp/B001EYXFHQ/ref=pd_sbs_ba_5. Ex. E22 is a true and correct copy of the web page I found at that website at that domain. Ex. E22 shows the Heirloom Baby – Keepsake Silver Plated Comb and Brush Set by Grandlands Road. The second page of Ex. E22 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E22.

28. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Goldilocks-Three-Bears-Baby-Brush/dp/B001UG5BQQ/ref=sr_1_32?ie=UTF8&s=hpc&qid=1243016167&sr=8-32. Ex. E23 s a true and correct copy of the web page I found at that website at that domain. Ex. E23 shows the Goldilocks & The Three Bears Baby Brush & Comb set by Baby's 'n

Things. The second page of Ex. E23 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E23.

29. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.amazon.com/Kent-Baby-Brush-Comb-Set/dp/B0012ZKF2A/ref=sr_1_41?ie=UTF8&s=hpc&qid=1243016196&sr=8-41. Ex. E24 is a true and correct copy of the web page I found at that website at that domain. Ex. E24 shows the Kent Baby Brush & Comb Set by Kent. The second page of Ex. E24 is a true and correct enlargement of the picture located at the left top corner of the web page of Ex. E24.

29. On June 1, 2009, I visited the domain www.amazon.com on the internet. At that domain I found a website at http://www.peanutgallerygifts.com/mudpiebalipr63.html. Ex. E25 is a true and correct copy of the web page I found at that website at that domain. Ex. E25 shows the Mud Pie Baby – Little Princess Silver Plate Brush & Comb Set. The second page of Ex. E25 is a true and correct enlargement of the picture located at the middle corner of the web page of Ex. E25.

30. I swear the statements here are true and correct to the best of my knowledge.

Dated: June 5, 2009.

Karin Kennedy

158445