

**Comb & Brush Set - Ideal small gift Soft brush and comb set in a tube**



http://canadianpreemieclothes.com/index.php?main_page=product_info&cPath=5&products_id=5&zenid=0e7ae8be0242af0f4e04ccaf4c2a25c0