

### Frequently Bought Together

Customers buy this item with **Skip Hop Splash - White** by Skip Hop

**Price For Both: $48.00**

### What Do Customers Ultimately Buy After Viewing This Item?

 **78%** buy the item featured on this page:
Skip Hop Hare Brush and Comb Set ★★★★☆ (3)
$20.00

 **8%** buy
Skip Hop Splash - White ★★★★☆ (36)
$28.00

**8%** buy
Ore Originals Peek A Boo Comb and Brush Set ★★★★★ (1)
$15.00

**3%** buy
Skip Hop Mate Feeding Plate and Utensils - Orange ★★★★☆ (1)
$19.99

Compare these items | **Explore similar items**

### Customers Who Bought This Item Also Bought

Page 1 of 25


**Vulli Sophie the Giraffe Teether, Brown/ White**
★★★★☆ (160) $19.50


**Itzbeen Baby Care Timer - Blue**
★★★★☆ (188) $24.75


**RaZ-Berry Silicone Teether**
★★★★☆ (152) $5.99


**Skip Hop Mate Feeding Plate and Utensils - Orange**
★★★★☆ (1) $19.99

### Product Features
- "Hare" base holds comb and brush
- Comb with smooth teeth

**Skip Hop Hare Brush and Comb Set - products by Skip Hop**



http://www.amazon.com/Skip-Hop-Hare-Brush-Comb/dp/B001JDMVD6/ref=sr_1_6?ie=UTF8&s=hpc&qid=1243013535&sr=8-6