

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Baby Hair Brush**
www.thebodyshop-usa.com • Get Natural Buriti **Baby** Products at The Body Shop®. Shop Online Today!

**Silver Brush & Comb Sets**
www.SilverSuperstore.com • Discounted sterling silver **brush** & **comb sets**; in stock. We engrave!

**Silver Baby Vanity Set**
www.OrientalTrading.com • Shop personalizable **baby** keepsakes. Shop Now! Exclusive Online Deal

See a problem with these advertisements? Let us know

Advertise on Amazon

## Customers Who Bought Related Items Also Bought

Page 1 of 13













Vulli Sophie the Giraffe Teether, Brown/ White
★★★★☆ (160)  $19.50

Seventh Generation Chlorine Free Baby Diapers, Stage 4 (22-37 Lb...
★★★★☆ (353)  $44.99

Seventh Generation Baby Wipes Refills, Chlorine Free and Unscent...
★★★★☆ (263)  $41.99

Kiddopotamus Snuzzler Complete Head and Body Support, Ivory Terry
★★★★☆ (235)  $12.49

## Product Features

- Brush is 6 inches long and 1 3/4 inches wide
- Comb is 5 1/4 inches long and 1 1/2 inches wide
- Soft cushioned handles
- Hairbrush is designed with soft bristles to ensure baby's comfort
- Your choice of Pink Pooh, Blue Pooh, or Green Tigger Set

## Product Details

**Shipping Weight:** 1 pounds
**ASIN:** B000ZMWOB6
**Amazon.com Sales Rank:** #132,196 in Toys & Games (See Bestsellers in Toys & Games)
**Average Customer Review:** No customer reviews yet. Be the first.

Would you like to **give feedback on images**?

**Disney Baby Hair Brush and Comb Set**



http://www.amazon.com/Disney-Baby-Hair-Brush-Comb/dp/B000ZMWOB6/ref=sr_1_4?ie=UTF8&s=toys-and-games&qid=1243013535&sr=8-4