

| | | |
|---|---|---|
| Hello. Sign in to get **personalized recommendations**. New customer? **Start here.** | | **Shopping for Father's Day savings?** Sponsored by Canon Cameras |
| Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | | Your Account | Help |
| Shop All Departments | Search Baby | GO | Cart | Your Lists |
| BABY | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials |



ZOOM
See larger image (with zoom)
Share your own customer images

**Mommy's Helper Nursery Essentials**
Other products by **Mommy's Helper**
No customer reviews yet. **Be the first.**

List Price: ~~$17.99~~
Price: **$16.41** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
You Save: **$1.58 (9%)**

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

Want it delivered **Tuesday, June 2**? Order it in the next **6 hours and 59 minutes**, and choose **One-Day Shipping** at checkout. Details

**6 new** from $14.95


Enter to Win a Dream Baby Registry
NO PURCHASE NECESSARY. Ends 12/31/09. See **Official Rules** for details.
**Learn how to participate.**

**Quantity:** 1
Add to Shopping Cart
or
**Sign in** to turn on 1-Click ordering.
or
Add to Cart with **FREE Two-Day Shipping**
**Amazon Prime Free Trial** required. Sign up when you check out. Learn More

**More Buying Choices**

**Home Naturals, Inc.**    Add to Cart
$16.11 + Free Shipping
In Stock
**BabyEarth**    Add to Cart
$14.95 + $6.95 shipping
In Stock
**Target.com/ITC**    Add to Cart
$16.99 + $5.43 shipping
In Stock
**6 new** from $14.95
Get it for less! Order it used
Have one to sell? Sell yours here


Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Share with Friends

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. This item ships separately from other items in your order.

**Frequently Bought Together**

 + 

Total List Price: ~~$47.93~~
Price For All Three: **$37.94**
Add all three to Cart    Add all three to Wish List

☐ **This item:** Mommy's Helper Nursery Essentials by Mommys Helper
☐ Kiddopotamus SwaddleMe 100% Cotton Knit Small, Circle Bear by Kiddopotamus & Co
☐ Kiddopotamus Snuzzler Complete Head and Body Support, Ivory Terry by Kiddopotamus & Co

**What Do Customers Ultimately Buy After Viewing This Item?**

 **41%** buy the item featured on this page:
Mommy's Helper Nursery Essentials
$16.41

 **22%** buy
Summer Infant Baby'S Health And Grooming Kit ★★★★☆ (5)
$14.99

 **19%** buy
The First Years American Red Cross Deluxe Baby Healthcare and Grooming Kit ★★★☆☆ (4)
$19.99

 **9%** buy
Graco Ultra Clear II 49mhz Baby Monitor ★★★★☆ (61)
$27.95

Compare these items    Explore similar items

**Customers Who Bought This Item Also Bought**    Page 1 of 25


Fisher-Price Bath Center - Aquarium Ocean Wonders
★★★☆☆ (132) $34.99


Graco Ultra Clear II 49mhz Baby Monitor
★★★★☆ (61) $27.95


Kiddopotamus Snuzzler Complete Head and Body Support, Ivory Terry
★★★★☆ (235) $12.49


Philips Avent iQ24 Steam Sterilizer without Bottle
★★★★☆ (44) $66.01



Mommy's Helper Nursery Essentials



http://www.amazon.com/Mommys-Helper-62078-Nursery-Essentials/dp/B000AVKOPK/ref=pd_sbs_ba_3