

## Special Offers and Product Promotions

- Save 10% each on Qualifying Items offered by Netkidswear when you purchase 4 or more. Here's how (restrictions apply)

## Customers Who Bought Related Items Also Bought
Page 1 of 13

   

| Kiddopotamus Snuzzler Complete Head and Body Support, Ivory Terry | Basic Comfort Contoured Changing Pad by Summer Infant | Vulli Sophie the Giraffe Teether, Brown/ White | Lamaze Jacques the Peacock |
| --- | --- | --- | --- |
| (235) $12.49 | (60) $22.99 | (160) $19.50 | (80) $9.99 |



## Product Description
**Product Description**
Make grooming a pleasant experience for you and baby. This set is made with soft bristles that are gentle on your baby's sensitive scalp, and comb and brush both have large, soft touch handles. Comb has dual-teeth to adjust to the thickness and dampness of your child's hair.

## Product Details
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**ASIN:** B001RJAPIK
**Item model number:** 49524A
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #82,543 in Health & Personal Care (See Bestsellers in Health & Personal Care)

Would you like to give feedback on images?

**Gentle Care Baby Brush and Comb By Safety 1st**



http://www.amazon.com/Gentle-Care-Brush-Safety-1st/dp/B001RJAPIK/ref=pd_sbs_ba_9