

**Ore Originals Peek A Boo Comb and Brush Set**



http://www.amazon.com/Ore-Originals-Peek-Comb-Brush/dp/B000HCMUDQ/ref=sr_1_1?ie=UTF8&s=baby-products&qid=1243013535&sr=8-1