

**Brush & Comb Set by Sassy**



http://www.amazon.com/405-Brush-Comb-Set/dp/B00005BQ4N/ref=sr_1_2?ie=UTF8&s=hpc&qid=1243013535&sr=8-2