

Silver Brush and Comb Set Baby Gift - Yacanna products



http://www.amazon.com/Silver-Brush-Comb-Baby-Gift/dp/B0012B8HNI/ref=sr_1_5?ie=UTF8&s=home-garden&qid=1243013535&sr=8-5