

**Looney Tunes Baby Tweety Brush & Comb 2 pc Set by Regent Baby Products**



http://www.amazon.com/Looney-Tunes-Baby-Tweety-Brush/dp/B000NGRSV0/ref=sr_1_8?ie=UTF8&s=toys-and-games&qid=1243013535&sr=8-8