

# Product Description

**Product Description**
SKU NUMBER: 333211 The Minimum EXP date on product:1year. TITLE DESCRIPTION: Gerber Baby Comb, Brush Set (Different Colors) - 1 Piece MANUFACTURER:GERBER. PRODUCT DESCRIPTION:The fine teeth of the comb and soft, nylon bristles of the brush will gently arrange baby's hair, while teaching good grooming habits. SUGGESTED USE:Wash in hot, soapy water. Rinse thoroughly. CAUTION:Children are precious and no product replaces adult supervision.

# Product Details

**Item Weight:** 1 pounds
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**ASIN:** B000KKWHKG
**Average Customer Review:**  (2 customer reviews)
**Amazon.com Sales Rank:** #73,585 in Health & Personal Care (See Bestsellers in Health & Personal Care)

Would you like to **give feedback on images**?

**Gerber Baby Comb, Brush Set**



http://www.amazon.com/Gerber-Brush-Different-Colors-333211/dp/B000KKWHKG/ref=sr_1_9?ie=UTF8&s=hpc&qid=1243013535&sr=8-9