

**Reed & Barton Silverplate Baby Gifts Something Duckie Brush And Comb Set**

**Reed & Barton Silverplate Baby Gifts**



http://www.amazon.com/Barton-Silverplate-Gifts-Something-Duckie/dp/B00244GAHM/ref=sr_1_10?ie=UTF8&s=home-garden&qid=1243013535&sr=8-10