

## Customer Images for: Fisher-Price Brush and Comb Set

   



Baby Oh Baby Boutique-Green Safari Set



**Sort by:** Highest rated | Most recently added

**This image**

2 of 3

**Like it?** Yes | No
No one has voted yet.
Report abuse

**Uploaded by**
Marguerite Rauenzahn
(Pennsylvania)
REAL NAME
Uploaded on 1/30/09

**Product details**
Fisher-Price Brush and Comb Set by Regent
$21.99
Usually ships in 1 to 3 weeks
Add to shopping cart
Add to Wish List
5 used & new from $3.99

**Share Your Images**
Help others by adding images related to this product. It's easy!
Upload images ▶

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

Free **Fisher Price** Coupons
ShopAtHome.com · All your favorite brands! Save money free printable coupons

Wholesale Combs
www.thecharitysupplier.com · Many Styles **And** Sizes Wholesale Prices Free Shipping

**Fisher-Price**® Website
www.fisher-price.com · Shop the Official **Fisher-Price**® Site for Toys **and** Babygear

Advertise on Amazon

| Where's My Stuff? | Shipping & Returns | Need Help? |
|---|---|---|
| • Track your recent orders.<br>• View or change your orders in Your Account. | • See our shipping rates & policies.<br>• See FREE shipping information.<br>• Return an item (here's our Returns Policy). | • Forgot your password?<br>• Buy gift cards.<br>• Visit our Help department. |

amazon.com®    Amazon.com Home | Directory of All Stores
International Sites: Canada | United Kingdom | Germany | Japan | France | China
Business Programs: Sell on Amazon | Build an eCommerce Site | Advertise With Us | Developer Services | Self-Publish with Us
Help | View Cart | Your Account | 1-Click Settings
Investor Relations | Press Releases | Careers at Amazon | Join Associates | Join Advantage
Conditions of Use | Privacy Notice © 1996-2009, Amazon.com, Inc. or its affiliates

**Fisher-Price Brush and Comb Set**



http://www.amazon.com/gp/customer-media/product-gallery/B001DM4EUQ/ref=cm_ciu_pdp_images_all