

| Shop All Departments | Search | Baby | | GO | Cart | Your Lists |
|---|---|---|---|---|---|---|

**Baby** | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials



See larger image and other views

Share your own customer images

## Summer Infant Baby'S Health And Grooming Kit
Other products by Summer Infant
★★★★☆ (5 customer reviews)

Price: **$14.99** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Ships from and sold by Amazon.com. Gift-wrap available.

Want it delivered Tuesday, June 2? Order it in the next 7 hours and 3 minutes, and choose **One-Day Shipping** at checkout. Details

**3 new** from $12.99


**Enter to Win a Dream Baby Registry**
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details.
Learn how to participate.

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. This item ships separately from other items in your order.



Quantity: 1
Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.
or
Add to Cart with FREE Two-Day Shipping
Amazon Prime Free Trial required. Sign up when you check out. Learn More



**More Buying Choices**
**COOKIESKIDS**   Add to Cart
$12.99 + $4.95 shipping
In Stock
**BabyVision**   Add to Cart
$12.99 + $6.19 shipping
In stock. Processing takes an additional 2 to 3 days.

**3 new** from $12.99
Get it for less! Order it used
Have one to sell? Sell yours here



Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry

Share with Friends

### Frequently Bought Together
Customers buy this item with **Kiddopotamus SwaddleMe 100% Cotton Knit Small, Circle Bear** by Kiddopotamus & Co

 + 

**Price For Both: $24.03**
Add both to Cart   Add both to Wish List

### What Do Customers Ultimately Buy After Viewing This Item?

 **67%** buy the item featured on this page:
Summer Infant Baby'S Health And Grooming Kit ★★★★☆ (5)
$14.99

 **9%** buy
The First Years American Red Cross Deluxe Baby Healthcare and Grooming Kit ★★★☆☆ (4)
$19.99

 **9%** buy
Kiddopotamus Snuzzler Complete Head and Body Support, Ivory Terry ★★★★☆ (235)
$12.49

 **7%** buy
Graco Ultra Clear II 49mhz Baby Monitor ★★★☆☆ (61)
$27.95

Compare these items   Explore similar items

### Customers Who Bought This Item Also Bought
Page 1 of 25

   

| The First Year's Infant To Toddler Tub with Sling Blue | Fisher-Price Bath Center - Aquarium Ocean Wonders | Luvable Friends 5-Pack Receiving Blankets - Green | Kiddopotamus Snuzzler Complete Head and Body Support, Ivory Terry |
|---|---|---|---|
| ★★★★☆ (825) $21.99 | ★★★☆☆ (132) $34.99 | ★★☆☆☆ (7) $14.99 | ★★★★☆ (235) $12.49 |

### Product Features
- Sixteen piece kit

**Summer Infant Baby'S Health And Grooming Kit**



http://www.amazon.com/Summer-Infant-BabyS-Health-Grooming/dp/B000FOTA9S/ref=pd_sbs_hpc_4