

Spray Brush & Comb Set



http://www.amazon.com/Spray-Brush-Comb-Set-04360/dp/B000GNV47Y/ref=pd_sbs_hpc_8