

**Brush & Comb Set - products by Summer Infant**



http://www.amazon.com/Summer-Infant-Brush-CombSet/dp/B000PIZV9M/ref=pd_sbs_hpc_28