

# Product Features

- 2 piece baby brush and comb set
- Wooden brush with soft lambswool bristles
- Matching wooden comb with rounded teeth
- Each measures approx. 6" L
- Packaged in a sturdy plastic box, suitable for gift giving

## Customers Who Bought Related Items Also Bought

Page 1 of 13



Seventh Generation Chlorine Free Baby Diapers, Stage 4 (22-37 Lb...
(353) $44.99



RaZ-Berry Silicone Teether
(152) $5.99



Lamaze Jacques the Peacock
(80) $9.99



Vulli Sophie the Giraffe Teether, Brown/ White
(160) $19.50



# Product Description

**Product Description**
The 2-piece set features a lamsbwool bristle brush with a smooth wooden handle, plus a matching comb with rounded teeth for tear-free detangling.

# Product Details

**Shipping Weight:** 1 pounds (View shipping rates and policies)
**ASIN:** B000V1S3CK
**Item model number:** 6504
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #71,693 in Health & Personal Care (See Bestsellers in Health & Personal Care)

Would you like to **give feedback on images**?

Pendergrass WOODEN lambs wool Baby Child HAIR BRUSH Comb set



http://www.amazon.com/WOODEN-lambs-wool-Child-BRUSH/dp/B000V1S3CK/ref=pd_sbs_hpc_24