
**Sesame Street Yellow Hooded Blanket With Brush & Comb Set**
Other products by Sesame Street
No customer reviews yet. Be the first. | More about this product

Price: **$4.99**

**In Stock.**
Ships from and sold by **PerfumeTarget**.

Only 2 left in stock--order soon.

$4.99 + $7.45 shipping
In Stock. Ships from and sold by PerfumeTarget

Quantity: 1

### Special Offers and Product Promotions
- **Special Offer:** Spend $25 or more in our Apparel or Shoes Stores and receive a 1-year subscription to one of the following magazines: *Lucky* (a $12.00 value) or *Details* (a $9.97 value) included with your purchase. Here's how (restrictions apply).

### Product Features
- Sesame Street Hooded Blanket With Brush & Comb Set
- Includes a 24" x 30" hooded blanket and a plastic brush and comb
- Hooded blanket and brush feature images of Baby Sesame Street characters
- Made of 65% cotton / 35% polyester
- Make bed time fun again with Sesame Street

### Product Description
**Product Description**
This Sesame Street Hooded Blanket With Brush & Comb Set will make bed time a snap!! The Sesame Street Hooded Blanket With Brush & Comb Set includes a 24" x 30" hooded blanket and a plastic brush and comb. The hooded blanket is made of 65% cotton and 35% polyester so it is soft to baby skin. The brush and comb are white to match the blanket. The hooded blanket and brush feature images of Baby Sesame Street characters. Make bed time easy as A-B-C with Sesame Street Baby! Recommended Age Group - Any Age Baby - From Birth

### Product Details
**Shipping Weight:** 1 pounds (View shipping rates and policies)
**ASIN:** B00154QFCW
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #524,300 in Apparel (See Bestsellers in Apparel)

Would you like to give feedback on images?

### Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Brush Set**
www.Sephora.com • Shop 200 beauty brands, get Free Shipping over $50 & Free Samples!

**Hooded Blanket**
Yahoo.com • Everything to do with **Hooded Blanket** items.

**Crocheted Blankets**
www.handmadedepot.com • Handmade **blankets** and afghans for all ages

See a problem with these advertisements? Let us know                Advertise on Amazon

### Suggested Tags from Similar Products (What's this?)
Be the first one to add a relevant tag (keyword that's strongly related to this product).

Search Products Tagged with

**Sesame Street Yellow Set**



http://www.amazon.com/Sesame-Street-Yellow-Hooded-Blanket/dp/B00154QFCW/ref=sr_1_16?ie=UTF8&s=apparel&qid=1243013535&sr=8-16