

**Lee Middleton Comb and Brush**



http://www.amazon.com/Lee-Middleton-Brush-Barrett-Purse/dp/B000XV98V8/ref=sr_1_21?ie=UTF8&s=toys-and-games&qid=1243016167&sr=8-21