

### Elegant Baby Rocking Horse Comb and Brush Set - Silver Plated

Other products by **Elegant Baby**
No customer reviews yet. Be the first.

Price: **$20.00** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Ships from and sold by **Amazon.com**. Gift-wrap available.

Only 1 left in stock--order soon (more on the way).

Want it delivered **Tuesday, June 2**? Order it in the next **6 hours and 55 minutes**, and choose **One-Day Shipping** at checkout. Details

**3 new** from $20.00

Enter to Win a Dream Baby Registry
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details.
Learn how to participate.

**Quantity:** 1

Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.
or
Add to Cart with FREE Two-Day Shipping
Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**

Hopscotch    Add to Cart
$20.00 + $4.89 shipping
In Stock

mylittlebebe    Add to Cart
$25.00 + $8.00 shipping
In Stock

**3 new** from $20.00

Get it for less!  Order it used
Have one to sell?  Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry

Share with Friends

**Special Shipping Information:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues. This item ships separately from other items in your order.

### Frequently Bought Together

Customers buy this item with **Elegant Baby Rocking Horse Cup - Silver Plated** by Elegant Baby



Price For Both: **$40.00**

Add both to Cart    Add both to Wish List

### Customers Who Bought This Item Also Bought



**Ten Little Fingers and Ten Little Toes** by Mem Fox
(17) $10.40

### Product Features

- Rocking horse motif on brush
- Gift boxed set
- Functional comb and brush
- Offers a wide range of stylish, durable items with strong fashion appeal
- Features both traditional and current color trends

### Product Details

**Product Dimensions:** 6.8 x 5.5 x 4 inches ; 10.2 ounces
**Shipping Weight:** 12.8 ounces (View shipping rates and policies)
**Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.
**ASIN:** B001C9TS24
**Item model number:** 16493
**Amazon.com Sales Rank:** #2,575 in Baby (See Bestsellers in Baby)
Popular in this category: (What's this?)

**Elegant Baby Rocking Horse Comb and Brush Set - Silver Plated**



http://www.amazon.com/Elegant-Baby-Rocking-Horse-Brush/dp/B001C9TS24/ref=sr_1_27?ie=UTF8&s=baby-products&qid=1243016167&sr=8-27