

**Grasslands Road -Heirloom Baby - Keepsake Silver Plated Comb and Brush Set**



http://www.amazon.com/Heirloom-Baby-Keepsake-Silver-Plated/dp/B001EYXFHQ/ref=pd_sbs_ba_5