Hello. Sign in to get **personalized recommendations**. New customer? Start here.    FREE 2-Day Shipping for Father's Day Sponsored by Canon Cameras

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

Shop All Departments | Search Baby | Cart | Your Lists

**Baby** | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

This item is not eligible for Amazon Prime when purchased from Special Creations 4 you. See more buying choices



**"Goldilocks & The Three Bears" Baby Brush & Comb Set**
by Baby's 'n Things
No customer reviews yet. Be the first.

Price: **$2.99**

**In Stock.**
Ships from and sold by **Special Creations 4 you**.

Only 1 left in stock--order soon.

 **Enter to Win a Dream Baby Registry**
NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details. Learn how to participate.

› See more product promotions

See larger image (with zoom)
Share your own customer images

**$2.99** + $4.99 shipping
In Stock. Ships from and sold by **Special Creations 4 you**

**Quantity:** 1

or
Sign in to turn on 1-Click ordering.

**More Buying Choices**
Get it for less!
Have one to sell?

Share with Friends

---

**Special Offers and Product Promotions**

- **Enter to Win a Dream Baby Registry**. NO PURCHASE NECESSARY. Ends 12/31/09. See Official Rules for details. Learn how to participate.

---

**Product Details**

**Shipping Information:** View shipping rates and policies
**ASIN:** B001UG5BQQ
**Average Customer Review:** No customer reviews yet. Be the first.

Would you like to **give feedback on images**?

---

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

**We Have The Book You Need**
www.DiscountBookSale.com    Goldilocks and the Three Bears Great Prices For All Book Titles!

**Wholesale Combs**
www.thecharitysupplier.com   Many Styles And Sizes Wholesale Prices Free Shipping

**Silver Baby Vanity Set**
www.OrientalTrading.com   Shop personalizable **baby** keepsakes. Shop Now! Exclusive Online Deal

See a problem with these advertisements? Let us know    Advertise on Amazon

---

**Tag this product** (What's this?)    **Search Products Tagged with**
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

Your tags: Add your first tag

**Help others find this product — tag it for Amazon search**

"Goldilocks & The Three Bears" Baby Brush & Comb Set by Baby's 'n Things



http://www.amazon.com/Goldilocks-Three-Bears-Baby-Brush/dp/B001UG5BQQ/ref=sr_1_32?ie=UTF8&s=hpc&qid=1243016167&sr=8-32