

## Product Features
- Country of origin: England
- Please read all label information on delivery.

## Important Information
**Safety Information**
Please read all label information on delivery.

## Product Description
**Product Description**
A super soft white bristle brush and comb set. A beautiful brush for baby's hair. The soft bristle gently brushes the hair, encouraging growth and shine.

## Product Details
**Shipping Information:** View shipping rates and policies
**ASIN:** B0012ZKF2A
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #223,567 in Health & Personal Care (See Bestsellers in Health & Personal Care)

Would you like to give feedback on images?

**Customers Viewing This Page May Be Interested in These Sponsored Links** (What's this?)

**Kent Brushes and Combs**
www.bathandbodynet.com/kent-hairbru · Handmade **Brushes** And **Combs** By **Kent**. Free Shipping On Orders Over $65!

**Kent Hairbrushes**
www.shoplondons.com/KENT · Hairbrushes for Men & Women. by **KENT Brushes**. Free Ship Offer.

**Silver Brush & Comb Sets**
www.SilverSuperstore.com · Discounted sterling silver **brush** & **comb sets**; in stock. We engrave!

See a problem with these advertisements? Let us know                                   Advertise on Amazon

**Similar Item Available at External Website**



RatzerFratzer Baby Brush and Comb Set
Available at: Ava and Ashley LLC for **$28.00**
+ $6.95 Estimated Shipping

**Kent Baby Brush & Comb Set**



http://www.amazon.com/Kent-Baby-Brush-Comb-Set/dp/B0012ZKF2A/ref=sr_1_41?ie=UTF8&s=hpc&qid=1243016196&sr=8-41