

**Mud Pie Baby Little Princess Silver Plate Brush & Comb**



http://www.peanutgallerygifts.com/mudpiebalipr63.html