| | LNC | Playtex First Sipster® Spill-Proof Cup | Playtex Sipster® Spill-Proof 6-oz Cup | Muchkin Mighty Grip™ 10 oz. Spill-Proof Cup | Munchkin Mighty Grip™ 8 oz. Trainer Cup | Evenflo FunSip™ Spill Proof Cup | AVENT Magic Cup 9-oz. | ThinkBaby Trainer Cup Twin Pack | First Years Meal Mates Thomas & Friends 10 oz. Soft Spout Sippy Cup | Munchkin Mighty Grip 10 oz Spill Proof Straw Cup | First Years Soothie Training Cup | Gerber Fun Grips Color Change Spill-Proof Cup | The Safe Sippy | Born Free Trainer Cup | Gerber Color Change Fun Grips | Green to Grow 10oz Wide Neck Bottle | Gerber NUK Learner Cup | The First Years Meal Mates Training Sippy Cup Winnie the Pooh 7 Ounce Soft Spout with Handles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



1. A colored or tinted bell-shaped cap

                   

2. An oval clear silicone spout which is attached to a silicone top of the cap

     

3. A colored cup, the cup having a hoodlike shape on it with a wave like appearance in the face-like area in front of and below the hood

