| LNC | Playtex First Sipster® Spill-Proof Cup | Playtex Sipster® Spill-Proof 6-oz Cup | Muchkin Mighty Grip™ 10 oz. Spill-Proof Cup | Munchkin Mighty Grip™ 8 oz. Trainer Cup | Evenflo FunSip™ Spill Proof Cup | AVENT Magic Cup 9-oz. | ThinkBaby Trainer Cup Twin Pack | Munchkin Mighty Grip BPA Free Variety Pack - 2 10 Oz Flip Straw Cups & 2 10 Oz Sports Bottles | Grip-n-Gulp Toddler Cup - Pink by Nalgene | The First Years Disney Pooh 9 oz Insulated Spill Proof Sippy Cup, 2-Pack | The First Years Insulated Cup 9 oz. 2 Pack | The First Years John Deere Insulated 9oz Sippy Cup | First Years Spill Proof Cup - 9 Oz | First Years Meal Mates Thomas & Friends 10 oz. Soft Spout Sippy Cup | RC2 BRAND 9 Oz Disney Princess Insulated Sippy Cups | Munchkin 10 Oz. Re-usable Twist Tight Spill-Proof Cups | Gerber Color Change Fun Grips, 7 oz | Playtex Sipster Cup | First Years 10 Oz Take & Toss Baby Cups | First Years 10 Oz Spill Proof Baby Cup | Baby King Twin Handle Spill Proof Cup |

                    

1. A colored or tinted cap, having a cap sitting on a cap look, with a spout having a bulb-like base and a relatively pointed top

             

2. packaging: no outer packaging, folded inner paper insert

3. A colored tinted generally cylindrical shaped cup with a wider upper portion

4. Clear cup