

"Nuby" and "Sippy Cup"    | Search |    Advanced Search
Preferences

---

**Web**   Show options...                                              Results **1** - **10** of about **27,800** for **"Nuby" and "Sippy Cup"**. (0.17 seconds)

Shopping results for **"Nuby" and "Sippy Cup"**

| **Nuby** Gripper **Sippy Cup** Replacement Spouts | $1.99 - Diapers.com |
| NEW **NUBY** 8oz **Sippy Cup** Flip Top Straw Gripper w ... | $4.95 - BF Kids Online |
| **Nuby** Gripper **Sippy Cup** | $2.29 - Diapers.com |

Amazon.com: Luv N' Care **Nuby** Two Handle **Sippy Cup** 7 oz: Baby
Because my daughter wouldn't take any of the other sippy cups I offered her, I tried this
very soft topped **Nuby sippy cup**. She finally figured it out with **...**
www.amazon.com/Luv-N-Care-Handle-Sippy/dp/B000JOOGR0 - Cached - Similar pages

**Nuby** Gripper **Sippy Cup** - Buy at Diapers.com - Fast Free Shipping
Shop for **Nuby** Gripper **Sippy Cup** at Diapers.com. $2.290. 2 Days or Less Free Shipping.
Great Prices. Excellent Service.
www.diapers.com/Product/ProductDetail.aspx?productId=6755 - Cached - Similar pages

**Nuby Sippy Cup** - Nursing & Feeding - Compare Prices, Reviews and **...**
Jun 2, 2009 **... Nuby Sippy Cup** - 4 results like the **NUBY** Soft Silicone Replacement Spout
for 10 oz Gripper Cup, Luv N Care Luv N' Care **Nuby** Two Handle **Sippy ...**
www.nextag.com/**nuby**-sippy-cup/shop-html - Cached - Similar pages

Leaking **Nuby sippy cup** | Luv n' care, Ltd. Performance **...**
by Angela G. written to Luv n' care, Ltd. Posted Tue December 21, 2004 I'm sure you
know**...**
www.planetfeedback.com/luv+n+care+ltd/performance/leaking+**nuby**+sippy+cup/275254 -
Cached - Similar pages

**Nuby** Straw **Sippy Cup** - The Wise Mommy - Reviews of Everything for **...**
Almost every picture of my son, has the **Nuby** Straw **Sippy cup** somewhere in the
foreground or background. He takes this **sippy cup** with him everywhere. **...**
thewisemommy.com/reviews/2007/11/15/**nuby**-straw-**sippy-cup**/ - Cached - Similar pages

**Nuby** Sippy Cups - where have you been all my parenting life **...**
I'd heard about the **Nuby Sippy Cup** through comments posted when Beth Hoyt was looking
for a perfect **sippy cup** for her babe. But I'd never seen one because **...**
www.parentdish.com/2006/01/31/**nuby**-sippy-cup**s-where-have-you-been-all
-my-parenting-life/ - Cached - Similar pages

The **Nuby** Sippy Gripper Cup Almost Ended Our **Nuby** Obsession Before **...**
A **Nuby** brand **sippy cup**, made by Luv 'n Care is a spill-proof child sized **sippy cup** without
a valve. The top is a soft, clear silicone with a spout. **...**
www.epinions.com/review/Luv_N_Care_**Nuby**_No_Spill_Sippy_Gripper_
Cup_10_oz/content_228223585924 - Cached - Similar pages

**Nuby** Gripper **Sippy Cup** - recommendation by designdude - ThisNext
The **sippy cup**--the toddler cup bridges the gap between the bottle (or breast) and a regular,
open cup--can be a pretty advanced child accessory. This **Nuby ...**
www.thisnext.com/item/087E1546/5CA8A500/**Nuby**-Gripper-**Sippy-Cup** -
Cached - Similar pages

**Nuby** Gripper **Sippy Cup** VS. Gerber Graduates Fun Grips Soft Starter **...**
Jul 24, 2007 **...** When transitioning from the bottle to the cup, soft spouts can help. But, be
aware that the **Nuby's** conveniently soft spout could be too **...**

---

**Sponsored Links**

Buy **Nuby** Sippy Cups
Free Overnight or 2-Day Shipping,
Best Price Guarantee on all **Nuby**
www.Diapers.com/**Nuby**

**Nuby** Baby Products
Baby Bungalow has a wide selection
of **Nuby** Products at great prices!
www.BabyBungalow.com

"**Nuby**" And "**Sippy Cup**"
| **Nuby** Gripper **Sippy Cup** ... | $1.99 |
| Diapers.com | |
| NEW **NUBY** 8oz **Sippy Cup** ... | $4.95 |
| BF Kids Online | |
| **Nuby** Gripper **Sippy Cup** | $2.29 |
| Diapers.com | |

www.associatedcontent.com/article/317558/**nuby**_gripper_**sippy_cup**_vs_gerber_graduates.html - Cached - Similar pages

## Nuby Gripper Sippy Cup BPA Free
**Nuby** Gripper **Sippy Cup** with Soft Silicone Spout. The most popular **Nuby** cup. Replacement spouts are available from Good for the Kids. **...**
www.goodforthekids.com/item/**Nuby**_Gripper_**Sippy_Cup**_BPA_Free_/218 -
Cached - Similar pages

Searches related to: "Nuby" and "Sippy Cup"

| | | |
|---|---|---|
| nuby gripper cup | nuby luv n care | nuby sippy cup bpa free | nuby straw cups |
| nuby non drip | nuby sippy cup replacement | nuby baby bottles | nuby sippy cup plastic |

**1** 2 3 4 5 6 7 8 9 10    **Next**

[ "Nuby" and "Sippy Cup" ]  [Search]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google