

**NEW!**





**2 pack**

**NO MESS!**

Easy Grip Design makes it easy for a child's hands to hold

**NO VALVE!**

Built-in valve eliminates extra pieces to wash



## Features

- No-Spill cup is perfect for beginners. Baby will transition from bottle to this soft silicone spout.
- Unique contour shape fits easily in baby's small hands.
- Soft silicone spout is designed to prevent drips and spills.
- Cup is made from clear, break-resistant plastic.

891   0-48526-00891-9

**DEFENDANT'S EXHIBIT**
#22  wcd
5/7/09

LNC203087











**NO MESS!**

Easy Grip Design makes it easy for a child's hands to hold



**NO VALVE!**

Built-in Valve eliminates extra pieces to wash



## Features

- Cup comes in a 12 piece display.
- No-Spill cup is perfect for beginners. Baby will transition from bottle to this soft silicone spout.
- Unique contour shape fits easily in baby's small hands.
- Soft silicone spout is designed to prevent drips and spills.
- Cup is made from clear, break-resistant plastic.

890    0-48526-00890-2

DEFENDANT'S EXHIBIT #23  WCD  5/7/09

LNC203086