

US007243814B2

## (12) United States Patent
### Hakim

(10) Patent No.: **US 7,243,814 B2**
(45) Date of Patent: *****Jul. 17, 2007**

(54) **NO-SPILL DRINKING CUP APPARATUS**

(76) Inventor: **Nouri E. Hakim**, 3030 Aurors Ave., Monroe, LA (US) 71201

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 355 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/083,656**

(22) Filed: **Feb. 25, 2002**

(65) **Prior Publication Data**

US 2002/0179615 A1    Dec. 5, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/271,779, filed on Mar. 18, 1999, now Pat. No. 6,357,620, which is a continuation-in-part of application No. 09/138,588, filed on Aug. 21, 1998, now Pat. No. 6,321,931, application No. 10/083,656, which is a continuation-in-part of application No. 10/001,257, filed on Nov. 27, 2001, now Pat. No. 7,204,386, which is a continuation of application No. 09/138,588, filed on Aug. 21, 1998, now Pat. No. 6,321,931.

(60) Provisional application No. 60/056,218, filed on Aug. 21, 1997, provisional application No. 60/056,218, filed on Aug. 21, 1997.

(51) Int. Cl.
*A47G 19/22*    (2006.01)

(52) U.S. Cl. .................. **220/714**; 220/713; 220/203.18

(58) Field of Classification Search ........... 220/203.18, 220/713, 714, 717; 215/11.4, 11.5; 137/843, 137/844, 845

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,560,689 A    11/1925    Holt et al.

(Continued)

FOREIGN PATENT DOCUMENTS

AU    254125    7/1963

(Continued)

OTHER PUBLICATIONS

Federal Circuit Decision of Feb. 23, 2007 in appeal of *Nouri E. Hakim v. Cannon Avent Group, PLC, et al.* (Appeal No. 05-1398).

(Continued)

*Primary Examiner*—Anthony D. Stashick
*Assistant Examiner*—Harry A Grosso
(74) *Attorney, Agent, or Firm*—Morris E. Cohen

(57) **ABSTRACT**

An improved no-spill cup construction and valve assembly which provides an extremely secure seal against accidental liquid flow from the cup spout. The act of sucking at the cup spout creates negative pressure or a partial vacuum against a valve member near the spout having an opening therein, causing the valve member and opening to move off of a protruding member, thereby unblocking the opening in the valve. When the opening is unblocked, liquid can flow freely through the valve and spout. When not in use, the valve sits in a resting, closed position, with the opening in the valve sitting on a protruding member and pressed against the protruding member's base, sealing off the opening in the valve assembly. The closed position provides an extremely secure seal against fluid leakage, such that inadvertent spills or even deliberate attempts to force liquid outside of the cup, such as by turning the cup upside down, or shaking the cup, are ineffective. The cup assembly further allows variable liquid flow depending on the levels of suction applied, and allows flow to be regulated between regular or maximum flow and minimal flow levels or rates by rotating the position of the valve assembly in the cover of the cup.

**64 Claims, 17 Drawing Sheets**



DX NY 42

US 7,243,814 B2

Page 2

### U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor |
|---|---|---|
| 1,954,748 A | 4/1934 | Punta et al. |
| 2,107,442 A | 2/1938 | Hughes |
| 2,174,361 A | 9/1939 | Condon |
| 2,223,179 A | 11/1940 | Lougheed |
| 2,584,359 A * | 2/1952 | Miles .................. 215/11.4 |
| 3,206,079 A | 9/1965 | Mancusi, Jr. |
| 3,321,114 A | 5/1967 | Croyle |
| 3,360,169 A | 12/1967 | Susuki et al. |
| 3,618,825 A | 11/1971 | Clarke |
| 3,718,140 A | 2/1973 | Yamauchi |
| 3,840,153 A | 10/1974 | Devlin |
| 3,860,162 A | 1/1975 | Schutz |
| 3,915,331 A | 10/1975 | Chenault |
| 4,102,476 A | 7/1978 | Loeffler |
| 4,135,513 A * | 1/1979 | Arisland .................. 215/11.4 |
| 4,186,842 A | 2/1980 | Albert |
| 4,324,097 A | 4/1982 | Schmitt et al. |
| 4,506,809 A | 3/1985 | Corsette |
| 4,533,062 A | 8/1985 | Krautkramer |
| 4,600,111 A | 7/1986 | Brown |
| 4,623,069 A | 11/1986 | White |
| 4,624,286 A | 11/1986 | Frohn |
| 4,646,781 A | 3/1987 | McIntyre et al. |
| 4,871,077 A * | 10/1989 | Ogden et al. .................. 215/365 |
| 4,941,598 A | 7/1990 | Lambelet, Jr. et al. |
| 4,946,062 A | 8/1990 | Coy |
| 4,993,568 A | 2/1991 | Morifuji et al. |
| 5,033,647 A | 7/1991 | Smith et al. |
| 5,050,758 A * | 9/1991 | Freeman et al. .................. 220/714 |
| 5,079,013 A | 1/1992 | Belanger |
| 5,101,991 A | 4/1992 | Morifuji et al. |
| 5,101,992 A | 4/1992 | Serre |
| 5,186,347 A | 2/1993 | Freeman et al. |
| 5,213,236 A | 5/1993 | Brown et al. |
| D339,197 S | 9/1993 | Ziegler |
| 5,244,105 A | 9/1993 | Serre |
| 5,250,266 A | 10/1993 | Kanner |
| 5,339,995 A | 8/1994 | Brown et al. |
| RE34,725 E | 9/1994 | Braden |
| 5,363,983 A | 11/1994 | Proshan |
| 5,377,877 A | 1/1995 | Brown et al. |
| 5,388,615 A | 2/1995 | Edlund et al. |
| 5,409,144 A | 4/1995 | Brown et al. |
| 5,433,328 A * | 7/1995 | Baron et al. .................. 215/11.4 |
| 5,439,143 A | 8/1995 | Brown et al. |
| 5,542,670 A | 8/1996 | Morano |
| 5,582,315 A | 12/1996 | Reid |
| 5,607,073 A * | 3/1997 | Forrer .................. 215/11.4 |
| 5,609,582 A | 3/1997 | Krutten |
| 5,651,471 A * | 7/1997 | Green .................. 220/231 |
| 5,702,025 A | 12/1997 | Di Gregorio |
| 5,706,973 A | 1/1998 | Robbins, III et al. |
| 5,769,285 A | 6/1998 | Upham et al. |
| 5,784,999 A | 7/1998 | Larson et al. |
| 5,788,097 A | 8/1998 | McInnes |
| 5,791,510 A | 8/1998 | Paczonay |
| 5,797,505 A | 8/1998 | Kaura |
| 5,839,614 A | 11/1998 | Brown |
| 5,890,619 A | 4/1999 | Belanger |
| 5,890,620 A | 4/1999 | Belcastro |
| 5,890,621 A | 4/1999 | Bachman et al. |
| 5,897,013 A | 4/1999 | Manganiello |
| 6,050,445 A * | 4/2000 | Manganiello .................. 220/714 |
| 6,112,919 A | 9/2000 | Ho |
| 6,161,710 A | 12/2000 | Dieringer et al. |
| 6,230,923 B1 | 5/2001 | Hung |
| 6,269,968 B1 | 8/2001 | Belcastro |
| 6,305,570 B1 | 10/2001 | Atkin et al. |
| 6,321,931 B1 | 11/2001 | Hakim |
| 6,343,704 B1 | 2/2002 | Prentiss |
| 6,994,225 B2 | 2/2006 | Hakim |
| 2002/0011583 A1 | 1/2002 | Getzewich et al. |
| 2002/0063103 A1 | 5/2002 | Kleman |

