| No Spill Flip Top Sipper | | | | | |
|---|---|---|---|---|---|
| | | The overall appearance of Luv n' care's product is protected trade dress, which includes at least the following elements:<br>• A football helmet with a spherical shaped cap and hemi-spherical shaped flip top<br>• a fat curved bottom with a fat contoured upper body and a tapered waist, the bottom and body being about the same width<br>• The combination and arrangement of the aforesaid elements | | Royal King has copied the overall appearance of Luv n' care's trade dress product including at least the following elements:<br>• A football helmet with a spherical shaped cap and hemi-spherical shaped flip top<br>• The combination and arrangement of the aforesaid elements | Luv n' care's trade dress product is inherently distinctive and/or has acquired secondary meaning. |

| No Spill Sippy Cup | | | | | |
|---|---|---|---|---|---|
| |  | The overall appearance of Luv n' care's product and packaging is protected trade dress, which includes at least the following elements:<br>• A colored tinted generally cylindrical shaped cup with a wider upper portion<br>• A colored or tinted cap, having a cap sitting on a cap look, with a spout having a bulb-like base and a relatively pointed top<br>• The combination and arrangement of the aforesaid elements<br>• packaging: no outer packaging, folded inner paper insert |  | Royal King has copied the overall appearance of Luv n' care's trade dress product including at least the following elements:<br>• A colored tinted generally cylindrical shaped cup with a wider upper portion<br>• A colored or tinted cap, having a cap sitting on a cap look, with a spout having a bulb-like base and a relatively pointed top<br>• The combination and arrangement of the aforesaid elements<br>• packaging: no outer packaging, folded inner paper insert | Luv n' care's trade dress product is inherently distinctive and/or has acquired secondary meaning.<br><br>Luv n' care's packaging is inherently distinctive and/or has acquired secondary meaning. |

LNC203306

| Bush and Comb | | | | | |
|---|---|---|---|---|---|
| |  | The overall appearance of Luv n' care's product is protected trade dress, which includes at least the following elements:<br>• An thick band around the handle of the brush<br>• An oval band on the handle of the comb<br>• A brightly colored band on the handle of a neutral brush/comb<br>• Stacked oblong-shaped thinner bands along the band on the handle of brush and comb<br>• Series of tines on the brush alternating with a ball at end and no ball at end<br>• Character images on back of head of brush<br>• Particular shape and proportions of the comb and brush and its components<br>• The combination and arrangement of the aforesaid elements  |  | Royal King has copied the overall appearance of Luv n' care's trade dress product including at least the following elements:<br>• An thick band around the handle of the brush<br>• An oval band on the handle of the comb<br>• A brightly colored band on the handle of a neutral brush/comb<br>• Stacked oblong-shaped thinner bands along the band on the handle of brush and comb<br>• Series of tines on the brush alternating with a ball at end and no ball at end<br>• Character images on back of head of brush<br>• Particular shape and proportions of the comb and brush and its components<br>• The combination and arrangement of the aforesaid elements | Luv n' care's trade dress product is inherently distinctive and/or has acquired secondary meaning.<br><br>LNC203307 |

| Product | Luv n' care product | Luv n' care trade dress | Royal King product | Royal King copying | Distinctiveness |
|---|---|---|---|---|---|
| **Brush and Comb** | | The overall appearance of Luv n' care's product is protected trade dress, which includes at least the following elements:<br><br>See prior chart above | | Royal King has copied the overall appearance of Luv n' care's trade dress product including at least the following elements:<br><br>See prior chart above | Luv n' care's trade dress product is inherently distinctive and/or has acquired secondary meaning. |
| **Oscillating Pacifier** | | The overall appearance of Luv n' care's product is protected trade dress, which includes at least the following elements:<br>• A clear, brightly colored circular outer body<br>• Clear transparent silicone shield with attached baglet<br>• an approximately bowtie shaped handle across the outer body | | Royal King has copied the overall appearance of Luv n' care's product is protected trade dress, which including at least the following elements:<br>• A clear, brightly colored circular outer body<br>• Clear transparent silicone shield with attached baglet<br>• an approximately bowtie shaped handle across the outer body | Luv n' care's trade dress product is inherently distinctive and/or has acquired secondary meaning. |