# EXHIBIT "5"

## Todd Malynn

**From:** Todd Malynn
**Sent:** Monday, May 18, 2009 10:25 AM
**To:** 'Jason Buratti'; 'iriera@cwiplaw.com'
**Cc:** 'Joe D Guerriero'; 'Morris E. Cohen'; James A. Gale, Esq.
**Subject:** RE: RE: Deposition of Bruce Isaacson dates

Jason: I left a message with your office last week and this morning trying to confirm May 27th as the date for Bruce Isaacson's deposition. I was told you were traveling/out of the office. Please let me know as soon as possible whether that date works for you. May 26th and May 28th are possible alternatives, but there might be conflicts Bruce or I would have to clear. Please confirm when you are available.

Regards,
Todd

---

**From:** Todd Malynn
**Sent:** Friday, May 15, 2009 7:07 AM
**To:** 'iriera@cwiplaw.com'
**Cc:** Jason Buratti; 'Joe D Guerriero'; Morris E. Cohen; James A. Gale, Esq.
**Subject:** RE: Deposition of Bruce Isaacson dates

Ingrid: It was nice speaking with you. Please confirm with Jason that he is available on May 27th or May 28th to depose Bruce Isaacson. You can reach me today at (213) 625-5992.

Regards,
Todd

---

**From:** Joe D Guerriero [mailto:joed@nuby.com]
**Sent:** Wednesday, May 13, 2009 11:14 AM
**To:** Jason Buratti
**Cc:** Todd Malynn; Morris E. Cohen; James A. Gale, Esq.; RWard@kwpiplaw.com; Eddie Hakim; Joseph Hakim
**Subject:** Deposition of Bruce Isaacson dates

Good Afternoon Jason,

Morris asked me to write and see if May 27th and 28th is available for your taking of Bruce Isaacson's deposition in California. These are the only dates available in May for him.

I had asked Morris just to consult with you in person in Chicago, which he did, but he said you insisted on an e-mail, thus this message.

Please advise this week.

Thanks,

Joe D.

6/29/2009

Joe D. Guerriero

General Counsel



3030 Aurora

Monroe, LA 71201

Tel: (318) 338-3603

Fax: (318) 388-5892

E-mail: joed@nuby.com

www.nuby.com

CONFIDENTIALITY NOTICE: This electronic mail transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us by telephone to arrange for return of the documents.

6/29/2009