# EXHIBIT "6"

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40, and 50

**United States Patent and Trademark Office**

Reg. No. 3,303,259
Registered Oct. 2, 2007

## TRADEMARK
PRINCIPAL REGISTER

# WAGI

WALGREEN CO. (ILLINOIS CORPORATION)
200 WILMOT ROAD
DEERFIELD, IL 60615

FOR: CHILDREN'S SPILL-RESISTANT DRINKING CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-1-2006; IN COMMERCE 10-1-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 76-663,058, FILED 7-14-2006.

IRA J. GOODSAID, EXAMINING ATTORNEY