## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**TAMAR LUSZTIG**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Queens, New York.

On June 29, 2009 I served a true and complete copy of the foregoing **DECLARATION OF GARRETT A. BARTEN, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** with **EXHIBITS 1-10** and **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** and **WALGREEN'S RESPONSE TO PLAINTIFFS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATEMENT OF ADDITIONAL FACTS** upon:

Morris E. Cohen, Esq.
Rochelle R. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza
Suite 2527
New York, NY 10119

Susan Latham, Esq.
Florida Bar Number 687,391
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131

Joe D. Guerriero, Esq.
Luv n' Care, Ltd.
3030 Aurora Avenue
Monroe, LA 71201

by placing the **DECLARATION OF GARRETT A. BARTEN, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** with **EXHIBITS 1-10** and **MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** and **WALGREEN'S RESPONSE TO PLAINTIFFS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND STATEMENT OF ADDITIONAL FACTS** in a postage paid, sealed **FEDERAL EXPRESS-NEXT DAY DELIVERY** enveloped and depositing the envelope into a **FEDERAL EXPRESS** mail depository, causing the above referenced documents to be delivered **OVERNIGHT-NEXT DAY** to the above-named person at the above listed address.

_____
TAMAR LUSZTIG

Sworn to before me this
30th day of June, 2009

_____
Notary Public

JONATHAN MAZER
Notary Public, State of New York
No. 02MA5037040
Qualified in New York County
Commission Expires Dec. 12, 2010