UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

LUV N' CARE, LTD. and
ADMAR INTERNATIONAL, Inc.

        Plaintiffs,

vs.

WALGREEN CO. and
KMART CORP.

        Defendants.

CIVIL ACTION NO.

08-CIV 4457 (DC/HP)

## DECLARATION OF SCOTT A. DANIELS, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT

1. My name is Scott A. Daniels.

2. I am over the age of 18 and able to testify from my personal knowledge to the matters I declare here.

3. I am an attorney with the law firm Daniels Patent Law, PLLC.

4. I am a member in good standing of the bar of the state of New Hampshire.

5. My firm represents defendant Kmart Corp. in the above styled action in the United States District Court for the Southern District of New York. I am admitted in this action *pro hac vice*.

6. My Declaration supports Walgreens' Reply to Plaintiffs' Memorandum Opposing Walgreens' Motion for Summary Judgment.

7. On November 7, 2008, I attended the Rule 16 Scheduling Conference with the Court. During the Conference the Court ordered that discovery closes on May 1, 2009.

2

8. I swear the statements here are true and correct to the best of my knowledge.

Dated: July 15, 2009.

_____
Scott A. Daniels