IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **LUV N' CARE, LTD. and ADMAR INTERNATIONAL, INC.** | ) ) ) | CIVIL ACTION NO. |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08 CIV 4457 (DC/HP) |
| **WALGREEN CO. and KMART CORP.** | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

### SUPPLEMENTAL DECLARATION OF MORRIS E. COHEN
### IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, MORRIS E. COHEN, being of full age, hereby certify and declare as follows:

1. I am counsel for Plaintiffs Luv n' care, Ltd. and Admar International, Inc. in the above-referenced matter

2. Attached as Exhibit 8 to Plaintiffs' Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment are true and correct copies of photographs showing examples of cup products sold by Luv n' care competitors such as Avent, Playtex and Munchkin.

I hereby certify and affirm that all of the facts herein are true based upon my personal knowledge, or are believed to be true to the best of my knowledge, and certifying the truth of these statements under penalty of perjury.

Dated: July 16, 2009               /s/ Morris E. Cohen

                                   _____
                                   MORRIS E. COHEN
                                   *Counsel for Plaintiffs Luv n' care, Ltd. and*
                                   *Admar International, Inc.*

*Luv N' Care, Ltd. v. Walgreen Co.*
Civil Action No. 08 CIV 4457 (DC/HP)

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 16th day of July 2009, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by this Court's CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

 /s/Morris E. Cohen
MORRIS E. COHEN


## SERVICE LIST

*Luv N' Care, Ltd., et al. v. Walgreen Co., et al.*
Case No. 08-civ-4457 (DC)
United States District Court, Southern District of New York

Alan Weisberg
aweisberg@cwiplaw.com
Jason Buratti
jburatti@cwiplaw.com
Jeffrey H. Kamenetsky
jkamenetsky@cwiplaw.com
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122
*Via CM/ECF*.