

2 PACK
Non-Spill Cup
WAGI
WOW! $3
No-Spill Cup
Nûby
WOW! $3
GREAT VALUE
$3.00
$1.50 EACH
LUV N CARE SOFT SPOUT GRIPPER CUP 2CT

GREAT VALUE

$3.00

$1.50 EACH

LUV N CARE SOFT SPOUT GRIPPER CUP 2CT

2 pack

$3
$1.50 EACH
LUV N CARE SOFT SPOUT GRIPPER
CUP 2CT
2 PACK
Non-Spill Cup
WAGI
$3
2 PACK
Non-Spill Cu
WAGI
$3
Nûby
$3
GREAT VALUE
$3.00

LNC 203312

$3
$1.50 EACH
LUV N CARE SOFT SPOUT GRIPPER
CUP 2CT
$3.00
Non-Spill Cup



LNC 203313