AFFIDAVIT

COUNTY OF COMAL

STATE OF TEXAS

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned, BRANDY THOMAS, a major domiciliary of New Braunfels, Texas, who after being duly sworn did depose and state as follows:

1. My name is Brandy Thomas. I reside at 366 Copper Mountain, New Braunfels, Texas 78130-7020.

2. I am not employed or affiliated with Luv n' care, or employed by them or affiliated with it.

3. In approximately the summer of 2007, I went to a Target store in San Antonio, Texas to buy "Nuby" baby products, although I subsequently decided not to buy them from Target. Later, I want to a Walgreens store in San Antonio, Texas where I saw what I thought were the exact same items as I had viewed in the Target store. They appeared to me to be identical to the Nuby drinking products that I had seen with the Nuby trademark on them in the Target store, so I purchased those products at the Walgreens store thinking them to be Nuby products. The attached are photographs of what I purchased. I purchased four products from Walgreens at that time.

4. I subsequently had a problem with one of the drinking products, all of which I thought were Nuby products. I subsequently sent all four products to Luv n' care, Ltd., making a complaint about same. Upon making my complaint, I learned that two of the products I purchased, which I thought by their appearance and style were Nuby products, were in fact products manufactured and distributed by another entity other than Luv n' care, Ltd., and were in fact not Nuby products although they appeared to me to be same.

5. Upon learning of this mistake I agreed to give this affidavit. My purchasing of the non-Nuby products was due to the fact that the products which I did purchase were so similar to the Nuby products that I readily picked them up as being those sold under the Nuby trademark.

THUS DONE AND SIGNED ON THIS 11th day of December 2008 in New Braunfels, Texas, before me the Notary Public and undersigned two witnesses.

WITNESSES:

_Bobbie Lindsay_
Print Name: Bobbie Lindsay

_Megan Zimmermann_
Print Name: Megan Zimmermann

_Brandy Sue Thomas_
AFFIANT

_Grace Guerrero_
NOTARY PUBLIC

GRACE GUERRERO
Notary Public
State of Texas
My Comm. Exp. 10-24-2010

LNC000088



LNC000089



LNC000090