

**EXHIBIT A**
**(Fig. 1)**



**EXHIBIT A**
**(Fig. 2)**



**EXHIBIT A**
**(Fig. 3)**



**EXHIBIT A**
**(Fig. 4)**



# EXHIBIT B
# (Fig. 1)



**EXHIBIT B**
**(Fig. 2)**



# EXHIBIT B
# (Fig. 3)



**EXHIBIT B**
**(Fig. 4)**



# EXHIBIT C



# EXHIBIT D



# EXHIBIT E
# (Fig. 1)



# EXHIBIT E
# (Fig. 2)



# EXHIBIT F





EXHIBIT I
Novi product picture recovered 03/26/08 www.4sgm.com



EXHIBIT I
Nuby Products



EXHIBIT J
Novi product picture recovered 03/26/08 www.4sgm.com



EXHIBIT J
Nuby Products







**EXHIBIT K**
Novi product picture recovered 03/26/08 www.4sgm.com





# EXHIBIT K
# Nuby Products







EXHIBIT L
Novi product picture recovered 03/26/08 www.4sgm.com



EXHIBIT L
Nuby Products





EXHIBIT M
Novi product picture recovered 03/26/08 www.4sgm.com



**EXHIBIT M**
Nuby/Luv n' Care Products





EXHIBIT N
Novi product picture recovered 03/26/08 www.4sgm.com




EXHIBIT N
Nuby Products