# United States Patent [19]

**D'Alessio**

[11] **Patent Number:** Des. 429,443

[45] **Date of Patent:** ✶✶ **Aug. 15, 2000**

[54] **NO-SPILL SIPPER CUP LID**

[75] Inventor: **Brent E. D'Alessio**, Palm Bay, Fla.

[73] Assignee: **Dart Industries Inc.**, Orlando, Fla.

[**] Term: **14 Years**

[21] Appl. No.: **29/113,203**

[22] Filed: **Nov. 1, 1999**

[51] **LOC (7) Cl.** .......................................... **07-01**
[52] **U.S. Cl.** .......................................... **D7/392.1**
[58] **Field of Search** ...................... D7/392.1, 425–441,
D7/510, 511, 316, 317, 321, 322, 703,
629, 396–398; D9/523–525, 529, 434–454;
D24/197; 220/714, 603, 717, 713, 719

[56]        **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 179,333 | 11/1956 | Tupper | D58/26 |
| D. 322,222 | 12/1991 | Coy | D9/434 |
| D. 346,932 | 5/1994 | Cautereels | D7/507 |
| D. 354,416 | 1/1995 | Cautereels | D7/507 |
| D. 364,314 | 11/1995 | Humphrey . | |
| D. 369,943 | 5/1996 | Dark | D7/392.1 |
| D. 407,269 | 3/1999 | Fletcher | D7/510 |
| 1,360,893 | 11/1920 | Cowie . | |
| 2,661,001 | 12/1953 | Alstadt | 128/252 |
| 2,816,548 | 12/1957 | Tupper | 128/252 |
| 4,303,170 | 12/1981 | Panicci . | |
| 4,314,658 | 2/1982 | Laauwe | 222/213 |
| 4,646,945 | 3/1987 | Steiner | 222/207 |
| 4,660,747 | 4/1987 | Borg | 222/213 |
| 4,728,006 | 3/1988 | Drobish | 222/181 |
| 4,836,404 | 6/1989 | Coy | 220/90.4 |
| 4,946,062 | 8/1990 | Coy | 220/90.4 |
| 4,953,737 | 9/1990 | Meyers . | |
| 5,035,340 | 7/1991 | Timmons | 215/11.4 |
| 5,072,842 | 12/1991 | White | 215/11.4 |
| 5,101,991 | 4/1992 | Morifuji | 215/11.1 |
| 5,143,236 | 9/1992 | Gueret | 215/311 |
| 5,147,066 | 9/1992 | Snider . | |
| 5,169,026 | 12/1992 | Patterson . | |
| 5,213,236 | 5/1993 | Brown | 222/185 |
| 5,244,105 | 9/1993 | Serre | 215/11.5 |
| 5,294,018 | 3/1994 | Boucher . | |
| 5,542,670 | 8/1996 | Morano | 220/714 |
| 5,553,726 | 9/1996 | Park | 215/11.4 |
| 5,598,809 | 2/1997 | McInnes | 119/71 |
| 5,601,207 | 2/1997 | Paczonay | 220/703 |
| 5,607,073 | 3/1997 | Forrer | 215/11.4 |
| 5,890,621 | 4/1999 | Bachman | 220/717 |

*Primary Examiner*—Antoine Duval Davis
*Attorney, Agent, or Firm*—Taylor J. Ross

[57]        **CLAIM**

The ornamental design for a no-spill sipper cup lid, as shown and described.

## DESCRIPTION

FIG. 1 is a top, side and front perspective view of a no-spill sipper cup lid showing the new design;
FIG. 2 is a left side elevation view thereof;
FIG. 3 is a right side elevation view thereof;
FIG. 4 is a front elevation view thereof;
FIG. 5 is a rear elevation view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 3 Drawing Sheets**



# United States Patent [19]

**Fitzpatrick**

[11] Patent Number: **Des. 310,567**

[45] Date of Patent: ** Sep. 11, 1990

[54] **TRAINER SPOUT TO BE USED IN CONJUNCTION WITH A BABY BOTTLE**

[75] Inventor: **William E. Fitzpatrick**, Wyckoff, N.J.

[73] Assignee: **Playtex Family Products, Inc.**, Stamford, Conn.

[**] Term: **14 Years**

[21] Appl. No.: **186,273**

[22] Filed: **Apr. 26, 1988**

[52] U.S. Cl. .......................................... D24/47

[58] Field of Search ............... D24/47; 215/11.1–11.6; D7/392.1; 220/855 P

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 259,231 | 5/1981 | Kozlow, Sr. | D24/99 X |
| 2,550,568 | 4/1951 | Kersh | 215/11.1 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2029379 | 3/1980 | United Kingdom | 215/11.1 |

### OTHER PUBLICATIONS

Playtex baby nurser bottle.

Gerber trainer drinking spouts–76194.
The First Years baby trainer cup, 1627.
Baby World baby training cup, 7532.
Nursery Needs baby training cup, 1861J.
Playskool trainer cup, 3603.

*Primary Examiner*—A. Hugo Word
*Assistant Examiner*—Stella M. Reid
*Attorney, Agent, or Firm*—Stewart J. Fried

[57] **CLAIM**

The ornamental design for a trainer spout to be used in conjunction with a baby bottle, as shown and described.

### DESCRIPTION

FIG. **1** is a front perspective view of a trainer spout to be used in conjunction with a baby bottle, showing my new design, the broken line showing of the bottle is for illustrative purposes only and forms no part of the claimed design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof;
FIG. **4** is a side elevational view thereof, the opposite side being identical thereto;
FIG. **5** is an end elevational view thereof; and
FIG. **6** is an end elevational view thereof, opposite that shown in FIG. **5**.



LNC202477



Fig. 1.

Fig. 2.    Fig. 3.



LNC202478

US00D559622S

(12) **United States Design Patent**   (10) Patent No.:       **US D559,622 S**
Carreno                                  (45) Date of Patent:   ** **Jan. 15, 2008**

(54) **SIPPY CUP**

(75) Inventor:   **Alfredo Carreno**, Aurora, IL (US)

(73) Assignee:   **Thermos L.L.C.**, Rolling Meadows, IL (US)

(**) Term:   **14 Years**

(21) Appl. No.:   **29/259,817**

(22) Filed:   **May 16, 2006**

(51) **LOC (8) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** ......................................... **D7/510; D7/511**
(58) **Field of Classification Search** .................. D7/510,
        D7/511, 534, 620; D3/202, 215; 220/710.5,
        220/603, 715, 711; 215/396, 398, 11.6; D24/197
        See application file for complete search history.

(56)                 **References Cited**

              U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D425,994 S | * | 5/2000 | Hakim | D24/197 |
| D454,642 S | * | 3/2002 | Hakim | D24/197 |
| D460,322 S | * | 7/2002 | Orr et al. | D7/510 |
| D495,558 S | * | 9/2004 | Tollman | D7/510 |
| D501,361 S | * | 2/2005 | Tollman | D7/510 |
| 7,152,750 B2 | * | 12/2006 | Coffey | 215/11.6 |
| D538,939 S | * | 3/2007 | Conaway et al. | D24/197 |

| | | | | |
|---|---|---|---|---|
| D547,611 S | * | 7/2007 | Seum et al. | D7/511 |

* cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Wood, Phillips, Katz, Clark & Mortimer

(57)                  **CLAIM**

The ornamental design of a sippy cup, as shown and described.

                  **DESCRIPTION**

FIG. **1** is a perspective view from above of my sippy cup design;

FIG. **2** is a perspective view from below of my sippy cup design;

FIG. **3** is a front elevation of my sippy cup design;

FIG. **4** is a rear elevation of my sippy cup design;

FIG. **5** is a right side elevation of my sippy cup design, with the left side elevation being a mirror image of FIG. 5;

FIG. **6** is a top plan view of my sippy cup design; and,

FIG. **7** is a bottom view of my sippy cup design.

The broken lines in the drawings are for illustrative purposes only and form no part of the claimed design.

                  **1 Claim, 4 Drawing Sheets**





LNC202480



*Fig. 5*



LNC202483

(12) **United States Design Patent**
Sakulsacha et al.

(10) Patent No.: **US D579,722 S**
(45) Date of Patent: ** **Nov. 4, 2008**

(54) **TWO HANDLE SIPPY CUP**

(75) Inventors: **Pravin Sakulsacha**, Bangkok (TH);
**Rungkam Chalermwinsuekun**,
Bangkok (TH)

(73) Assignee: **Royal King Infant Products, Co., Ltd.**,
Bangkok (TH)

(**) Term: **14 Years**

(21) Appl. No.: **29/319,043**

(22) Filed: **Jun. 3, 2008**

(51) LOC (8) Cl. ............................................... **07-01**
(52) U.S. Cl. ........................................ **D7/510**; D7/534
(58) **Field of Classification Search** ................. D7/507,
D7/509–511, 500, 326, 533–536; D9/526,
D9/523, 533, 527, 544; D24/197; 206/217;
215/387, 388, 11.3, 11.6; 220/288, 710.5,
220/717, 713, 719, 711, 705, 703, 592.16,
220/592.17
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D222,628 | S | * | 11/1971 | Beckman ...................... D7/533 |
| D233,972 | S | * | 12/1974 | Juhlin ......................... D7/511 |
| 4,955,503 | A | * | 9/1990 | Propes ...................... 220/526 |
| D315,213 | S | * | 3/1991 | Ohnuki ................... D24/197 |
| D322,196 | S | * | 12/1991 | Ohnuki ..................... D7/510 |
| 5,145,077 | A | * | 9/1992 | Rohrig ...................... 215/11.1 |
| D354,416 | S | * | 1/1995 | Cautereels et al. ......... D7/507 |
| D364,316 | S | * | 11/1995 | Humphrey et al. ........... D7/510 |
| D366,987 | S | * | 2/1996 | Allegre ....................... D7/510 |
| D441,872 | S | * | 5/2001 | Johansen et al. .......... D24/197 |
| D460,322 | S | * | 7/2002 | Orr et al. .................... D7/510 |
| D476,849 | S | * | 7/2003 | Randolph .................... D7/510 |
| 6,915,808 | B2 | * | 7/2005 | McConnell et al. ......... 134/135 |
| 6,978,909 | B2 | * | 12/2005 | Goetzinger et al. ......... 220/571 |
| D551,021 | S | * | 9/2007 | Rousso et al. ............... D7/510 |
| 2002/0126851 | A1 | * | 9/2002 | Lo et al. ...................... 381/61 |
| 2004/0124196 | A1 | * | 7/2004 | Ziegler ..................... 220/288 |
| 2004/0172780 | A1 | * | 9/2004 | Benton ....................... 15/105 |
| 2007/0163984 | A1 | * | 7/2007 | Nguyen et al. ........... 215/11.3 |

* cited by examiner

*Primary Examiner*—Philip Hyder
*Assistant Examiner*—Cynthia Underwood
(74) *Attorney, Agent, or Firm*—Davis Bujold & Daniels,
P.L.L.C.

(57) **CLAIM**

We claim the ornamental design for an two handle sippy cup,
as shown.

**DESCRIPTION**

FIG. **1** is a front perspective view of the two handle sippy cup
of the present invention;

FIG. **2** is a rear elevational view thereof;

FIG. **3** is a left side elevational view thereof;

FIG. **4** is a front elevation view thereof;

FIG. **5** is a right side elevation view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.

**1 Claim, 2 Drawing Sheets**





FIG.2



FIG.3



FIG.4



FIG.5

LNC202487

# United States Patent [19]

**Humphrey et al.**

[11] Patent Number: **Des. 364,314**

[45] Date of Patent: **\*\*Nov. 21, 1995**

[54] **DRINKING CUP FOR CHILDREN**

[75] Inventors: **David C. Humphrey; Frances A. Coletta**, both of Fremont, Mich.

[73] Assignee: **Gerber Products Company**, Fremont, Mich.

[\*\*] Term: **14 Years**

[21] Appl. No.: **13,628**

[22] Filed: **Sep. 28, 1993**

[52] U.S. Cl. ...................................... **D7/510; D7/511**

[58] Field of Search ..................... D7/510, 511, 507, D7/509, 514, 523, 533, 534, 536, 624; D9/440, 523, 445, 446, 551, 549, 505, 504, 532, 502, 557, 500, 538, 539; 220/703, 711, 713, 705, 707, 709, 714, 715, 675, 717, 771; 215/1 A, 329; D24/197, 199

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 163,460 | 5/1951 | Kedzie | D7/624 |
| D. 164,572 | 9/1951 | Happe | D7/624 |
| D. 165,778 | 1/1952 | Olsen | D36/8 |
| D. 216,730 | 3/1970 | Carslaw | D44/9 |
| D. 233,972 | 12/1974 | Juhlin | D7/10 |
| D. 247,541 | 3/1978 | Barger | D7/9 |
| D. 247,840 | 5/1978 | Dixson | D7/6 |
| D. 259,231 | 5/1981 | Kozlow, Sr. | D7/40 |
| D. 279,752 | 7/1985 | Jagger | D7/10 |
| D 298,717 | 11/1988 | Nichols et al. | D7/10 |
| D. 310,567 | 9/1990 | Fitzpatrick | D7/511 X |
| D. 316,652 | 5/1991 | Hunter | D7/510 |
| D. 327,393 | 6/1992 | Green et al. | D7/509 X |
| D. 346,932 | 5/1994 | Cauterells et al. | D7/510 X |

(List continued on next page.)

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0265125 | 4/1988 | European Pat. Off. | 215/DIG. 7 |
| 1437341 | 7/1966 | France | |
| 2137184 | 2/1973 | Germany | |
| 1046917 | of 0000 | United Kingdom | |
| 1229426 | 4/1971 | United Kingdom | |
| 2172793 | 10/1986 | United Kingdom | |
| 2183225 | 6/1987 | United Kingdom | |
| 2206106 | 12/1988 | United Kingdom | |

## OTHER PUBLICATIONS

"Baby Care" Catalog by Gerber 1989, p. 15.
"Baby Care" Catalog by Gerber 1987, pp. 13, 14.
"Reliance Products Catalog 1984" by Reliance Products Corporation.
"Reliance Products Catalog 1981" by Reliance Products Corporation.
"The 1979 Baby Department Catalog" by Reliance Products Corporation.
"I'm a Gerber Baby" Juice Cup, 1991, Gerber Products Company, Fremont, Mich., 49412.
Gerber Self–Righting Trainer Cup with Locking Lid, 1991, Gerber Products Company, Fremont, Mich. 49412.

(List continued on next page.)

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Price, Heneveld, Cooper, DeWitt & Litton

[57] **CLAIM**

The ornamental design for the drinking cup for children, as shown and described.

## DESCRIPTION

FIG. 1 is a top perspective view of the drinking cup for children showing my new design;
FIG. 2 is a left side elevational view of FIG. 1, the right side elevational view being a mirror image of that shown;
FIG. 3 is a front elevational view of FIG. 1;
FIG. 4 is a rear elevational view of FIG. 1;
FIG. 5 is a top plan view of FIG. 1;
FIG. 6 is a bottom plan view of FIG.;
FIG. 7 is a top perspective view of a second embodiment of the drinking cup for children;
FIG. 8 is a left side elevational view of FIG. 7, the right side elevational view being a mirror image of that shown;
FIG. 9 is a front elevational view of FIG. 7;
FIG. 10 is a rear elevational view of FIG. 7;
FIG. 11 is a top plan view of FIG. 7; and,
FIG. 12 is a bottom plan view of FIG. 7.

**1 Claim, 4 Drawing Sheets**




**U.S. Patent**          Nov. 21, 1995          **Sheet 1 of 4**          **Des. 364,314**



FIG. 1



FIG. 2

LNC202490



# United States Patent [19]

**Humphrey et al.**

[11] Patent Number: **Des. 364,316**

[45] Date of Patent: ∗∗ **Nov. 21, 1995**

[54] **DRINKING CUP FOR CHILDREN**

[75] Inventors: **David C. Humphrey; Frances A. Coletta**, both of Fremont, Mich.

[73] Assignee: **Gerber Products Company**, Fremont, Mich.

