

about target    my account    find a store    photo    pharmacy    redcards    help    **shoppingcart** 🛒

⁺**GiftCards**    ⁺**GiftGiving**    ⁺**GiftRegistries**    ⁺**TargetLists**    WeeklyAd

Women | Men | Baby | Kids | Shoes | Home | Bed + Bath | Patio + Garden | Furniture | Toys | Electronics | See All

Search [                    ]    All Products ▾    **GO**    Sign In | New Guest?

**EXPECT MORE. PAY LESS.** 🎯    **Go inside the Bullseye and learn more about Target ›**

**Free shipping** on over **150,000** items when you spend $50.    Some exclusions apply. See offer details ›

Target : Baby : Feeding : **Training Cups**



**Target : Baby**

**Feeding**

All Bottle Feeding
All Breastfeeding
All High Chairs
Bibs
Bottle Nipples + Liners
Bottle Coolers + Totes
Bottle Warmers
Bottles
BPA-Free
Breast Pumps
Breast Pump Accessories
Burp Cloths
Cleaning Supplies +
Organization
Feeding Boosters
High Chair Covers +
Cushions
Home Food Prep
Milk Storage
Breastfeeding Care
New Arrivals
Feeding Pillows
Nursing Covers
Nursing Stools
On the Go Eating
Parents' Favorites
Plates, Utensils + More
Stationary High Chairs
Sterilizers
Placemats

**Training Cups**
$0-$24 (15)

Travel High Chairs

Sort by:    Featured Items    · **GO**

**AVENT Magic Cup 9-oz. (Twin Pack)**
★★★☆☆ (68)
**$7.99**
Usually ships in 24 hours
**+ ADD TO CART**

**Thermos Foogo 7-oz. Leak-Proof Sippy Cup with Handle - Blue**
★★★☆☆ (11)
**$15.99**
Usually ships in 24 hours
**+ ADD TO CART**
—OR—
**FIND IT AT A TARGET STORE**

**Boon Fluid No Spill Toddler Cup**
★★★☆☆ (6)
**$4.99**
Usually ships in 24 hours
**+ ADD TO CART**
—OR—
**FIND IT AT A TARGET STORE**

**Thermos 7-oz. Leak Proof Cup with Handle- Pink**
★★★☆☆ (10)
**$15.99**
Usually ships in 24 hours
**+ ADD TO CART**
—OR—
**FIND IT AT A TARGET STORE**

**BornFree Drinking Cup Spouts 4-pk. - Yellow**

**Boon Fluid No-Spill Toddler Cup- Pink**

free shipping when you spend $50
**Thermos 7-oz. Leak Proof Sippy Cup- Pink**

free shipping when you spend $50
**Thermos Foogo 7-oz. Leak-Proof Sippy Cup without Handle- Blue**



clearance

$10.39

List price: ~~$12.99~~
You Save: $2.60 (20%)
Usually ships in 24 hours

+ ADD TO CART

$4.99

Usually ships in 24 hours

+ ADD TO CART

OR

FIND IT AT A TARGET STORE

(3)

$14.99

Usually ships in 24 hours

+ ADD TO CART

(8)

$14.99

Usually ships in 24 hours

+ ADD TO CART

Quick Info

[The First Years Toddler Disney Princess Spill-Proof Cups 3-pk.]

(1)

$3.99

List price: ~~$4.49~~
You Save: $0.50 (11%)
stores only

FIND IT AT A TARGET STORE

Quick Info

free shipping
when you spend $50

[Dr. Brown's Training Cup, Pink]

(2)

$6.99

Usually ships in 24 hours

+ ADD TO CART

Quick Info

[Dr. Brown's BPA Free Training Cup, Clear]

(2)

$6.99

Usually ships in 24 hours

+ ADD TO CART

Quick Info

[The First Years Elmo Spill-Proof Toddler Cups 3-pk.]

$3.99

List price: ~~$4.49~~
You Save: $0.50 (11%)
stores only

FIND IT AT A TARGET STORE

Quick Info

free shipping

[ThinkBaby Trainer Cup Twin Pack - 9 oz.]

Quick Info

[Munchkin Straw Cup - 10 oz.]

Quick Info

[Munchkin Straw Cup with Latch]

Quick Info

[Dr Browns Training Cup 10oz - Blue]

LNC193947

4/21/2009                           Toys"R"Us/Babies"R"Us

more...

Lightweight (18)

Portable (18)

Seals well (10)

Sturdy construction (16)

Washes easily (21)

**How I Use It**

At home (11)

Feeding (9)

Meals (17)

Snack (17)

Travel (20)

**About Me**

First time parent (20)

Parent of multiples (twins etc) (9)

Parent of two or more children (22)

## Your search found 52 items

Showing 1-52 of 52    Page   1
Sort by: Best Selling



BornFree 7 oz.
Trainer Cup

Our Price: $10.99
In Stock
FREE Organic Burp
Cloths!**



Philips AVENT BPA
Free 7 oz Magic
Trainer Cup

Our Price: $4.99
In Stock
Buy one get one
50% OFF!**



Philips AVENT 2
Pack 7oz Magic
Trainer Cup

Our Price: $7.49
In Stock



The First Years
Mealmates BPA
Free 2Pk Soft Spout
Cup - 10 oz.

Our Price: $6.99
In Stock



Nuby 7 Oz Non-



Philips AVENT BPA



Dr. Brown BPA



Avent BPA Free

LNC193956

4/21/2009                                Toys"R"Us/Babies"R"Us

Drip Bottles - 3 Pack        Free 2-Pack 9-oz        Free Training Cup -        Free Magic Cup -
                             Magic Trainer Cup       Clear                      7 oz.

Our Price: $7.49             Our Price: $8.99        Our Price: $6.99           Our Price: $4.99
In Stock                     In Stock                In Stock                   In Stock
                                                                                Buy one get one
                                                                                50% OFF!**

      

Avent BPA Free               Avent BPA Free          The Backyardigans          The First Years 10
Animal Magic Sport           Insulated Cup - 9 oz.   10 Oz Straw Cups -         Ounce Take and
Cup - 12oz.                                          2 Pack                     Toss Straw Cups - 5
                                                                                Pack

Our Price: $5.99             Our Price: $6.99        Our Price: $8.99           Our Price: $3.49
In Stock                     In Stock                In Stock                   In Stock
Buy one get one              Buy one get one                                    Buy 3 get the 4th
50% OFF!**                   50% OFF!**                                         FREE!**

      

Dr. Brown BPA                I-Play Green Sprouts    I-Play Green Sprouts       Avent BPA Free
Free Training Cup -          6.5 oz Sippy Cup-       8 oz Trainer Bottle-       Animal Magic Cup -
Pink                         Blue                    Pink                       9 oz.

