Document 97-9 Filed











<mark>cv-04457-DC   Document 97-9   Filed 07/16/2009   Pa</mark>





