```
                                                              1
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK


LUV N' CARE, LTD. and           )
ADMAR INTERNATIONAL,            )
INC.,                           )
              Plaintiffs,       )
      -vs-                      ) Case No.
WALGREEN CO. and KMART          ) 08 CIV 4457 (DC)
CORP.,                          )
              Defendants.       )
```

   The 30(b)(6) videotaped deposition of WALGREEN COMPANY by JEFFREY TODD KRUCKMAN, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before NANCY A. GUIDOLIN, CSR No. 84-2531, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, at Walgreen Co., 102 Wilmot Road, 5th Floor, Deerfield, Illinois, on the 13th day of May, A.D. 2009, commencing at 4:49 p.m.

```
                                                                96
 1        Q.    Okay.  With reference to Exhibit 9, what
 2   product displayed in Exhibit 9 is WIC NBR 582399?
 3        MR. CHAPMAN:   Objection to form.
 4        MR. GALE:   What number did you say?
 5        MR. COHEN:   I said 582399.
 6   BY THE WITNESS:
 7        A.    Based on the image it appears to be
 8   582399 in that image.
 9   BY MR. COHEN:
10        Q.    Which image?  Could you tell me what
11   image that you are referring to.
12        A.    Exhibit 9 -- I am sorry.  Exhibit 8.  I
13   am sorry.
14        Q.    I am referring to Exhibit 9.
15        A.    What is Exhibit 9?
16        Q.    It's the Complaint.
17        A.    Did I lose one?
18        MR. GALE:   Let's see.  I may have copped it.
19   BY THE WITNESS:
20        A.    582399 appears to be in Exhibit C.
21   BY MR. COHEN:
22        Q.    Is it the product on the left or the
23   product on the right?
24        A.    I can't be sure.
```