| | |
|---|---|
| **From:** | Wanda Ryder [IMCEAEX-_O=LUV+20N+27+20CARE+2C+20LTD+2E_OU=CONTROL_CN=RECIPIENTS_CN=WANDA@luvncare.com] |
| **Sent:** | Thursday, October 30, 2003 11:37 AM |
| **To:** | Joy Carlson; Nathan Shamosh |
| **Subject:** | FW: Nuby sippping cups |

-----Original Message-----
**From:** Sally Joe [mailto:sallyj@cadence.com]
**Sent:** Thursday, October 30, 2003 9:33 AM
**To:** mail@luvncare.com
**Subject:** Nuby sippping cups

I had purchased some Nuby sipping cups from a local Wal-Mart here in Milpitas, Ca a month ago. My daughter really took to the cups so I wanted to purchase more. And my friends would like to purchase some as well. The Wal-Mart is no longer carrying them and I can't seem to find them in any other stores. Can you tell me where I can purchase them? I'm willing to travel a 50 mile radius within the San Francisco – San Jose area. Or can I mail order them? I wasn't able to locate them on your web site.

Sally C. Joe
HR Business Partner
Cadence Design Systems, Inc.
Voice: 408-428-5067
Email: Sallyj@cadence.com
www.cadence.com

CONFIDENTIAL
- FOR ATTORNEYS' EYES ONLY -
LNC000997

| | |
|---|---|
| **From:** | Wanda Ryder [IMCEAEX-_O=LUV+20N+27+20CARE+2C+20LTD+2E_OU=CONTROL_CN=RECIPIENTS_CN=WANDA@luvncare.com] |
| **Sent:** | Wednesday, September 03, 2003 10:46 AM |
| **To:** | Joy Carlson; Scott Carlson; Nathan Shamosh |
| **Subject:** | FW: No Valve Gripper Cup |

-----Original Message-----
**From:** Stephen Baker [mailto:kgbaker@bellsouth.net]
**Sent:** Wednesday, September 03, 2003 9:30 AM
**To:** mail@luvncare.com
**Subject:** Re: No Valve Gripper Cup

I purchased a Nuby valveless No-Spill Soft Spout Gripper Cup at Wal-Mart a few weeks ago, and I liked it a lot. I went back to the store and there were no more, and I can't find them anywhere. I can't even find them on your website (UPC 0-48526-91607-8.) Please advise me of where I may purchase more of these great cups.

Thank you,
Kathy Baker
Albany, GA

CONFIDENTIAL
- FOR ATTORNEYS' EYES ONLY -
LNC000986

| | |
|---|---|
| **From:** | Wanda Ryder [IMCEAEX-_O=LUV+20N+27+20CARE+2C+20LTD+2E_OU=CONTROL_CN=RECIPIENTS_CN=WANDA@luvncare.com] |
| **Sent:** | Wednesday, December 03, 2003 9:08 AM |
| **To:** | Joy Carlson; Nathan Shamosh |
| **Subject:** | FW: No-Spill Cup |

-----Original Message-----
**From:** Peggi Cortelli [mailto:peggisiouxc@msn.com]
**Sent:** Tuesday, December 02, 2003 11:03 PM
**To:** mail@luvncare.com
**Subject:** No-Spill Cup

To whom it may concern-

   I recently cleaned K-Mart in Dundas, Minnesota out of all their Nuby No-Spill Cup (with NEW valveless No-Spill Soft Silicone spout). I originally purchased one returned to pick-up another 2, and then again returned and bought the last 5 they had. I have one that remains unopen that bears the UPC# of 0-48526-00890-2. I have not found anywhere to purchase on-line nor have I found them in any other store including other K-Marts. The K-Mart in Dundas, has not received any more shipments nor can promise any more. I am interested in purchasing several more. If you can help me with this matter or have any information could you please e-mail me at peggisiouxc@msn.com

   Thank You for your time-
   Sincerely,  Peggi Cortelli

CONFIDENTIAL
- FOR ATTORNEYS' EYES ONLY -
LNC000990