# The Crib Sheet

*Mothers and More Chapter 230*

*December 2005 • Volume 1.1*

Emina, Nicole, Michael, Kristine, Matthew, Barry and Charlie at the Halloween Party

## Happy Holidays and Welcome

Welcome to the first newsletter of Mothers and More, Chapter 230.

When we were looking for a name for this newsletter, one suggestion was Choices. It was a great suggestion. Each and every member of Mothers and More has probably made, during the past year, 1000 choices. Some choices we make concern very small issues, some concern very large issues. All I know is that since I made the choice not to return to work, I have been extremely happy. Of course some of my happiness has to do with my lovely son Charlie, but a lot of my happiness also comes from my interaction with the members of Chapter 230.

So, to all the members, I say thank you and Happy Holidays!

Toby Linder
toby_linder@yahoo.com

## Opinions, Opinions and More Opinions

*Each edition of the newsletter will contain reviews of programs, products, toys, etc. Please contact Toby Linder if you have anything you'd like to review!*

### Product Review: The Nuby Sippy Cup

**Name:** Nuby **Manufacturer:** Luv'n Care

**Cost:** 3$ to 5$ **Available:** CVS, BuyBuyBaby (sometimes), Target

**What I love about the Nuby:** This is not your average sippy cup! My son refused to drink from sippy cups until Chapter 230 member Rachel told me about this cup. It has a soft spout, almost like a bottle nipple. Once my son learned to drink from this cup, he actually could drink from other cups as well. It changed my life!

**What I dislike about the Nuby:** Not much. However, there are no markings for ounces, and there is no cover for the spout. Also, it is sometimes hard to find.

-t. linder

## Upcoming Events

**Dec. 3: HOLIDAY PARTY. 2:00 p.m. – 4:00 p.m., Sunrise Assisted Living in Yonkers.**

**Dec. 9: Planning Meeting. 8:00 p.m., Laura P's.**

**Dec. 11: Movie Night Out! 6:00 p.m., United Artists, Yonkers.**

**Dec. 14: Open Playgroup. 11:00 a.m., Starbucks, Midway Shopping Center, Central Avenue.**

**Dec. 21: Cookie Swap. 2:30 p.m., Beth's.**

**Jan. 6: Planning Meeting, 8:00 p.m., location TBA.**

**Jan. 10: Story time at Starbucks. 11:00 a.m., at a Starbucks TBA.**

**Jan. 17: Open House, 10:00 a.m., Laura M's.**

**Jan. 20: Body Shop Event, 8:00 p.m., location TBA.**

**Jan. 25: Cuban Cooking Demo. 2:30, Beth's.**

If you are looking for more information about Mothers and More, please see our website at www.mothersandmore.freehomepage.com.

If you are interested in joining Mothers and More, please contact Laura at lepierson@gmail.com.

Click here to print or select **File** then **Print** from your browser. Close Window

# Product Review: Nuby Spill Proof Sipper or Sippy Cups

By **Lyn Lomasi**

If you have ever been to a Wal-Mart, you might be familiar with the Nuby brand sipper cups that are usually in a large display somewhere near the baby aisle. Here's my opinion on these very popular cups that seem to run out as fast as water at many Wal-Mart locations. I have personally visited a Wal-Mart and seen the huge bin full, only to return the very next day and see it almost empty.

Firstly, before I tell you what I think on these cups, you'll need to know a small bit of history on two of the children I tested them on.

I happen to have two mischievous little munchkins who used to enjoy tipping their sipper cups upside down and shaking them vigorously until something would come out. If that didn't work, they'd squeeze, remove whatever straw might have come with it, bang the cup to knock out the spill-proof insert, or do whatever else it took to get their sippy cups to leak.

Having gone through numerous expensive sippy cups to find one they couldn't get to leak, I ran out of options, except the then 88 cent Nuby cups at Wal-Mart. I believe they are 99 cents now, but as prices always go up and down at Wal-Mart, I can't be certain. Anyhow, I said to myself "Anything's worth a try at this point" and I tossed two colors of the 9 ounce sipper cups for each child into the basket, plus a few extra for some children I babysat for at the time.

While we were in the Wal-Mart Supercenter, the children had already begun to examine these cups, as if they were already attempting to discover how they could get them to leak. I sighed, thinking all just might be lost for us in spill-proof department. We finished our shopping, checked out and headed home.

As soon as we got home, I sterilized all the parts to all of the sippy cups, during and after putting away the groceries. I like to soak any new dishes in extremely hot, soapy water, with vinegar added to kill any germs that may be lurking. Then, I clean them thoroughly and air dry them.

So, now that the cups were sterilized and clean, the then baby and toddler wanted to use them right away. I gave them water for the first trial in case the cups happened to leak. The cups come with a hard plastic insert that goes into the nozzle of the lid. Since other cups like this had banged loose previously, I wasn't so sure this was my solution, but it was all I had left.

They both willingly drank the water. They also shook, banged, tipped, and even spun the cups around. Guess what? To their surprise, and my shock, the cups didn't leak. Day after day, they attempted to make them leak, but to my delight, I had finally outsmarted them; and to think it was the cheapest option of all that worked. Eventually they figured out it just wasn't going to happen.

As for the kids I babysat for, they couldn't make the cups spill either. Although I will admit that they weren't quite as adamant about trying to spill them as my kids seemed to be.

After that, we stocked up on those, but I will say that they never wore out like other cups seemed to, so we actually ended up giving some to a friend when we moved out of state and the ones we kept are still as sturdy as ever and still not leaking. Sometimes we use the dishwasher to clean them and sometimes we wash them out by hand. Either way, they hold up well.

I give these cups a solid 5 out of 5 and will even go so far as to say that if their price was competitive with other brands, I'd still purchase them again and plan to use them when I open my early learning center.

---

2009 © Associated Content, All rights reserved.
Privacy Policy | Terms of Use

Web Images Video Maps News Shopping Gmail more ▼ Sign in

nuby cup
Search Blogs Search the Web

Advanced Blog Search
Preferences

**Blog results**

Results **1** - **10** of about **3,528** for **nuby cup**. (**0.24** seconds)

**Browse Top Stories** New!

Published

Last hour
Last 12 hours
Last day
Past week
Past month
Anytime
Choose Dates

Subscribe:

Blogs Alerts
Atom | RSS

**Sorted by relevance** Sort by date

Friday Flashback: **Nuby**, The Best Sippy **Cup** — Baby Blog Addict
19 Jun 2009 by babyblogaddict
**nuby**-no-spill-spout If you are looking for the perfect sippy **cup** to transition your child off the bottle, look no further. The **Nuby** No-Spill™ Spout was recommended to me for my son and now I recommend it to all parents too. **...**
Baby Blog Addict - http://www.babyblogaddict.com/
[ More results from Baby Blog Addict ]

6 pack **Nuby** Sippy **Cups** 2/$4!!!! - SmartCanucks.ca Flyers, Deals Canada
14 Jun 2009 by mlongboat
The 6 pack **Nuby** Wash or Toss Sippy **cups** are on sale this week for 2 for $4 at Toys r Us. The come in 6 or 10 ounce! 12 **cups** for $4 is fantastic! And.
SmartCanucks.ca Flyers, Deals Canada - http://forum.smartcanucks.ca/
[ More results from SmartCanucks.ca Flyers, Deals Canada ]

Adventures in weaning, and a review of **Nuby**'s Spill Proof **Cup**
21 Jun 2009 by Jen
Let me just cut to the chase and say that we have not used a bottle since my son tried his **Nuby** sippy **cup** for the first time. I love this product for a variety of reasons. First, the spout is made from soft silicone, which is perfect **...**
Jen Spends - Quality doesn't have to cost you - http://www.jenspends.com/

