### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK )

TAMAR LUSZTIG, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Queens, New York.

On July 17, 2009 I served a true and complete copy of the foregoing **DECLARATION OF JASON R. BURATTI, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS A-K** and **DECLARATION OF ALAN M. WEISBERG, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS A-B** and **DECLARATION OF SCOTT A. DANIELS, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT** and **WALGREEN CO.'S RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** and **WALGREEN'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** upon:

Morris E. Cohen, Esq.
Rochelle R. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza
Suite 2527
New York, NY 10119

Susan Latham, Esq.
Florida Bar Number 687,391
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131

Joe D. Guerriero, Esq.
Luv n' Care, Ltd.
3030 Aurora Avenue
Monroe, LA 71201

by placing the **DECLARATION OF JASON R. BURATTI, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS A-K** and **DECLARATION OF ALAN M. WEISBERG, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT WITH EXHIBITS A-B** and **DECLARATION OF SCOTT A. DANIELS, ESQ. SUPPORTING DEFENDANT WALGREEN CO.'S REPLY TO PLAINTIFFS' OPPOSITION TO WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT** and **WALGREEN CO,'S RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** and **WALGREEN'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** in a postage paid, sealed **FEDERAL EXPRESS-NEXT DAY DELIVERY** enveloped and depositing the envelope into a **FEDERAL EXPRESS** mail depository, causing the above referenced documents to be delivered **OVERNIGHT-NEXT DAY** to the above-named person at the above listed address.

                                                                              _____
                                                                              TAMAR LUSZTIG

Sworn to before me this
17th day of July, 2009

JOHN M. LUNDIN
Notary Public, State of New York
No. 02LU6117627
Qualified in New York County
Commission Expires 10/25/2012