UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Luv n' Care, Ltd. et al.

                                            Plaintiff,                    08 CIVIL 04457 (DC)

                     -against-

Walgreen Co. et al.
                                      Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Morris E. Cohen

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: MC-4620

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: Law Office of Morris E. Cohen, P.C.

    To: Pearl Cohen Zedek Latzer, LLP

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ Address: 1500 Broadway, 12th Floor, New York, NY 10036
☑ Telephone Number: 646-878-0800
☑ Fax Number: 646-878-0801
☑ E-Mail Address: MorrisC@pczlaw.com

Dated: August 6, 2009