# ◾ PEARL COHEN ZEDEK LATZER LLP

April 14, 2010

Direct Dial: 646-878-0811
Direct E-mail: MorrisC@pczlaw.com

<u>Via Facsimile: 212-805-7906</u>
Honorable Denny Chin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1020
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/10
```

    Re:    Luv n' care Ltd., et al. v. Walgreen Co. et al.;
            <u>Civil Action No. 08-CIV-4457</u>

Dear Judge Chin:

    We represent Plaintiffs Luv n' care, Ltd. and Admar International, Inc. in the above-captioned matter. We are writing jointly on behalf of the Plaintiffs and on behalf of Defendant Walgreen.

    The parties respectfully request an adjournment of the pre-trial conference currently set for April 23, 2010 due to a conflict therewith. There have been no prior requests for extension of this conference.

    The parties would also like to inform Your Honor that they have all consented to resuming mediation before Magistrate Judge Pitman, who has scheduled mediation for May 7, 2010 at 10 am. Representatives of the parties will be flying in from out of town for in-person discussions to attempt to settle this matter. Accordingly, the parties propose to inform Your Honor as to the outcome of that mediation once it is concluded to determine whether or not further proceedings and a new date for the conference will be required.

*[Handwritten note:]* The 4/23/10 PTC is adjourned without date. The parties shall provide a report on status by 5/14/10. SO ORDERED.

USDJ 4/21/10

1500 Broadway, New York, NY 10036, Tel 646.878.0800, Fax 646.878.0801
www.pczlaw.com

## PEARL COHEN ZEDEK LATZER LLP

Honorable Denny Chin
April 14, 2010
Page 2 of 2

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

Morris E. Cohen (MC 4620)

cc:  James A. Gale, Esq. (via facsimile)
Susan Latham, Esq. (via facsimile)
Joe D. Guerriero, Esq. (via facsimile)
Floyd Chapman, Esq. (via facsimile)
Alan Weisberg, Esq. (via facsimile)
Jason Buratti, Esq. (via facsimile)
Jeffrey Kaminetsky, Esq. (via facsimile)

MEC:sas