# ꟻ PEARL COHEN ZEDEK LATZER, LLP

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/10**

May 14, 2010

Direct Dial: 646-878-0811
Direct E-mail: MorrisC@pczlaw.com

**Via Facsimile: 212-805-7906**
Honorable Denny Chin
Daniel P. Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Luv n' care, Ltd. et al. v. Walgreen Co. et al.; 08-CIV-4457 (DC)**

Dear Judge Chin:

We represent Plaintiffs Luv n' care, Ltd. and Admar International, Inc. in the above-captioned litigation, and I am writing to you on behalf of both plaintiffs and the defendant Walgreen Co. As per the Court's request, we are writing to update the Court as to the status of this matter following mediation.

On Friday May 7th, the parties and their counsel actively engaged in settlement efforts in a mediation conference before Judge Pitman. Although a resolution was not achieved, the parties agreed to continue discussions, and have agreed to a follow up telephone conference with Judge Pitman on June 2nd. Accordingly, the parties request that a pre trial conference be scheduled after June 2, 2010.

Respectfully submitted,

*Morris E. Cohen*/sas

Morris E. Cohen (MC 4620)

cc:   James A. Gale, Esq. (via facsimile)
      Susan Latham, Esq. (via facsimile)
      Joe D. Guerriero, Esq. (via facsimile)
      Floyd Chapman, Esq. (via facsimile)
      Alan Weisberg, Esq. (via facsimile)
      Jason Buratti, Esq. (via facsimile)
      Jeffrey Kaminetsky, Esq. (via facsimile)

MEC:sas

*A conference will be held on 6/11/10 at 10:30 am.*
*SO ORDERED.*
*USDJ 5/19/*

1500 Broadway, New York, NY 10036. Tel 646.878.0800; Fax 646.878.0801
www.pczlaw.com