Bennette D. Kramer (BK1269)
Vitali S. Rosenfeld (VR2974)
SCHLAM STONE & DOLAN LLP
26 Broadway
New York, NY 10004
Telephone: (212) 344-5400
BDK@schlamstone.com

Floyd B. Chapman (Pro Hac Vice)
Robert J. Scheffel (Pro Hac Vice)
WILEY REIN LLP
1776 K Street NW
Washington DC 2006
Tel : (202) 719-7000
fchapman@wileyrein.com

Doreen L. Costa (DC 2830)
Lauren B. Emerson (LE 2649)
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2500
doreen.costa@bakerbotts.com

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUV N' CARE, LTD. and ADMAR INTERNATIONAL, Inc.<br><br>            Plaintiffs,<br>vs.<br><br>WALGREEN CO. and KMART CORP.<br><br>            Defendants. | CIVIL ACTION NO.<br><br>08-CIV 4457 (DC/HP) |

**NOTICE OF MOTION *IN LIMINE* NO. 4**

**PLEASE TAKE NOTICE** that, upon the Declaration of Floyd B. Chapman, dated August 26, 2010, and the exhibits thereto, and the accompanying Memorandum of Law in Support of Walgreen's Motion *in Limine* No. 4, Defendant Walgreen Co. ("Walgreen") will

move this Court before the Honorable Denny Chin, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, on September 15, 2010, for an order, pursuant to Federal Rules of Evidence 403, 802, 805, 901, and 902, excluding any exhibits, affirmative testimony, cross-examination, and/or arguments at trial (including without limitation PTX 50, PTX 88, PTX 94, PTX 104, and PTX 148A) concerning allegations that the Walgreen's Sippy Cups have safety issues and/or that they contain lead.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule agreed upon by the parties, opposing papers must be served on September 2, 2010, and reply papers served on September 8, 2010.

Dated: New York, New York
August 26, 2010

**WILEY REIN LLP**

By: /s/ Floyd Chapman
Floyd B. Chapman (Pro Hac Vice)
Robert J. Scheffel (Pro Hac Vice)
WILEY REIN LLP
1776 K Street NW
Washington DC 2006
Tel : (202) 719-7000
fchapman@wileyrein.com

*Attorneys for Defendant Walgreen Co.*