### FOREIGN PATENT DOCUMENTS

| Country | Number | Date |
|---|---|---|
| CN | 2163781 Y | 5/1994 |
| DE | 450685 | 10/1927 |
| DE | 678888 | 7/1939 |
| DE | 1018740 | 10/1957 |
| DE | 6946466 U | 2/1970 |
| DE | 2024427 | 12/1971 |
| DE | 2634226 A1 | 2/1978 |
| DE | 27 04 164 A | 8/1978 |
| DE | 295 00 819.9 U1 | 3/1995 |
| DE | 195 10 007 A1 | 10/1995 |
| DE | 296 08 342 U1 | 7/1996 |
| DE | 297 06 653 U1 | 7/1997 |
| EP | 0388828 | 9/1990 |
| EP | A 0 388 828 A1 | 9/1990 |
| EP | 0 473 994 A2 | 3/1992 |
| FR | 780094 | 4/1935 |
| FR | 2 305 361 A | 10/1976 |
| FR | 2373740 | 7/1978 |
| FR | 2605293 | 4/1988 |
| FR | 2717778 | 9/1995 |
| GB | 379428 | 9/1932 |
| GB | 752796 | 7/1956 |
| GB | 1301755 | 1/1973 |
| GB | 1448427 | 9/1976 |
| GB | 1 593 084 | 7/1981 |
| GB | 2 169 210 | 7/1986 |
| GB | 2 215 318 | 9/1989 |
| GB | 2 258 860 A | 2/1993 |
| GB | 2 266 045 A | 10/1993 |
| GB | 2 279 130 | 12/1994 |
| IT | 594286 | 5/1959 |
| NL | 1 005 120 C | 7/1998 |
| WO | WO 95/10965 | 4/1995 |

### OTHER PUBLICATIONS

Magistrate's Report and Recommendation of Feb. 2, 2005 re U.S. Patent No. 6,321,931, (U.S. District Court, W.D. Louisiana, Civ. 3-02-1371).

Magistrate's Report Recommendation of Feb. 2, 2005 re U.S. Patent No. 6,357,620 (U.S. District Court, W.D. Lousiana, Civ. 3-02-1371).

ISR from PCT/US98/17379.

ISR from PCT/US99/19238.

EPO Search fm EP98943302.

EPO Search fm EP98943860.

* cited by examiner

U.S. Patent    Jul. 17, 2007    Sheet 1 of 17    US 7,243,814 B2



FIGURE 1

U.S. Patent    Jul. 17, 2007    Sheet 2 of 17    US 7,243,814 B2



FIGURE 2



FIGURE 3



FIGURE 4

U.S. Patent    Jul. 17, 2007    Sheet 5 of 17    US 7,243,814 B2



FIG. 5(B)



FIG. 5(A)

FIGURE 5







FIGURE 6



FIGURE 7

U.S. Patent    Jul. 17, 2007    Sheet 8 of 17    US 7,243,814 B2



FIGURE 8



FIGURE 9

U.S. Patent        Jul. 17, 2007        Sheet 10 of 17        US 7,243,814 B2



FIGURE 10

U.S. Patent        Jul. 17, 2007        Sheet 11 of 17        US 7,243,814 B2





FIG. 11(A)

FIG. 11(B)

FIG. 11(C)

FIGURE 11