[∗∗] Term: **14 Years**

[21] Appl. No.: **33,435**

[22] Filed: **Jan. 12, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 13,628, Sep. 28, 1993.
[52] U.S. Cl. ............................................. **D7/510; D7/511**
[58] Field of Search ........................... D7/510, 511, 507, D7/509, 514, 523, 533, 534, 536, 624; D9/440, 523, 445, 446, 551, 564, 505, 504, 532, 502, 557, 500, 538, 539; 220/703, 711, 713, 705, 707, 709, 714, 715, 675, 717, 771; 215/1 A, 329; D24/197, 198, 199

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 163,460 | 5/1951 | Kedzie . | |
| D. 164,572 | 9/1951 | Happe . | |
| D. 165,778 | 1/1952 | Olsen | D36/8 |
| D. 216,730 | 3/1970 | Carslaw | D44/9 |
| D. 233,972 | 12/1974 | Juhlin | D7/10 |
| D. 247,541 | 3/1978 | Barger | D7/9 |
| D. 247,840 | 5/1978 | Dixson | D7/6 |
| D. 259,231 | 5/1981 | Kozlow, Sr. | D7/40 |
| D. 279,752 | 7/1985 | Jagger | D7/10 |
| D. 298,717 | 11/1988 | Nichols et al. | D7/10 |
| D. 310,567 | 9/1990 | Fitzpatrick . | |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0265125 | 4/1988 | European Pat. Off. . |
| 1437341 | 7/1966 | France . |
| 2137184 | 2/1973 | Germany . |
| 1229426 | 4/1971 | United Kingdom . |
| 2172793 | 10/1986 | United Kingdom . |
| 2183225 | 6/1987 | United Kingdom . |
| 1046917 | 12/1987 | United Kingdom . |
| 2206106 | 12/1988 | United Kingdom . |

#### OTHER PUBLICATIONS

"Baby Care" Catalog by Gerber 1989, p. 15.
"Baby Care" Catalog by Gerber 1987, p. 13.
"Baby Care" Catalog by Gerber 1987, p. 14.
"Reliance Products Catalog 1984" by Reliance Products Corporation.
"Reliance Products Catalog 1981" by Reliance Products Corporation.
"The 1979 Baby Department Catalog" by Reliance Products Corporation.
"I'm a Gerber Baby" Juice Cup, 1991, Gerber Products Company, Fremont, Mich. 49412.

(List continued on next page.)

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Price, Heneveld, Cooper, DeWitt & Litton

[57] **CLAIM**

The ornamental design for the drinking cup for children, as shown and described.

### DESCRIPTION

FIG. 1 is a top perspective view of the drinking cup for children showing my new design, the drinking spout being shown in drinking position;
FIG. 2 is a left side elevational view of FIG. 1, the right side elevational view being a mirror image of that shown;
FIG. 3 is a front elevational view of FIG. 1;
FIG. 4 is a rear elevational view of FIG. 1;
FIG. 5 is a top plan view of FIG. 1;
FIG. 6 is a bottom plan view of FIG. 1;
FIG. 7 is a top perspective view of FIG. 1 showing the drinking spout in its closed, non-drinking position;
FIG. 8 is a left side elevational view of FIG. 7, the right side elevational view being mirror image of that shown; and,
FIG. 9 is a top plan view of FIG. 7.

**1 Claim, 3 Drawing Sheets**



LNC202494



**Fig. 1**



**Fig. 2**

LNC202496

# United States Patent [19]

## Humphrey et al.

[11] Patent Number: **Des. 364,315**

[45] Date of Patent: **∗∗Nov. 21, 1995**

[54] **DRINKING CUP FOR CHILDREN**

[75] Inventors: **David C. Humphrey; Frances A. Coletta**, both of Fremont, Mich.

[73] Assignee: **Gerber Products Company**, Fremont, Mich.

[∗∗] Term: **14 Years**

[21] Appl. No.: **33,433**

[22] Filed: **Jan. 12, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 13,628, Sep. 28, 1993.
[52] U.S. Cl. ............................... **D7/510**; D7/511
[58] Field of Search ............................. D7/510, 511, 507, D7/509, 514, 523, 533, 534, 536, 624; D9/440, 523, 445, 446, 551, 564, 505, 504, 532, 502, 557, 500, 538, 539; 220/703, 711, 713, 705, 707, 709, 714, 715, 675, 717, 771; 215/1 A, 329; D24/197, 198, 199

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 163,460 | 5/1951 | Kedzie . | |
| D. 164,572 | 9/1951 | Happe . | |
| D. 165,778 | 1/1952 | Olsen | D36/8 |
| D. 216,730 | 3/1970 | Carslaw | D44/9 |
| D. 233,972 | 12/1974 | Jublin | D7/10 |
| D. 247,541 | 3/1978 | Barger | D7/9 |
| D. 247,840 | 5/1978 | Dixson | D7/6 |
| D. 259,231 | 5/1981 | Kozlow, Sr. | D7/40 |
| D. 279,752 | 7/1985 | Jagger | D7/10 |
| D. 298,717 | 11/1988 | Nichols et al. | D7/10 |
| D. 310,567 | 9/1990 | Fitzpatrick . | |
| D. 316,652 | 5/1991 | Hunter . | |
| D. 327,393 | 6/1992 | Green et al. . | |
| D. 346,932 | 5/1994 | Cautereels et al. . | |
| 1,208,942 | 10/1918 | Apple . | |
| 2,012,113 | 8/1935 | Thompson | 65/13 |
| 2,414,697 | 1/1947 | Pettersson | 65/13 |
| 2,456,989 | 12/1948 | Polcyn | 65/13 |
| 2,529,114 | 11/1950 | Tellier . | |
| 2,534,614 | 12/1950 | Michael | 65/13 |
| 2,550,568 | 4/1951 | Kersh | 128/252 |
| 2,569,139 | 9/1951 | Abelson | 128/252 |
| 2,598,019 | 5/1952 | Rosenthal et al. . | |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0265125 | 4/1988 | European Pat. Off. . |
| 1437341 | 7/1966 | France . |
| 2137184 | 2/1973 | Germany . |
| 1046917 | 3/1970 | United Kingdom . |
| 1229426 | 4/1971 | United Kingdom . |
| 2172793 | 10/1986 | United Kingdom . |
| 2183225 | 6/1987 | United Kingdom . |
| 2206106 | 12/1988 | United Kingdom . |

#### OTHER PUBLICATIONS

"Baby Care" Catalog by Gerber 1989, p. 15.
"Baby Care" Catalog by Gerber 1987, p. 13.
"Baby Care" Catalog by Gerber 1987, p. 14.
"Reliance Products Catalog 1984" by Reliance Products Corporation.
"Reliance Products Catalog 1981" by Reliance Products Corporation.

(List continued on next page.)

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Price, Heneveld, Cooper, DeWitt & Litton

[57] **CLAIM**

The ornamental design for the drinking cup for children, as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view of drinking cup for children showing my new design;
FIG. 2 is a left side elevational view of FIG. 1, the right side elevational view being a mirror image of that shown;
FIG. 3 is a front elevational view of FIG. 1;
FIG. 4 is a rear elevational view of FIG. 1;
FIG. 5 is a top plan view of FIG. 1; and,
FIG. 6 is a bottom plan view of FIG. 1.

**1 Claim, 2 Drawing Sheets**





Fig. 1



Fig. 2

LNC202501

# United States Patent [19]

**Humphrey et al.**

[11] **Patent Number:** **Des. 364,317**

[45] **Date of Patent:** **∗∗Nov. 21, 1995**

[54] **DRINKING CUP FOR CHILDREN**

[75] Inventors: **David C. Humphrey; Frances A. Coletta**, both of Fremont, Mich.

[73] Assignee: **Gerber Products Company**, Fremont, Mich.

[∗∗] Term: **14 Years**

[21] Appl. No.: **33,434**

[22] Filed: **Jan. 12, 1995**

### Related U.S. Application Data

[62] Division of Ser. No. 13,628, Sep. 28, 1993.

[52] **U.S. Cl.** .................................. **D7/511**; D7/510

[58] **Field of Search** ........................... D7/510, 511, 507, D7/509, 514, 523, 533, 534, 536, 624, 512, 619; D9/440, 523, 445, 446, 551, 564, 505, 504, 532, 502, 557, 500, 538, 539; 220/703, 711, 713, 705, 707, 709, 714, 715, 675, 717, 771; 215/1 A, 329; D24/197, 198, 199

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 163,460 | 5/1951 | Kedzie . |
| D. 164,572 | 9/1951 | Happe . |
| D. 165,778 | 1/1952 | Olsen .......................................... D36/8 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0265125 | 4/1988 | European Pat. Off. . |
| 1437341 | 7/1966 | France . |
| 2137184 | 2/1973 | Germany . |
| 1046917 | 3/1970 | United Kingdom . |
| 1229426 | 4/1971 | United Kingdom . |
| 2172793 | 10/1986 | United Kingdom . |
| 2183225 | 6/1987 | United Kingdom . |
| 2206106 | 12/1988 | United Kingdom . |

#### OTHER PUBLICATIONS

"Baby Care" Catalog by Gerber 1989, p. 15.
"Baby Care" Catalog by Gerber 1987, p. 13.
"Baby Care" Catalog by Gerber 1987, p. 14.
"Reliance Products Catalog 1984" by Reliance Products Corporation.
"Reliance Products Catalog 1981" by Reliance Products Corporation.
"The 1979 Baby Department Catalog" by Reliance Products Corporation.
"I'm a Gerber Baby" Juice Cup, 1991, Gerber Products Company, Fremont, Mich. 49412.
Gerber Self–Righting Trainer Cup with Locking Lid, 1991, Gerber Products Company, Fremont, Mich. 49412.
Gerber Trainer Cup, 1991, Gerber Products Company, Fremont, Mich. 49412.
Evenflo 4–Stage Training Cup System, 1991, Evenflo Products, Ravenna Ohio 44266.
The First Years Tumble Mates Starter Set, 1992, Kiddie Products, Inc., Avon, Mass. 02322–1171.
The First Years Trainer Cup, 1988, The First Years, Avon, Mass. 02322–1171.
The First Years Decorated Spill–Proof Trainer Cup, 1990, The First Years, Avon, Mass. 02322–1171.

(List continued on next page.)

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Price, Heneveld, Cooper, DeWitt & Litton

[57] **CLAIM**

The ornamental design for the drinking cup for children, as shown and described.

## DESCRIPTION

FIG. **1** is a top perspective view of the drinking cup for children showing my new design;

FIG. **2** is a left side elevational view of FIG. **1**, the right side elevational view, front elevational view and rear elevational view all being mirror images of that shown;

FIG. **3** is a top plan view of FIG. **1**; and,

FIG. **4** is a bottom plan view of FIG. **1**.

**1 Claim, 1 Drawing Sheet**



LNC202503

**U.S. Patent**          Nov. 21, 1995          **Des. 364,317**



**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**

LNC202505

(12) **United States Design Patent**
Diak Ghanem

(10) **Patent No.:**      **US D483,611 S**
(45) **Date of Patent:**  ** **Dec. 16, 2003**

(54) **CHILD'S SIP CUP**

(75) Inventor:  **Darlene Diak Ghanem**, Deerfield Beach, FL (US)

(73) Assignee:  **Worry Free Inventions, Inc.**, Deerfield Beach, FL (US)

(**)  Term:  **14 Years**

(21) Appl. No.: 29/165,396

(22) Filed:  **Aug. 8, 2002**

(51) **LOC (7) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** .......................................... **D7/523**; D7/510
(58) **Field of Search** ......................... D7/500, 509–537, D7/396.1–396.6; 206/217, 515, 520; 220/703–719; 229/400–405

(56)            **References Cited**

U.S. PATENT DOCUMENTS

D185,649  S  *  7/1959  Schlumbohm ............... D7/523
D388,660  S  *  1/1998  Grundl ........................ D7/507
D440,465  S  *  4/2001  La Torre et al. ............. D7/523

D465,971  S  * 11/2002  Renz ............................ D7/523
2003/0076673 A1 *  4/2003  Diak Ghanem ............. 362/101

* cited by examiner

*Primary Examiner*—Caron D. Veynar
(74) *Attorney, Agent, or Firm*—Robert M. Downey, P.A.

(57)              **CLAIM**

The ornamental design for a child's sip cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view of a child's sip cup showing my new design;
FIG. 2 is a front elevational view thereof, the rear, left, and right side elevational views are identical substantially except for the threading around the top;
FIG. 3 is a top plan view thereof; and,
FIG. 4 is a bottom plan view thereof.
The broken lines showing the lid attached to the top of the child's sip cup in FIG. 1 are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**





LNC202506



FIG. 1



FIG. 2



FIG. 3



FIG. 4

LNC202507

(12) **United States Design Patent**      (10) Patent No.:      **US D489,225 S**

Leinenweber                               (45) Date of Patent:    ＊＊    **May 4, 2004**

(54) **CHILD'S DRINKING CUP**

(76) Inventor: **Tara Leinenweber**, 5412 W. Addison, Chicago, IL (US) 60641

(＊＊) Term: 14 Years

(21) Appl. No.: **29/167,367**

(22) Filed: **Sep. 12, 2002**

**Related U.S. Application Data**

(60) Provisional application No. 60/335,328, filed on Nov. 2, 2001.

(51) **LOC (7) Cl.** ................................................ **07-01**

(52) **U.S. Cl.** .......................................... **D7/510**, D7/511

(58) **Field of Search** ........................ D7/510, 511, 532, D7/509; 220/705, 703, 711, 714, 717, 663, 708; 215/11.6, 13.1, 307; D24/197; 222/568, 129

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D96,731 S | ＊ | 9/1935 | Dougherty | D7/532 |
| D315,409 S | ＊ | 3/1991 | Baarber | D24/197 |
| 5,294,018 A | ＊ | 3/1994 | Boucher | 220/603 |
| D346,932 S | ＊ | 5/1994 | Cautereels et al. | D7/507 |
| D347,552 S | ＊ | 6/1994 | Green | D7/534 |
| 5,392,968 A | ＊ | 2/1995 | Dark | 222/529 |
| D359,417 S | ＊ | 6/1995 | Chen | D7/510 |
| D364,314 S | ＊ | 11/1995 | Humphrey et al. | D7/510 |
| D407,269 S | ＊ | 3/1999 | Fletcher | D7/510 |
| D412,085 S | ＊ | 7/1999 | Roush et al. | D7/396.2 |
| D417,591 S | ＊ | 12/1999 | Roehrig | D7/510 |
| D426,750 S | ＊ | 6/2000 | Madden-Askew | D7/536 |
| D431,159 S | ＊ | 9/2000 | Otake | D7/510 |
| D432,359 S | ＊ | 10/2000 | Madden-Askew | D7/536 |
| D434,273 S | ＊ | 11/2000 | Johansen et al. | D7/396.6 |
| D437,185 S | ＊ | 2/2001 | Freed | D7/510 |
| D440,465 S | ＊ | 4/2001 | La Torre et al. | D7/523 |
| D442,029 S | ＊ | 5/2001 | Otake | D7/510 |
| D442,436 S | ＊ | 5/2001 | Kleckauskas et al. | D7/511 |
| D448,244 S | ＊ | 9/2001 | Thomas | D7/510 |
| D452,415 S | ＊ | 12/2001 | McDonough et al. | D7/510 |
| D460,322 S | ＊ | 7/2002 | Orr et al. | D7/510 |
| D464,849 S | ＊ | 10/2002 | Norris et al. | D7/523 |

OTHER PUBLICATIONS

Three (3) sheets containing twelve (12) color photographs, undated.

＊ cited by examiner

*Primary Examiner*—M. N. Pandozzi

(74) *Attorney, Agent, or Firm*—McAndrews, Held & Malloy, Ltd.

(57) **CLAIM**

The original design for the child's drinking cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a child's drinking cup according to the invention.

FIG. 2 is a top plan view of the child's drinking cup of FIG. 1.

FIG. 3 is a rear elevation view of the child's drinking cup of FIG. 1; and,

FIG. 4 is a right side elevation view of the child's drinking cup of FIG. 1.

**1 Claim, 1 Drawing Sheet**





FIG. 1



FIG. 2



FIG. 4



FIG. 3

LNC202509

# United States Patent [19]

## Kawano

[11] Patent Number: **Des. 326,796**

[45] Date of Patent: **∗∗ Jun. 9, 1992**

[54] **INFANT'S DRINKING CUP**

[75] Inventor: **Yusuke Kawano, Tokyo, Japan**

[73] Assignee: **Pigeon Co., Ltd., Tokyo, Japan**

[∗∗] Term: **14 Years**

[21] Appl. No.: **323,791**

[22] Filed: **Mar. 15, 1989**

[30]     **Foreign Application Priority Data**

Sep. 16, 1988 [JP]   Japan ................................. 63-36273

[52] **U.S. Cl.** ..................................... D7/510; D7/511; D7/534

[58] **Field of Search** ................ D7/509, 397, 510, 511, D7/534, 533, 536; 220/90.2, 90.4, 94 A; 215/11.5, 11.6, 1 A, DIG. 7; D24/197, 198

[56]           **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 96,628 | 8/1935 | Shapiro | D7/397 |
| D. 316,652 | 5/1991 | Hunter | D7/510 |

| | | | |
|---|---|---|---|
| 1,375,917 | 4/1921 | Paugh | 215/11.6 X |
| 4,448,316 | 5/1984 | Hiroshige | 220/90.2 X |
| 4,494,668 | 1/1985 | Lottick | 220/90.2 X |
| 4,852,762 | 8/1989 | Chou-Sheng | 220/90.2 |

*Primary Examiner*—Nelson C. Holtie
*Assistant Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Wenderoth, Lind & Ponack

[57]              **CLAIM**

The ornamental design for the infant's drinking cup, as shown and described.