Our Price: $6.99             Our Price: $8.99        Our Price: $11.99          Our Price: $4.99
In Stock                     🖥 Online Only          🖥 Online Only             In Stock
                             In Stock                In Stock                   Buy one get one
                                                                                50% OFF!**

      

The First Years BPA          Dr. Brown BPA           The First Years            The First Years
Free Straw Cup               Free Training Cup -     Sesame Street              Mickey Mouse 2 Pk
                             Blue                    Insulator Cups - 2         Insulated Sippy Cup
                                                     Pack

Our Price: $4.99             Our Price: $6.99        Our Price: $7.99           Our Price: $7.99
In Stock                     In Stock                In Stock                   In Stock

LNC193957

4/21/2009                                    Toys"R"Us/Babies"R"Us



I-Play Green Sprouts
6.5 oz Sippy Cup-
Green

Our Price: $9.99
🖥 Online Only
In Stock



BornFree 9 oz.
Drinking Cup

List Price: $11.99
Our Price: $10.99
In Stock
FREE Organic Burp
Cloths!**



Thermos Leak Proof
Sippy Cup With
Handles - 7 oz.

Our Price: $14.99
In Stock



Bumbleride Snack
Pack in Spice

Our Price: $39.99
🖥 Online Only
In Stock



First Juice
Apple+Carrot 8oz
Sippy-Top Bottle

Our Price: $1.99
🏠 In Store Only



First Juice
Banana+Carrot 8oz
Sippy-Top Bottle

Our Price: $1.99
🏠 In Store Only



The First Years
Mealmates BPA
Free 2 Handle Cup -
Blue 7 oz.

Our Price: $4.99
In Stock



The First Years
Mealmates BPA
Free 2 Handle Cup -
Pink 7 oz.

Our Price: $4.99
In Stock



The First Years
Mealmates BPA
Free 2 Handle Cup -
Purple 7 oz.

Our Price: $4.99
In Stock



The First Years
Mealmates BPA
Free 2 Handle Cup -
Green 7 oz.

Our Price: $4.99
In Stock



Playtex Baby Einstein
Spill Proof Straw
Cup - 9Oz

Our Price: $5.49
In Stock



The First Years 2-in-
1 Drying Rack by
Learning Curve

List Price: $9.99
Our Price: $6.98
Out of Stock

LNC193958

4/21/2009  Toys"R"Us/Babies"R"Us



Gerber 2 Pk 7 Ounce Sip and Smile - Blue & Green

Our Price: $6.99
In Stock



DC Superfriends 10 oz. Insulated Straw Cup

Our Price: $6.99
💻 Online Only
In Stock



The First Years Thomas The Tank Insulated Cups - 2 Pack

Our Price: $7.99
In Stock



The First Years Minnie Mouse 2 Pk Insulated Sippy Cup

Our Price: $7.99
In Stock



Gerber Sip n Smile Trainer Cup - 2 Pack

Our Price: $8.69
In Stock



Gerber 2-Pack 9-oz Gerber Sip and Smile Insulated Cups

Our Price: $8.69
Out of Stock
Free Shipping!**



Go Diego Go! Straw Cups - 2 PK

List Price: $9.99
Our Price: $8.99
In Stock



Thinkbaby Sippy Cup

Our Price: $8.99
💻 Online Only
In Stock



2-Pack 10-oz Dora the Explorer Straw Cups

Our Price: $8.99
In Stock



I-Play Green Sprouts 8 oz Trainer Bottle-Blue

Our Price: $11.99
💻 Online Only
In Stock



Sippy Cups Are Not for Chardonnay: And Other Things I Had to Learn As a New Mom

List Price: $13.99
Our Price: $12.59
In Stock



Thermos Leak Proof Sippy Cup with Handles - Pink 7Oz

Our Price: $14.99
In Stock



Kid Basix BPA Free



Kid Basix BPA Free



Reed & Barton



Reed & Barton

LNC193959

4/21/2009                                    Baby Bungalow



HOME | ABOUT US | CONTACT US | FAQ | SHIPPING | VIEW CART

Call us Toll-Free 866-7-MY-BABY

FREE SHIPPING on all orders over $125!

SEARCH  Enter Keywords  GO    SHOP BY BRAND: ---Select a Brand---

● New Arrivals    ● Clearance Items    ● Best Sellers    ● Gift Registry    ● Gift Certificates

**Shop by Category**

- Baby Gear
- Bedtime
- Accessories
- Furniture
- Feeding
- Infant Carriers
- Diaper Bags
- Breast Pumps
- Personal Baby Care
- Baby Gifts
- Neat Gadgets
- Baby Travel
- All Products
- Shop By Brand

Enter Email Address   SIGN UP



## BornFree BPA Free Bottles


**Sippigrip and Binkigrip**


**BornFree 9oz Triple Pack Glass Bottles**
$27.99


**BornFree 5oz Triple Pack Glass Bottles**
$26.99


**BornFree Gift Set**
$44.99


**BornFree 9oz Triple Pack Plastic Bottles**
$27.99


**BornFree 5oz Triple Pack Plastic Bottles**
$26.99


**BornFree Microwave Sterilizer**
$44.99


**BornFree 7oz Trainer Cup - Blue**
$9.99


**BornFree 7oz Trainer Cup - Green**
$9.99


**BornFree 7oz Trainer Cup - Orange**
$9.99


**BornFree 7oz Trainer Cup - Yellow**
$9.99


**BornFree 9oz Drinking Cup - Blue**
$10.99


**BornFree 9oz Drinking Cup - Green**
$10.99


**BornFree 9oz Drinking Cup - Orange**
$10.99


**BornFree 9oz Drinking Cup - Yellow**
$10.99


**BornFree Y Cut Nipples - Twin Pack**
$6.99






LNC193977

4/21/2009

## Baby Bungalow

| | | | |
|---|---|---|---|
| Bottle Feeding Set | Bottle with 10 Disposable Liners (Model 300) | Bottles 3-Pack with 30 Disposable Liners (Model 300) | Bottles 6-Pack with 60 Disposable Liners (Model 300) |
| $51.99 | $5.99 | $16.45 | $29.70 |

   

| | | | |
|---|---|---|---|
| Avent 8 oz Disposable Bottles 9-Pack with 90 Disposable Liners (Model 300) | Avent 8 oz Disposable Bottles 12-Pack with 120 Disposable Liners (Model 300) | Avent Pre-sterilized Disposable Liners (Model 302) | Avent Clips and Labels (Model 304) |
| $44.95 | $58.00 | $3.75 | $3.75 |