Go, Diego Go! 10oz. Insulated Straw Cup
22 May 2009 by iblog
The Munchkin straw sippy **cup** is easy to clean and fast to re-assemble (as the other reviewer said, it's easy to reassemble if you pop off the straw cover per the included instructions). Some of the Munchkin **cups** leak around the lid **...**
Munchkin Baby Reviews - http://munchkinbaby-reviews.blogspot.com/

Worn jeans, Stride Rite shoes and **Nuby cup** | Mom's Journal
17 Dec 2008 by Erica
All signs point to Sophia growing up. Yesterday along with my bra shopping pleasure, I also bought Sophia her first pair of shoes with a more protective rubber.
Mom's Journal - http://www.momsjournal.org/ - References

**Nuby** Natural Touch Easy Flow **Cup** Review
27 Apr 2009 by Andrew, Siobhan & Team
**Nuby** Natural Touch Easy Flow **Cup** is a 240ml, BPA free sippy **cup** from **Nuby**. **Nuby** Natural Touch Easy Flow **Cup** features the amazing new Softflex technology, by **Nuby**, that essetially flexes to meet your baby's flow requirements. **...**
bpa free baby bottles,sippy cups,cutlery,dummies - http://babybottlesbpafree.blogspot.com/
[ More results from bpa free baby bottles,sippy cups,cutlery,dummies ]

The Great Sippy **Cup** Debate (And Contest!)
23 Jun 2009 by Lena!
Wondering what I'll do with all those extra **Nuby** Sippy **Cups**? I'll have a contest, of course! Below is what's up for grabs: 2 x No-Spill Twin Handled 1st **Cup**, 2 x No-Spill

**Sorted by relevance** Sort by date

Nuby Nospill Cup W Handles 10oz Red
20 Apr 2009
Nuby 10 oz No Spill Sippy Cup w Soft Silicone Spout by Luv N' Care Nuby 10 oz No Spill Sippy Cup w Soft Silicone Spout by Luv N' Care: Soft silicone[...] Continue reading.
Pryxaj - http://pryxaj.mine.nu/animal-wall-decor-birch-mouse.htm

Kaden trying out a Nuby **cup** for the first time.
22 Mar 2007 by Angie
Kaden trying out a Nuby **cup** for the first time.
Kyle and Kaden's Blog - http://kyleandkaden.blogspot.com/

Sippy **Cup** Germs!
7 Jun 2009 by Kay
name-label-**nuby**-sippy-cup100 Sippy **cups**, while super convenient, can also be full of germs. This is especially true if your child gets the wrong **cup**. While it is not fun to think about, it does happen in daycares and even in Church **...**
My Precious Kid» My Precious Kid Child... - http://www.mypreciouskid.com/blog/
[ More results from My Precious Kid» My Precious Kid Child... ]

Is My Baby Ready For A Training **Cup**?
5 Jun 2009 by Stephanie Liah
Ryan ada 3 jenis training **cup**,satu rubber pout and sippy valve Dr.Browns(without straw/lid),normal **cup** with 3 holes and the other one is a **Nuby** straw type.Semua anti-spills and comes with holder.These **cups** require a bit of sucking to **...**
Little Ryan Raffael Progress - http://ryanraffael.blogspot.com/

the latest on **nuby** and bpa-free **cups**
17 Apr 2008 by Angie
the most popular **nuby cup**. this **nuby** sippy **cup** will quickly become your child's favorite sippy **cup** if it hasn't already! replacement spouts are available from good for the kids. pressure sensitive vari-flo feature regulates fluid intake **...**
Good for the Kids - http://www.goodforthekids.com/blog/

? about the **nuby cup**
22 Jun 2006
forum: born in april 2004 posted by: jenniferm post time: 06-22-06 at 05:27 pm.
Yada, Yada, Yada - http://www.lets-yada-yada-yada.com/

**Nuby** Sippy **Cups** - where have you been all my parenting life **...**
31 Jan 2006 by Charlene Prince Birkeland
I'd heard about the **Nuby** Sippy **Cup** through comments posted when Beth Hoyt was looking for a perfect sippy **cup** for her babe. But I'd never seen one because they don't sell them in my area. When I was in Disneyland a mom sitting next to **...**
Blogging Baby - http://www.bloggingbaby.com/ - References
[ More results from Blogging Baby ]

The Latest on Nuby and BPA-Free Cups
17 Apr 2008 by Angie
The most popular Nuby **cup**. This Nuby sippy **cup** will quickly become your child's favorite sippy **cup** if it hasn't already! Replacement spouts are available from Good for the Kids. Pressure sensitive Vari-Flo feature regulates fluid intake **...**
Good for the Kids Blog - http://goodforthekids.wordpress.com/ - References

The Sippy Cup Saga
22 Apr 2009 by mommywiz
After conscientiously cutting up the packaging in hopes of saving a penguin or two, I took

apart the sippy **cup** and put it in the dish washer. When I pulled it back out, I couldn't put it back together. The spill proof spout is on the **...**
Mommy Wizdom's Review Blog - http://mommywiz.wordpress.com/ - References

very quick valve question on **nuby cup**
22 Feb 2007 by MamaG
ok so maybe i'm just really dumb, but on the **nuby cups** that do have valves. one side is a turtle for slow and one is a rabbit for fast. which way makes what happen? when i put it on the cap do i want to see the turtle for slow? or do i **...**
La Leche League Mother-to-Mother Forums - http://forums.llli.org/

Stay up to date on these results:

- Create an email alert for **nuby cup**
- Search Google News for **nuby cup** New!
- Add a blog search gadget for **nuby cup** to your Google homepage
- Subscribe to a blog search feed for **nuby cup** in Google Reader




Result Page: **Previous** 1 2 3 4 5 **6** 7 8 9 10 11 12 13 14 15 **Next**

Page break by AutoPager. Page( 7 ).

**Browse Top Stories** New!

Published

Last hour
Last 12 hours
Last day
Past week
Past month
Anytime
Choose Dates

Subscribe:

Blogs Alerts
Atom | RSS

**Sorted by relevance** Sort by date

BPA, PVC and Phthalate Free Nuby Baby Product Guide
29 Sep 2008 by valdathem5014
Are you worried about that Nuby **cup** your baby is drinking from? Take a 150 Grocery Household Coupons Many 1 00 Off to review the following list of safe Nuby options before you throw it out in a panic. Nuby's naming system Air Compressor **...**
valdathem - http://acms.edu.my/blog/valdathem5014 - References

Chase'n Our Dreams: "**Nuby**" Favorites
13 Mar 2009 by Lindsay
I too love the **Nuby** products. Their sippy **cups** are what Dallas prefers to use. I also have the spoon and fork set...we have the orange/yellow and blue/green sets! I will definitely look into the straw **cups** when Dallas is ready for that **...**
Chase'n Our Dreams - http://chasenourdreams.blogspot.com/

bpa, pvc and phthalate free **nuby** baby product guide
23 Aug 2008 by ottawaautotrader6251
are you worried about that **nuby cup** your baby is drinking from? take a minute to review the following list of safe **nuby** options before you throw it out in a panic. **nuby**'s naming system can be confusing, but educating yourself on what's **...**
ottawaautotrader - http://ipgreek.com/ottawaautotrader6251/ - References