### DESCRIPTION

FIG. **1** is a top, front and right side perspective view of an infant's drinking cup showing my new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a right side elevational view thereof, the left side elevation being a mirror image;

FIG. **5** is a top plan view thereof;

FIG. **6** is a bottom plan view thereof; and,

FIG. **7** is a cross-sectional view along line A—A of FIG. 2.



LNC202510

Case 1:08-cv-04446-HB Document 1-7 Filed 07/16/2008 Page 20 of 89

# FIG. 4



# FIG. 5



LNC202513

US00D495558S1

(12) **United States Design Patent**　(10) Patent No.:　**US D495,558 S**
　Tollman　　　　　　　　　　　　　　　(45) Date of Patent: **　　**　**Sep. 7, 2004**

(54) **CHILD'S CUP AND LID WITH SPOUT**

(75) Inventor: **Stephen Paul Tollman**, Woodside (GB)

(73) Assignee: **Vital Innovations Limited** (GB)

(**) Term: **14 Years**

(21) Appl. No.: **29/186,320**

(22) Filed: **Jul. 14, 2003**

(30) **Foreign Application Priority Data**

Jan. 17, 2003　(GB) .............................................. 3010139

(51) **LOC (7) Cl.** ................................................... **07-01**

(52) **U.S. Cl.** .......................... **D7/510**; D7/511; D7/536;
　　　　　　　　　　　　　　　　　　　　　　D7/534

(58) **Field of Search** ........................ D7/509, 510, 511,
　　　D7/536, 533, 534; 215/388, 376; 206/218,
　　　　　　　　　　　　　　　219; 220/705, 710, 6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,792,696 | A | * 5/1957 | Stayart | 215/11.1 |
| D216,730 | S | * 3/1970 | Carslaw | D7/510 |
| D233,972 | S | * 12/1974 | Juhlin | D7/511 |
| D279,752 | S | * 7/1985 | Jagger | D7/510 |
| D322,196 | S | * 12/1991 | Ohnuki | D7/510 |
| D326,796 | S | * 6/1992 | Kawano | D7/510 |
| 5,294,018 | A | * 3/1994 | Boucher | 220/603 |
| D346,932 | S | * 5/1994 | Cautereels et al. | D7/507 |
| D354,416 | S | * 1/1995 | Cautereels et al. | D7/510 |
| D366,987 | S | * 2/1996 | Allegre | D7/510 |
| D407,269 | S | * 3/1999 | Fletcher | D7/510 |
| D421,878 | S | * 3/2000 | Roehrig | D7/510 |
| D442,435 | S | * 5/2001 | Takagi | D7/510 |
| D460,322 | S | * 7/2002 | Orr et al. | D7/510 |
| D474,647 | S | * 5/2003 | Reinius et al. | D7/510 |
| D476,849 | S | * 7/2003 | Randolph | D7/510 |

* cited by examiner

Primary Examiner—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—MacMillan, Sobanski & Todd, LLC

(57) **CLAIM**

The ornamental design for a child's cup and lid with spout, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view as seen from the upper front of a child's cup and lid with spout showing my new design;
FIG. 2 is a perspective view thereof as seen from the upper right;
FIG. 3 is a perspective view thereof as seen from the upper right rear;
FIG. 4 is a perspective view thereof as seen from the lower right rear;
FIG. 5 is a perspective view thereof as seen from the upper rear;
FIG. 6 is a perspective view thereof as seen from the lower front;
FIG. 7 is a front elevatonal view thereof;
FIG. 8 is a top plan view thereof;
FIG. 9 is a bottom view thereof;
FIG. 10 is an upper front perspective view thereof, with the lid portion removed for ease of illustration;
FIG. 11 is a front elevational view thereof;
FIG. 12 is a perspective view thereof as seen from the lower rear; and,
FIG. 13 is a bottom view thereof.

**1 Claim, 6 Drawing Sheets**



LNC202515

**U.S. Patent**      Sep. 7, 2004      Sheet 1 of 6      US D495,558 S



**Fig. 1**



**Fig. 2**

LNC202516



**Fig. 7**

**Fig. 8**

**Fig. 9**

LNC202519

# United States Patent [19]

**Haralson et al.**

[11]    Patent Number:    **Des. 327,818**

[45]    Date of Patent:    ∗∗ **Jul. 14, 1992**

[54]    **CHILD'S TRAVEL DRINKING CUP**

[76]    Inventors:    **Stephen K. Haralson; Donita L. Haralson,** both of 1411 N. Toledo, Tulsa, Okla. 74115

[∗∗]    Term:    **14 Years**

[21]    Appl. No.:    **415,540**

[22]    Filed:    **Oct. 2, 1989**

[52]    U.S. Cl. ..................................... D7/534; D7/510; D7/511

[58]    Field of Search ................................ D7/509–511, D7/534, 536, 538; 220/90.4

[56]    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 233,972 | 12/1974 | Juhlin | D7/511 |
| D. 279,752 | 7/1985 | Jagger | D7/510 |
| 4,121,731 | 10/1978 | Okerstrum | D7/510 X |
| 4,923,088 | 5/1990 | Tanaka et al. | 215/1 R X |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3422441 | 12/1985 | Fed. Rep. of Germany | 220/90.4 |
| 1437341 | 3/1966 | France | D7/511 X |

*Primary Examiner*—Donald P. Walsh
*Assistant Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Richard C. Litman

[57]    **CLAIM**

The ornamental design for a child's travel drinking cup, as shown and described.

### DESCRIPTION

FIG. 1 is an exploded perspective view of a child's travel drinking cup showing our new design;

FIG. 2 is a left side elevational view, the right side elevational view being a mirror image;

FIG. 3 is a front elevational view, the rear elevational view being a mirror image;

FIG. 4 is a top plan view;

FIG. 5 is a left side elevational view with the cap in the closed position;

FIG. 6 is a bottom plan view; and,

FIG. 7 is a bottom plan view of FIG. 5.



Case 1:08-cv-04457-DC Document 97-7 Filed 07/16/2009 Page 26 of 89



FIG. 2

FIG. 1

FIG. 3

FIG. 4

LNC202523

(12) **United States Design Patent**  (10) Patent No.: **US D440,465 S**
La Torre et al.                                     (45) Date of Patent: ** **Apr. 17, 2001**

(54) **DRINKING CUP**

(75) Inventors: **Richard D. La Torre**, Oakland; **David C. Stowers**; **Rebecca P. Feldman**, both of Morristown, all of NJ (US); **Tyra J. Kessler**; **Max J. Kessler**, both of Ephrata, PA (US)

(73) Assignee: **Playtex Products, Inc.**, Westport, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/111,652**

(22) Filed: **Sep. 30, 1999**

(51) LOC (7) Cl. .......................................... **07-01**
(52) U.S. Cl. ................................... **D7/523**; D7/510
(58) Field of Search ........................ D7/536, 523, 514, D7/532, 509, 510, 511, 623; D9/503, 513; 220/729, 23.86, 715, 713; 229/402; 206/520

(56) **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| D. 88,258 | 11/1932 | Rose . |
| D. 237,853 | 12/1975 | Katz . |
| D. 282,232 | 1/1986 | Bussell . |
| D. 285,656 | 9/1986 | Champion . |
| D. 308,575 | 6/1990 | Mariol . |
| D. 310,567 | 9/1990 | Fitzpatrick . |
| D. 312,878 | 12/1990 | Mariol . |
| D. 313,075 | 12/1990 | Mariol . |
| D. 329,170 | 9/1992 | Hoffer . |
| D. 356,160 | 3/1995 | Cautereels . |
| D. 359,417 | 6/1995 | Chen . |
| D. 361,469 | 8/1995 | Young . |
| D. 366,987 | 2/1996 | Allegre . |
| D. 383,037 | 9/1997 | Asberg . |
| D. 385,748 | 11/1997 | Iodice et al. . |
| D. 387,247 | 12/1997 | Randolph . |
| D. 388,660 | 1/1998 | Gründl . |
| D. 397,444 | 8/1998 | Ibey . |
| D. 397,906 | 9/1998 | Briggs et al. . |
| D. 404,254 | 1/1999 | Asberg . |
| D. 404,491 | 1/1999 | Scott . |
| D. 408,221 | 4/1999 | Asberg . |
| 3,366,261 | 1/1968 | Dewey . |
| 4,303,170 | 12/1981 | Panicci . |
| 5,147,066 | 9/1992 | Snider . |
| 5,294,018 | 3/1994 | Boucher . |

**FOREIGN PATENT DOCUMENTS**

3118976    2/1982    (DE) .

**OTHER PUBLICATIONS**

Back of MAM package "NO MESDS—NO STRESS".
Back of Playtex package SPILL PROOF® CUP.

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Ohlandt,Greeley, Ruggiero & Perle,LLP

(57) **CLAIM**

The ornamental design for a drinking cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a drinking cup showing our new design, the threads and lid of the cup being shown in broken lines for illustrative purposes only and forming no part of the claimed design;
FIG. 2 is a front view of the of the drinking cup of FIG. 1;
FIG. 3 is a top view of the drinking cup of FIG. 1; and,
FIG. 4 is a bottom view of the drinking cup of FIG. 1.
The broken line showing in FIGS. 1–3 is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





FIG. 1

LNC202526

US00D513932S

(12) **United States Design Patent**     (10) Patent No.:     **US D513,932 S**

De Oliveira     (45) Date of Patent:     ✱✱ **Jan. 31, 2006**

(54) **CHILD'S CUP**

(75) Inventor: **Manuel Vieira De Oliveira**, Fallbrook, CA (US)

(73) Assignee: **X-Stream Concepts, Inc.**, Fontana, CA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/220,190**

(22) Filed: **Dec. 28, 2004**

(51) LOC (8) Cl. .................................................. **07-01**
(52) U.S. Cl. ........................................ **D7/534**; D7/510
(58) **Field of Classification Search** ................ D7/509,
        D7/507, 511, 510, 534, 535, 536, 533, 600,
        D7/622; 220/603, 719, 713, 710.5, 373, 375,
        220/703, 711, 715; 206/217; 132/289; 215/396,
        215/398, 376, 393, 378, 388, 11.1–11.6; D24/197,
        D24/199
        See application file for complete search history.

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,792,696 | A | ✱ 5/1957 | Stayart | ................ 215/11.1 |
| D192,174 | S | ✱ 2/1962 | Trombley | ................ D7/536 |
| D216,730 | S | ✱ 3/1970 | Carslaw | ................ D7/510 |
| 4,096,966 | A | ✱ 6/1978 | Korshak | ................ 220/603 |
| D315,212 | S | ✱ 3/1991 | Oknuki | ................ D24/197 |
| D315,213 | S | ✱ 3/1991 | Ohnuki | ................ D24/197 |
| D322,196 | S | ✱ 12/1991 | Ohnuki | ................ D7/510 |
| D326,796 | S | ✱ 6/1992 | Kawano | ................ D7/510 |
| D341,892 | S | ✱ 11/1993 | Yagi | ................ D24/197 |
| 5,294,018 | A | ✱ 3/1994 | Boucher | ................ 220/603 |
| D366,987 | S | ✱ 2/1996 | Allegre | ................ D7/510 |
| D368,529 | S | ✱ 4/1996 | Allegre | ................ D24/197 |
| D370,262 | S | ✱ 5/1996 | Allegre | ................ D24/197 |
| D421,878 | S | ✱ 3/2000 | Roehrig | ................ D7/510 |
| D425,994 | S | ✱ 5/2000 | Hakim | ................ D24/197 |
| 6,073,788 | A | ✱ 6/2000 | Stroud | ................ 215/11.1 |
| 6,092,680 | A | ✱ 7/2000 | Pillado | ................ 215/11.1 |
| D440,317 | S | ✱ 4/2001 | Tollman | ................ D24/197 |
| D442,435 | S | ✱ 5/2001 | Takagi | ................ D7/510 |
| D454,642 | S | ✱ 3/2002 | Hakim | ................ D24/197 |
| D455,609 | S | ✱ 4/2002 | Mandel et al. | ................ D7/510 |
| D456,212 | S | ✱ 4/2002 | Bridges | ................ D7/510 |
| D460,322 | S | ✱ 7/2002 | Orr et al. | ................ D7/510 |
| D462,449 | S | ✱ 9/2002 | Morano | ................ D24/197 |
| D474,647 | S | ✱ 5/2003 | Reinius et al. | ................ D7/510 |
| D476,849 | S | ✱ 7/2003 | Randolph | ................ D7/510 |
| D495,558 | S | ✱ 9/2004 | Tollman | ................ D7/510 |
| D504,049 | S | ✱ 4/2005 | Morano et al. | ................ D7/534 |

✱ cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Eric Karich

(57)         **CLAIM**

The ornamental design for a "child's cup," as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a child's cup, showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a top plan view thereof;
FIG. 5 is a bottom plan view thereof;
FIG. 6 is a right side elevational view thereof, the left side elevational view being a mirror image thereof; and,
FIG. 7 is a perspective view of a child's cap, with a different cap in broken line.
The broken line showing of a cap is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





*Fig. 1*



*Fig. 6*

*Fig. 7*

LNC202533

# United States Patent [19]

**Sullivan et al.**

[11] **Patent Number:    Des. 387,621**

[45] **Date of Patent:    ⁂Dec. 16, 1997**

[54] **SPILL-PROOF CAP FOR A BEVERAGE CONTAINER**

[76] Inventors: **Michael J. Sullivan; Lynn A. Sullivan,** both of 5 Normandy La., Little Rock, Ark. 72207

[**] Term: **14 Years**

[21] Appl. No.: **64,861**

[22] Filed: **Jan. 13, 1997**

[51] LOC (6) Cl. ................................................ **07-01**
[52] U.S. Cl. ............................... **D7/510;** D7/511; D9/447
[58] **Field of Search** ..................... D9/435, 447, 449.5,
D9/440, 443; D7/510, 511, 392, 392.1;
215/228, 229; 220/254, 705, 707, 708,
709, 711, 714, 715; 222/566

[56]                     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 351,761 | 10/1994 | Feer | D9/447 X |
| D. 358,301 | 5/1995 | Brown et al. | D7/510 |
| D. 369,943 | 5/1996 | Dark | D9/440 X |
| 3,782,577 | 1/1974 | Levey . | |
| 3,840,153 | 10/1974 | Devlin . | |
| 4,732,303 | 3/1988 | Wang | 222/484 |
| 4,776,494 | 10/1988 | Holoubek | D9/447 X |
| 4,892,234 | 1/1990 | Bennett | D7/392 X |
| 5,065,909 | 11/1991 | Pino et al. . | |
| 5,079,013 | 1/1992 | Belanger . | |
| 5,242,079 | 9/1993 | Stephens et al. . | |
| 5,337,918 | 8/1994 | Wang . | |
| 5,509,551 | 4/1996 | Terrell, II . | |
| 5,540,341 | 7/1996 | Holley et al. . | |
| 5,542,670 | 8/1996 | Morano . | |
| 5,582,315 | 12/1996 | Reid | D9/443 X |

OTHER PUBLICATIONS

Playtex Products Inc., "Spill–Proof™Cup", packaging (1 page), undated.

*Primary Examiner*—James Gandy
*Assistant Examiner*—Cathron B. Matta
*Attorney, Agent, or Firm*—Dinesh Agarwal

[57]                     **CLAIM**

The ornamental design for a spill-proof cap for a beverage container, as shown and described.

**DESCRIPTION**

FIG. 1 is a left perspective view of a spill-proof cap for a beverage container of the present invention, showing the spout in the closed position;
FIG. 2 is a view of the spill-proof cap for a beverage container similar to FIG. 1, showing the spout in the open position;
FIG. 3 is a top plan view of the spill-proof cap for a beverage container of FIG. 1;
FIG. 4 is a bottom plan view of the spill-proof cap for a beverage container of FIG. 1;
FIG. 5 is a front elevational view of the spill-proof cap for a beverage container of FIG. 1;
FIG. 6 is a front elevational view of the spill-proof cap for a beverage container of FIG. 2;
FIG. 7 is a rear elevational view of the spill-proof cap for a beverage container of FIG. 1; and,
FIG. 8 is a left side view of the spill-proof cap for a beverage container of FIG. 1, the right side view being similar thereto.