   

| | | | |
|---|---|---|---|
| Avent Non-Spill Magic Cup Twin Pack - 9 oz (Model 686) | Avent Magic 9 oz Single Magic Cup (Model 680) | Avent Non-Spill Magic Cup Twin Pack - 7 oz (Model 685) | Avent 7 oz. Single Magic Cup (Model 681) |
| $6.75 | $3.99 | $6.25 | $3.50 |

   

| | | | |
|---|---|---|---|
| Avent Magic Cup Trainer Handles (Model 690) | Avent Non-Spill Toddler Spouts (Model 682) | Avent Non-Spill Soft Spout 6m+ (Model 683) | Avent 12 oz. Magic Super Sport Cup (Model 691) |
| $3.75 | $3.75 | $3.75 | $8.99 |

   

| | | | |
|---|---|---|---|
| Avent Non-Spill Easy Sip for Magic Sport Cup (Model 692) | Avent Single Magic Trainer with Handle - 7 oz (Model 687) | Avent Magic Trainer Twin Pack - 9 oz (Model 689) | Avent Disposable System Newborn Nipples (Model 607) |
| $3.99 | $4.75 | $9.95 | $3.50 |

   

| | | | |
|---|---|---|---|
| Avent Newborn Nipple (Model 192) | Avent Variable Flow Nipple (Model 196) | Avent Slow Flow Nipple (Model 193) | Avent Medium Flow Nipples (Model 194) |

LNC193986

4/21/2009                                    Baby Bungalow

$3.50                    $3.50                    $3.50                    $3.50

                              

**Avent Fast Flow Nipples
(Model 195)**

$3.50

**Avent Silicone Infant
Pacifier - Newborn (Model
207)**

$3.15

**Avent Silicone Infant
Pacifier - 3m+ (Model 208)**

$3.15

**Avent Silicone Infant
Nighttime Pacifier -
Newborn (Model 411)**

$3.75

                              

**Avent Silicone Infant
Nighttime Pacifier - 3m+
(Model 412)**

$3.75

**Avent Silicone Infant
Nighttime Pacifier -
Newborn (Model 511)**

$3.75

**Avent Silicone Infant
Nighttime Pacifier - 3m+
(Model 512)**

$3.75

**Avent Standard Nipple
Protector (Model 275)**

$7.85

                              

**Avent Washable Nursing
Pads - 6 Pack (Model 227)**

$5.99

**Avent 40 ct. Disposable
Nursing Pads (Model 225)**

$4.75

**Avent Breast Shells (Model
211)**

$12.99

**Avent Tempo 8oz Nurser**

$9.00

                              

**Avent Tempo 4oz Nurser**

$8.50

**Avent 4-pack Bottle Screw
Rings**

$5.95

**Avent Formula
Dispenser/Snack Cup**

$5.95

**Avent Thermal Tote**

$14.95

                              

**Avent 100 ct. Disposable
Nursing Pads (Model 226)**

$11.95

**Avent Small Nipple
Protectors**

$7.95

**Avent Isis iQ DUO
Diaphragms**

$12.95

**Avent Isis iQ UNO/Manual
Diaphragms**

$12.95

                              

LNC193987

4/21/2009    Baby Bungalow





**Dr. Brown's Replacement Part Standard Caps - 3 pk**

$2.99



**Dr. Brown's Replacement Part Vent Inserts Multi Pack (Reg or Wide)**

$4.99



**Dr. Brown's Replacement Part Vent Reservoirs 2-Pack (Reg. or Wide)**

$4.99



**Dr. Brown's Replacement Part Cleaning Brushes 4-Pack**

$4.99

**Dr. Brown's Replacement Parts Storage/Travel Caps Multi-Pack (Reg or Wide)**

$4.99



**Dr. Brown's Drying Rack**

$14.99



**Dr. Brown's Microwave Steam Sterilizer**

$32.95



**Dr. Brown's Insulated Bottle Tote - 2 Available Colors!**

$14.95



**Dr. Brown's Bottle Brush**

$4.99



**Dr. Brown's Breast Milk Storage Bags**

$4.99



**Dr. Brown's Contoured Lace Disposable Nursing Breast Pads**

$5.99



**Dr. Brown's Breast Pad Carrier**

$9.95



**Dr. Brown's Dual Function Training Cup - Blue**

$5.99



**Dr. Brown's Dual Function Training Cup - Pink**

$5.99



**Dr. Brown's Dual Function Training Cup - Clear**

$5.99

**Dr. Brown's FAQ**

**Dr. Brown's Standard-Neck Dishwasher Basket**

$6.80

**Dr. Brown's Wide-Neck Dishwasher Basket**

$7.26

### Top Baby Bungalow Brands

| Baby Care | Baby Safety | Strollers | Diapering |
|---|---|---|---|
| Mustela | KidCo | Stokke | Diaper Dekor |
| Weleda | Mommy's Helper | Bugaboo | Kushies |
| Calidou | Bebe Sounds | Mountain Buggy | |
| First Years | | Baby Planet | Diaper Bags |
| Grandma El's | Baby Gifts | Inglesina | Fleurville |
| | Diaper Cakes | Phil & Ted's | OiOi |

LNC193992

**amazon.com**

Your Amazon.com ▼ | Today's Deals ▼ | Gifts & Wish Lists ▼ | Gift Cards ▼ | Your Account | Help

Shop All Departments ▼ | Search [Feeding] [sippy] GO | Cart | Your Lists ▼

**Baby** | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | **Feeding** | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

**Do You Have a Baby Registry?**
Create, update or add to a baby registry on Amazon.com today.

**Department**
‹ Any Department
‹ Baby Products
    **Feeding**
        Solid Feeding (10)
        Bottle-Feeding (1)

**Shipping Option** (What's this?)
Any Shipping Option
✓Prime Eligible (3)
Free Super Saver Shipping (3)

**Brand**
‹ Any Brand
**Born Free**

**Avg. Customer Review**
Any Avg. Customer Review
★★★★☆ & Up (4)
★★★☆☆ & Up (6)
★★☆☆☆ & Up (6)
★☆☆☆☆ & Up (7)

**Seller**
Any Seller
16th Avenue Pharmacy Inc. (11)
Blessing Baby1 (6)
Generation Orange (5)
ABC WHOLESALE (4)
Amazon.com (3)
Best for Babies (3)
RED TAG sale (3)
› See more...