Playskool Toddler Flip Top **Cup** Review | Mom Reviews
15 Apr 2007 by ajcebay
The **Nuby cups** (Target, Babies R Us) definitely have problems with leaking. The Playskool **cups** have been much better. We have to cut the straws to discourage a toungue thrust and you can't do that with a **Nuby cup**. **...**
Mom Reviews - http://www.amomsreview.com/ - References

arow97 says "Good for teaching baby sippee **cup** essentials." about **...**
28 Apr 2009 by arow97

Subscribe:

Blogs Alerts

Atom | RSS

babies delight check out. NEW **Nuby** No Spill Replacement Valves (FREE **...**
Cxg - http://cxg.babycentral.dyndns.org/

2 Handle 8oz. **Cup** with Flip-It Straw Top, Neutral Colors
2 Jun 2009 by Avedis
**Cup** with Flip-It Straw Top, Neutral Colors Manufacturer: **Nuby** Features: Built-in Valve; No-Spill; Easy Grip Design. Features the **Nuby** No-Spill Design to prevent spills and reduce leaks; Built-in Valve that eliminates extra pieces to **...**
Solid Feeding - http://oledfiideng.blogspot.com/

sippy **cup** battle mommy and i have been having a ...
12 Dec 2005 by mikayla
we have tried the gerber transition **cup** and the avent transition **cup**. the throw away **cups** and the juicy juice **cup**. i scream when i see all of them. then someone suggested the **nuby cup** found at wal-mart. so mommy went to wal-mart and **...**
life from my view - http://1221sweetbabygirl.blogspot.com/

BPA free-dom!!! | Van Erwin
27 Apr 2008 by Dianne Young Erwin
**...** Mighty Grip Flip Straw **Cup**, Mighty Grip Trainer **Cup**, licensed character Sports Bottles, Re-usable Straw **Cups**, Re-usable Spill-proof **Cups**; **Nuby**: No-Spill Sports Sipper, Insulated Soft Silicone Spout **Cup**, Soft Spout Easy Grip **Cup**, **...**
VAN - http://www.vanerwin.com/
[ More results from VAN ]

BPA FREE Munchkin Sippy : Green and Clean Mom ™
6 Aug 2008 by admin
i just got a **nuby** sippy **cup**, but i cant figure out if its bpa free or not! LOVEit when they make it simple and write it on the package!!! sarah bs last blog post..Its August Already!!! Betty says: August 10, 2008 at 7:22 am **...**
Green and Clean Mom (TM) - http://www.greenandcleanmom.org/ - References
[ More results from Green and Clean Mom (TM) ]

Nuby No-Spill Gripper Cup
14 Jul 2008 by admin
But since handing an seven month old a glass to drink from isn't going to happen in our house…we've decided that it's time to introduce the sippy **cup**. And since I've gone all BPA-free crazy, I did a ton of research on all the different **...**
Natural Nuggets - http://naturalnuggets.net/ - References

Stepped on a Lego: If These Boobs Could Talk
4 Jun 2009 by Ashley
They'll do anything for the sweet stuff! LOL Also the soft top **Nuby cups** were all three of my kids' favorite first sippy **cups**. I think they are the easiest to drink from because even if they just bite down on them, milk comes out. **...**
Stepped on a Lego - http://steppedonalego.blogspot.com/

**Nuby** Gripper **Cup**
30 Jul 2008
Compare the best price on **Nuby** Gripper **Cup** and on other Baby Care from Consumer Guide and HowStuffWorks.
Yoohy List - http://yoohy-list.ftphost.net/kushies-beanstax.php - References

The Things You Can't Anticipate | Got Crazy Twins
26 Apr 2009 by admin
Mine is 21 months and STILL won't drink from a regular sippy **cup**. No matter what. Our saving grace was the **Nuby** straw sippies (a soft straw like a bottle nipple) with the two



nuby cup - Google Blog Search http://blogsearch.google.com/blogsearch?hl=en&ie=UTF-8&q=nuby+cup...

Result Page: Previous 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 Next

Page break by AutoPager. Page( 23 ).

Browse Top Stories New!

Published

Last hour
Last 12 hours
Last day
Past week
Past month
Anytime
Choose Dates

Subscribe:

Blogs Alerts

Atom | RSS

Sorted by relevance Sort by date

The Boy's Favorite Sippy Cup
26 Mar 2008 by admin
Of all the sippy **cups** we've tried, and there have been many, the Nuby **cups** with the silicone top and spout and the cap are by far the best. The only drawback is that the spouts tend to leak if they're thrown on the floor. **...**
www.mamatypes.com - http://mamatypes.com/
[ More results from www.mamatypes.com ]

2 Handle **Cup** w/ TPE on Handles and Fat Flip-it Straw Top
22 Jul 2008
Your little one will find the transition from bottle to **cup** easy with **Nuby cup**'s unique contour shape, designed to fit their small hands. The soft sipper straw is protected from contamination by a uniquely designed and easy-to-use flip **...**
Nursery Decor Shop - http://nursery-decor.babiesshop.net/

2 Handle 8oz. Cup with Flip-It Straw Top, Boy Colors
30 Mar 2009 by admin
2 Handle 8oz. Cup with Flip-It Straw Top, Boy Colors Features the Nuby No-Spill Design to prevent spills and reduce leaks; Built-in Valve that eliminates extra pieces to wash; Vari-Flo Valve allows child to control liquid's flow rate; **...**
The Best Baby - http://www.thebestbaby.biz/

Nospill Cup
18 Mar 2009
The Nuby No-Spill Cup features the Dual-floTM valve that can be adjusted to.
Gowjebhith - http://gowjebhith.ods.org/evo-dry-ferret-food-66-lbs.htm

5 Must Have Products for Your 9 Month Old | Vanilla Joy
16 May 2008 by vanillajoy
**Nuby** makes these bottles that are insulated and actually leak proof. They are pretty solid also - they have withstood being thrown on the ground several times a day for months now. Leak proof and heavy duty - my kind of sippy **cup**! **...**
Vanilla Joy - http://www.vanillajoy.com/ - References

Nuby No-spill Dualflo Valve
16 Feb 2009 by Lil Ray
Enough of dripping water with my Avent Magic **cup**; both in childcare & at home... Teachers started to complain as well as Daddy. Probably is the way I handle the "**cup**" as I either invert it or I decided to drip water into another **cup** to **...**
♥ συr вaвy ···· συr яαy ····... - http://lilpreciousray.blogspot.com/

BPA free sippy **cup** update
9 Jun 2008 by Selena
Both only have the spout, ring, handle and **cup** and both do not leak. However the handle on the Grow Pure sippy sticks a little so you have to jimmy it on to fit right. And, I guess I just like the look of the Thinkbaby sippy a little **...**
Simplify Life - http://simplifyhomesolutions.blogspot.com/

36 of 83 6/29/2009 1:52 AM

Sippy Cup Showdown
20 May 2008 by Cloud
So I went back to the store and bought yet another type of **cup**. This one (the Nuby) has a soft sippy spout. I sent her first "bottle" in it today, and she drank it all. And then she drank another couple of ounces from the **cup** later in **...**
Wandering Scientist - http://wandsci.blogspot.com/

No Good Nuby
7 Feb 2007 by Frugal Mom
One fast drop from the highchair to the floor from my 10 month old son resulted in a crack all the way up the **cup**. (I should have taken a picture of it) It didn't seem as funny when it happened, but the crack really wasn't very **...**
Everyday Happenings of a Frugal Mom - http://everydayhappeningsofafrugalmom.blogspot.com/