**1 Claim, 2 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

LNC202542

(12) **United States Design Patent**    (10) Patent No.:    **US D450,535 S**
McDonough et al.    (45) Date of Patent:    ** **Nov. 20, 2001**

(54) **TRAINER CUP**

(76) Inventors: **Justin E. McDonough**, 12 Ballentine St., Kenvil, NJ (US) 07847; **Steve Aridgides**, 327 Michael Rd., Yardley, PA (US) 19067

(**) Term: **14 Years**

(21) Appl. No.: **29/141,855**

(22) Filed: **May 14, 2001**

**Related U.S. Application Data**

(62) Division of application No. 29/116,372, filed on Dec. 30, 1999.

(51) LOC (7) Cl. ......................................... **07-01**
(52) U.S. Cl. ................................ **D7/510**; D7/511; D7/532
(58) Field of Search ..................... D7/509, 900, 510, D7/511, 532, 536, 516, 515, 514, 523, 608, 538, 606, 300.1, 507, 392, 392.1; 206/520; D24/197; 220/714, 254, 708; 215/11.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,138 | 8/1845 | Pratt . |
| Re. 30,805 | 11/1981 | Rhoads . |
| D. 239,358 | 3/1976 | Kjellquist . |
| D. 240,287 | 6/1976 | Sepaneva et al. . |
| D. 247,840 | 5/1978 | Dixson . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 88059 | 1/1984 | (AU) . |
| 4068785 | 10/1985 | (AU) . |
| 97711 | 8/1987 | (AU) . |
| 595296 | 9/1987 | (AU) . |
| 98916 | 12/1987 | (AU) . |

(List continued on next page.)

OTHER PUBLICATIONS

Excerpt from publication by Herrmann, Bernd, Institute of Anthropology, Gottingen University, May 1990.
Excerpt from *The Bounty BabyCare Guide*, SM Bounty Services Ltd, 1991.
Excerpt from *Baby Care Products 1992*, showing Púr products.
Press Release by Maws of Hertford, England, Apr. 1992.
Perfect Ideas from Tommee Tippee, *Chemist & Druggist*, Aug. 15, 1992, p. 264.
New Visions *Mealtimes 1998–1999 Catalog*, Faber, Virginia.
Púr Catalog, undated.

*Primary Examiner*—M. N. Pandozzi

(57)    **CLAIM**

The ornamental design for trainer cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a first embodiment of a trainer cup showing our new design;
FIG. 2 is a front elevational view of the first embodiment;
FIG. 3 is a rear elevational view of the first embodiment;
FIG. 4 is a right side elevational view of the first embodiment;
FIG. 5 is a left side elevational view of the first embodiment;
FIG. 6 is a top plan view of the first embodiment;
FIG. 7 is a bottom plan view of the first embodiment;
FIG. 8 is a perspective view of a second embodiment of a trainer cup, having a different cap from the first embodiment;
FIG. 9 is a front elevational view of the second embodiment;
FIG. 10 is a rear elevational view of the second embodiment;
FIG. 11 is a right side elevational view of the second embodiment;
FIG. 12 is a left side elevational view of the second embodiment;
FIG. 13 is a top plan view of the second embodiment; and,
FIG. 14 is a bottom plan view of the second embodiment.

**1 Claim, 12 Drawing Sheets**



# FIG. 1



LNC202547

# FIG. 5



LNC202551

# FIG. 8



LNC202553

# FIG. 12



LNC202557

(12) **United States Design Patent**    (10) Patent No.:    **US D452,415 S**
McDonough et al.    (45) Date of Patent:    ** Dec. 25, 2001

---

(54) **PINCHED TRAINER CUP**

(76) Inventors: **Justin E. McDonough**, 12 Ballentine St., Kenvil, NJ (US) 07847; **Steve Aridgides**, 327 Michael Rd., Yardley, PA (US) 19067; **John Sinisi**, 173 Moyer Rd., Chalfont, PA (US) 18914

(**) Term: **14 Years**

(21) Appl. No.: **29/143,058**

(22) Filed: **Jun. 6, 2001**

**Related U.S. Application Data**

(62) Division of application No. 29/116,377, filed on Dec. 30, 1999.

(51) **LOC (7) Cl.** ........................................................ **07-01**
(52) **U.S. Cl.** .................................... **D7/510**; D7/511
(58) **Field of Search** ................. D7/509, 507, 510, D7/523, 511, 514, 515, 532, 608, 536, 538, 606, 300.1, 900, 396.2, 396.6; D9/538, 533; 220/729, 23.86, 715, 713, 674, 603, 719, 766, 714; 206/520; D24/197

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,138 | 8/1845 | Pratt . |
| Re. 30,805 | 11/1981 | Rhoads . |
| D. 239,358 * | 3/1976 | Kjellquist ............................. D7/523 |
| D. 240,287 | 6/1976 | Sepaneva et al. . |
| D. 247,840 | 5/1978 | Dixson . |
| D. 279,752 * | 7/1985 | Jagger ............................. D7/510 |
| D. 310,567 * | 9/1990 | Fitzpatrick ........................ D24/197 |
| D. 346,932 * | 5/1994 | Cautereels et al. ............... D7/507 |
| D. 350,875 | 9/1994 | VanValkenburg et al. . |
| D. 361,469 * | 8/1995 | Young ............................. D7/392.1 |
| D. 362,156 | 9/1995 | Goto et al. . |
| D. 363,852 * | 11/1995 | Young ............................. D7/392.1 |
| D. 371,936 | 7/1996 | Goto et al. . |
| D. 374,147 | 10/1996 | Lillelund et al. . |
| D. 385,748 * | 11/1997 | Iodice et al. ..................... D7/510 |
| D. 387,619 * | 12/1997 | Gross et al. ...................... D7/510 |
| D. 395,202 | 6/1998 | Ochs, Sr. . |

| | | |
|---|---|---|
| D. 398,813 | 9/1998 | Franzese . |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 88059 | 1/1984 | (AU) . |
| 4068785 | 10/1985 | (AU) . |
| 97711 | 8/1987 | (AU) . |

(List continued on next page.)

OTHER PUBLICATIONS

Excerpt from publication by Herrmann, Bernd, Institute of Anthropology, Gottingen University, May 1990.
Excerpt from *The Bounty BabyCare Guide,* © Bounty Services Ltd, 1991.

(List continued on next page.)

*Primary Examiner*—M. N. Pandozzi

(57) **CLAIM**

The ornamental design for a pinched trainer cup, as shown.

**DESCRIPTION**

FIG. 1 is a perspective view of a first embodiment of a pinched trainer cup showing our new design;
FIG. 2 is a front elevational view of the first embodiment;
FIG. 3 is a rear elevational view of the first embodiment;
FIG. 4 is a right side elevational view of the first embodiment;
FIG. 5 is a left side elevational view of the first embodiment;
FIG. 6 is a top plan view of the first embodiment;
FIG. 7 is a bottom plan view of the first embodiment;
FIG. 8 is a perspective view of a second embodiment of a pinched trainer cup, having a different cap from the first embodiment;
FIG. 9 is a front elevational view of the second embodiment;
FIG. 10 is a rear elevational view of the second embodiment;
FIG. 11 is a right side elevational view of the second embodiment;
FIG. 12 is a left side elevational view of the second embodiment;
FIG. 13 is a top plan view of the second embodiment; and,
FIG. 14 is a bottom plan view of the second embodiment.

**1 Claim, 8 Drawing Sheets**





*FIG. 1*

LNC202562

## FIG. 4



## FIG. 5



LNC202564

# FIG. 9



# FIG. 10



LNC202567

# United States Patent [19]

## Ohnuki

[11] **Patent Number:** **Des. 315,213**

[45] **Date of Patent:** ∗∗ **Mar. 5, 1991**

[54] **NURSING BOTTLE**

[75] Inventor: **Zenichi Ohnuki**, Tokyo, Japan

[73] Assignee: **Pigeon Co., Ltd.**, Tokyo, Japan

[∗∗] Term: **14 Years**

[21] Appl. No.: **323,789**

[22] Filed: **Mar. 15, 1989**

[30]     **Foreign Application Priority Data**

Sep. 16, 1988 [JP]   Japan ..................................... 63-36272

[52] **U.S. Cl.** ......................................... **D24/47; D9/380**

[58] **Field of Search** ............. D24/47, 46, 45; D7/510,
D7/511, 534; D9/380, 381

[56]             **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 216,730 | 3/1970 | Carslaw | D7/510 |
| D. 233,972 | 12/1974 | Juhlin | D7/511 |
| D. 279,752 | 7/1985 | Jagger | D7/510 |
| 1,637,719 | 8/1927 | Whitlock | D24/47 |
| 2,792,696 | 5/1957 | Stayart | 215/11.1 X |
| 3,990,596 | 11/1976 | Hoftman | D24/47 X |

4,801,027  1/1989  Hunter ................................. 215/11.1

### OTHER PUBLICATIONS

Earnshaw's Review, Feb. 1978, Chicco Baby Nipple Training Cup, p. 43.

*Primary Examiner*—Stella Reid
*Attorney, Agent, or Firm*—Wenderoth, Lind & Ponack

[57]             **CLAIM**

The ornamental design for a nursing bottle, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a nursing bottle, showing my new design;
FIG. 2 is a front elevational view thereof, the rear elevational view being identical thereto;
FIG. 3 is a right side elevational view thereof, the left side elevational view being identical thereto;
FIG. 4 is a top plan view thereof;
FIG. 5 is a bottom plan view thereof; and
FIG. 6 is a cross-sectional view taken along line 6—6 of FIG. 2.





FIG. 3



FIG. 2

# United States Patent [19]

## Green

[11] **Patent Number:** **Des. 366,809**

[45] **Date of Patent:** ∗∗**Feb. 6, 1996**

[54] **DRINKING CONTAINER**

[76] Inventor: **Richard D. Green**, 4086 Del Rey Ave., Marina Del Ray, Calif. 90292

[∗∗] Term: **14 Years**

[21] Appl. No.: **30,055**

[22] Filed: **Oct. 21, 1994**

[52] **U.S. Cl.** .................. **D7/510**; D7/511; D7/532

[58] **Field of Search** ........................... D7/619, 622, 507, D7/509, 510, 511, 513, 512, 514, 515, 516, 523, 524, 531, 532, 533, 534, 535, 536; D9/500, 503, 504, 537–540; 220/713, 711; 215/387, 388, 389

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 195,376 | 6/1963 | Curtis | D7/536 |
| D. 332,373 | 1/1993 | Kahl | D7/510 |
| D. 339,068 | 9/1993 | Bell et al. | D9/538 |
| D. 340,836 | 11/1993 | Cautereels | D7/511 |
| D. 359,654 | 6/1995 | Westgerdes | D7/510 X |
| D. 360,338 | 7/1995 | Westgerdes | D7/510 X |
| D. 360,829 | 8/1995 | Leeds | D9/538 X |
| 2,529,817 | 11/1950 | Russell . | |
| 2,844,267 | 7/1958 | Petriccione . | |
| 3,294,293 | 12/1966 | Johns . | |
| 3,337,098 | 8/1967 | Johns . | |
| 3,371,827 | 3/1968 | Micallef . | |
| 4,448,316 | 5/1984 | Hiroshige . | |
| 4,509,655 | 4/1985 | Killmann . | |
| 4,852,762 | 8/1989 | Chou-Sheng . | |
| 4,925,043 | 5/1990 | Dinand . | |
| 4,982,854 | 1/1991 | Ichimiya . | |
| 5,054,631 | 10/1991 | Robbins, III . | |
| 5,085,330 | 2/1992 | Paulin | 215/387 X |
| 5,188,283 | 2/1993 | Gu . | |
| 5,203,468 | 4/1993 | Hsu . | |
| 5,273,172 | 12/1993 | Rossbach et al. . | |
| 5,326,006 | 7/1994 | Giard, Jr. | 215/387 X |
| 5,356,313 | 10/1994 | Peyton, Jr. | D7/510 |
| 5,361,934 | 11/1994 | Spence | 215/388 X |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Kelly, Bauersfeld & Lowry

[57] **CLAIM**

The ornamental design for a drinking container, as shown and described.

## DESCRIPTION

FIG. 1 is a perspective view showing the front, right and top views of a drinking container embodying my new design;
FIG. 2 is a left side elevational view thereof, the right side elevation being a mirror image of the left side as shown;
FIG. 3 is a top plan view thereof;
FIG. 4 is a bottom plan view thereof;
FIG. 5 is a rear elevational view thereof;
FIG. 6 is a front elevational view thereof; and,
FIG. 7 is a perspective view similar to FIG. 1, illustrating a cap in an open position.

**1 Claim, 3 Drawing Sheets**



LNC202606

**U.S. Patent**          Feb. 6, 1996          Sheet 2 of 3          **Des. 366,809**

*FIG. 2*





*FIG. 3*



*FIG. 4*

LNC202608

FIG. 5                    FIG. 6



LNC202609

[54] DRINKING CONTAINER

[76] Inventor: Richard D. Green, 4086 Del Rey Ave., Marina Del Ray, Calif. 90292

[**] Term: 14 Years

[21] Appl. No.: 30,055

[22] Filed: Oct. 21, 1994

[52] U.S. Cl. .................. D7/510; D7/511; D7/532

[58] Field of Search ................. D7/619, 622, 507, D7/509, 510, 511, 513, 512, 514, 515, 516, 523, 524, 531, 532, 533, 534, 535, 536; D9/500, 503, 504, 537–540; 220/713, 711; 215/387, 388, 389

[56] References Cited

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 195,376 | 6/1963 | Curtis | D7/536 |
| D. 332,373 | 1/1993 | Kahl | D7/510 |
| D. 339,068 | 9/1993 | Bell et al. | D9/538 |
| D. 340,836 | 11/1993 | Cautereels | D7/511 |
| D. 359,654 | 6/1995 | Westgerdes | D7/510 X |
| D. 360,338 | 7/1995 | Westgerdes | D7/510 X |
| D. 360,829 | 8/1995 | Leeois | D9/538 X |
| 2,529,817 | 11/1950 | Russell | |
| 2,844,267 | 7/1958 | Petraccione | |
| 3,294,293 | 12/1966 | Johns | |
| 3,337,098 | 8/1967 | Johns | |
| 3,371,827 | 3/1968 | Micallef | |
| 4,448,316 | 5/1984 | Hirotsuge | |
| 4,509,655 | 4/1985 | Killmann | |

| | | | |
|---|---|---|---|
| 4,852,762 | 8/1989 | Chou-Sheng | |
| 4,925,043 | 5/1990 | Dinand | |
| 4,982,854 | 1/1991 | Ichimiya | |
| 5,054,631 | 10/1991 | Robbins, III | |
| 5,085,330 | 2/1992 | Paulin | 215/387 X |
| 5,188,283 | 2/1993 | Gu | |
| 5,203,468 | 4/1993 | Hsu | |
| 5,273,172 | 12/1993 | Rossbach et al. | |
| 5,326,006 | 7/1994 | Giard, Jr. | 215/387 X |
| 5,356,013 | 10/1994 | Peyton, Jr. | D7/510 |
| 5,361,934 | 11/1994 | Spence | 215/388 X |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Kelly, Bauersfeld & Lowry

[57] **CLAIM**

The ornamental design for a drinking container, as shown and described.

## DESCRIPTION

FIG. 1 is a perspective view showing the front, right and top views of a drinking container embodying my new design;
FIG. 2 is a left side elevational view thereof, the right side elevation being a mirror image of the left side as shown;
FIG. 3 is a top plan view thereof;
FIG. 4 is a bottom plan view thereof;
FIG. 5 is a rear elevational view thereof;
FIG. 6 is a front elevational view thereof; and.
FIG. 7 is a perspective view similar to FIG. 1, illustrating a cap in an open position.