**Discount**
Any Discount
Up to 25% off (3)
25% - 50% off (3)

**Price**
Any Price
Under $25 (10)
$25 to $50 (1)
$ [  ] to $ [  ] GO

**Availability**
☐ Include Out of Stock

**Listmania!**

Baby Products › "sippy" › Born Free › Feeding

Showing 11 Results                                        Sort by  Relevance

1.
B...         ...ors
Vary
Buy new: **$10.99**
10 Used & new from $6.95
Get it by **Wednesday, April 22** if you order in the next **6 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (44)

2.
B...         ...uts-
Twin Pack
Buy new: **$6.99**
8 Used & new from $4.99
Get it by **Wednesday, April 22** if you order in the next **6 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (10)

3.
B...         ...Colors
May Vary
Buy new: **$10.99**
12 Used & new from $7.00
Get it by **Wednesday, April 22** if you order in the next **5 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★☆☆ (60)

4.
B...         ...p -
Yellow
Buy new: **$14.95**
In Stock

5.
B...         ...Vater
Bottle 9oz BPA FREE
Buy new: **$11.00**
6 Used & new from $9.55
In Stock
★★★★★ (1)

6.
B...         ...uts
4-pk. - Blue
Buy new: ~~$12.99~~ **$9.99**
2 Used & new from $9.99
In Stock
★☆☆☆☆ (1)

7.
B...         ...uts
4-pk. - Orange

8.
B...         ...Vater
Bottle 12oz BPA FREE

9.
B...
Buy new: ~~$44.99~~ **$40.50**



Natural Baby Lifesavers and Resources: A list by Meredith Dixon ☑



The informed new parent list: A list by Iris Beneli Chasteen "Gray's Mama" ☑

▶ Create a Listmania! list

**Search Listmania!**

[          ] GO!

Buy new: ~~$12.99~~ **$10.39**
2 Used & new from $10.39
In Stock
⭐⭐⯪☆☆ (2)

Buy new: **$13.75**
5 Used & new from $10.95
In Stock

14 Used & new from $35.64
In Stock
⭐⭐⭐⭐⯪ (13)

10.



**Bor              p -
Orange**
Buy new: **$14.95**
In Stock

11.



**Bor              p -
Blue**
Buy new: **$16.95**
In Stock

---

**Search Feedback**

Did you find what you were looking for?  [ Yes ]  [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

ADVERTISEMENT



ADVERTISEMENT

 FREE  Access, control, and transfer your tunes in one touch  [ Buy Now ]   at&
Moto™ EM330                                     Two-year contract and significant restrictions app

Ad feedback

Ad feedback

Search powered by A⦾

---

**Where's My Stuff?**
- Track your recent orders.
- View or change your orders in Your Account.

**Shipping & Returns**
- See our shipping rates & policies.
- Return an item (here's our Returns Policy).

**Need Help?**
- Forgot your password?
- Buy gift cards.
- Visit our Help department.





amazon.com **Hello.** Sign in to get personalized recommendations. New customer? Start here.

Earth Day Savings: Pro-Planet & Wallet-Wise

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

Shop All Departments | Search Feeding | sippy | GO | Cart | Your Lists

Baby | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | **Feeding** | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

**Do You Have a Baby Registry?**
Create, update or add to a baby registry on Amazon.com today.

**Department**
- ‹ Any Department
- ‹ Baby Products
- **Feeding**
  - Solid Feeding (10)
  - Food (1)

**Shipping Option** (What's this?)
- **Any Shipping Option**
- Prime Eligible (5)
- Free Super Saver Shipping (5)

**Brand**
- ‹ Any Brand
- **Munchkin**

**Avg. Customer Review**
- **Any Avg. Customer Review**
- & Up (3)
- & Up (6)
- & Up (7)
- & Up (7)

**Seller**
- **Any Seller**
- SET 4 BABY (6)
- Amazon.com (5)
- 16th Avenue Pharmacy Inc. (4)
- The Baby's Gallerie (2)
- ABC WHOLESALE (1)
- BabyEarth (1)
- Drugstore.com (1)
- › **See more...**

**Discount**
- **Any Discount**
- Up to 25% off (2)

**Availability**
- Include Out of Stock

**Listmania!**

Road Trips with Toddlers: A list by Shelly Rivoli

**Baby Products › Feeding › "sippy" › Munchkin**

Showing 11 Results Sort by Relevance

1.

**M hers**
Buy new: **$7.99**
10 Used & new from $6.70
Get it by **Wednesday, April 22** if you order in the next **3 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
(64)

2.

**M e Twist Tight Spill-Proof Cups - 4 Pack - BPA Free**
Buy new: **$6.97**
2 Used & new from $6.97
In Stock
(1)

3.

**M Straw Cups 2-Pack, 10 oz**
Buy new: **$7.99**
4 Used & new from $7.89
Get it by **Wednesday, April 22** if you order in the next **3 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.

4.

**Munchkin Mighty Grip Trainer Cup 2-Pack, 8 oz**
Buy new: **$7.99**
Get it by **Wednesday, April 22** if you order in the next **3 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
(4)

5.

More options available

**Munchkin Backyardigans 10oz Big Kid Insulated Cup - 2 pack, Colors May Vary**
Buy new: **$9.99**
2 Used & new from $9.99
Get it by **Wednesday, April 22** if you order in the next **5 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
(4)

6.

**Munchkin Two SpongeBob Squarepants 9 oz Big Kid Insulated Spill-Proof Cup**
Buy new: **$9.99**
3 Used & new from $9.99
Get it by **Wednesday, April 22** if you order in the next **4 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
(3)

7.

8.

9.

10.

11.

LNC194005

Road Trippin' With Young Toddlers: A list by D. Purdy ▾

▸ Create a Listmania! list

**Search Listmania!**

 GO!

A D V E R T I S E M E N T



50% of your smiles are on us.

Book Now

(S) Sheraton
HOTELS & RESORTS

MEMBER OF STARWOOD PREFERRED GUEST

Ad feedback



**Munchkin Dora Insulated Spill Proof Straw Cups 3/pk Girls BPA FREE**
<u>Buy new</u>: **$15.99**
In Stock
 (6)



**Munchkin My First Sippy Cup - Purple**
<u>Buy new</u>: **$3.89**
In Stock

No image available

**Munchkin My First Sippy Cup - Pink**
<u>Buy new</u>: **$3.89**
In Stock



**Munchkin Go Diego Go Insulated Spill Proof Straw Cups 3/Pk - Boys**
<u>Buy new</u>: **$15.99**
<u>2 Used & new</u> from $15.99
In Stock
 (5)



**Munchkin Healthflow Big Kid Cup, SpongeBob Squarepants - 9 oz**
<u>Buy new</u>: **$5.50**
In Stock

S P O N S O R E D   L I N K S (What's this?)

**Chic,Hot Children Clothes**
www.bjmarketstore.com ■ Fashionable/Affordable/Sensible Christening Clothes for all sizes

**Search Feedback**

Did you find what you were looking for? [ Yes ] [ No ]

If you need help or have a question for Customer Service, please <u>visit the Help Section</u>.