Place 4 Mommies: Cheat Sheet for BPA free Bottles, Teethers **...**
3 Feb 2008 by Jessica
The Soft Landing Blog also has a great list of **Nuby** BPA Free products. Becareful though because some of the **Nuby cups** have PBA in the lids. *This list contains the BPA Free products that I am aware of. If there is a product not on here, **...**
Place 4 Mommies - http://place4mommies.blogspot.com/
[ More results from Place 4 Mommies ]

sippy **cup** run
4 Mar 2007
today we found out that while gabriel doesn't like his regular sippy **cup** for anything other than dumping stuff out all over everything, he does seem to like (and use) the **nuby** one we got him that has a straw. he actually drank an entire **...**
Random Acts of Weirdness - http://journalscape.com/Firewolf/

teensygreen » Blog Archive » BPA-Free Sippy Saga Giveaway!
26 Jun 2008 by admin
This is a great way to test out four wonderful, all safe, sippy **cups** - right now, the sampler includes one Foogo insulated stainless **cup**; one **Nuby** easy-grip sippy with silicone spout; a Think Baby training **cup** with chunky handles; **...**
teensygreen - http://www.teensygreen.com/ - References

Thanks!
19 Oct 2008 by Stephanie
After offering Isaac the sippy **cup** all day yesterday and having him only take a few sips here and there all day, I picked up one of those Nuby **cups** with the soft top, thinking that might be a better transition for him. **...**
The Bradshaws - http://bradshaw-family.blogspot.com/

the search for the perfect sippy
2 Jun 2007 by Marilyn
the **nuby cup** has been tried often. he'll drink out of it, but has shown no real loyalty. same with the gerber **cup**. it's missing a valve so it's "spill proof" properties aren't entirely intact. however, that's been actually helpful in **...**
slackermama . com - http://slackermama.com/

the sippy **cup** showdown
27 Aug 2008 by Kathy
when he woke up from his afternoon nap, i poured the same milk into all the different **cups** one by one: **nuby cups**, straw **cups**, platex **cups**, gerber **cups**, avent **cups**, hard spouts, soft spouts, round spouts, flat spouts. **...**
Journey of a Lifetime - http://ponablogski.blogspot.com/

**Web** Images Video Maps News Shopping Gmail more ▾ Sign in

nuby sippy cups Search Advanced Search Preferences

**Web** Show options... Results **1** - **10** of about **40,400** for **nuby sippy** cups. (**0.28** seconds)

Sponsored Links

**Nuby Sippy Cups**
www.Diapers.com Buy Leak Proof **Nuby** Training **Cups** Buy Now & Get Free 2 Day Shipping

**Nuby** Baby Products
www.BabyBungalow.com Baby Bungalow has a wide selection of **Nuby** Products at great prices!

**Nuby** BPA Free **Sippy Cups**
www.familybabybuys.com Buy **Nuby** BPA Free Baby Bottles, **Sippy Cups**, and Teethers.

Baby Supplies Feeding **Cups** Nipple Replacements Pacifiers
**Nuby Sippy Cup** has Baby Supplies, Feeding **Cups**, Nipple Replacements, Pacifiers are among the leading brand of **sippy cups** and replacement spouts worldwide.
www.**nubysippycup**.com/ - Cached - Similar

Nuby Replacement Spouts | BPA Free Sippy Cups Nuby
Best Sippy Cups | Order here

More results from nubysippycup.com »

Best **Sippy Cups**
If you don't have a Walmart store near you, you can order these on Ebay along with the **Nuby sippy cup** replacement spouts for a very reasonable price. **...**
www.**nubysippycup**.com/Best_**Sippy**_**Cups**.php - Cached - Similar

Amazon.com: Luv N' Care **Nuby** Two Handle **Sippy Cup** 7 oz: Baby
**Nuby** No-spill **Sippy** Gripper **Cup** 10 Oz. -Colors May Vary **....** I bought a set of 3 "No Spill" **Nuby sippy cups** when my son first started drinking from **cups**. **...**
www.amazon.com/Luv-N-Care...**Sippy**/dp/B000JOOGR0 - Cached - Similar

Amazon.com: **Nuby** No-spill **Sippy** Gripper **Cup** 10 Oz. -Colors May **...**
He received a set of **Nuby sippy cups** for Christmas, and it's amazing - he took to this **...** I purchased several **Nuby sippy cups** a few weeks ago for my kids. **...**
www.amazon.com/**Nuby**-No-spill-**Sippy**.../B000ZPM5G2 - Cached - Similar

Shopping results for **nuby sippy cups**

| | |
|---|---|
| **Nuby** Gripper **Sippy Cup** | $2.29 - Diapers.com |
| **Nuby** No-Spill **Sippy** Gripper **Cup** 10 oz. by Luv N ... | $1.98 - NetKidsWear |

Sponsored Links

**Sippy Cups** at Target
**Sippy Cups** & More.
Shop for Baby Products at Target.
www.Target.com

**Nuby Sippy Cups**
Buy Avent & Get 5% Back
Free Shipping with Minimum Purchase
www.drugstore.com/Avent

**Nuby Cups**
Solid Feeding Solutions and More.
Customer Favorites Exclusively Ours
www.OneStepAhead.com

**Nuby Sippy Cups** & More
Bottles, Pacifiers, & Accessories
Free Same Day Shipping over $99
www.babyearth.com

**Nuby Sippy Cups**
Everything You Need for Baby.
Deals on **Nuby Sippy Cups**!
Shopzilla.com

**Nuby Sippy Cups**
Find great deals and save!
Compare products, prices & stores.
www.Shopping.com

**Nuby Sippy Cups** at Amazon
Huge Selection at Great Low Prices
Vitamins, Personal Care and More
Amazon.com/health

More Sponsored Links »

**Nuby** BPA Free **Sippy Cups** with Straw $4.95 - Gator Tots

**Nuby Sippy Cups** at The Soft Landing
**Nuby Sippy Cups**. ... **Nuby** 10oz Two Handle **Sippy Cup**. Our Price: ... **Nuby** 9oz Insulated **Sippy Cup** with Flip-it Straw 2pk - Girl. Our Price: ...
www.thesoftlanding.com/**nubysippycups**.html - Cached - Similar

**Nuby** No-Spill **Sippy** Gripper **Cups**, **Nuby Sippy Cups** - Luv N' Care **...**
**Nuby** No-Spill **Sippy** Gripper **Cup** 10 oz. by Luv N' Care **Nuby** No-Spill **Sippy** Gripper **Cup** 10 oz. by Luv N' Care: These **Nuby cups** have the soft silicone spout **...**
www.netkidswear.com/12oznunogrcu.html - Cached - Similar

**Nuby Sippy Cup** Replacement Spouts - Don't Throw Those **Sippy Cups** Away
**Nuby sippy cup** replacement spouts are finally here. Moms and dads and grandparents can now keep their baby and toddler's favorite **Nuby sippy cup** and just **...**
hubpages.com/.../**Nuby-Sippy-Cup**-Replacement-Spouts---Dont-Throw-Those-**Sippy-Cups**-Away - Cached - Similar

Blue Badger: **Nuby Sippy Cups**
**Nuby Sippy Cups**. I am not a big fan of two year olds sucking on bottles, even though I did breastfeed until my kids were almost two. But I was giving **sippy** **...**
mamanetbebe.blogspot.com/2008/05/**nuby-sippy-cups**.html - Cached - Similar

Family Baby Buys - **Nuby Sippy Cups**, Baby Bottles
Looking for that great online resource to buy baby products? You've found it at FamilyBabyBuys.com. Featuring **Nuby**, Sassy, Adari, Gund, Bum Genius and other **...**
www.familybabybuys.com/ - Cached - Similar

**Nuby Sippy Cups** - a comprehensive view - Wellsphere
Expert articles, personal stories, blogs, Q&A, news, local resources, pictures, video and a supportive community. **Nuby Sippy Cups** - Health Knowledge Made **...**
stanford.wellsphere.com/wellpage/**nuby-sippy-cups** - Cached - Similar

Searches related to: **nuby sippy cups**

| nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care** |
|---|---|---|---|
| **gerber** | nuby sippy cups **bpa** | | |

1 2 3 4 5 6 7 8 9 10 **Next**

Page break by AutoPager. Page( 2 ).