**1 Claim, 3 Drawing Sheets**





LNC202611



FIG. 2

FIG. 3

FIG. 4

LNC202613

# United States Patent [19]

**Brown et al.**

[11] Patent Number: **Des. 358,299**

[45] Date of Patent: ✳✳ **May 16, 1995**

[54] **LION SIP CUP**

[75] Inventors: **Patrick W. Brown**, Strongsville; **Robert L. Dorsey**, Columbia Station; **Craig Saunders**, Rocky River, all of Ohio

[73] Assignee: **Rubbermaid Incorporated**, Wooster, Ohio

[**] Term: **14 Years**

[21] Appl. No.: **15,997**

[22] Filed: **Dec. 3, 1993**

[52] U.S. Cl. ..................................... D7/516; D7/515; D7/510; D7/511; D9/318

[58] Field of Search ................. D7/507, 506, 509, 514, D7/515, 523, 510, 511, 533, 519, 520, 518, 516, 513; D21/179, 162, 163, 159; D11/128, 129; 215/100 R, 100 A, 11.6; 220/708, 709, 716, 718; D9/307, 310, 311, 312, 318

[56]     **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 115,652 | 7/1939 | Hendrickson | D9/318 |
| D. 155,252 | 9/1949 | Wolf | D21/162 |
| D. 163,527 | 6/1951 | Lewandowski | D21/162 X |
| D. 170,459 | 9/1953 | Hamman | D21/163 X |
| D. 199,417 | 10/1964 | Katz | D21/163 X |
| D. 215,868 | 11/1969 | Frank | D7/516 |
| D. 219,853 | 2/1971 | Swanner | D9/328 X |
| D. 237,909 | 12/1975 | Apilado | D9/318 X |
| D. 276,845 | 12/1984 | Daugherty | D21/163 |
| D. 279,752 | 7/1985 | Jagger | D7/510 |
| D. 295,008 | 4/1988 | Codding et al. | D21/159 X |
| D. 302,791 | 8/1989 | Ferrero | D21/159 X |
| D. 312,557 | 12/1990 | Maddocks | D21/159 X |
| D. 316,652 | 5/1991 | Hunter | D7/510 |
| D. 322,861 | 12/1991 | Oshimi | D21/159 X |
| D. 328,005 | 7/1992 | Paullin | D7/510 X |
| D. 332,894 | 2/1993 | Green | D7/510 X |
| D. 333,722 | 3/1993 | Ricciardi | D21/159 X |
| D. 333,976 | 3/1993 | Gozzini | D9/310 |
| D. 337,263 | 7/1993 | Hirsch | D9/310 |
| D. 340,019 | 12/1993 | Gozzini | D9/310 |
| D. 342,018 | 12/1993 | Gozzini | D9/310 |
| D. 342,020 | 12/1993 | Orosz et al. | D9/318 |
| D. 348,376 | 7/1994 | Rohig | D7/510 |
| 5,294,018 | 3/1994 | Boucher | 215/100 A X |

### OTHER PUBLICATIONS

Nursery Bottles W/Musical Movement Hong Kong Enterprise Apr. 1983, p. 223.

Drink Cups from Hong Kong Enterprise Nov. 1984, p. 73.

P. 4, Juice box coolers; Leahy, 1840 Hutton, Carrollton, Tex. 75006. Publication date 1992.

P. 27, Plate; Dupol–Rubbermaid GmbH, An der Trift 63, D–6072 Dreieich, Germany. Publication date 1987.

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Richard B. O'Planick; Lisa B. Riedesel

[57]          **CLAIM**

The ornamental design for a lion sip cup, as shown and described.

### DESCRIPTION

FIG. 1 is a top left front perspective view of a lion sip cup showing our new design;

FIG. 2 is a right side elevational view thereof; the left side elevational view being a mirror image;

FIG. 3 is a front elevational view thereof;

FIG. 4 is a rear elevational view thereof;

FIG. 5 is a top plan view thereof; and,

FIG. 6 is a bottom plan view thereof.





*Fig-1*



*Fig-2*

LNC202621

U.S. Patent          May 16, 1995          Sheet 2 of 3          Des. 358,299



*Fig-3*

*Fig-4*

LNC202622

# United States Patent [19]

**Cockram**

[11] **Patent Number:** Des. 368,312

[45] **Date of Patent:** **∗∗Mar. 26, 1996**

[54] **TRAINING CUP**

[76] Inventor: **Allan Cockram**, 797 Lee Ridge Road, Edmonton, Alberta, Canada, T6K 0P6

[**] Term: **14 Years**

[21] Appl. No.: **41,138**

[22] Filed: **Jun. 27, 1995**

[52] **U.S. Cl.** ................................................ **D24/197**

[58] **Field of Search** ................. D24/197; 215/11.1, 215/11.2, 11.3, 11.4, 11.5, 11.6

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 259,231 | 5/1981 | Kozlow, Sr. | D24/197 |
| D. 310,567 | 9/1990 | Fitzpatrick | D24/197 |
| 2,550,568 | 4/1951 | Kersh | 215/11.1 |
| 4,703,863 | 11/1987 | Kohus | 215/11.6 X |
| 4,759,453 | 7/1988 | Paetzold | 215/11.6 X |
| 4,778,068 | 10/1988 | Kohus | 215/11.1 |

*Primary Examiner*—Stella Reid

[57] **CLAIM**

The ornamental design for a training cup, as shown and described.

## DESCRIPTION

FIG. 1 is a front elevational view of a training cup, showing my new design;

FIG. 2 is a rear view thereof;

FIG. 3 is a right side elevational view thereof;

FIG. 4 is a left side elevational view thereof;

FIG. 5 is a top plan view thereof;

FIG. 6 is a bottom plan view thereof;

FIG. 7 is a top and right front perspective view thereof;

FIG. 8 is a bottom and left rear perspective view thereof;

FIG. 9 is a front elevational view of a second embodiment of the design in FIG. 1;

FIG. 10 is a rear view of FIG. 9;

FIG. 11 is a right side elevational view of FIG. 9;

FIG. 12 is a left side elevational view of FIG. 9;

FIG. 13 is a top plan view of FIG. 9;

FIG. 14 is a bottom plan view of FIG. 9;

FIG. 15 is a top and right front perspective view of FIG. 9; and,

FIG. 16 is a bottom and left rear perspective view of FIG. 9.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**          Mar. 26, 1996          Sheet 1 of 4          **Des. 368,312**

FIG. 6     FIG. 5





FIG. 4     FIG. 2     FIG. 1     FIG. 3

LNC202628

US00D346932S

# United States Patent [19]

## Cautereels et al.

[11] Patent Number: **Des. 346,932**

[45] Date of Patent: ✱✱ **May 17, 1994**

[54] **DRINKING TUMBLER WITH SIPPER AND HANDLED BASE**

[75] Inventors: **Victor J. J. Cautereels**, Borsbeek, Belgium; **Ian Ferris**, Wokingham, United Kingdom; **Brian L. Aiken**, Orlando, Fla.

[73] Assignee: **Dart Industries Inc.**, Deerfield, Ill.

[**] Term: **14 Years**

[21] Appl. No.: **932,858**

[22] Filed: **Aug. 20, 1992**

[52] U.S. Cl. ................................. **D7/507**; D7/510; D7/511; D7/534; D9/533; D24/197; D24/199

[58] Field of Search ................. D7/317, 312, 514, 387, D7/392.1, 392, 396.2, 396.3, 397, 398, 602, 507, 509, 510, 511, 524, 532, 533, 535, 536, 537, 619, 545, 548, 534, 543, 605; D9/533, 443, 307, 560, 538, 564, 551; 215/11.1, 1 R; 220/772, 717, 713, 769, 630; 65/66; 141/331; D12/114; D24/197, 199

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 77,281 | 12/1928 | Bartlett . |
| D. 104,342 | 5/1937 | Duncan, 3D. et al. . |
| D. 104,343 | 5/1937 | Duncan, 3D et al. . |
| D. 155,304 | 9/1949 | McKay ................................. D7/534 |
| D. 162,085 | 2/1951 | Rogers . |
| D. 163,673 | 6/1951 | Bliss . |
| D. 165,249 | 11/1951 | Soyster . |
| D. 165,778 | 1/1952 | Olsen . |
| D. 196,271 | 9/1963 | Edwards . |
| D. 216,730 | 3/1970 | Carslaw . |
| D. 223,999 | 6/1972 | Klose . |
| D. 233,972 | 12/1974 | Juhlin . |
| D. 253,216 | 10/1979 | Trombly . |
| D. 255,531 | 6/1980 | Daenen et al. ................. D7/312 X |
| D. 256,645 | 9/1980 | Keough . |
| D. 259,231 | 5/1981 | Kozlow, Sr. . |
| D. 279,752 | 7/1985 | Jagger . |
| D. 298,717 | 11/1988 | Nichols et al. . |
| D. 298,970 | 12/1988 | Dirks ................................. D24/199 |
| D. 310,567 | 9/1990 | Fitzpatrick . |
| D. 315,213 | 3/1991 | Ohnuki ........................... D7/533 X |
| D. 316,652 | 5/1991 | Hunter . |
| D. 326,586 | 6/1992 | Embree ........................... D7/533 X |
| D. 327,818 | 7/1992 | Haralson et al. .................. D7/534 |
| 2,169,426 | 8/1939 | Morton ................................. 65/66 |
| 2,792,696 | 5/1957 | Stayart ........................... D7/534 X |
| 4,756,440 | 7/1988 | Gartner . |
| 4,953,737 | 9/1990 | Meyers ........................... 215/1 R X |
| 5,056,749 | 10/1991 | Ige ................................. 220/630 X |
| 5,146,957 | 9/1992 | Belokin, Jr. et al. ........... 141/331 X |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2206106 | 12/1988 | United Kingdom | ............... 220/713 |

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—John A. Doninger

[57] **CLAIM**

The ornamental design for a drinking tumbler with sipper and handled base, as shown and described.

## DESCRIPTION

FIG. 1 is a top perspective view of a drinking tumbler with sipper and handled base, showing our new design;

FIG. 2 is an exploded elevational view thereof;

FIG. 3 is a top plan view thereof;

FIG. 4 is a bottom plan view thereof;

FIG. 5 is a rear elevational view thereof;

FIG. 6 is a front elevational view thereof;

FIG. 7 is a side elevational view thereof, the opposite side being a mirror image;

FIG. 8 is an enlarged cross-sectional view thereof on line 8—8 in FIG. 7; and,

FIG. 9 is an enlarged cross-sectional view thereof on line 9—9 in FIG. 5.



**U.S. Patent**    May 17, 1994    Sheet 1 of 4    **Des. 346,932**



FIG. 3

FIG. 1

FIG. 4

LNC202831



US00D358298S

# United States Patent [19]

**Brown et al.**

[11] Patent Number: **Des. 358,298**

[45] Date of Patent: ∗∗ **May 16, 1995**

[54] **ELEPHANT SIP CUP**

[75] Inventors: **Patrick W. Brown**, Strongsville; **Robert L. Dorsey**, Columbia Station; **Craig Saunders**, Rocky River, all of Ohio

[73] Assignee: **Rubbermaid Incorporated**, Wooster, Ohio

[∗∗] Term: **14 Years**

[21] Appl. No.: **15,974**

[22] Filed: **Dec. 3, 1993**

[52] U.S. Cl. .................................. D7/516; D7/515; D7/510; D7/511; D9/318

[58] Field of Search ............... D7/507, 506, 509, 514, D7/515, 523, 510, 511, 533, 519, 520, 518, 523, 516, 513; D21/179, 162, 163, 159; D11/128, 129; 215/100 R, 100 A, 11.6; 270/708, 709, 716–718; D9/307, 310, 311, 312, 318

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 115,652 | 7/1939 | Hendrickson | D9/318 |
| D. 155,252 | 9/1949 | Wolf | D21/162 |
| D. 163,527 | 6/1951 | Lewandowski | D21/162 X |
| D. 170,459 | 9/1953 | Hamman | D21/163 X |
| D. 199,417 | 10/1964 | Katz | D21/163 X |
| D. 215,868 | 11/1969 | Frank | D7/516 |
| D. 219,853 | 2/1971 | Swanner | D9/318 X |
| D. 237,909 | 12/1975 | Apilado | D9/318 X |
| D. 276,845 | 12/1984 | Daugherty | D21/162 |
| D. 279,752 | 7/1985 | Jagger | D7/510 |
| D. 295,008 | 4/1988 | Codding et al. | D21/163 X |
| D. 302,791 | 8/1989 | Ferrero | D21/163 X |
| D. 312,557 | 12/1990 | Maddocks | D21/159 X |
| D. 316,652 | 5/1991 | Hunter | D7/510 |
| D. 322,861 | 12/1991 | Oshimi | D21/159 X |
| D. 328,005 | 7/1992 | Paullin | D7/510 X |
| D. 332,894 | 2/1993 | Green | D7/510 X |
| D. 333,722 | 3/1993 | Ricciardi | D21/159 X |
| D. 333,976 | 3/1993 | Gozzini | D9/310 |
| D. 337,263 | 7/1993 | Hirsch | D9/310 |
| D. 342,018 | 12/1993 | Gozzini | D9/310 |
| D. 342,019 | 12/1993 | Gozini | D9/310 |
| D. 342,020 | 12/1993 | Orosz et al. | D9/318 |
| D. 348,376 | 7/1994 | Rohig . | |
| 5,294,018 | 3/1994 | Boucher | 215/100 A X |

## OTHER PUBLICATIONS

Nursery Bottles w/Musical Movement Hong Kong Enterprise Apr. 1983, p. 223.

Drink Cups from Hong Kong Enterprise Nov. 1984 p. 73.

P. 4, Juice box coolers; Leahy, 1840 Hutton Carrollton, Tex. 75006. Publication date 1992.

P. 27, Plate; Dupol–Rubbermaid GmbH, An der Trift 63, D–6072 Dreieich, Germany. Publication date 1987.

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Richard B. O'Planick; Lisa B. Riedesel

[57] **CLAIM**

The ornamental design for an elephant sip cup, as shown and described.

## DESCRIPTION

FIG. **1** is a top left front perspective view of an elephant sip cup showing our new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a left side elevational view thereof;

FIG. **4** is a right side elevational view thereof;

FIG. **5** is a rear elevational view thereof;

FIG. **6** is a top plan view thereof; and,

FIG. **7** is a bottom plan view thereof.



LNC202835

**U.S. Patent**       May 16, 1995       Sheet 1 of 4       **Des. 358,298**



*Fig-1*



*Fig-2*

LNC202836

(12) **United States Design Patent**   (10) Patent No.:   **US D551,021 S**
Rousso et al.   (45) Date of Patent:   ** Sep. 18, 2007

(54) **CUP**

(75) Inventors: **John Rousso**, Trumbull, CT (US);
**Stephen Mowers**, Fairfield, CT (US);
**Brenda Liistro**, Westport, CT (US);
**Ross Steven Randolph**, Rockaway, NJ
(US); **Arden Hill**, Brookline, MA (US);
**Erin-Anne Lemieux**, Milford, NH
(US); **Kevin Michael Krauss**,
Maynard, MA (US); **Mark Baerenrodt**,
Milford, NH (US)

(73) Assignee: **Playtex Products, Inc.**, Westport, CT
(US)

(**) Term: **14 Years**

(21) Appl. No.: **29/261,419**

(22) Filed: **Jun. 14, 2006**

**Related U.S. Application Data**

(63) Continuation of application No. 29/240,299, filed on
Oct. 11, 2005, now abandoned.

(51) **LOC (8) Cl.** ................................. **07-01**
(52) **U.S. Cl.** ......................... **D7/510**; D7/511; D7/534
(58) **Field of Classification Search** ................. D7/510,
D7/511, 533, 534, 590; 215/11.4, 11.1, 396,
215/388; D9/526; D24/197; 220/713, 705,
220/714; 206/459.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D315,213 S    *  3/1991   Ohnuki .................... D24/197

| | | | | |
|---|---|---|---|---|
| D322,196 | S | * | 12/1991 | Ohnuki ....................... D7/510 |
| D341,892 | S | * | 11/1993 | Yagi ........................... D24/197 |
| D364,314 | S | * | 11/1995 | Humphrey et al. .......... D7/510 |
| D368,529 | S | * | 4/1996 | Allegre ...................... D24/197 |
| D425,994 | S | * | 5/2000 | Hakim ....................... D24/197 |
| D460,322 | S | * | 7/2002 | Orr et al. ................... D7/510 |
| 6,508,379 | B1 | * | 1/2003 | Van De Pol-Klein Nagelvoort et al. ........................... 220/714 |
| D476,849 | S | * | 7/2003 | Randolph .................... D7/510 |
| D495,558 | S | * | 9/2004 | Tollman ..................... D7/510 |
| D497,512 | S | * | 10/2004 | Randolph ................ D7/392.1 |
| D501,361 | S | * | 2/2005 | Tollman ..................... D7/510 |
| D504,049 | S | * | 4/2005 | Morano et al. .............. D7/534 |
| D507,934 | S | * | 8/2005 | Featherston et al. ......... D7/510 |
| 6,978,908 | B2 | * | 12/2005 | Morano et al. ............. 215/396 |
| D513,932 | S | * | 1/2006 | De Oliveira ................ D7/534 |
| D515,867 | S | * | 2/2006 | Randolph et al. ......... D7/396.2 |
| 2001/0027956 | A1 | * | 10/2001 | Bonacorso et al. ....... 215/11.1 |

* cited by examiner

Primary Examiner—M. N. Pandozzi
(74) Attorney, Agent, or Firm—Ohlandt, Greeley, Ruggiero
& Perle, L.L.P.