A D V E R T I S E M E N T



YOUR LIFE DEMANDS IT
16 Online Programs to Fit Your Lifestyle

 The Art Institute of Pittsburgh®
Online Division

Learn More →

Ad feedback

Search powered by A9

| **Where's My Stuff?** | **Shipping & Returns** | **Need Help?** |
|---|---|---|
| ● Track your <u>recent orders</u>.<br>● View or change your orders in <u>Your Account</u>. | ● See our <u>shipping rates & policies</u>.<br>● <u>Return</u> an item (here's our <u>Returns Policy</u>). | ● <u>Forgot your password?</u><br>● Buy <u>gift cards</u>.<br>● <u>Visit our Help department</u>. |

**Your Recent History** (What's this?)

**You**　　|　**Continue shopping:**

LNC194006

**amazon**.com

Hello. Sign in to get personalized recommendations. New customer? Start here.     Earth Day Savings: Pro-Planet & Wallet-Wise

| Your Amazon.com ▼ | Today's Deals ▼ | Gifts & Wish Lists ▼ | Gift Cards ▼ | | Your Account | Help |

**Shop All Departments** ▼     Search [Feeding ▼] [sippy] GO     Cart     Your Lists ▼

| Baby | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | **Feeding** | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials |

**Do You Have a Baby Registry?**
Create, update or add to a baby registry on Amazon.com today.

Baby Products › Feeding › "sippy" › Playtex

Showing 1 - 24 of 30 Results     Sort by Relevance

**Department**
› Any Department
  › Baby Products
    Feeding
      Solid Feeding (30)

**Shipping Option** (What's this?)
Any Shipping Option
✓Prime Eligible (4)
Free Super Saver Shipping (4)

**Brand**
› Any Brand
Playtex

**Avg. Customer Review**
Any Avg. Customer Review
★★★★☆ & Up (10)
★★★☆☆ & Up (14)
★★☆☆☆ & Up (14)
★☆☆☆☆ & Up (15)

**Seller**
Any Seller
16th Avenue Pharmacy Inc. (22)
TeeBop (8)
SET 4 BABY (7)
Amazon.com (4)
Drugstore.com (4)
Drug Mart (3)
ABC WHOLESALE (1)
› See more...

**Discount**
Any Discount
Up to 25% off (1)
25% - 50% off (3)

**Availability**
☐ Include Out of Stock

**Listmania!**

Top Baby Products, 0-12 months: A list by Kimberly Smith ▼

1. Pl                          Sippy
Cup 10 oz- 3 pack BPA Free - boy colors
Buy new: **$16.99**
3 Used & new from $16.99
In Stock
★★★★☆ (9)

2. Pl            or Spill-
Proof 9 OZ Cup 4/Pk
Buy new: **$16.99**
3 Used & new from $16.99
In Stock

3. Pl                Sippy
Cup 10 oz- 3/pk- Girls
Buy new: **$14.60**
2 Used & new from $14.60
In Stock
★★★★★ (1)

4. Pl           . Spill-
Proof Trainer Cup
Buy new: ~~$6.99~~ **$4.75**
4 Used & new from $4.75
In Stock
★★★☆☆ (3)

5. Pl               ppy
Cup - 9 oz.
Buy new: **$8.29**
2 Used & new from $8.29
In Stock
★★★☆☆ (2) PLAYTEX items

6. Pl                Cup 2
Pack
Buy new: **$6.59**
Get it by **Wednesday, April 22** if you order in the next **4 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.

7. Pl                Cup 2
Pack
Buy new: **$19.99**
2 Used & new from $6.59

8. Pl         or Spill
Proof 9 oz Cup 4/pk -Disney Princess
Buy new: **$16.99**

9. Pl          or Twist
'n Click Straw Cup 9 OZ: Sport Theme
Buy new: **$6.99**



Our baby faves: A list by L. A. Stanton "Lair" ✉

▸ Create a Listmania! list

**Search Listmania!**

GO!

ADVERTISEMENT



In Stock

2 Used & new from $16.99

In Stock

In Stock

⭐⭐⭐ (2)



10.



**Pla** · **Twist 'n Click Straw Cup 9 OZ: Playhouse Theme**

Buy new: **$5.29**

2 Used & new from $5.29

In Stock

11.



**Pla** aw 9 oz - 2 Pack

Buy new: **$24.99**

2 Used & new from $7.59

In Stock

12.

**Pla** wist 'n Click Spout Cup 9 OZ: Boy Colors

Buy new: **$9.99**

In Stock

⭐⭐⭐⭐ (2)

13.

**Pla** wn Cup Insulated & Spill-Proof Cup: Turquoise BPA Free

Buy new: **$14.95**

In Stock

⭐⭐⭐⭐ (2)

14.

**Pla** · **Twist 'n Click Spout Cup 9 OZ: Disney Mickey Mouse**

Buy new: **$4.09**

2 Used & new from $4.09

In Stock

15.

**Pla** · **Twist 'n Click Spout Cup 9 OZ: Disney Cars**

Buy new: **$14.95**

In Stock

16.

**Pla** · **Twist 'n Click Straw Cup 9 OZ:**

17.

**Pla** wn Cup Insulated & Spill-Proof Cup: Blue

18.

**Pla** p 10 oz 1 pk- colors may vary



LNC194013

**Construction Theme**
Buy new: **$7.99**
In Stock
⭐⭐⭐⭐⭐ (1)

**BPA Free**
Buy new: **$14.95**
In Stock
⭐⭐⭐⭐⭐ (1)

Buy new: **$14.95**
In Stock
⭐⭐⭐⭐⭐ (1)

19.



**Pla** wl & **Plate**
Buy new: **$12.95**
2 Used & new from $7.49
In Stock

20.



**Pla** Twist **'n Click Spout Cup 9 OZ: Farm Animal Theme**
Buy new: **$4.09**
In Stock

21.

**Pla** n Cup **Insulated & Spill-Proof Cup: Red**
Buy new: **$14.95**
In Stock
⭐⭐⭐⭐☆ (6)

22.

**Playtex Sipster Cup 9 oz - 2 Pack**
More options available ▾
Buy new: **$10.99**
In Stock
⭐⭐⭐⭐☆ (recommended age: 12 - 36 Months

23.



**Playtex First Sipster Cup 7 oz. - 1 pk.**
Buy new: ~~$5.99~~ **$4.13**
3 Used & new from $3.99
In Stock
⭐☆☆☆☆ (2)

24.