**Nuby Sippy Cup** BPA Free Replacement Spouts Baby Toddler Feeding **...**
Lowest Prices on **Nuby Sippy Cup** BPA Free Replacement Spouts and **Nuby** Wide Mouth spouts plus Baby Toddler Feeding **Sippy Cups**, Paci Pal Pacifiers and **Nuby** **...**
shop.**nubysippycup**.com/ - Cached - Similar

**Nuby Sippy Cup** Replacement Spouts - BPA Free **Nuby Sippy Cup** **...**
**Nuby Sippy Cup** Replacement SpoutsSet of 2 **Nuby** replacement spoutsDont throw away your childs **Nuby sippy cup** simply because the spout is lost or damagednbsp; **...**
www.gatortots.com/.../**Nuby-Sippy-Cup**-Replacement-Spouts-BPA-Free.htm - Cached - Similar

**Nuby Sippy Cup** - Baby Bottles - Compare Prices, Reviews and Buy at **...**
**Nuby Sippy Cup** - 3 results like the **NUBY** Soft Silicone Replacement Spout for 10 oz Gripper **Cup**, Luv N Care Luv N' Care **Nuby** Two Handle **Sippy Cup** 7 oz, **...**
www.nextag.com/**nuby-sippy-cup**/shop-html - Cached - Similar

eBay Guides - **Nuby Sippy Cups** Made by Luv n' Care
Jun 30, 2007 **...** For those of you who don't know, **Nuby Sippy Cups** , **Nuby** pacifiers , and other assorted **Nuby** products are made by a company called Luv n' **...**
reviews.ebay.com/**Nuby-Sippy-Cups**-Made-by-Luv-n-apos-Care_W0QQugidZ10000000003869682 - Cached - Similar

**Nuby Sippy Cups** or **Nuby** Replacement Spouts - Is There a Toll Free **...**
**Nuby sippy cups** and **nuby** replacement spouts are made by a company by the name of Luv 'n Care. Luv 'n Care is headquartered in Monroe Louisiana. **...**
blog.worldvillage.com/.../**nuby_sippy_cups**_or_**nuby**_replacement_spouts_is_there_a_toll_free_number.html - Cached - Similar

**Nuby Sippy cups** | Luv n' care, Ltd. Quality | PlanetFeedback
by Donna H. written to Luv n' care, Ltd. Posted Thu December 21, 2006 2:26 pm I am upset about the...
www.planetfeedback.com/luv.../**nuby**+**sippy**+**cups**/294424 - Cached - Similar

Up North Mommy » **Nuby Sippy Cups**
Mar 2, 2009 **...** Tags bottles**Nuby Sippy Cups**Parenting. It's been quite a struggle lately trying to transition Littlest One from a bottle to a **sippy cup**. **...**
www.upnorthmommy.com/tag/**nuby-sippy-cups**/ - Cached - Similar

Explore People on **nuby sippy cups** on Yedda
There aren't any people associated with "**nuby sippy cups**". Widget new - Add the questions on "**nuby sippy cups**" as a Widget to your blog or Web site **...**
yedda.com/people/tags/**nuby**+**sippy**+**cups**/ - Similar

**Nuby Sippy Cups** review
**Nuby Sippy Cups**. Item: **Nuby Sippy Cups** Location: by Miami_Latte. **Nuby** Sipy **Cups** are wonderful for my 1 year old son. I managed to transition him from bottle **...**
www.reviewstream.com/reviews/?p=9876 - Cached - Similar

Leaking **Nuby Sippy Cup** - PLEASE HELP?
Look Closely to See the Notches Lined UpNuby **sippy cups** are among the best selling baby **sippy cups** you will find. In addition, they are the largest selling **...**
hubpages.com/.../Leaking-**Nuby-Sippy-Cup**---PLEASE-HELP - Cached - Similar

Searches related to: **nuby sippy cups**

nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care**
**gerber** | nuby sippy cups **bpa**

**Previous** 1 **2** 3 4 5 6 7 8 9 10 11 **Next**

Page break by AutoPager. Page( 3 ).

**Nuby Sippy Cup** Replacement Spouts - Help Save Our Landfills!
One of their most popular products is the 10 ounce **Nuby sippy cup**. **...** Now **Nuby sippy cup** lovers all over the world no longer have to throw away their 10 oz **...**

Previous 1 2 **3** 4 5 6 7 8 9 10 11 12 Next

Page break by AutoPager. Page( 4 ).

**Nuby Sippy Cups** - where have you been all my parenting life **...**
I'd heard about the **Nuby Sippy Cup** through comments posted when Beth Hoyt was looking for a perfect **sippy cup** for her babe. But I'd never seen one because **...**
www.parentdish.com/.../**nuby-sippy-cups**-where-have-you-been-all-my-parenting-life/ - Cached - Similar

The **Nuby Sippy** Gripper **Cup** Almost Ended Our **Nuby** Obsession Before **...**
Luv 'N Care **Nuby** No-Spill **Sippy** Gripper **Cup** 10 Oz. - User Rating: 3 stars. Review Summary: A nice basic **cup** and no valve to deal with.
www.epinions.com/...**Nuby**...**Sippy**...**Cup**.../content_228223585924 - Cached - Similar

**Nuby** Grip N Sip 8 oz 2 Handle **Cup** with Flip-It Straw@babysippycups.com
**Sippy Cups** · Straw **Cups** · Training **Cups ... Nuby** Grip N Sip 8 oz 2 Handle **Cup** with Flip-It Straware designed for active toddlers on the go and encourages **...**
www.baby**sippycups**.com/**nuby**-grip-n-sip-8-oz-2-handle-**cup**-with-flip-it-straw-top.html - Cached - Similar

2 NEW **Nuby Sippy Cup** No Spill Mega Straw **Cup** Insulated - eBay **...**
eBay: Find 2 NEW **Nuby Sippy Cup** No Spill Mega Straw **Cup** Insulated in the Baby , Feeding , **Cups**, Dishes Utensils , **Sippy Cups** Mugs category on eBay.
cgi.ebay.com/2-NEW-**Nuby-Sippy-Cup**-No-Spill-Mega-Straw-**Cup**-Insulated _W0QQitemZ370216422574QQcmdZViewItemQQimsxZ20... - Cached - Similar

**Nuby** 3 in one **sippy cup**? - Yahoo! Answers
I am trying to get my son off the bottle and onto a **sippy cup**. **...** I put my two on a **nuby** soft nipple **cup**. It has handles on it, and comes in three colors, **...**
answers.yahoo.com/question/index?qid=20090627211120AAgpG1r - Similar

**nuby sippy cup**, buy **nuby sippy cup**, China (mainland) , page1 **...**
**nuby sippy cup** products directory - over 8000000 importers and exporters from China and around the world, **nuby sippy cup**, **nuby sippy cup** products, buy **nuby ...**
www.tootoo.com/buy-**nuby_sippy_cup**/ - Cached - Similar

No-Spill™ Easy Grip **Cup** Stage 3 < **Cups** | Nûby™
No-Spill™ Easy Grip **Cup** Stage 3 - Easy to hold, Easy to use, Easy to Clean The Nûby™ easy grip **cups** feature the No-Spill™ easy to use, easy to clean soft **...**
www.**nuby**.com/products/**cups**/889.aspx - Cached - Similar