(57)   **CLAIM**

The ornamental design for a cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a cup showing our new
design;

FIG. 2 is a front view of the cup of FIG. 1;

FIG. 3 is a rear view of the cup of FIG. 1;

FIG. 4 is a side view of the cup of FIG. 1; and,

FIG. 5 is a top view of the cup of FIG. 1.

**1 Claim, 5 Drawing Sheets**





*FIG. 4*

LNC202844

(12) **United States Design Patent**   (10) Patent No.:      **US D460,322 S**
Orr et al.                             (45) Date of Patent: **    Jul. 16, 2002**

(54) **HANDLED DRINKING CUP FOR CHILDREN**

(75) Inventors: **James D. Orr**, Columbus; **Michael A. Lorenz, Jr.**, Gahanna, both of OH (US)

(73) Assignee: **The First Years Inc.**, DE (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/142,758**

(22) Filed: **Jun. 1, 2001**

(51) LOC (7) Cl. .................................................. **07-01**

(52) U.S. Cl. .......................... **D7/510**; D7/511; D7/534; D7/536

(58) Field of Search ......................... D7/510, 511, 391, D7/392.1, 523, 533, 536, 534, 392; 222/568, 509; 220/603, 710.5, 714, 254, 717, 526, 555, 715; 215/11.1, 398

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,792,696 | A | * | 5/1957 | Stayart ...................... | 215/11.1 |
| D216,730 | S | * | 3/1970 | Carslaw ...................... | D7/510 |
| D233,972 | S | * | 12/1974 | Juhlin ...................... | D7/511 |
| D279,752 | S | * | 7/1985 | Jagger ...................... | D7/510 |
| D322,196 | S | * | 12/1991 | Ohnuki ...................... | D7/510 |
| D326,796 | S | * | 6/1992 | Kawano ...................... | D7/510 |
| 5,294,018 | A | * | 3/1994 | Boucher ...................... | 220/603 |
| D346,932 | S | * | 5/1994 | Cautereels et al. .......... | D7/507 |
| D354,416 | S | * | 1/1995 | Cautereels et al. .......... | D7/507 |
| D359,417 | S | * | 6/1995 | Chen ...................... | D7/510 |
| D364,314 | S | * | 11/1995 | Humphrey et al. .......... | D7/510 |
| D366,987 | S | * | 2/1996 | Allegre ...................... | D7/510 |
| D366,988 | S | * | 2/1996 | Nowak ...................... | D7/534 |
| D407,269 | S | * | 3/1999 | Fletcher ...................... | D7/510 |
| D421,878 | S | * | 3/2000 | Roehrig ...................... | D7/510 |
| D434,944 | S | * | 12/2000 | Randolph ...................... | D7/510 |
| D442,435 | S | * | 5/2001 | Takagi ...................... | D7/510 |
| D446,685 | S | * | 8/2001 | Atkin et al. ................ | D7/510 |

* cited by examiner

*Primary Examiner*—M. N. Pandozzi

(74) *Attorney, Agent, or Firm*—Fish & Richardson P.C.

(57)            **CLAIM**

The ornamental design for a handled drinking cup for children, as shown and described.

            **DESCRIPTION**

FIG. 1 is a perspective view of a handled drinking cup for children.

FIG. 2 is a left side elevational view thereof;

FIG. 3 is a right side elevational view thereof;

FIG. 4 is a front elevational view thereof;

FIG. 5 is a rear elevational view thereof;

FIG. 6 is a top plan view thereof; and,

FIG. 7 is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**





FIG. 3



FIG. 2

LNC202848

# United States Patent [19]

Green et al.

[11]   Patent Number:   **Des. 327,393**

[45]   Date of Patent: ✶✶ Jun. 30, 1992

[54]   **DRINKING CUP FOR INFANTS**

[76]   Inventors:   **Richard D. Green,** 12979 Culver
Blvd., Los Angeles, Calif. 90066;
**Richard C. G. Dark,** 8553 Red Hill,
Country Club Dr., Rancho
Cucamonga, Calif. 91730

[**]   Term:   **14 Years**

[21]   Appl. No.:   **424,574**

[22]   Filed:   **Oct. 20, 1989**

[52]   U.S. Cl. .................................... **D7/511;** D7/509;
D7/510

[58]   Field of Search ............................... D7/509–511,
D7/538; 220/90.4

[56]   **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 165,778 | 1/1952 | Olsen | D7/510 |
| D. 247,541 | 3/1978 | Barger | D7/510 |
| D. 316,652 | 5/1991 | Hunter | D7/510 |
| 2,550,568 | 4/1951 | Kersh | D7/510 X |
| 4,243,156 | 1/1981 | Lobbestael | D7/510 X |

| | | | |
|---|---|---|---|
| 4,440,327 | 4/1984 | Dark | 222/530 |

*Primary Examiner*—Donald P. Walsh
*Assistant Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Kelly, Bauersfeld & Lowry

[57]   **CLAIM**

The ornamental design for a drinking cup for infants,
as shown and described.

## DESCRIPTION

FIG. 1 is a right, front and top perspective view of a
drinking cup for infants showing our new design, with
the spout in the open position;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a right side elevational view thereof, the left
side elevational view being a mirror image thereof;

FIG. 4 is a rear elevational view thereof;

FIG. 5 is a top plan view thereof;

FIG. 6 is a bottom plan view thereof;

FIG. 7 is a right side elevational view, with the spout in
the closed position; and,

FIG. 8 is a top plan view, with the spout in the closed
position.



Case 1:08-cv-04457-DC     Document 97-7     Filed 07/16/2009     Page 64 of 89



FIG. 1

FIG. 2

FIG. 3

FIG. 4

LNC202852


# United States Patent [19]

**Brown et al.**

[11] Patent Number: **Des. 358,300**

[45] Date of Patent: ∗∗ May 16, 1995

[54] **BEAR JUICE BOX**

[75] Inventors: **Patrick W. Brown**, Strongsville; **Robert L. Dorsey**, Columbia Station; **Craig Saunders**, Rocky River, all of Ohio

[73] Assignee: **Rubbermaid Incorporated**, Wooster, Ohio

[∗∗] Term: **14 Years**

[21] Appl. No.: **15,999**

[22] Filed: **Dec. 3, 1993**

[52] U.S. Cl. ........................... **D7/516**; D7/515; D7/510; D7/511; D9/318

[58] Field of Search ............... D7/507, 506, 509, 514, D7/515, 523, 510, 511, 533, 519, 520, 518, 516, 513; D21/179, 162, 163, 159; D11/128, 129; 215/100 R, 100 A, 11.6; 220/708, 709, 716–718; D9/307, 310, 311, 312, 318

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 115,652 | 7/1939 | Hendrickson | D9/318 |
| D. 155,252 | 9/1949 | Wolf | D21/162 |
| D. 163,527 | 6/1951 | Lewandowski | D21/162 X |
| D. 170,459 | 9/1953 | Hamman | D21/163 X |
| D. 199,417 | 10/1964 | Katz | D21/163 X |
| D. 215,868 | 11/1969 | Frank | D7/516 |
| D. 219,853 | 2/1971 | Swanner | D9/318 X |
| D. 237,909 | 12/1975 | Apilado | D9/318 X |
| D. 276,845 | 12/1984 | Daugherty | D21/163 |
| D. 279,752 | 7/1985 | Jagger | D7/510 |
| D. 295,008 | 4/1988 | Codding et al. | D21/159 X |
| D. 302,791 | 8/1989 | Ferrero | D21/163 X |
| D. 312,557 | 12/1990 | Maddocks | D21/159 X |
| D. 316,652 | 5/1991 | Hunter | D7/510 |
| D. 322,861 | 12/1991 | Oshimi | D21/159 X |
| D. 328,005 | 7/1992 | Paullin | D7/510 X |
| D. 332,894 | 2/1993 | Green | D7/510 X |
| D. 333,722 | 3/1993 | Ricciardi | D21/159 X |
| D. 333,976 | 3/1993 | Gozzini | D9/310 |
| D. 337,263 | 7/1993 | Hirsch | D9/310 |
| D. 342,018 | 12/1993 | Gozzini | D9/310 |
| D. 342,019 | 12/1993 | Gozzini | D9/310 |
| D. 342,020 | 12/1993 | Orosz et al. | D9/318 |
| 5,294,018 | 3/1994 | Boucher | 215/100 A X |

## OTHER PUBLICATIONS

Nursery Bottles W/Musical Movement Hong Kong Enterprise Apr. 1983, p. 223.
Drink Cups from Hong Kong Enterprise Nov. 1984 p. 73.
P. 4, Juice box coolers; Leahy, 1840 Hutton, Carrollton, Tex. 75006. Publication date 1992.
Sell Sheet, Fun mug; Eagle Affiliates, Division of APL Corp., 101–01 Avenue D, Brooklyn, N.Y. 11236. It is believed that the product depicted herein has been on sale for more than one (1) year prior to the application date of this instant application.
P. 27, Plate; Dupol–Rubbermaid GmbH, An der Trift 63, D–6072 Dreieich, Germany. Publication date 1987.
Sell sheet, Beverageware, Rubbermaid Incorporated, 1147 Akron Road, Wooster, Ohio 44691. Publication date 1991.

*Primary Examiner*—Alan P. Douglas
*Assistant Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Richard B. O'Planick; Lisa B. Riedesel

[57]    **CLAIM**

The ornamental design for a bear juice box, as shown and described.

## DESCRIPTION

FIG. 1 is a top left front perspective view of a bear juice box showing our new design;
FIG. 2 is a right side elevational view thereof; the left side elevational view being a mirror image;
FIG. 3 is a front elevational view thereof;
FIG. 4 is a rear elevational view thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is a bottom plan view thereof.




LNC202854

U.S. Patent    May 16, 1995    Sheet 2 of 3    Des. 358,300



*Fig-3*

*Fig-4*

LNC202856

# United States Patent [19]

**Iodice et al.**

[11] Patent Number: **Des. 385,748**

[45] Date of Patent: **∗∗Nov. 4, 1997**

[54] **LIQUID DISPENSING CUP FOR TODDLERS**

[75] Inventors: **Austin Iodice**, New Canaan, Conn.; **John G. Iodice**, Katonah, N.Y.; **Jerry G. Iodice**; **Jeannine M. Iodice**, both of Mahopac, N.Y.

[73] Assignee: **Ansa Company Inc.**, Norwalk, Conn.

[∗∗] Term: **14 Years**

[21] Appl. No.: **46,224**

[22] Filed: **Nov. 9, 1995**

[51] LOC (6) Cl. ............................................. **07-01**
[52] U.S. Cl. ...................................... **D7/510**; D24/197
[58] Field of Search ........................ D24/197; 215/11.1, 215/11.2, 11.3, 11.4, 11.5, 11.6; D7/511, 510; D9/523, 526, 527, 528, 540, 575; 220/703, 705, 711, 717, 719, 714

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 18,420 | 7/1888 | Geyer . | |
| D. 47,650 | 7/1915 | Roach . | |
| D. 71,125 | 9/1926 | Becker . | |
| D. 86,570 | 3/1932 | Humphreys . | |
| D. 92,518 | 6/1934 | Briner . | |
| D. 124,394 | 12/1940 | Service . | |
| D. 183,940 | 11/1958 | Luxardo . | |
| D. 187,360 | 3/1960 | Hoffstein . | |
| D. 192,978 | 6/1962 | Garvey . | |
| D. 195,599 | 7/1963 | Platte . | |
| D. 199,699 | 12/1964 | Dailey . | |
| D. 210,501 | 3/1968 | Brammer . | |
| D. 212,921 | 12/1968 | Bloomberg . | |
| D. 214,871 | 8/1969 | Tompkins . | |
| D. 216,248 | 12/1969 | Hills . | |
| D. 221,517 | 8/1971 | Luedtke . | |
| D. 224,200 | 7/1972 | Kretz . | |
| D. 229,723 | 12/1973 | Grimes . | |
| D. 239,697 | 4/1976 | Hunt . | |
| D. 240,968 | 8/1976 | Hurst . | |
| D. 273,276 | 4/1984 | Klim . | |
| D. 276,791 | 12/1984 | Field . | |
| D. 283,920 | 5/1986 | Chen . | |
| D. 284,220 | 6/1986 | Pote . | |

| | | | |
|---|---|---|---|
| D. 286,911 | 11/1986 | Campbell . | |
| D. 297,961 | 10/1988 | Egger . | |
| D. 298,015 | 10/1988 | Gendron . | |
| D. 299,153 | 12/1988 | Hall . | |
| D. 304,763 | 11/1989 | Yuan . | |
| D. 313,179 | 12/1990 | Guislain . | |
| D. 327,393 | 6/1992 | Green et al. | D7/511 |
| D. 327,848 | 7/1992 | Hanover . | |
| D. 330,993 | 11/1992 | Robbins . | |
| D. 334,824 | 4/1993 | Hansen . | |
| D. 337,921 | 8/1993 | Iodice . | |
| D. 364,314 | 11/1995 | Humphrey et al. | D7/511 X |
| 595,414 | 12/1897 | Roach . | |
| 1,037,309 | 9/1912 | Poore . | |
| 1,375,917 | 4/1921 | Paugh . | |
| 1,637,213 | 2/1927 | Paugh . | |
| 1,637,719 | 8/1927 | Whitlock . | |
| 1,668,227 | 5/1928 | Beck . | |
| 1,947,753 | 2/1934 | Block . | |
| 2,307,390 | 1/1943 | Chew . | |
| 2,586,199 | 2/1952 | Backus . | |
| 2,722,086 | 11/1955 | Mullen . | |
| 2,789,002 | 4/1957 | Nicholas . | |
| 2,793,778 | 5/1957 | Maxwell . | |
| 2,831,596 | 4/1958 | Eyles . | |
| 2,843,281 | 7/1958 | Gallois . | |
| 2,844,267 | 7/1958 | Petriccione . | |
| 2,859,891 | 11/1958 | Carkin . | |
| 2,986,296 | 5/1961 | Bannister . | |

(List continued on next page.)

*Primary Examiner*—Stella Reid
*Attorney, Agent, or Firm*—Wood, Herron & Evans, L.L.P.

[57]  **CLAIM**

The ornamental design for a liquid dispensing cup for toddlers, as shown and described.

## DESCRIPTION

FIG. 1 is a front view of a liquid dispensing cup for toddlers showing our new design;
FIG. 2 is a side view thereof, the other side being a mirror image;
FIG. 3 is a rear view;
FIG. 4 is a top view; and,
FIG. 5 is a bottom view.