**Playtex Baby Einstein 9oz. Insulated Straw Cup**
Buy new: **$10.95**
In Stock
⭐⭐⭐⭐☆ (4)

« Previous  |  **Page:**  **1**  2  |  Next »

---

**Search Feedback**

Did you find what you were looking for?  [ Yes ]  [ No ]

If you need help or have a question for Customer Service, please visit the Help Section.

A D V E R T I S E M E N T

LNC194014



Ad feedback

Search powered by A9

| Where's My Stuff? | Shipping & Returns | Need Help? |
|---|---|---|
| • Track your recent orders.<br>• View or change your orders in Your Account. | • See our shipping rates & policies.<br>• Return an item (here's our Returns Policy). | • Forgot your password?<br>• Buy gift cards.<br>• Visit our Help department. |

## Your Recent History  (What's this?)

**Continue shopping:** Customers with Similar Searches Purchased

Page 1 of 7

**You have no recently viewed items.**

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

Look to the right column to find helpful suggestions for your shopping session.





Avent Translucent Pacifiers, Clear Newborn
★★★★☆ (8) $4.49



Born Free Trainer Cup Colors Vary
★★★★☆ (44) $10.99



RaZ-Berry Silicone Teether
★★★★☆ (129) $5.99



The First Years Newborn Soothie Pacifiers, 2-Pack
★★★★☆ (40) $3.95

**Recent Searches**

sippy (Baby), comb (Baby), pacifier (Baby)

› **View & Edit Your Browsing History**

**amazon**.com®    Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Business Programs:  Sell on Amazon  |  Build an eCommerce Site  |  Advertise With Us  |  Developer Services  |  Self-Publish with Us

Help  |  View Cart  |  Your Account  |  1-Click Settings

Investor Relations  |  Press Releases  |  Careers at Amazon  |  Join Associates  |  Join Advantage

Conditions of Use | Privacy Notice © 1996-2009, Amazon.com, Inc. or its affiliates



My Account    Wish List    Email Signup    Shopping Cart: 0 items

Search

**Category**    **Shop by Brand**    **Clearance**

Home > Category > Feeding > Solid Feeding > Cups

**Gender**

Boys

Girls

**Brand**

Avent

Baby Einstein

Boon

Disney

Dr. Browns

Gerber

[+]

**Character/Theme**

Baby Einstein

Backyardigans

Dora the Explorer

Go Diego Go!

Little Einsteins

Mickey Mouse

[+]

**Price**

Under $10.00

$10.01 - $20.00

Sort by:  Price - Low to High

Show:  96 products per page



**3-Pack Snack Trap**

Spend $25 or more and SAVE
$5 on your purchase!

**Price: $10.99**



**Nuby BPA Free Flip-n-
Sip Straw Cup - 8 oz**

Spend $25 or more and SAVE
$5 on your purchase!

**Price: $4.99**



**The First Years Take &
Toss Portion Snack
Cups - 6 Pack**

Spend $25 or more and SAVE
$5 on your purchase!

**Price: $3.49**



**Philips AVENT 2 Pack
7oz Magic Trainer Cup**

Spend $25 or more and SAVE
$5 on your purchase!

**Price: $7.49**



**Nuby BPA Leak
Resistant Cup - 7 oz**

Spend $25 or more and SAVE
$5 on your purchase!

**Price: $4.99**



**The First Years BPA
Free Straw Cup**

Spend $25 or more and SAVE
$5 on your purchase!

**Price: $4.99**



**Dr. Brown BPA Free
Training Cup - Blue**

List Price: $6.00
**Our Price: $5.94**



**The First Years 2Pk
BPA Free Insulated
Cups - Tigger & Pooh**

Spend $25 or more and SAVE
$5 on your purchase!

List Price: $7.99
**Our Price: $6.39**



**The First Years
Mealmates BPA Free
2Pk Soft Spout Cup - 10
oz.**



**The First Years Mickey
Mouse 2 Pk Insulated
Sippy Cup**

Spend $25 or more and SAVE
$5 on your purchase!



**Little Einsteins - 2 Pack
Spout - 9 Ounce**

Spend $25 or more and SAVE
$5 on your purchase!

**Price: $7.99**



**Playtex BPA Free
Insulator Straw Cup 9
oz - 2 Pack**

Spend $25 or more and SAVE
$5 on your purchase!

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $6.99**

**Price: $7.99**

**Price: $8.49**







**The Backyardigans 10 Oz Straw Cups - 2 Pack**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $8.99**

**3-Pack Snack Trap - Girl**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $10.99**

**Thermos Leak Proof Stainless Steel Straw Bottle - 12 oz.**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $14.99**









**The First Years Stack N Count Cups**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $3.99**

**Avent BPA Free Animal Magic Cup - 9 oz.**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $4.99**

**Avent BPA Free Animal Magic Cup - 7 oz.**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $4.99**

**The First Years Mealmates BPA Free 2 Handle Cup - Green 7 oz.**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $4.99**









**Philips AVENT BPA Free 7 oz Magic Trainer Cup**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $4.99**

**Boon Fluid - No-spill Toddler Cup - Pink**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $5.39**

**Playtex Baby Einstein Spill Proof Straw Cup - 9Oz**

**Spend $25 or more and SAVE $5 on your purchase!**

**Price: $5.49**

**Dr. Brown BPA Free Training Cup - Clear**

**Spend $25 or more and SAVE $5 on your purchase!**

~~List Price: $6.99~~
**Our Price: $5.94**

LNC194023

Case 1:08-cv-04457-DC     Document 97-8     Filed 07/16/2009     Page 21 of 28



**Dr. Brown BPA Free Training Cup - Pink**

Spend $25 or more and SAVE $5 on your purchase!

List Price: $6.99
**Our Price: $5.94**



**Avent BPA Free Animal Magic Sport Cup - 12oz.**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $5.99**



**Philips AVENT Powder Formula Dispenser & Snack Cup**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $5.99**



**Avent BPA Free Insulated Cup - 9 oz.**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $6.99**



**DC Superfriends 10 oz. Insulated Straw Cup**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $6.99**



**Munchkin Snack Catcher BPA Free - 2 Pack**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $7.49**



**Playtex 2 Pack The First Sipster Trainers Pack 7 oz.**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $7.49**



**Nuby BPA Free Insulated No-Spill Flip-it 2 Pack 9 oz. - Jump Rope/Bugs**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $7.99**



**The First Years BPA Free Disney Princess 2 Pack Cups - 9Oz**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $7.99**



**The First Years BPA Free 2 Pack Car Insulator Cups**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $7.99**



**Gerber BPA Free 2Pk Fun Grip Cups - 7 oz.**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $7.99**



**Playtex BPA Free Lil Gripper Straw Cup 9 oz.**

Spend $25 or more and SAVE $5 on your purchase!