Cleaning the **Nuby Sippy Cup** - Authors Denise & Alan Fields **...**
After reading about them on these boards, I tried a **Nuby sippy cup** (the kind with the silicone spout) with my son. He LOVES it! I LOVE it! **...**
https://windsorpeak.com/vbulletin/showthread.php?t=277286 - Cached - Similar

**Nuby** Gripper **Sippy Cup** - recommendation by designdude - ThisNext
designdude recommends **Nuby** Gripper **Sippy Cup** "The **sippy cup**--the toddler **cup** bridges the gap between the bottle (or breast) and a regular, open **cup**--can be **...**
www.thisnext.com/item/087E1546/.../**Nuby**-Gripper-**Sippy-Cup** - Cached - Similar

10 **Nuby Sippy Cups**/2 Playtex **Cups**
Jun 27, 2009 **...** 10 **Nuby sippy cups**, 4 of the **cups** have 3 different nipples. 2 playtex beginner **sippy cups**. All of these **cups** are in great shape. **...**

columbia.craigslist.org/bab/1242754446.html - Similar

Searches related to: **nuby sippy cups**

nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care**
**gerber** | nuby sippy cups **bpa**

Previous 1 2 3 **4** 5 6 7 8 9 10 11 12 13 Next

Page break by AutoPager. Page( 5 ).

**Nuby sippy cup** - Shop sales, stores & prices at TheFind.com
**Nuby sippy cup** - 218 results from 21 stores, including The Gripper **Cup** - 10oz - Purple, 2-Pack Insulated No-Spill Sippie **Cup** by **Nuby**, **Nuby** Grip N Sip **Cup ...**
www.thefind.com/family/browse-**nuby-sippy-cup** - Cached - Similar

Babble Talk: **Nuby** Victorious in "Battle **Sippy Cup**" - Strollerderby
Apr 16, 2007 **... nuby** Babble's Nicole Feliciano recently put five popular brands of **sippy cups** to the test, and the brand that came out of top—beating out **...**
babble.com/.../babble-talk-nubi-victorious-in-battle-**sippy-cup**.aspx - Cached - Similar

Friday Flashback: **Nuby**, The Best **Sippy Cup** — Baby Blog Addict
Jun 19, 2009 **... nuby**-no-spill-spout If you are looking for the perfect **sippy cup** to transition your child off the bottle, look no further. **...**
www.babyblogaddict.com/.../friday-flashback-**nuby**-the-best-**sippy-cup**/ - Cached - Similar

2 NEW **NUBY** REPLACEMENT Silicone Spout for **Nuby Sippy** Gripper **Cup**
2 NEW **NUBY** No-Spill Soft Silicone Replacement Spouts For **NUBY's** 10 oz. Gripper **Sippy Cups** and 12 oz. Sport Gripper (This listing is for 2 Spouts) SEALED, **...**
www.bfkidsonline.com/2-new-**nuby**-replacement-silicone-spout--for-**nuby-sippy**-gripper-cu.html - Cached - Similar

Anyone use **Nuby sippy cups**? - Fertile Thoughts
11 posts - 8 authors - Last post: Apr 5, 2006
I like the **Nuby cups** too. We seem to lose **sippy cups** all the time and it's much cheaper on us if the Nubies get misplaced than the **...**
www.fertilethoughts.com/forums/showthread.php?t=412291 - Cached - Similar

Minti - **nuby**
Matthew took to the **Nuby sippy cups** like a pro. No more dribbling . **...** I tried the **nuby sippy cups** for water. They loved them! **...**
www.minti.com/search/?query=**nuby**&item_type=0 - Similar

**Sippy Cups** - Buy **Nuby Sippy Cups** Sassy Adiri Gund Toddler Cheap **...**
Get your **Nuby** and other **Sippy cups** online - Great selection, best prices... Click here. **Nuby** No-Spill Gripper **Sippy Cups**, **Nuby** Flip-It Straw **Cups**, **Nuby ...**
www.familybabybuys.com/**nuby**-no-spill-**sippy-cups**.html - Cached - Similar

eBay.com.my: 1 NIP Luv n' Care **Nuby Sippy Cup** Replacement Straw **...**
Mar 25, 2008 **...** Find 1 NIP Luv n' Care **Nuby Sippy Cup** Replacement Straw in the Baby category on eBay.com.my.
cgi.ebay.com.my/1-NIP-Luv-n-Care-**Nuby-Sippy-Cup**-Replacement-Straw_W0QQcmdZViewItemQQitemZ370167321437 - Cached - Similar

**Nuby Sippy Cups** & Baby Bottles - Read **Nuby** Bottle Reviews - Viewpoints
You heard that **Nuby sippy cups** and **Nuby** bottles are the best on the market (and the funkiest too!) -- but what do consumers think? Read **Nuby** Baby Bottle **...**
www.viewpoints.com/**Nuby**-Baby-Bottles - Cached - Similar

Glass bottles, **Nuby Sippy cups** - Oshawa Baby Items For Sale **...**
Apr 16, 2009 **...** i have 3 nuture pure glass bottles and 8 evenflo bottles, asking $30.00 for all 11 glass bottles 4 **nuby sippy cups** (only 2 lids) and 1 **nuby ...**
oshawa.kijiji.ca/c-buy-and-sell-baby-items-feeding-high-chairs-Glass-bottles-**Nuby-Sippy-cups**-W0QQAdIdZ121197884 - Cached - Similar

Searches related to: **nuby sippy cups**

| nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care** |
|---|---|---|---|
| **gerber** | nuby sippy cups **bpa** | | |

**Previous** 1 2 3 4 **5** 6 7 8 9 10 11 12 13 14 **Next**

Page break by AutoPager. Page( 6 ).

6 pack **Nuby Sippy Cups** 2/$4!!!! - SmartCanucks.ca Flyers, Deals Canada
13 posts - 6 authors - Last post: Jun 15
The 6 pack **Nuby** Wash or Toss **Sippy cups** are on sale this week for 2 for $4 at Toys r Us. The come in 6 or 10 ounce! 12 **cups** for $4 is **...**
forum.smartcanucks.ca/84775-6-pack-**nuby-sippy-cups**-2-4-a-canada/ - Cached - Similar

**Nuby** Straw **Sippy Cup** - The Wise Mommy - Reviews of Everything for **...**
Almost every picture of my son, has the **Nuby** Straw **Sippy cup** somewhere in the foreground or background. He takes this **sippy cup** with him everywhere. **...**
thewisemommy.com/reviews/2007/.../**nuby**-straw-**sippy-cup**/ - Cached - Similar

**Nuby Sippy Cups** | Baby Development Milestones | Newborn Baby Care **...**
Do you think that your baby is ready to make the move from bottle to **sippy cups**, try filling a **sippy cup** with water and let your child try and drink from **...**
www.babyfirstyear.org/2008/02/**nuby-sippy-cups**.html - Cached - Similar

**nuby sippy cups** Sell Offers - **nuby sippy cups** manufacturers **...**
**nuby sippy cups** Sell Offers. buy **nuby sippy cups** from global **nuby sippy cups** manufacturers, suppliers, **nuby sippy cups** exporters, wholesalers and **nuby sippy ...**
www.b2bfreezone.com/product-search/**nuby-sippy-cups**.htm - Cached - Similar

**Sippy Cup** - **Nuby** 10oz Two Handle **Sippy Cup**
**Sippy Cup**, **Nuby** 10oz Two Handle **Sippy Cup** - detailed product information for this **Sippy Cup**.
www.buyersguide.com/**SippyCup**/**Nuby**TwoHandle.php - Cached - Similar