**1 Claim, 1 Drawing Sheet**





**U.S. Patent**          Nov. 4, 1997          **Des. 385,748**



FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5

LNC202916

(12) **United States Design Patent**
Randolph

(10) Patent No.:    **US D476,849 S**
(45) Date of Patent:    **\*\*    Jul. 8, 2003**

(54) **CUP**

(75) Inventor: **Ross Steven Randolph**, Rockaway, NJ (US)

(73) Assignee: **Playtex Products, Inc.**, Westport, CT (US)

(\*\*) Term: **14 Years**

(21) Appl. No.: **29/168,356**

(22) Filed: **Oct. 1, 2002**

(51) LOC (7) Cl. .................................... **07-01**
(52) U.S. Cl. .......................... **D7/510**; D7/511; D7/534
(58) Field of Search ........................ D7/510, 511, 509, D7/507, 533, 536, 534, 535, 900; D24/197, 198, 199; 220/710.5, 603, 715, 711; 215/396, 398, 11.6

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D233,972 S | * | 12/1974 | Juhlin ........................ | D7/511 |
| 3,990,596 A | | 11/1976 | Hoftman ................ | 215/11 R |
| 4,121,731 A | | 10/1978 | Okerstrum ............ | 220/90.4 |
| D279,752 S | * | 7/1985 | Jagger ...................... | D7/510 |
| D315,212 S | | 3/1991 | Oknuki .................... | D24/47 |
| D315,213 S | | 3/1991 | Ohnuki .................... | D24/47 |
| D322,196 S | * | 12/1991 | Ohnuki .................... | D7/510 |
| D326,796 S | | 6/1992 | Kawano ................... | D7/510 |
| D329,355 S | | 9/1992 | Yagi ........................ | D7/511 |
| D341,892 S | | 11/1993 | Yagi ........................ | D24/197 |
| 5,294,018 A | * | 3/1994 | Boucher ................ | 220/603 |
| D346,932 S | * | 5/1994 | Cautereels et al. ......... | D7/507 |
| D366,987 S | * | 2/1996 | Allegre .................... | D7/510 |
| D368,529 S | * | 4/1996 | Allegre .................... | D24/197 |
| D370,262 S | * | 5/1996 | Allegre .................... | D24/197 |
| 5,529,202 A | | 6/1996 | Shamis .................... | 220/301 |
| D385,748 S | * | 11/1997 | Iodice et al. ............... | D7/510 |
| D417,591 S | * | 12/1999 | Roehrig ................... | D7/510 |
| D421,878 S | * | 3/2000 | Roehrig ................... | D7/510 |
| D425,994 S | * | 5/2000 | Hakim .................... | D24/197 |
| D429,959 S | | 8/2000 | Otake ..................... | D7/510 |
| 6,102,245 A | | 8/2000 | Haberman ................ | 220/714 |
| D442,435 S | * | 5/2001 | Takagi .................... | D7/510 |
| D446,685 S | * | 8/2001 | Atkin et al. ............... | D7/510 |
| D448,244 S | * | 9/2001 | Thomas ................... | D7/510 |
| D454,642 S | | 3/2002 | Hakim .................... | D24/197 |
| D459,155 S | * | 6/2002 | Atkin et al. ............... | D7/510 |
| D460,322 S | * | 7/2002 | Orr et al. .................. | D7/510 |
| 2001/0027956 A1 | | 10/2001 | Bonacorso et al. ........ | 215/11.1 |

\* cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Ohlandt, Greeley, Ruggiero & Perle, LLP

(57) **CLAIM**

The ornamental design for a cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a cup showing my design;
FIG. 2 is a rear perspective view of the cup of FIG. 1;
FIG. 3 is a front view of the cup of FIG. 1;
FIG. 4 is a rear view of the cup of FIG. 1;
FIG. 5 is a side view of the cup of FIG. 1;
FIG. 6 is a side view of the cup of FIG. 1, opposite the side view of FIG. 5; and,
FIG. 7 is a top view of the cup of FIG. 1.

**1 Claim, 7 Drawing Sheets**







FIG. 6

LNC202923

# United States Patent [19]

**Cautereels et al.**

[11] Patent Number: **Des. 354,416**

[45] Date of Patent: ** Jan. 17, 1995

[54] **DRINKING TUMBLER WITH BASE AND SIPPER**

[75] Inventors: **Victor J. J. Cautereels**, Borsbeek, Belgium; **Ian Ferris**, Wokingham, United Kingdom

[73] Assignee: **Dart Industries Inc.**, Deerfield, Ill.

[**] Term: **14 Years**

[21] Appl. No.: **932,859**

[22] Filed: **Aug. 20, 1992**

[52] U.S. Cl. ...................................... D7/507; D7/510; D7/511; D7/534

[58] Field of Search ................ D7/509, 510, 511, 512, D7/513, 514, 507, 530, 532, 528, 533, 317, 536, 584, 545, 548, 392, 543, 534; D9/560, 533, 538, 539, 564, 551, 542, 307; D24/199, 197; D12/114; 220/630, 912, 669, 675, 755, 771; 65/66, DIG. 10

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 69,133 | 12/1925 | Haviland | D7/536 |
| D. 77,281 | 12/1928 | Bartlett . | |
| D. 90,060 | 6/1933 | Barbiers | D7/530 |
| D. 104,342 | 5/1937 | Duncan, 3D, et al. . | |
| D. 104,343 | 5/1937 | Duncan, 3D et al. . | |
| D. 162,085 | 2/1951 | Rogers . | |
| D. 163,673 | 6/1951 | Bliss . | |
| D. 165,249 | 11/1951 | Soyster . | |
| D. 165,778 | 1/1952 | Olsen . | |
| D. 196,271 | 9/1963 | Edwards . | |
| D. 216,730 | 3/1970 | Carslaw . | |
| D. 223,999 | 6/1972 | Klose . | |
| D. 233,972 | 12/1974 | Juhlin . | |
| D. 253,216 | 10/1979 | Trombly . | |
| D. 255,858 | 7/1980 | Ashton | D7/536 |
| D. 256,645 | 9/1980 | Keough . | |
| D. 259,231 | 5/1981 | Kozlow, Sr. . | |
| D. 270,039 | 8/1983 | Lipscombe | D9/307 X |
| D. 279,752 | 7/1985 | Jagger . | |
| D. 298,717 | 11/1988 | Nichols et al. . | |
| D. 310,567 | 9/1990 | Fitzpatrick . | |
| D. 316,652 | 5/1991 | Hunter . | |
| D. 327,818 | 7/1992 | Haralson et al. | D7/534 |
| D. 334,869 | 4/1993 | Mills | D7/536 X |
| D. 343,763 | 2/1994 | Zimmerman | D7/545 X |
| 2,169,426 | 8/1939 | Morton | 65/66 |
| 4,756,440 | 7/1988 | Gartner . | |

Primary Examiner—Alan P. Douglas
Assistant Examiner—M. N. Pandozzi
Attorney, Agent, or Firm—John A. Doninger

[57] **CLAIM**

The ornamental design for a drinking tumbler with base and sipper, as shown and described.

## DESCRIPTION

FIG. **1** is a top perspective view of a drinking tumbler with base and sipper, showing our new design;

FIG. **2** is an exploded elevational view thereof;

FIG. **3** is a top plan view thereof;

FIG. **4** is a bottom plan view thereof;

FIG. **5** is a rear elevational view thereof;

FIG. **6** is a front elevational view thereof;

FIG. **7** is a side elevational view thereof, the opposite side being a mirror image;

FIG. **8** is an enlarged cross-sectional view thereof on line **8—8** in FIG. **7**; and,

FIG. **9** is an enlarged cross-sectional view thereof on line **9—9** in FIG. **5**.



LNC202925

**U.S. Patent**    Jan. 17, 1995    Sheet 1 of 4    **Des. 354,416**



FIG. 3

FIG. 1

FIG. 4

LNC202926



FIG. 5

FIG. 7

FIG. 6

LNC202928

# United States Patent [19]

**Roehrig**

[11] **Patent Number:** **Des. 421,878**

[45] **Date of Patent:** ✱✱ **Mar. 28, 2000**

[54] **CLOSEABLE DRINKING CUP**

[75] Inventor: **Peter Roehrig**, Vienna, Austria

[73] Assignee: **Mam Babyartikel Gesellschaft m.b.H.**, Vienna, Austria

[**] Term: **14 Years**

[21] Appl. No.: **29/106,833**

[22] Filed: **Jun. 22, 1999**

[51] LOC (6) Cl. ........................................ **07-01**

[52] U.S. Cl. ....................... **D7/510**; D7/511; D7/534

[58] Field of Search ............................ D7/507, 509, 510, D7/511, 514, 515, 533, 534, 536; 220/715, 711, 713, 714; 215/229; D24/197

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| D. 216,730 | 3/1970 | Carslaw | D7/534 |
| D. 233,972 | 12/1974 | Juhlin | D7/534 |
| D. 322,196 | 12/1991 | Ohnuki | D7/510 |
| D. 324,624 | 3/1992 | Mayers | D7/510 |
| D. 326,796 | 6/1992 | Kawano | D7/510 |
| D. 329,355 | 9/1992 | Tagi | D7/511 |
| D. 347,552 | 6/1994 | Green | D7/534 |
| D. 353,972 | 1/1995 | Robling et al. | D7/511 X |
| D. 354,416 | 1/1995 | Cautereels et al. | D7/507 |
| D. 358,298 | 5/1995 | Brown et al. | D7/510 X |
| D. 366,987 | 2/1996 | Allegre | D7/510 |
| D. 371,936 | 7/1996 | Goto et al. | D7/509 X |
| D. 383,941 | 9/1997 | Petrie | D7/511 |
| D. 388,281 | 12/1997 | Trombley | D7/515 |
| D. 393,315 | 4/1998 | Crisi | D24/197 |
| D. 407,269 | 3/1999 | Fletcher | D7/510 |
| 5,294,018 | 3/1994 | Boucher | 220/711 |

*Primary Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Abelman, Frayne & Schwab

[57] **CLAIM**

I claim the ornamental design for a closeable drinking cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of my design;
FIG. 2 is a front view thereof;
FIG. 3 is a rear view thereof;
FIG. 4 is a left side view thereof;
FIG. 5 is a right side view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 7 Drawing Sheets**







# FIG. 4

LNC202934

(12) **United States Design Patent**
Rousso et al.

(10) Patent No.: **US D551,904 S**
(45) Date of Patent: ** **Oct. 2, 2007**

(54) **CUP**

(75) Inventors: **John Rousso**, Trumbull, CT (US); **Stephen Mowers**, Fairfield, CT (US); **Brenda Liistro**, Westport, CT (US); **Ross Steven Randolph**, Rockaway, NJ (US); **Arden Hill**, Brookline, MA (US); **Erin-Anne Lemieux**, Milford, NH (US); **Kevin Michael Krauss**, Maynard, MA (US); **Mark Baerenrodt**, Milford, NH (US)

(73) Assignee: **Playtex Products, Inc.**, Westport, CT (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/260,945**

(22) Filed: **Jun. 5, 2006**

**Related U.S. Application Data**

(63) Continuation of application No. 29/240,328, filed on Oct. 12, 2005, now abandoned.

(51) **LOC (8) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** ........................................ **D7/510; D7/511**
(58) **Field of Classification Search** ................. D7/510, D7/511, 533, 534, 590, 515, 516, 514, 519; 215/11.4, 11.1, 396, 388; D9/526; D24/197; 220/713, 705, 714; 206/459.1; 264/161
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,561,730 | A | * | 11/1925 | Kodama | 40/324 |
| 2,505,380 | A | * | 4/1950 | Blefeld | 40/324 |
| D158,412 | S | * | 5/1950 | Sandefur | D10/46.2 |
| 2,577,030 | A | * | 12/1951 | Neumann | 250/487.1 |
| D165,778 | S | * | 1/1952 | Olsen | D7/510 |
| 2,654,974 | A | * | 10/1953 | Rosenthal | 446/74 |
| 4,922,355 | A | * | 5/1990 | Dietz et al. | 362/101 |
| D308,456 | S | * | 6/1990 | Kalamaras et al. | D7/515 |
| D327,393 | S | * | 6/1992 | Green et al. | D7/511 |
| 5,123,190 | A | * | 6/1992 | Erherber | 40/324 |
| D364,314 | S | * | 11/1995 | Humphrey et al. | D7/510 |
| D364,316 | S | * | 11/1995 | Humphrey et al. | D7/510 |
| D364,317 | S | * | 11/1995 | Humphrey et al. | D7/511 |
| D404,970 | S | * | 2/1999 | Asberg | D7/511 |
| D406,011 | S | * | 2/1999 | Hatsumoto et al. | D7/510 |
| 6,283,605 | B1 | * | 9/2001 | Kalamaras | 362/101 |
| 6,321,931 | B1 | * | 11/2001 | Hakim et al. | 220/714 |
| D454,033 | S | * | 3/2002 | Miller et al. | D7/514 |
| 6,368,531 | B1 | * | 4/2002 | Chen | 264/161 |
| D462,577 | S | * | 9/2002 | Miller et al. | D7/514 |
| 6,502,418 | B2 | * | 1/2003 | Holley, Jr. | 62/457.3 |
| D476,849 | S | * | 7/2003 | Randolph | D7/510 |
| D476,850 | S | * | 7/2003 | Featherston et al. | D7/510 |
| 6,783,020 | B2 | * | 8/2004 | Featherston et al. | 220/254.8 |
| D501,361 | S | * | 2/2005 | Tollman | D7/510 |
| D507,934 | S | * | 8/2005 | Featherston et al. | D7/510 |

* cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Ohlandt, Greeley, Ruggiero & Perle, L.L.P

(57) **CLAIM**

The ornamental design for a cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a cup showing our new design;

FIG. 2 is a front view of the cup of FIG. 1;

FIG. 3 is a rear view of the cup of FIG. 1;

FIG. 4 is a side view of the cup of FIG. 1, the opposite side being a mirror image thereof;

FIG. 5 is a top view of the cup of FIG. 1;

FIG. 6 is a perspective view of a cup showing a second embodiment of my new design;

FIG. 7 is a front view of the cup of FIG. 6;

FIG. 8 is a rear view of the cup of FIG. 6;

FIG. 9 is a side view of the cup of FIG. 6, the opposite side being a mirror image thereof; and,

FIG. 10 is a top view thereof.

The broken line showing of a bear is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 10 Drawing Sheets**



Case 1:08-cv-04457-DC     Document 97-7     Filed 07/16/2009     Page 77 of 89



FIG. 1

LNC202941

Case 1:08-cv-04457-DC     Document 97-7     Filed 07/16/2009     Page 78 of 89



FIG. 4

LNC202944



# United States Patent [19]

**Randolph**

[11] **Patent Number:** **Des. 434,944**

[45] **Date of Patent:** ✶✶ **Dec. 12, 2000**

[54] **TRAINER SPOUT**

[75] Inventor: **Ross Steven Randolph**, Rockaway, N.J.

[73] Assignee: **Playtex Products, Inc.**, Westport, Conn.

[**] Term: **14 Years**

[21] Appl. No.: **29/081,303**

[22] Filed: **Dec. 29, 1997**

### Related U.S. Application Data

[63] Continuation-in-part of application No. 29/057,855, Aug. 1, 1996, Pat. No. Des. 387,247.

[51] **LOC (7) Cl.** ........................................................ **07-01**
[52] **U.S. Cl.** ............................................................ **D7/510**
[58] **Field of Search** ........................ D24/197; 215/11.1, 215/11.2, 11.3, 11.4, 11.5, 11.6; D7/510, 511, 516; 220/603, 630, 711, 713, 716

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 259,231 | 5/1981 | Kozlow, Sr. | D7/40 |
| D. 310,567 | 9/1990 | Fitzpatrick | D24/47 |
| D. 315,213 | 3/1991 | Ohnuki | D24/47 |
| D. 354,416 | 1/1995 | Cautereels et al. . | |
| D. 358,298 | 5/1995 | Brown et al. . | |
| D. 359,417 | 6/1995 | Chen . | |
| D. 361,469 | 8/1995 | Young . | |
| D. 363,852 | 11/1995 | Young . | |
| D. 364,314 | 11/1995 | Humphrey et al. . | |
| D. 397,906 | 9/1998 | Briggs et al. . | |
| D. 407,269 | 3/1999 | Fletcher | D7/510 |

| | | | |
|---|---|---|---|
| 2,534,614 | 12/1950 | Michael | D7/511 X |
| 4,243,156 | 1/1981 | Lobbestael | 222/541 |
| 4,303,170 | 12/1981 | Panicci | 220/603 |
| 4,756,440 | 7/1988 | Gartner . | |
| 4,850,496 | 7/1989 | Rudell et al. . | |
| 4,961,510 | 10/1990 | Dvoracek . | |
| 5,050,759 | 9/1991 | Marble . | |
| 5,069,351 | 12/1991 | Gunderson et al. . | |
| 5,147,066 | 9/1992 | Snider | 220/717 |
| 5,294,018 | 3/1994 | Boucher | 220/603 |
| 5,316,160 | 5/1994 | Cautereels . | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 2 029 379 | 3/1980 | United Kingdom . |

*Primary Examiner*—Stella Reid
*Attorney, Agent, or Firm*—Ohlandt, Greeley, Ruggiero & Perle, LLP

[57] **CLAIM**

The ornamental design for the trainer spout, as shown as described.

### DESCRIPTION

FIG. 1 is an exploded, perspective view of a trainer spout showing my new design, with the rest being an associated nurser bottle system shown in phantom;
FIG. 2 is a top view of the trainer spout of FIG. 1;
FIG. 3 is a bottom view of the trainer spout of FIG. 1;
FIG. 4 is a front view of the trainer spout of FIG. 1;
FIG. 5 is a back view of the trainer spout of FIG. 1;
FIG. 6 is a side elevation view of the trainer spout of FIG. 1, the side opposite being identical to the side shown; and,
FIG. 7 is a sectional view of the trainer spout taken along line 7—7 of FIG. 2.