**Price: $7.99**









LNC194024

Case 1:08-cv-04457-DC    Document 97-8    Filed 07/16/2009    Page 22 of 28



**Gerber BPA Free 2 Pk 10 Oz Sip & Smile Cups**

Spend $25 or more and SAVE $5 on your purchase!

Price: $7.99



**The First Years Minnie Mouse 2 Pk Insulated Sippy Cup**

Spend $25 or more and SAVE $5 on your purchase!

Price: $7.99



**The First Years Thomas The Tank Insulated Cups - 2 Pack**

Spend $25 or more and SAVE $5 on your purchase!

Price: $7.99



**The First Years Sesame Street Insulator Cups - 2 Pack**

Spend $25 or more and SAVE $5 on your purchase!

Price: $7.99



**Gerber Sip n Smile Trainer Cup - 2 Pack**

Spend $25 or more and SAVE $5 on your purchase!

Price: $8.69



**Thinkbaby Sippy Cup**

Spend $25 or more and SAVE $5 on your purchase!

Price: $8.99



**Go Diego Go! Straw Cups - 2 PK**

List Price: $9.99
Our Price: $8.99



**Philips AVENT BPA Free 2-Pack 9-oz Magic Trainer Cup**

Spend $25 or more and SAVE $5 on your purchase!

Price: $8.99

**2-Pack 10-oz Dora the Explorer Straw Cups**

Spend $25 or more and SAVE $5 on your purchase!

Price: $8.99

**Thermos Leak Proof Straw Bottle - Pink 12Oz**

Spend $25 or more and SAVE $5 on your purchase!

Price: $14.99

**Thermos Leak Proof Sippy Cup with Handles - Pink 7Oz**

Spend $25 or more and SAVE $5 on your purchase!

Price: $14.99

**Thermos Leak Proof Sippy Cup With Handles - 7 oz.**

Spend $25 or more and SAVE $5 on your purchase!

Price: $14.99

LNC194025



sign in | my account | registry & wishlist | about babyearth | support | shopping cart 🛒

**baby**earth

**1-888-TOT-BUYS**
(888-868-2897)

Free Shipping - Orders Over $99

Search [          ] GO

BBB ACCREDITED BUSINESS | MasterCard | VISA | DISCOVER | AMERICAN EXPRESS

| Gear | Nursery | Eco-Friendly | Clothing | Bath | Feeding | Health | Safety | Playtime | Learning | Gifts | Clearance |

Home » Baby Feeding » Sippy Cups



sippy cups

### Don't cry over spilled milk.

Transition baby from bottle to big kid cup with our huge selection of **Sippy Cups** from names like Gerber, Nuby, Playtex and Dr. Brown's. We also carry BPA-free **Sippy Cups** and water bottles by names like ThinkBaby, Born Free, Kleen Kanteen and SIGG. Your kiddo may be a picky eater, but with so many styles to choose from, you won't hear any complaints.

### Check out more info on Sippy Cups

**Refine your search by:**

Brands

- Always Learning (3)
- Avent (8)
- Boon (1)
- Born Free (7)
- Built NY (1)
- Dr. Brown's (2)
- Gerber (8)
- Klean Kanteen (12)
- Mommy's Helper (1)
- **Show more »**

- Eco-Friendly
  - BPA Free (44)
  - Phthalate Free (3)
  - PVC Free (2)
  - Eco-Conscious (13)

- Type
  - 6 & 7 oz. (11)
  - 8 & 9 oz. (1)
  - 9 & 10 oz. (19)
  - More than 10 oz. (10)
  - Accessories (6)
  - Feeding Accessories (2)
  - Replacement Parts (17)
  - Spouts & Valves (10)

- Origin
  - USA (2)
  - China (32)
  - England (9)
  - Israel (5)
  - Taiwan (1)

**Tell a Friend**

[ Tell A Friend ]

Tell someone you know about this site!

**Find a Registry or Wishlist**

First Name
[                    ]

Last Name
[                    ]

**SEARCH »**

Shopping Cart

Sort by: Product Name A to Z

Displaying 1 to 63 (of 63 products)

Result Pages: 1  2  3  4  5 ...  Next >  All







**10oz Coolster Tumbler - Print Colors**
by Playtex
$4.95
Multiple Colors

**7 oz First Sipster Cup - 2pk**
by Playtex
$7.95
Multiple Colors

**9 oz Insulator Spill-Proof Cup - 2pk**
by Playtex
$7.95
Multiple Colors

**Always Learning Feeding Gift Set**
by Always Learning
$49.95 $34.97
Multiple Colors



**Avent Magic Cup - 9oz. 2pk**
by Avent
$7.49
Multiple Colors



**Avent Magic Cup Soft Spouts - 6m+**
by Avent
$4.49



**Avent Magic Cup Super Sport Cup Spouts**
by Avent
$3.95



**Avent Magic Cup Toddler Hard Spouts**
by Avent
$4.49



LNC194034

Case 1:08-cv-04457-DC    Document 97-8    Filed 07/16/2009    Page 24 of 28

0 items

Orders over $99.00 ship FREE!