**Nuby** Replacement Spouts Wide Mouth for Two Handle **Sippy Cups** - Review
The two handled **Nuby sippy cups** are BPA Free and great for any baby transitioning from bottle to **sippy cup**. They are easy for your baby to hold. **...**
blog.worldvillage.com/.../**nuby**_replacement_spouts_wide_mouth_for_two_handle_**sippy_cups**_review.html - Cached - Similar

eBay Canada Guides - **Nuby Sippy Cups** Made by Luv n' Care
For those of you who don't know, **Nuby Sippy Cups** , **Nuby** pacifiers , and other assorted

Best **Sippy Cups**?? - My daughter is alomst 7 months and the doctor **...**
When I introduced my son to **sippy cups** I used The **Nuby sippy cups**! They are similar to a bottle with nipple on them, they worked great and we never used a **...**
www.mamasource.com/article/best-**sippy-cups** - Similar

eBay Store - **Nuby** Baby Pacifiers: **Nuby Sippy Cups**, Precious **...**
Buy **Nuby Sippy Cups** and Precious Moments Baby items from **Nuby** Baby Pacifiers eBay Store. We also sell **Nuby** Pacifiers, Erector Set Mecanno items on eBay.
stores.shop.ebay.com/Only-the-Best-Baby-Products-For-You__W0QQ_armrsZ1 - Cached - Similar

**Nuby** Gripper **Sippy Cup** Replacement Spouts - Buy at Diapers.com **...**
Buy **Nuby** Gripper **Sippy Cup** Replacement Spouts at Diapers.com. $1.99. Free Shipping. Best Price Guarantee. Get it in 2 Days or Less.
www.diapers.com/Product/ProductDetail.aspx?productId... - Cached - Similar

**Nuby** 2 handle **cup** flip it straw top Baby Feeding at BizRate **...**
Compare prices on **Nuby** 2 handle **cup** flip it straw top Baby Feeding. Find store ratings & read **...** (Sponsored Links). Sponsored Links. Buy **Nuby Sippy Cups ...**
www.bizrate.com/.../products__keyword--**nuby**+2+handle+**cup**+with+flip-it+straw+top.html - Cached - Similar

How to Find Safer **Sippy Cups**
My daughter will only drink from a straw and BPA-free straw **sippy cups** are few and far between. The **Nuby** is OK but it leaks a lot. Her favorite, though not **...**
www.squidoo.com/nontoxic**sippycups** - Cached - Similar

Searches related to: **nuby sippy cups**

| nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care** |
|---|---|---|---|
| **gerber** | nuby sippy cups **bpa** | | |

**Previous** 1 2 3 4 5 6 **7** 8 9 10 11 12 13 14 15 16 **Next**

Page break by AutoPager. Page( 8 ).

Luv n' Care **Nuby** Gripper **Sippy Cup** Replacement Spouts - Compare **...**
Read Luv n' Care **Nuby** Gripper **Sippy Cup** Replacement Spouts and Luv n' Care Babies & Kids user reviews, product details and find lowest prices on Luv n' Care **...**
babies-kids.pricegrabber.com/baby...**Nuby**...2.../m54427276.html - Similar

8 **Nuby Sippy Cup** Replacement Spouts bpa free bisphenol a Fre **...**
YOU ARE BIDDING ON 8 BPA FREE **NUBY SIPPY CUP** REPLACEMENT SPOUTS THAT COME IN 4 PACKAGES and HAVE TWO **NUBY** REPLACEMENT SPOUTS IN EACH PACKAGE Make No Mistake **...**
www.bonanzle.com/.../8_**Nuby_Sippy_Cup**_Replacement_Spouts_bpa_free_bisphenol_a_Fre - Cached - Similar

**nuby** 2 handle **sippy cups** uk | Buy cheap **nuby** 2 handle **sippy cups ...**
Find and buy **nuby** 2 handle **sippy cups** uk. Shopping.com UK helps you in your search for by providing you with reviews and low prices!
uk.shopping.com/-**nuby**+2+handle+**sippy**+**cups**+uk - Cached - Similar

**Nuby** Gripper **Sippy Cup** VS. Gerber Graduates Fun Grips Soft Starter **...**

**Nuby** Soft **Sippy Cup** » Gizmos for Babies
**Nuby** Soft **Sippy Cup** Boy, it is good to be back in Gizmoland! As a new mom, I have had the opportunity to try out so many cool gizmos and gadgets on my one **...**
www.gizmosforbabies.com/2007/11/21/**nuby**-soft-**sippy-cup**/ - Cached - Similar

**Nuby** No-Spill Soft Sipper **Sippy Cup** with Flip-It Cap 9oz 2 **...**
Kaboodle - **Nuby** No-Spill Soft Sipper **Sippy Cup** with Flip-It Cap 9oz 2... review and product info . Learn more about **Nuby** No-Spill Soft Sipper **Sippy Cup** with **...**
www.kaboodle.com/.../**nuby**-no-spill-soft-sipper-**sippy-cup**-with-flip-it-cap-9oz-2-pack-bpa-free - Cached - Similar

**Nuby Sippy Cups**
A few months back I was trying to get my baby, Quin, to take a bottle or **sippy cup**. These spouts are for the 10 oz, **Nuby sippy cups** with handles only. **...**
diapersb.grensboro.yi.org/**nuby-sippy-cups**.htm - Similar

Transitioning to **sippy cup** - CafeMom
Cathy loves the **Nuby sippy cups** and the **Nuby** sports **sippy cup** . They are both soft and do hold more but you can put how much you want in them. **...**
www.cafemom.com/group/.../Transitioning_to_**sippy_cup** - Cached - Similar

Can the **NUBY** GRIPPER **SIPPY CUPS** be sterilized in AVENT IQ??
My dd uses avent bottles for milk and the first years tossable **sippy cups** for everything else but we are changing her to **nuby** gripper **sippy cups** and just **...**
www.pregnancy-info.net/.../Can_the_**NUBY**_GRIPPER_**SIPPY_CUPS**_be_sterilized_in_AVENT_IQ_/ - Cached - Similar

ModernMom.com • View topic - **Sippy cup**!!!
Personally, I like the **Nuby sippy cups** because the spout is made out of silicone. My boys really like to gnaw and chew on the spouts of **sippy cups** and just **...**
www.modernmom.com/forum/viewtopic.php?f=26&t... - Cached - Similar

**Nuby Sippy Cup** - Nursing & Feeding - Compare Prices, Reviews and **...**
**Nuby Sippy Cup** - 2 results like the **NUBY** Soft Silicone Replacement Spout for 10 oz Gripper **Cup**, **NUBY** Soft Silicone Replacement Spout for 10 oz Gripper **Cup** **...**
www.calibex.com/**nuby-sippy-cup**/shop-html - Cached - Similar

**Nuby** - AOL Shopping
This **Nuby sippy cup** will quickly become your child's favorite **sippy cup** if it hasn't already! **...** Luv n' Care **Nuby** Gripper **Sippy Cup** Replacement Spouts **...**
shopping.aol.com/**nuby**-products/ - Cached - Similar

Searches related to: **nuby sippy cups**

nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care**
**gerber** | nuby sippy cups **bpa**

**Previous** 1 2 3 4 5 6 7 8 **9** 10 11 12 13 14 15 16 17 18 **Next**

Page break by AutoPager. Page( 10 ).