**1 Claim, 2 Drawing Sheets**









# United States Patent [19]

## Forrer

[11] **Patent Number:** **Des. 415,654**

[45] **Date of Patent:** ** **Oct. 26, 1999**

[54] **CUP AND LID**

[76] Inventor: **Scott M. Forrer,** 1238 Lizbeth La., Cedarburg, Wis. 53012

[**] Term: **14 Years**

[21] Appl. No.: **29/095,715**

[22] Filed: **Oct. 29, 1998**

[51] **LOC (6) Cl.** ............................................. **07-01**

[52] **U.S. Cl.** ............................................. **D7/510;** D7/511

[58] **Field of Search** ........................... D7/510, 511, 523, D7/509, 619, 605, 622, 624; 215/11.4, 329; 220/713, 714; D24/197

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| D. 233,972 | 12/1974 | Jublin | .............................. | D7/510 |
| D. 316,652 | 5/1991 | Hunter | .............................. | D7/510 |
| D. 358,296 | 5/1995 | Garneau | .............................. | D7/510 |
| D. 364,314 | 11/1995 | Humphrey et al. | .............................. | D7/510 |
| D. 364,317 | 11/1995 | Humphrey et al. | .............................. | D7/511 |
| 4,055,273 | 10/1977 | Jones | .............................. | 215/329 X |
| 5,079,013 | 1/1992 | Belanger | .............................. | 215/11.4 X |
| 5,150,800 | 9/1992 | Sarter et al. | .............................. | 215/11.4 |
| 5,542,670 | 8/1996 | Morano | .............................. | 220/714 |

*Primary Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Joseph S. Heino

[57] **CLAIM**

The ornamental design for a cup and lid, as shown and described.

## DESCRIPTION

FIG. 1 is a top and front perspective view of the cup and lid showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a top plan view thereof;
FIG. 4 is a left side elevational view thereof;
FIG. 5 is a right side elevational view thereof; and,
FIG. 6 is a bottom plan view thereof.

**1 Claim, 2 Drawing Sheets**





FIG. 4



FIG. 5



FIG. 6

LNC202956

US00D476850S

(12) **United States Design Patent**   (10) Patent No.:   **US D476,850 S**
Featherston et al.                      (45) Date of Patent:   ∗∗   **Jul. 8, 2003**

(54) **DRINKING CUP**

(75) Inventors: **David E. Featherston**, Rockford, MI (US); **Brenda J. Meyers**, Reedsburg, WI (US)

(73) Assignee: **Gerber Products Company**, Fremont, MI (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/168,751**

(22) Filed: **Oct. 8, 2002**

(51) LOC (7) Cl. .................................................. **07-01**
(52) U.S. Cl. .......................... **D7/510; D7/511; D7/514; D7/532**
(58) Field of Search .......................... D7/510, 511, 514, D7/509, 507, 532, 519, 392.1; 215/388, 398, 11.1, 11.6; 220/675, 703, 713, 717, 711; D24/197

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D112,444 S | * 12/1938 | Cunningham | D7/514 |
| D165,778 S | 1/1952 | Olsen | D36/8 |
| D225,253 S | 11/1972 | Quistgaard | D7/1 |
| D310,567 S | 9/1990 | Fitzpatrick | D24/47 |
| D354,416 S | * 1/1995 | Cautereels et al. | D7/507 |
| D359,417 S | * 6/1995 | Chen | D7/510 |
| D364,314 S | 11/1995 | Humphrey et al. | D7/510 |
| D397,906 S | * 9/1998 | Briggs et al. | D7/392.1 |
| D407,269 S | 3/1999 | Fletcher | D7/510 |
| D407,270 S | 3/1999 | Wilson | D7/529 |
| D412,085 S | 7/1999 | Rouosh et al. | D7/396.2 |
| D434,273 S | 11/2000 | Johansen et al. | D7/396.6 |
| D446,686 S | * 8/2001 | Holthus | D7/519 |
| D448,620 S | * 10/2001 | Neal | D7/514 |
| D450,535 S | 11/2001 | McDonough et al. | D7/510 |
| D451,760 S | 12/2001 | Fox | D7/510 |
| D452,116 S | 12/2001 | McDonough et al. | D7/510 |
| D452,415 S | 12/2001 | McDonough et al. | D7/510 |
| D457,034 S | * 5/2002 | Bodum | D7/510 |
| D460,322 S | * 7/2002 | Orr et al. | D7/510 |
| D468,588 S | * 1/2003 | Norris et al. | D7/532 |

* cited by examiner

Primary Examiner—M. N. Pandozzi
(74) Attorney, Agent, or Firm—Drinker Biddle & Reath LLP

(57)         **CLAIM**

The ornamental design for a drinking cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a drinking cup of our new design.
FIG. 2 is a front elevation of the drinking cup of FIG. 1.
FIG. 3 is a rear elevation of the drinking cup of FIG. 1.
FIG. 4 is a left side elevation of the drinking cup of FIG. 1.
FIG. 5 is a right side elevation of the drinking cup of FIG. 1.
FIG. 6 is a top plan view of the drinking cup of FIG. 1.
FIG. 7 is a bottom plan view of the drinking cup of FIG. 1.
FIG. 8 is a perspective view of the drinking cup showing a second embodiment of our new design;
FIG. 9 is a front elevation of the drinking cup of FIG. 8.
FIG. 10 is a rear elevation of the drinking cup of FIG. 8.
FIG. 11 is a left side elevation of the drinking cup of FIG. 8.
FIG. 12 is a right side elevation of the drinking cup of FIG. 8.
FIG. 13 is a top plan view of the drinking cup of FIG. 8.
FIG. 14 is a bottom plan view of the drinking cup of FIG. 8.
FIG. 15 is a perspective view of the drinking cup showing a third embodiment of our new design;
FIG. 16 is a front elevation of the drinking cup of FIG. 15.
FIG. 17 is a rear elevation of the drinking cup of FIG. 15.
FIG. 18 is a left side elevation of the drinking cup of FIG. 15.
FIG. 19 is a right side elevation of the drinking cup of FIG. 15.
FIG. 20 is a top plan view of the drinking cup of FIG. 15; and,
FIG. 21 is a bottom plan view of the drinking cup of FIG. 15.
The broken lines in FIGS. 8–14 are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 12 Drawing Sheets**






FIG. 4



FIG. 5



# United States Patent [19]

**Randolph**

[11] **Patent Number:** **Des. 419,029**

[45] **Date of Patent:** ∗∗ **Jan. 18, 2000**

[54] **SOFT SPOUT FOR CUP**

[75] Inventor: **Ross Steven Randolph**, Rockaway, N.J.

[73] Assignee: **Playtex Products, Inc.**, Westport, Conn.

[**] Term: **14 Years**

[21] Appl. No.: **29/084,202**

[22] Filed: **Feb. 26, 1998**

[51] LOC (7) Cl. ............................................... **07-01**

[52] U.S. Cl. ............................ **D7/392; D7/510; D7/511**

[58] Field of Search ............................ D7/510, 511, 392, D7/392.1, 629, 900; D9/447; D24/197; 215/386, 387, 388; 220/703, 711, 713, 714

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 310,567 | 9/1990 | Fitzpatrick . |
| D. 315,213 | 3/1991 | Ohnuki . |
| D. 316,652 | 5/1991 | Hunter . |
| D. 327,393 | 6/1992 | Green et al. . |
| D. 354,416 | 1/1995 | Cautereels et al. . |
| D. 358,298 | 5/1995 | Brown et al. . |
| D. 359,417 | 6/1995 | Chen . |
| D. 361,469 | 8/1995 | Young . |
| D. 363,852 | 11/1995 | Young .................................. D7/392.1 |
| D. 364,314 | 11/1995 | Humphrey et al. . |
| D. 377,737 | 2/1997 | Kristnik ................................ D7/511 |
| D. 385,748 | 11/1997 | Iodice et al. ......................... D7/510 |
| D. 387,247 | 12/1997 | Randolph ............................... D7/510 |
| D. 397,906 | 9/1998 | Briggs et al. ........................ D7/392.1 |
| D. 407,269 | 3/1999 | Fletcher ............................... D7/510 |
| 1,409,812 | 3/1922 | Anderson . |
| 2,550,568 | 4/1951 | Kersh . |
| 2,569,139 | 9/1951 | Abelson . |
| 2,599,919 | 6/1952 | Hucknall . |
| 4,066,191 | 1/1978 | Coleman . |
| 4,243,156 | 1/1981 | Lobbestael . |
| 4,801,027 | 1/1989 | Hunter . |
| 4,850,496 | 7/1989 | Rudell et al. . |
| 4,961,510 | 10/1990 | Dvoracek . |
| 5,069,351 | 12/1991 | Gunderson et al. . |
| 5,150,800 | 9/1992 | Sarter et al. . |
| 5,169,026 | 12/1992 | Patterson . |
| 5,294,018 | 3/1994 | Boucher . |
| 5,316,160 | 5/1994 | Cautereels . |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 79710097.1 | 5/1979 | European Pat. Off. . |
| 609924 | 5/1926 | France . |
| 256897 | 8/1926 | United Kingdom . |
| 2 029 379 | 3/1980 | United Kingdom . |
| 2 187 722 | 3/1987 | United Kingdom . |

*Primary Examiner*—Cathron B. Matta
*Attorney, Agent, or Firm*—Ohlandt, Greeley, Ruggiero & Perle, L.L.P.

[57] **CLAIM**

The ornamental design for the soft spout for cup, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a soft spout for cup showing my new design, with the broken line showing of a cup being for illustrative purposes only and forming no part of the claimed design;

FIG. 2 is another perspective view of the soft spout for cup of FIG. 1;

FIG. 3 is a front view of the soft spout for cup of FIG. 1;

FIG. 4 is a back view of the soft spout for cup of FIG. 1;

FIG. 5 is a side view of the soft spout for cup of FIG. 1;

FIG. 6 is a top view of the soft spout for cup of FIG. 1; and,

FIG. 7 is a bottom view of the soft spout for cup of FIG. 1.

**1 Claim, 3 Drawing Sheets**





*FIG. 1*



*FIG. 2*

LNC202975

# United States Patent [19]

**Briggs et al.**

[11] **Patent Number:** **Des. 397,906**

[45] **Date of Patent:** **\*\*Sep. 8, 1998**



[54] **DRINKING CUP TOP**

[75] Inventors: **Jerald E. Briggs**, Hanover Park, Ill.; **Rebecca J. Bachman**, Fremont; **Paul D. Hurley**, Holland, both of Mich.

[73] Assignee: **Gerber Products Company**, Fremont, Mich.

[\*\*] Term: **14 Years**

[21] Appl. No.: **77,961**

[22] Filed: **Oct. 14, 1997**

[51] **LOC (6) Cl.** ............................................. **07-99**

[52] **U.S. Cl.** ............................ **D7/392.1; D7/510; D9/447**

[58] **Field of Search** ........................... D7/507, 509, 510, D7/511, 533, 536, 392.1, 622, 619; D9/447, 435; D24/197; 220/714, 603, 717, 713, 719

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 165,778 | 1/1952 | Olsen | D7/510 |
| D. 310,567 | 9/1990 | Fitzpatrick | D7/511 X |
| D. 353,518 | 12/1994 | Cautereels et al. | D7/532 X |
| D. 354,416 | 1/1995 | Cautereels et al. | D7/511 X |
| D. 359,417 | 6/1995 | Chen | D7/511 X |
| D. 361,469 | 8/1995 | Young | D7/510 X |
| D. 363,852 | 11/1995 | Young | D7/392.1 |
| D. 364,314 | 11/1995 | Humphrey et al. | D7/510 |
| D. 366,987 | 2/1996 | Allegre | D7/511 X |
| D. 367,402 | 2/1996 | Bates et al. | D7/510 X |
| D. 368,624 | 4/1996 | Forrer | D7/510 X |
| D. 359,943 | 5/1996 | Dark | D7/510 X |
| D. 385,748 | 11/1997 | Indice et al. | D7/510 |
| D. 387,247 | 12/1997 | Randolph | D7/510 |
| 5,294,018 | 3/1994 | Boucher | D7/510 X |
| 5,542,670 | 8/1996 | Morano | D7/510 X |

*Primary Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Price,Heneveld,Cooper, DeWitt & Litton

[57] **CLAIM**

The ornamental design for a drinking cup top, as shown and described.

## DESCRIPTION

FIG. **1** is a perspective view of a drinking cup top, showing our new design;

FIG. **2** is a top plan view;

FIG. **3** is a rear elevational view;

FIG. **4** is a front elevational view thereof; and,

FIG. **5** is a side elevational view thereof.

The broken line showing of a cup in FIG. 1 is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 1 Drawing Sheet**



LNC202978

**U.S. Patent**                    Sep. 8, 1998                    **Des. 397,906**



**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**



**Fig. 5**

LNC202979

# United States Patent [19]

**Chomik**

[11]    **Patent Number:    Des. 408,220**

[45]    **Date of Patent:    ★★Apr. 20, 1999**

[54]    **CUP WITH STRAW-SEALING CAP**

[75]    Inventor:    **Richard S. Chomik**, Garwood, N.J.

[73]    Assignee:    **Playtex Products, Inc.**, Westport, Conn.

[**]    Term:    **14 Years**

[21]    Appl. No.:    **29/073,578**

[22]    Filed:    **Jul. 11, 1997**

[51]    LOC (6) Cl. .................................... **07-01**
[52]    U.S. Cl. ........................................... **D7/510**; D7/511
[58]    Field of Search ..................... D7/536, 533, 510, D7/511, 523, 509, 513, 512, 532, 534, 619, 626, 535, 571, 514; 220/553, 555, 672, 675, 705, 708, 709, 756, 771; D9/525, 530, 559, 537, 569, 557; 215/382

[56]    **References Cited**

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 289,484 | 4/1987 | Forquer et al. . |
| D. 306,262 | 2/1990 | Bit ....................................... D9/557 |
| D. 358,296 | 5/1995 | Garneau ............................... D7/510 |
| D. 366,809 | 2/1996 | Green . |
| D. 367,206 | 2/1996 | Green ................................... D7/511 |
| D. 370,828 | 6/1996 | Green ................................... D7/510 |
| D. 371,048 | 6/1996 | Green ................................... D7/510 |
| D. 379,306 | 5/1997 | Peykoff ................................ D9/557 X |
| 1,071,817 | 9/1913 | Stanley . |
| 2,695,719 | 11/1954 | Faris . |
| 2,715,326 | 8/1955 | Gits . |
| 2,788,149 | 4/1957 | Brown . |
| 2,808,167 | 10/1957 | Palazzolo . |
| 2,863,585 | 12/1958 | Meshberg . |
| 2,899,098 | 8/1959 | Gits . |
| 2,981,430 | 4/1961 | Tsien et al. . |
| 3,120,570 | 2/1964 | Kennedy et al. . |
| 3,677,524 | 7/1972 | Douglas . |
| 3,755,030 | 8/1973 | Doman et al. . |
| 3,804,281 | 4/1974 | Eckdahl . |
| 3,827,925 | 8/1974 | Douglas . |
| 3,972,443 | 8/1976 | Albert . |
| 4,099,642 | 7/1978 | Nergard . |
| 4,151,923 | 5/1979 | Bernardi . |
| 4,301,942 | 11/1981 | Kupperman et al. . |
| 4,303,173 | 12/1981 | Nergard . |
| 4,789,073 | 12/1988 | Fine . |
| 5,038,948 | 8/1991 | Signorini . |
| 5,150,815 | 9/1992 | Saklad . |
| 5,273,172 | 12/1993 | Rossbach et al. . |
| 5,329,778 | 7/1994 | Padamsee . |
| 5,339,977 | 8/1994 | Schormair et al. ............. 220/672 X |
| 5,339,982 | 8/1994 | Tardie . |
| 5,628,453 | 5/1997 | MacLaughlin . |
| 5,632,397 | 5/1997 | Fandeux et al. ................. 215/382 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1122663 | 8/1968 | United Kingdom . |
| 1281534 | 7/1972 | United Kingdom . |

## OTHER PUBLICATIONS

"Power Bottles" brochure, Bicycling Magazine, Apr., 1995, p. 85.

*Primary Examiner*—M. N. Pandozzi
*Attorney, Agent, or Firm*—Ohlandt, Greeley, Ruggiero & Perle L.L.P.

[57]    **CLAIM**

The ornamental design for the cup with straw-sealing cap, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a cup with straw-sealing cap, with its cap open and straw extended, showing my new design;

FIG. 2 is a side view of the assembled cup with straw-sealing cap of FIG. 1, wherein a second side view would be a mirror image thereof;

FIG. 3 is a front view of the cup with straw-sealing cap of FIG. 1;

FIG. 4 is a rear view of the cup with straw-sealing cap of FIG. 1;

FIG. 5 is a top view of the cup with straw-sealing cap of FIG. 1; and ,

FIG. 6 is a bottom view of the cup with straw-sealing cap of FIG. 1.

**1 Claim, 5 Drawing Sheets**



**U.S. Patent**          Apr. 20, 1999          Sheet 4 of 5          **Des. 408,220**



*FIG. 4*

LNC202984