**Avent Magic Super Sport Cup - 12oz.**
by Avent
$4.79
Multiple Colors



**Avent Magic Trainer Cup w/ Handles - 7oz. 2pk**
by Avent
$7.49
Multiple Colors



**Avent Magic Trainer Cup w/ Handles - 9oz. 2pk**
by Avent
$8.95
Multiple Colors



**Avent Magic Trainer Handles**
by Avent
$4.29
Multiple Colors



**Born Free Stainless Steel Bottle - 12oz**
by Born Free
$15.99



**Born Free Stainless Steel Bottle - 9oz**
by Born Free
$14.99

**BornFree Drinking Cup - 9oz**
by Born Free
$10.99
Multiple Colors



**BornFree Drinking Cup Spouts - 2pk**
by Born Free
$6.99
Multiple Colors



**BornFree Handles - 2pk**
by Born Free
$6.99
Multiple Colors



**BornFree Trainer Cup - 7oz**
by Born Free
$9.99
Multiple Colors



**BornFree Trainer Cup Spouts - 2pk**
by Born Free
$6.99
Multiple Colors



**Built NY Thirsty Insulated Bottle Tote**
by Built NY
$8.95
Multiple Colors



**Cool Twisties Cup - 9 oz**
by Gerber
$3.95
Multiple Styles



**Cupsicle Insulated Big Kid Cups - 2pk**
by Munchkin
$9.95
Multiple Colors



**Dr. Brown's Polypropylene Training Cup**
by Dr. Brown's
$5.95
Multiple Colors



**Dr. Brown's Training Cup Replacement Valve**
by Dr. Brown's
$4.49



LNC194035

**Fluid - No-spill Toddler Cup**
by Boon
$5.99
Multiple Colors



**Foogo Leak-Proof Sippy Cup - 7 oz**
by Thermos
$14.95
Multiple Colors



**Foogo Leak-Proof Sippy Cup w/ Handles - 7 oz**
by Thermos
$14.95
Multiple Colors



**Foogo Leak-Proof Straw Bottle - 12 oz**
by Thermos
$14.95
Multiple Colors



**Fun Grips 10-oz Color Change Cups**
by Gerber
$7.95
Multiple Colors



**Fun Grips 7-oz Color Change Cups**
by Gerber
$6.95
Multiple Colors



**Gerber Replacement Valves**
by Gerber
$2.95



**Kid Kanteen Stainless Steel Bottle - 18oz**
by Klean Kanteen
$16.45
Multiple Styles



**Klean Kanteen Flat Cap**
by Klean Kanteen
$3.49



**Klean Kanteen Kolor Bottle - 12oz**
by Klean Kanteen
$15.95
Multiple Colors



**Klean Kanteen Kolor Bottle - 18oz**
by Klean Kanteen
$16.95
Multiple Colors



**Klean Kanteen Loop Cap**
by Klean Kanteen
$3.49



**Klean Kanteen Sippy Adapter**
by Klean Kanteen
$3.49



**Klean Kanteen Sippy Spout**
by Klean Kanteen
$4.49



**Klean Kanteen Sports Cap**
by Klean Kanteen
$3.49



**Klean Kanteen Stainless Flat Cap**
by Klean Kanteen
$5.95



**Klean Kanteen Stainless Loop Cap**
by Klean Kanteen
$5.95

**Klean Kanteen Stainless Steel Bottle - 12oz**
by Klean Kanteen
$14.95

**Klean Kanteen Stainless Steel Sippy Cup - 12oz**
by Klean Kanteen
$17.95

**Munchkin Replacement Straws - 2pk**
by Munchkin
$2.95

LNC194036

Case 1:08-cv-04457-DC    Document 97-8    Filed 07/16/2009    Page 26 of 28



**thinkbaby Trainer Cup - 9oz**
by thinkbaby
$8.99

**Trainer Cup**
by Always Learning
$9.95
Multiple Colors

**Training Beaker**
by Always Learning
$9.95
Multiple Colors

Displaying **1** to **63** (of **63** products)

Result Pages:   1  2  3  4  5  ...  Next >  All

Case 1:08-cv-04457-DC       Document 97-8       Filed 07/16/2009       Page 27 of 28






Aqua Bottle by iplay®, BPA Free
$6.99

Munchkin 10-Ounce Diego Cup with Straw
$6.99

Munchkin Dora the Explorer 10-Ounce Insulated Straw Cup
$6.49

iplay® Aqua Sports Bottle, BPA Free
$4.99

BPA Free

BPA Free






Mickey Mouse Take & Toss 10-Ounce Straw Cup (3 Pack)
$4.99

Disney Ariel 10-Ounce Straw Cups (3 Pack)
$4.99

Thomas & Friends 10-Ounce Straw Cup (3 Pack)
$4.99

Learning Curve™ Sesame Street Adjustable Juice Box Holder
$4.99






Learning Curve™ Disney Princesses Adjustable Juice Box Holder
$4.99

Avent® Non-Spill Toddler Spouts (Set of 2), BPA Free
$4.79

Avent® Super Sport Spouts (Set of 2), BPA Free
$4.49

Sprout Spout® Spill-Proof Container Cap
$3.99

BPA Free

BPA Free






The Snack-Trap®

Playtex® Baby

Travel Lite Sippin'

Fun Grips®

LNC194054

# amazon.com

**Hello.** Sign in to get personalized recommendations. New customer? Start here.     **Earth Day Savings: Pro-Planet & Wallet-Wise** 🛒

| Your Amazon.com ▼ | Today's Deals ▼ | Gifts & Wish Lists ▼ | Gift Cards ▼ | | Your Account | Help |

**Shop All Departments** ▼     **Search** | Feeding | sports sippy | **GO** | 🛒 **Cart** | **Your Lists** ▼

**Baby**

| Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials |

👶 **Do You Have a Baby Registry?**
Create, update or add to a baby registry on Amazon.com today.

**Baby Products** › **Feeding** › **"sports sippy"**

Showing 14 Results     Sort by Relevance

---

**Department**
‹ Any Department
‹ Baby Products
**Feeding**
  Solid Feeding (12)
  Pacifiers (2)

**Shipping Option** (What's this?)
Any Shipping Option
✓Prime Eligible (2)
Free Super Saver Shipping (2)

**Brand**
Any Brand
Avent Naturally (1)
PLAYTEX (1)
Avent (1)
Klean Kanteen (1)
Playtex (1)
I.D. Gear (1)
North East Sports Merchandise (2)
› See more...

**Avg. Customer Review**
Any Avg. Customer Review
★★★★☆ & Up (3)
★★★☆☆ & Up (6)
★★☆☆☆ & Up (7)
★☆☆☆☆ & Up (7)

**Seller**
Any Seller
16th Avenue Pharmacy Inc. (5)
1LAP2GO (3)
Drugstore.com (3)
BabyEarth (2)
iSave (2)
North East Sports Merchandise (2)
Price-Break (2)
› See more...

**Discount**
Any Discount
Up to 25% off (5)
25% - 50% off (2)

**Availability**
☐ Include Out of Stock

---

1.

Pl                    ppy
**Cup - 9 oz.**
Buy new: **$8.29**
2 Used & new from $8.29
In Stock
★★★☆☆ (2) PLAYTEX items

2.

A                    p
**Spouts**
Buy new: **$4.95**
14 Used & new from $1.99
Get it by **Wednesday, April 22** if you order in the next **3 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (3) Avent Naturally items

3.

A                    Cup
**"Colors may Vary"**
Buy new: ~~$5.99~~ **$5.95**
9 Used & new from $3.99
Get it by **Wednesday, April 22** if you order in the next **3 hours** and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.
★★★★☆ (2) Avent items

4.

Si
Buy new: **$5.65**
9 Used & new from $2.99
In Stock
★★★☆☆ mmended age: 12 - 36 Months
› Show only Klean Kanteen items

5.

I.I                    ppy
**Cup: Sports**
Buy new: **$7.99**
In Stock
› Show only I.D. Gear items

6.

Da                    ck 10
**oz Sippy Cups**
Buy new: ~~$6.49~~ **$4.97**
2 Used & new from $4.97
In Stock
› Show only North East Sports Merchandise items

7.

Pl                    r

8.

Da                    ck 10

9.

N                    9