eBay Singapore Shop - ODIZ LLC: Dr. Browns Bottles Nipples, **Nuby ...**
Buy Dr. Browns Bottles Nipples, **Nuby Sippy Cups**, Forks Spoons items from ODIZ LLC eBay Shop. We sell Dr. Browns Bottles Nipples, Sassy Teethers and Rattles, **...**

stores.shop.ebay.com.sg/ODIZ-LLC__W0QQ_sasiZ1QQ_sidZ228332135QQ _trksidZp4634Q2ec0Q2em322 - Cached - Similar

**Nuby** BPA Free No-Spill Flip-It **Sippy Cup** - Baby Nation: the Baby **...**
355ml. **Sippy Cup** with Silicone Straw and Flip-It lid to prevent spills. 12months+.
www.babynation.co.nz/.../babynation.sf/?.../ %229801%20**nuby**%20Flip%20it%20**Sippy**%20**cup**%22/... - Cached - Similar

ODIZ Baby Supply- **Nuby** No Spill 2 Handle Soft Spout **Sippy Cup**- Red
ODIZ Baby Supply offers a large selection of BPA Free feeding supplies from **Nuby**, Dr. Browns & Many More. Shop here and save at least 10%!
store.odiz.biz/nunosp2hasos2.html - Cached - Similar

eBay Australia Shop - ODIZ LLC: Dr. Browns Bottles Nipples, **Nuby ...**
Buy Dr. Browns Bottles Nipples, **Nuby Sippy Cups**, Forks Spoons items from ODIZ LLC eBay Shop. We sell Dr. Browns Bottles Nipples, Sassy Teethers and Rattles, **...**
stores.shop.ebay.com.au/ODIZ-LLC__W0QQ_armrsZ1 - Cached - Similar

ODIZ LLC, Dr. Browns Bottles Nipples, **Nuby Sippy Cups** at eBay.ph **...**
Buy Dr. Browns Bottles Nipples, **Nuby Sippy Cups**, Forks Spoons items from ODIZ LLC eBay Shop. We sell Dr. Browns Bottles Nipples, Sassy Teethers and Rattles, **...**
stores.shop.ebay.ph/ODIZ-LLC__W0QQ_armrsZ1 - Cached - Similar

Products Catalog: **Nuby** 3 Stage Toddler Baby Bottle **Sippy Cup ...**
Bebe Boutiques is an Indonetwork supplier that sells **Nuby** 3 Stage Toddler Baby Bottle **Sippy Cup** in Indonesia. **Nuby** 3 Stage Toddler Baby Bottle **Sippy Cup ...**
bebeboutiques.indonetwork.net/.../**nuby**-3-stage-toddler-baby-bottle-**sippy-cup**.htm - Cached - Similar

Breastfeeding: refusing bottle, **nuby cup**, **sippy cup**
Dec 30, 2006 **... nuby cup**, **sippy cup**, distraction: Debbie, Every baby is different. As I mentioned, it is better for the offerer to be someone other than mom **...**
en.allexperts.com/q/Breastfeeding.../refusing-bottle-1.htm - Cached - Similar

**Nuby** Easy Grip 10 oz. No Spill reviews, consumer reports & videos

Sep 7, 2008
selected video review **Nuby** No Valve **Sippy Cup ...** This **Nuby sippy cup** will quickly become your. **... Nuby** Two Handle **Sippy Cup** 7 oz. Video **...**
www.expotv.com/**Nuby**-Easy-Grip-10-oz-No-Spill-Sipper-Cu/z-fNv

**Nuby sippy cup** is a chiking hazard - Leaking **Nuby sippy cup ...**
by Angela G. written to Luv n' care, Ltd. Posted Tue December 21, 2004 I'm sure you know...
www.planetfeedback.com/index.php?level2=blog... - Cached - Similar

Gerber and **Nuby Sippy Cups** - Lot of 4 - Baby Grooming, Bathing **...**
Gerber and **Nuby Sippy Cups** - Lot of 4. Posted on Bonanzle - 3 months ago **...** Two Green 12oz Gerber **cups** with blue lids, One Orange 6oz Gerber **cup** and lid, **...**
www.oodle.com/detail/...**Nuby-Sippy-Cups**...of.../lancaster/ - Cached - Similar

Searches related to: **nuby sippy cups**

nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care**
**gerber** | nuby sippy cups **bpa**

Searches related to: **nuby sippy cups**

nuby | nuby sippy cups **replacement parts** | **bpa free** sippy cups | **luv n care**
**gerber** | nuby sippy cups **bpa**

**Previous** 1 2 3 4 5 6 7 8 9 10 **11** 12 13 14 15 16 17 18 19 20 **Next**

Page break by AutoPager. Page( 12 ).

Worn jeans, Stride Rite shoes and **Nuby cup** | Mom's Journal
**nuby** gripper **sippy cup ...** Hey, the **Nuby**! Chloe will drink water from them, **...** I love our **Nuby cups**! We have the short ones, **...**
www.momsjournal.org/.../worn-jeans-stride-rite-shoes-and-**nuby-cup**/ - Cached - Similar

**Nuby** no spill **cups** Baby Gear - **Nuby** no spill **cups** Reviews - **Nuby ...**
We bought/tried quite a few **sippy cups** before landing on this one. It is the best! **Nuby** now offers them BPA free, which is great. No leaks, wash well, **...**
www.lilaguide.com/reviews/**nuby**-no-spill-**cups**-530463.aspx - Cached - Similar

**Nuby** 2 Handle No-Spill **Cup** 10 oz 295ml Assorted Colors - Compare **...**
**Sippy Cup**, Made of Plastic, Ergonomic Grip, Spill Proof Design with Easy Grip ... Read More **...** Buy **Nuby Sippy Cups**Free Overnight or 2-Day Shipping, **...**
baby.become.com/**nuby**-2-handle-nospill-**cup**-10-oz-295ml-assorted-colors--compare-prices--c211528692 - Cached - Similar

Babies & Toddlers : Discussions : **sippy cup** -- Mom to Mom Forums **...**
I started introducing the **sippy cup** at around 5-6 months to my son. He would just play with it most of the time! I breastfeed him so I bought a **Nuby sippy ...**
littlerock.momslikeme.com/.../JournalActions.aspx?g...m... - Cached - Similar

**Sippy Cups**: **Nuby**, Gerber, Playtex, Munchkin, First Years
I'm sold on the simple, clean design of the **Nuby sippy cup**. This pared-down 10 oz. **cup** has no valves or straws to keep track of, and the no-spill spout is **...**
babble.com/content/articles/columns/top5/010/ - Cached - Similar

RANT: **Nuby Sippy cups**
Join others to share your tips and ideas and get the support and friendship from others who understand what it means to be a new parent.
messageboards.ivillage.com/n/mb/message.asp?...iv... - Cached - Similar

**Sippy Cup**? - but I want to get her off the bottle when she turns 1 **...**
Have you tried the **NUBY sippy cups** yet? The ones with soft straws? **...** I think **nuby** makes a soft top **sippy cup**!!! The entire top is made of nipple material! **...**
www.mamapedia.com/article/**sippy-cup**-5632 - Similar

**Nuby** Gripper **Sippy Cup** - Price Comparison
This **Nuby sippy cup** will quickly become your child's favorite **sippy cup** if it hasn't already! Pressure sensitive Vari-Flo feature regulates fluid intake. **...**
www.mycoupons.com/product/31277317/ - Cached - Similar

**Sippy Cup** - **Nuby** Flip-It Sport Sipper Straw **Sippy Cup**
**Sippy Cup**, **Nuby** Flip-It Sport Sipper Straw **Sippy Cup** - detailed product information for this **Sippy Cup**.
www.buyersguide.com/**SippyCup**/**Nuby**Flip-It.php - Cached - Similar